1  Joseph R. Saveri (State Bar No. 130064)
2  Cadio Zirpoli (State Bar No. 179108)
   Travis Manfredi (State Bar No. 281779)
3  JOSEPH SAVERI LAW FIRM, LLP
   601 California Street, Suite 1000
4  San Francisco, California 94108
   Telephone:     (415) 500-6800
5  Facsimile:     (415) 395-9940
6  Email:         jsaveri@saverilawfirm.com
                  czirpoli@saverilawfirm.com
7                 tmanfredi@saverilawfirm.com

8  Matthew Butterick (State Bar No. 250953)
9  1920 Hillhurst Avenue, #406
   Los Angeles, CA 90027
10 Telephone:     (323) 968-2632
   Facsimile:     (415) 395-9940
11 Email:         mb@buttericklaw.com

12 *Counsel for Individual and Representative*
13 *Plaintiffs and the Proposed Class*

14                 **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17 | J. DOE 1, et al. | Case No. 4:22-cv-06823-KAW |
|---|---|
| Individual and Representative Plaintiffs, | CLASS ACTION |
| v. | |
| GITHUB, INC., et al., | **PROOF OF SERVICE OF SUMMONS ON GITHUB, INC.** |
| Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-06823-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GITHUB, INC., a Delaware corporation** was received by me on *(date)* **11/07/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Koy Saechao, Service Intake Clerk, at 10:36 AM**, who is designated by law to accept service of process on behalf of *(name of organization)* **Corporation Service Company 2710 Gateway Oaks Dr., #150 N, Sacramento, CA 95833** on *(date)* **11/07/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/07/2022**

*Server's signature*

**Robert J. Mason, Process Server, Placer County #03-007**
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: