1  Joseph R. Saveri (State Bar No. 130064)
   Cadio Zirpoli (State Bar No. 179108)
2  Travis Manfredi (State Bar No. 281779)
3  JOSEPH SAVERI LAW FIRM, LLP
   601 California Street, Suite 1000
4  San Francisco, California 94108
   Telephone:     (415) 500-6800
5  Facsimile:     (415) 395-9940
6  Email:         jsaveri@saverilawfirm.com
                  czirpoli@saverilawfirm.com
7                 tmanfredi@saverilawfirm.com

8  Matthew Butterick (State Bar No. 250953)
9  1920 Hillhurst Avenue, #406
   Los Angeles, CA 90027
10 Telephone:     (323) 968-2632
   Facsimile:     (415) 395-9940
11 Email:         mb@buttericklaw.com

12 *Counsel for Individual and Representative*
13 *Plaintiffs and the Proposed Class*

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17 | J. DOE 1, et al. | Case No. 4:22-cv-06823-KAW |
18 | Individual and Representative Plaintiffs, | CLASS ACTION |
19 | v. | |
20 | GITHUB, INC., et al., | **PROOF OF SERVICE OF SUMMONS ON MICROSOFT CORPORATION** |
21 | Defendants. | |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-06823-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICROSOFT CORPORATION, a Washington corporation
was received by me on *(date)* 11/07/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service Intake Clerk, at 10:36 AM , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 2710 Gateway Oaks Dr., #150 N, Sacramento, CA 95833 on *(date)* 11/07/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/07/2022

*Server's signature*

Robert J. Mason, Process Server, Placer County #03-007
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: