1   Joseph R. Saveri (State Bar No. 130064)
    Cadio Zirpoli (State Bar No. 179108)
2   Travis Manfredi (State Bar No. 281779)
3   JOSEPH SAVERI LAW FIRM, LLP
    601 California Street, Suite 1000
4   San Francisco, California 94108
    Telephone:     (415) 500-6800
5   Facsimile:     (415) 395-9940
6   Email:         jsaveri@saverilawfirm.com
                   czirpoli@saverilawfirm.com
7                  tmanfredi@saverilawfirm.com

8   Matthew Butterick (State Bar No. 250953)
9   1920 Hillhurst Avenue, #406
    Los Angeles, CA 90027
10  Telephone:     (323) 968-2632
    Facsimile:     (415) 395-9940
11  Email:         mb@buttericklaw.com

12  *Counsel for Individual and Representative*
13  *Plaintiffs and the Proposed Class*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17  | J. DOE 1, et al.,                          | Case No. 4:22-cv-06823-KAW |
18  |   Individual and Representative Plaintiffs, | CLASS ACTION |
19  |       v.                                    |              |
20  | GITHUB, INC., et al.,                       | **PROOF OF SERVICE OF SUMMONS ON OPENAI STARTUP FUND GP I, L.L.C.** |
21  |                              Defendants.    |              |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-06823-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company

was received by me on *(date)* 11/07/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service Intake Clerk, at 10:36 AM , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 2710 Gateway Oaks Dr., #150 N, Sacramento, CA 95833 on *(date)* 11/07/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/07/2022

*Server's signature*

Robert J. Mason, Process Server, Placer County #03-007
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: