| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Cadio Zirpoli (State Bar No. 179108) |
|   | Travis Manfredi (State Bar No. 281779) |
| 3 | JOSEPH SAVERI LAW FIRM, LLP |
|   | 601 California Street, Suite 1000 |
| 4 | San Francisco, California 94108 |
|   | Telephone:    (415) 500-6800 |
| 5 | Facsimile:     (415) 395-9940 |
| 6 | Email:           jsaveri@saverilawfirm.com |
|   |                     czirpoli@saverilawfirm.com |
| 7 |                     tmanfredi@saverilawfirm.com |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:     (415) 395-9940
Email:           mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al. | Case No. 4:22-cv-06823-KAW |
| Individual and Representative Plaintiffs, | CLASS ACTION |
| v. | |
| GITHUB, INC., et al., | **PROOF OF SERVICE OF SUMMONS ON OPENAI STARTUP FUND I, L.P.** |
| Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-06823-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPENAI STARTUP FUND I, L.P., a Delaware limited partnership

was received by me on *(date)* 11/07/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service Intake Clerk, at 10:36 AM , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 2710 Gateway Oaks Dr., #150 N, Sacramento, CA 95833 on *(date)* 11/07/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/07/2022

*Server's signature*

Robert J. Mason, Process Server, Placer County #03-007
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc: