Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                    Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |
| J. DOE 3, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                    Defendants. | Case No. 3:22-cv-07074-LB<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Doe 1 and Doe 2 in this action, *Doe 1, et al. v. GitHub, Inc., et al.*, No. 4:22-cv-06823-KAW (N.D. Cal.) (the *Doe 1* Action). I am also counsel for Plaintiffs Doe 3 and Doe 4 in a second Action titled *Doe 3, et al. v. GitHub, Inc., et al.*, No. 3:22-cv-07074-LB (N.D. Cal.) (the "*Doe 3* Action"), which was filed on November 10, 2022, and is now pending in this District before this Court. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in the *Doe 3* Action. The Complaint asserts GitHub, Inc. ("GitHub"); Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC[1] ("Defendants") engaged in actions related to the creation and operation of the GitHub Copilot product and OpenAI Codex product that violated Plaintiffs' rights under, *inter alia*, the Digital Millennium Copyright Act (17 U.S.C. §§ 1201–1205) (the "DMCA"), the Lanham Act (15 U.S.C. § 1125), Unfair Competition law (*Cal. Bus. & Prof. Code* §§ 17200, *et seq.*), and the California Consumer Privacy Act (*Cal. Civ. Code* § 1798.150) (the "CCPA") that violated the rights of Plaintiffs in the *Doe 1* Action. Plaintiffs in the *Doe 1* Action have also asserted claims against GitHub and OpenAI for Breach of Contract regarding the Suggested Licenses and against GitHub for Breach of its Privacy Statement and its Terms of Service under *Cal. Bus. & Prof. Code* §§ 22575–22579 and *Cal. Civ. Code* § 1798.150.

3. Civil Local Rule 3-12 requires that this Administrative Motion to Consider Whether Cases Should be Related be promptly filed. Defendants were served on November 7,

---

[1] As in the complaints, OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are referred collectively herein as "OpenAI").

2022, but have not appeared in the *Doe 1* Action as of the date of this filing. Thus, a stipulation could not be obtained with Defendants' official counsel prior to filing of this Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November 2022 at San Francisco, California.

/s/ *Joseph R. Saveri*
Joseph R. Saveri