# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                          Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| J. DOE 3, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                          Defendants. | Case No. 3:22-cv-07074-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |

1 | Having considered Plaintiff Doe 3 and 4's Administrative Motion to Consider Whether Cases Should be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the later-filed case of *Doe 3, et al. v. GitHub, Inc., et al.*, No. 3:22-cv-07074-LB (N.D. Cal.) to the first-filed case *Doe 1, et al. v. GitHub, Inc., et al.*, No. 4:22-cv-06823-KAW (N.D. Cal.).

IT IS SO ORDERED.

Dated: November ___, 2022

                                      HON. KANDIS A. WESTMORE
                                      UNITED STATES MAGISTRATE JUDGE