Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butterickaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                       Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1** |

1      WHEREAS, on November 3, 2022, Plaintiffs Doe 1 and Doe 2 (the "*Doe 1* Plaintiffs")
2 filed a Complaint (the "Complaint," ECF No. 1) against Defendants GitHub, Inc.; Microsoft
3 Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I,
4 L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC[1] in *Doe 1, et*
5 *al. v. GitHub, Inc., et al.*, No. 4:22-cv-06823-KAW (N.D. Cal.) (the "Action");
6      WHEREAS, Defendants were served on November 7, 2022;
7      WHEREAS, Defendants' responses to the Complaint are due November 28, 2022;
8      WHEREAS, Defendants in the Action have not filed any responses to the Complaint;
9      WHEREAS, Civil Local Rule 6-1 permits the parties to "stipulate in writing, without a
10 Court order, to extend the time within which to answer or otherwise respond to the complaint" so
11 long as "the change will not alter the date of any event or any deadline already fixed by Court
12 order";
13      WHEREAS, the parties have conferred and agreed to an extension of the deadline for
14 Defendants to move or otherwise respond to the Complaint;
15      WHEREAS, there has not been an extension for the filing of responsive pleadings;
16      WHEREAS, an extension of the deadline will not alter the date of any event or deadline
17 already fixed by Court order; and
18      WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;
19 / / /
20 / / /
21 / / /

---

[1] GitHub, Inc. is referred to as "GitHub." Microsoft Corporation is referred to as "Microsoft." OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are referred to collectively herein as "OpenAI." Collectively, GitHub, Inc., Microsoft Corporation, OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are referred to herein as "Defendants."

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree, that, Defendants' deadline to respond to the Complaint shall be extended by thirty days to December 28, 2022.

Dated: November 28, 2022

By:    */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
   swilliams@saverilawfirm.com
   czirpoli@saverilawfirm.com
   eabuchanan@saverilawfirm.com
   tmanfredi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: November 28, 2022

By:     */s/ Annette L. Hurst*
       Annette L. Hurst

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:    415 773 5700
Facsimile:    415-773-5759
Email:    ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

Dated: November 28, 2022

By:     */s/ Joseph C. Gratz*
       Joseph C. Gratz

Joseph C. Gratz (State Bar No. 240676)
**DURIE TANGRI LLP**
217 Leidesdorff St
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300
Email:    JGratz@durietangri.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: November 28, 2022                    By:      */s/ Joseph R. Saveri*
                                                                    Joseph R. Saveri