| | |
|---|---|
| 1 | ANNETTE L. HURST (STATE BAR NO. 148738) |
| 2 | ahurst@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building<br>405 Howard Street |
| 4 | San Francisco, CA  94105-2669<br>Telephone:    +1 415 773 5700 |
| 5 | Facsimile:     +1 415 773 5759 |
| 6 | WILLIAM W. OXLEY (STATE BAR NO. 136793)<br>woxley@orrick.com |
| 7 | ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue |
| 9 | Los Angeles, CA  90071<br>Telephone:    +1 213-629-2020 |
| 10 | Facsimile:     +1 213-612-2499 |
| 11 | Attorneys for Defendants<br>MICROSOFT CORPORATION, and |
| 12 | GITHUB, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| J. DOE 1, et al., | Case No. 4:22-cv-06823-KAW |
| Individual and Representative Plaintiffs, | **NOTICE OF APPEARANCE BY ANNETTE L. HURST** |
| v. | |
| GITHUB, INC., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Annette L. Hurst of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendants Microsoft Corporation and GitHub, Inc.

Microsoft Corporation and GitHub, Inc. hereby request that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>  Annette L. Hurst
>  ahurst@orrick.com
>  Orrick, Herrington & Sutcliffe LLP
>  405 Howard Street San Francisco, CA 94105-2669
>  Telephone:    +1-415-773-5700
>  Facsimile:    +1-415-773-5759

Dated: November 28, 2022                             ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                     By:      */s/Annette L. Hurst*
                                                              ANNETTE L. HURST
                                                              Attorneys for Defendants
                                                              MICROSOFT CORPORATION and
                                                              GITHUB, INC.