ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (STATE BAR NO. 136793)
woxley@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213-629-2020
Facsimile: +1 213-612-2499

Attorneys for Defendants
MICROSOFT CORPORATION, and
GITHUB, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**NOTICE OF APPEARANCE BY ANNETTE L. HURST** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that William W. Oxley of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendants Microsoft Corporation and GitHub, Inc.

Microsoft Corporation and GitHub, Inc. hereby request that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

> William W. Oxley
> woxley@orrick.com
> Orrick, Herrington & Sutcliffe LLP
> 355 S. Grand Avenue
> Los Angeles, CA  90071
> Telephone:   +1 213-629-2020
> Facsimile:   +1 213-612-2499

Dated: November 28, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By:  _____*/s/William W. Oxley*_____
                                                 WILLIAM W. OXLEY
                                                 Attorneys for Defendants
                                                 MICROSOFT CORPORATION and
                                                 GITHUB, INC.