ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (STATE BAR NO. 136793)
woxley@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213-629-2020
Facsimile: +1 213-612-2499

Attorneys for Defendants
MICROSOFT CORPORATION, and
GITHUB, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>      Individual and Representative Plaintiffs,<br><br>  v.<br><br>GITHUB, INC., et al.,<br><br>      Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**CORRECTED NOTICE OF APPEARANCE BY WILLIAM W. OXLEY** |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that William W. Oxley of Orrick, Herrington & Sutcliffe LLP

3  enters his appearance in the above-captioned matter for Defendants Microsoft Corporation and

4  GitHub, Inc.

5  Microsoft Corporation and GitHub, Inc. hereby request that all notices, including

6  electronic ECF notices, given or required to be given, and all papers served or required to be

7  served in the above-captioned matter be provided to and served upon counsel at the address set

8  forth below:

> William W. Oxley
> woxley@orrick.com
> Orrick, Herrington & Sutcliffe LLP
> 355 S. Grand Avenue
> Los Angeles, CA  90071
> Telephone:   +1 213-629-2020
> Facsimile:   +1 213-612-2499

Dated: November 29, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/William W. Oxley*_____
WILLIAM W. OXLEY
Attorneys for Defendants
MICROSOFT CORPORATION and
GITHUB, INC.