1  ANNETTE L. HURST (STATE BAR NO. 148738)
   ahurst@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
5
   WILLIAM W. OXLEY (STATE BAR NO. 136793)
6  woxley@orrick.com
   ALYSSA CARIDIS (STATE BAR NO. 260103)
7  acaridis@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  355 S. Grand Avenue
   Los Angeles, CA  90071
9  Telephone:    +1 213-629-2020
   Facsimile:    +1 213-612-2499
10
   Attorneys for Defendants
11 MICROSOFT CORPORATION, and
   GITHUB, INC.
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and<br>    Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**CORRECTED NOTICE OF APPEARANCE BY ALYSSA CARIDIS** |

CORRECTED NOTICE OF APPEARANCE
4:22-cv-06823-KAW

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that Alyssa Caridis of Orrick, Herrington & Sutcliffe LLP

3  enters her appearance in the above-captioned matter for Defendants Microsoft Corporation and

4  GitHub, Inc.

5  Microsoft Corporation and GitHub, Inc. hereby request that all notices, including

6  electronic ECF notices, given or required to be given, and all papers served or required to be

7  served in the above-captioned matter be provided to and served upon counsel at the address set

8  forth below:

> Alyssa Caridis
> acaridis@orrick.com
> Orrick, Herrington & Sutcliffe LLP
> 355 S. Grand Avenue
> Los Angeles, CA  90071
> Telephone:    +1 213-629-2020
> Facsimile:    +1 213-612-2499

Dated: November 29, 2022              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/Alyssa Caridis*
ALYSSA CARIDIS
Attorneys for Defendants
MICROSOFT CORPORATION and
GITHUB, INC.