Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., et al.,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 4:22-cv-06823-KAW<br><br>**NOTICE OF APPEARANCE OF CADIO ZIRPOLI** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Cadio Zirpoli of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Zirpoli is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Zirpoli's contact information is as follows:

Cadio Zirpoli (SBN 179108)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA  94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: czirpoli@saverilawfirm.com

Dated: December 2, 2022  By:  */s/ Cadio Zirpoli*
    Cadio Zirpoli

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:      jsaveri@saverilawfirm.com
    swilliams@saverilawfirm.com
    czirpoli@saverilawfirm.com
    eabuchanan@saverilawfirm.com
    tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:      mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*