UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants. | Case No.22-cv-06823-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 33 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 14, 2023 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due March 7, 2023 by 5:00 P.M.

Dated: December 6, 2022

                                               Mark B. Busby
                                               Clerk of Court, United States District Court

                                               By: _____
                                               Mauriona Lee, Deputy Clerk to the
                                               Honorable JON S. TIGAR
                                               510-637-3530