| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | TIFFANY CHEUNG (SBN 211497) |
|   | TCheung@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | JOSEPH C. GRATZ (SBN 240676) |
|   | JGratz@durietangri.com |
| 7 | DURIE TANGRI |
|   | 217 Leidesdorff Street |
| 8 | San Francisco, California 94111-3007 |
|   | Telephone: (415) 362-6666 |
| 9 | Facsimile: (415) 236-6300 |
|   | [CAPTION PAGE CONTINUED ON NEXT PAGE] |
| 10 | |
|    | Attorneys for Defendants OPENAI, INC., a Delaware nonprofit |
| 11 | corporation, OPENAI, L.P., a Delaware limited partnership; |
|    | OPENAI GP, L.L.C., a Delaware limited liability company; |
| 12 | OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited |
|    | liability company; OPENAI STARTUP FUND I, L.P., a |
| 13 | Delaware limited partnership; OPENAI STARTUP FUND |
|    | MANAGEMENT, LLC, a Delaware limited liability company |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, | | Case No. 4:22-cv-06823-JST |
| Plaintiffs, | | **CLASS ACTION** |
| v. | | **NOTICE OF APPEARANCE BY MICHAEL A. JACOBS** |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
4  Facsimile:  (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE of the appearance of Michael A. Jacobs of the law offices of

3  Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc.,

4  OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P.,

5  and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of

6  receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to

7  the above-entitled action not otherwise filed through the Court's electronic filing system should

8  be forwarded to counsel at the following address:

> Michael A. Jacobs
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
>
> Telephone:  (415) 268-7000
> Facsimile:  (415) 268-7522
> Email:      MJacobs@mofo.com

| | | |
|---|---|---|
| 1 | Dated: December 6, 2022 | MORRISON & FOERSTER LLP |

By:  /s/ *Michael A. Jacobs*
      Michael A. Jacobs

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111-3007
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company