| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
| | MJacobs@mofo.com |
| 2 | TIFFANY CHEUNG (SBN 211497) |
| | TCheung@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | JOSEPH C. GRATZ (SBN 240676) |
| | JGratz@durietangri.com |
| 7 | DURIE TANGRI |
| | 217 Leidesdorff Street |
| 8 | San Francisco, California 94111-3007 |
| | Telephone: (415) 362-6666 |
| 9 | Facsimile: (415) 236-6300 |
| | [CAPTION PAGE CONTINUED ON NEXT PAGE] |

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06823-JST |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF APPEARANCE BY TIFFANY CHEUNG** |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | |
| Defendants. | |

| | |
|---|---|
| 1 | ROSE S. LEE (SBN 294658) |
| | RoseLee@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 3 | Los Angeles, California 90017-3543 |
| | Telephone:   (213) 892-5200 |
| 4 | Facsimile:    (213) 892-5454 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE of the appearance of Tiffany Cheung of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Tiffany Cheung
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
>
> Telephone:  (415) 268-7000
> Facsimile:  (415) 268-7522
> Email:      TCheung@mofo.com

| | |
|---|---|
| Dated: December 6, 2022 | MORRISON & FOERSTER LLP |
| | By:   */s/ Tiffany Cheung* <br>       Tiffany Cheung |

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111-3007
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company