```
 1  MICHAEL A. JACOBS (SBN 111664)
    MJacobs@mofo.com
 2  TIFFANY CHEUNG (SBN 211497)
    TCheung@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California 94105-2482
    Telephone:   (415) 268-7000
 5  Facsimile:   (415) 268-7522

 6  JOSEPH C. GRATZ (SBN 240676)
    JGratz@durietangri.com
 7  DURIE TANGRI
    217 Leidesdorff Street
 8  San Francisco, California 94111-3007
    Telephone:   (415) 362-6666
 9  Facsimile:   (415) 236-6300
    [CAPTION PAGE CONTINUED ON NEXT PAGE]
```

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE BY ROSE S. LEE** |

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
4  Facsimile:  (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE of the appearance of Rose S. Lee of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Rose S. Lee
> MORRISON & FOERSTER LLP
> 707 Wilshire Boulevard
> Los Angeles, California 90017-3543
>
> Telephone:  (213) 892-5200
> Facsimile:   (213) 892-5454
> Email:        RoseLee@mofo.com

| | |
|---|---|
| Dated: December 6, 2022 | MORRISON & FOERSTER LLP<br><br>By: /s/ *Rose S. Lee*<br>　　　Rose S. Lee<br><br>MICHAEL A. JACOBS (SBN 111664)<br>MJacobs@mofo.com<br>TIFFANY CHEUNG (SBN 211497)<br>TCheung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:　(415) 268-7000<br>Facsimile:　(415) 268-7522<br><br>JOSEPH C. GRATZ (SBN 240676)<br>JGratz@durietangri.com<br>DURIE TANGRI<br>217 Leidesdorff Street<br>San Francisco, California 94111-3007<br>Telephone:　(415) 362-6666<br>Facsimile:　(415) 236-6300<br><br>ROSE S. LEE (SBN 294658)<br>RoseLee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:　(213) 892-5200<br>Facsimile:　(213) 892-5454<br><br>Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company |

NOTICE OF APPEARANCE
Case No. 4:22-cv-06823-JST
SF-4973569

2