| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | TIFFANY CHEUNG (SBN 211497) |
|   | TCheung@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone:    (415) 268-7000 |
| 5 | Facsimile:     (415) 268-7522 |
| 6 | JOSEPH C. GRATZ (SBN 240676) |
|   | JGratz@durietangri.com |
| 7 | DURIE TANGRI |
|   | 217 Leidesdorff Street |
| 8 | San Francisco, California 94111-3007 |
|   | Telephone:    (415) 362-6666 |
| 9 | Facsimile:     (415) 236-6300 |

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06823-JST |
| Plaintiffs, | **OPENAI, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:   (213) 892-5200
4  Facsimile:   (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI L.P. states that
2    OpenAI, Inc. and OpenAI GP, L.L.C. are its parent companies and Microsoft Corporation owns
3    10% or more of its stock.
4    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other
5    than the named parties, the undersigned is not aware of any persons, associations of persons,
6    firms, partnerships, corporations (including, but not limited to, parent corporations), or other
7    entities that (i) have a financial interest in the subject matter in controversy or in a party to the
8    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
9    substantially affected by the outcome of this proceeding.

| | |
|---|---|
| Dated: December 6, 2022 | MORRISON & FOERSTER LLP |
| | By: */s/ Michael A. Jacobs* |
| | Michael A. Jacobs |

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111-3007
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company