```
 1  MICHAEL A. JACOBS (SBN 111664)
    MJacobs@mofo.com
 2  TIFFANY CHEUNG (SBN 211497)
    TCheung@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California  94105-2482
    Telephone:    (415) 268-7000
 5  Facsimile:    (415) 268-7522

 6  JOSEPH C. GRATZ (SBN 240676)
    JGratz@durietangri.com
 7  DURIE TANGRI
    217 Leidesdorff Street
 8  San Francisco, California 94111-3007
    Telephone:    (415) 362-6666
 9  Facsimile:    (415) 236-6300
    [CAPTION PAGE CONTINUED ON NEXT PAGE]
10
    Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
11  corporation, OPENAI, L.P., a Delaware limited partnership;
    OPENAI GP, L.L.C., a Delaware limited liability company;
12  OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
    liability company; OPENAI STARTUP FUND I, L.P., a
13  Delaware limited partnership; OPENAI STARTUP FUND
    MANAGEMENT, LLC, a Delaware limited liability company
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability corporation; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 4:22-cv-06823-JST<br><br>**OPENAI STARTUP FUND I, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Startup Fund I,
2  L.P. states that OpenAI Startup Fund GP I, L.L.C. is its parent company and Microsoft
3  Corporation owns 10% or more of its stock.
4    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other
5  than the named parties, the undersigned is not aware of any persons, associations of persons,
6  firms, partnerships, corporations (including, but not limited to, parent corporations), or other
7  entities that (i) have a financial interest in the subject matter in controversy or in a party to the
8  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
9  substantially affected by the outcome of this proceeding.

| | | |
|---|---|---|
| 1 | Dated: December 6, 2022 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  */s/ Michael A. Jacobs* |
| 4 | |         Michael A. Jacobs |
| 5 | | MICHAEL A. JACOBS (SBN 111664) |
| | | MJacobs@mofo.com |
| | | TIFFANY CHEUNG (SBN 211497) |
| 6 | | TCheung@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 7 | | 425 Market Street |
| | | San Francisco, California  94105-2482 |
| 8 | | Telephone:    (415) 268-7000 |
| | | Facsimile:     (415) 268-7522 |
| 9 | | |
| | | JOSEPH C. GRATZ (SBN 240676) |
| 10 | | JGratz@durietangri.com |
| | | DURIE TANGRI |
| 11 | | 217 Leidesdorff Street |
| | | San Francisco, California 94111-3007 |
| 12 | | Telephone:    (415) 362-6666 |
| | | Facsimile:     (415) 236-6300 |
| 13 | | |
| | | ROSE S. LEE (SBN 294658) |
| 14 | | RoseLee@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 15 | | 707 Wilshire Boulevard |
| | | Los Angeles, California 90017-3543 |
| 16 | | Telephone:    (213) 892-5200 |
| | | Facsimile:     (213) 892-5454 |
| 17 | | |
| 18 | | Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company |

OPENAI STARTUP FUND I, L.P.'S CERTIFICATE OF INTERESTED ENTITIES
Case No. 4:22-cv-06823-JST
SF-4975943.3

2