```
 1  MICHAEL A. JACOBS (SBN 111664)
    MJacobs@mofo.com
 2  TIFFANY CHEUNG (SBN 211497)
    TCheung@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California  94105-2482
    Telephone:    (415) 268-7000
 5  Facsimile:    (415) 268-7522

 6  JOSEPH C. GRATZ (SBN 240676)
    JGratz@durietangri.com
 7  DURIE TANGRI
    217 Leidesdorff Street
 8  San Francisco, California 94111-3007
    Telephone:    (415) 362-6666
 9  Facsimile:    (415) 236-6300
    [CAPTION PAGE CONTINUED ON NEXT PAGE]
10
    Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
11  corporation, OPENAI, L.P., a Delaware limited partnership;
    OPENAI GP, L.L.C., a Delaware limited liability company;
12  OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
    liability company; OPENAI STARTUP FUND I, L.P., a
13  Delaware limited partnership; OPENAI STARTUP FUND
    MANAGEMENT, LLC, a Delaware limited liability company
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br><br>**OPENAI STARTUP FUND MANAGEMENT, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
4  Facsimile:  (213) 892-5454

1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI Startup Fund Management, LLC states that it has no parent company and no publicly-held corporation owns 10% or more of its stock.

2. Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| Dated: December 6, 2022 | MORRISON & FOERSTER LLP |
| | By: */s/ Michael A. Jacobs* <br>     Michael A. Jacobs |

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

JOSEPH C. GRATZ (SBN 240676)
JGratz@durietangri.com
DURIE TANGRI
217 Leidesdorff Street
San Francisco, California 94111-3007
Telephone:   (415) 362-6666
Facsimile:    (415) 236-6300

ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:    (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company