Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. **Your Name:\*** | Amara Getzell | 7. **Your Phone Number:** | (415) 655-5971 |
| 2. **Your Email Address: \*** | agetzell@saverilawfirm.com | 8. **Full Case Number (if applicable):** 3:22-cv-06823 | |
| 3. **Receipt Number:\*** | ACANDC-17694670 | 9. **Fee Type:\*** | ☐ **Attorney Admission** <br> ☑ **Civil Case Filing** <br> ☐ **FTR Audio Recording** <br> ☐ **Notice of Appeal** <br> ☐ **Pro Hac Vice** <br> ☐ **Writ of Habeas Corpus** |
| 4. **Transaction Date:\*** | 11/03/2022 | | |
| 5. **Transaction Time:\*** | 3:05 pm | | |
| 6. **Transaction Amount (Amount to be refunded):\*** | $ 402.00 | | |

**10. Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

This is a duplicate charge. Per the person we spoke to on the phone from the Court finance department this morning, this was likely caused on our end by clicking the "submit" button twice. We received only one confirmation receipt (Tracking ID ACANDC-17694670), but two charges appear on our credit card statement for November 3, 2022 for that amount. Please issue a refund in the amount of $402. Thank you.

✓  *Efile this form using* Other Filings → Other Documents → Application for Refund.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | ☐ Approved <br> ☐ Denied <br> ❌ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date:   12/22/2022 | Request approved/denied by: *Ana P. Banares* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please provide the receipt number in field #3 (the one you are requesting for refund). | |
| Referred for OSC date (if applicable): | |