Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> GITHUB, INC., et al., <br><br> Defendants. | Case Nos.  4:22-cv-06823-JST <br> 4:22-cv-07074-JST <br><br> **PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS (FRCP 26(c)(1)(G), L.R. 7-1)** <br><br> Judge:      Hon. Jon Tigar <br> Date:       March 16, 2023 <br> Time:       2:00 p.m. <br> Courtroom:  6, 2nd Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), Civil Local Rule 7-1, Plaintiffs J. Doe 1–4 submit this motion for entry of a protective order for litigation involving patents, highly sensitive confidential information and/or trade secrets.

## INTRODUCTION

Plaintiffs anticipate both parties will exchange confidential information in this case. Plaintiffs anticipate such information may be first exchanged as early as March 7, 2023, when the parties' Initial Disclosures are due to be exchanged pursuant to Federal Rule of Civil Procedure 26(a)(1)(C). Plaintiffs first shared a draft stipulated protective order with Defendants on December 13, 2022. Plaintiffs offered to meet and confer at that time, and on two subsequent occasions. To date, Plaintiffs have not received a response to any of their requests.

## DISCUSSION

In litigation involving confidential information, such as this one, it is common for the parties to stipulate to a protective order that governs the use of confidential information in the case. The Court provides model protective orders for this purpose. Plaintiffs based their draft stipulated protective order (the "Draft Protective Order") on the Northern District of California's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. The Draft Protective Order is identical to the Court's model protective order of the same title, except for the addition of case-identifying information and the elimination of certain language denoted as optional. Declaration of Joseph Saveri ("Saveri Decl.") ¶ 7. These forms of protective orders have proved to be practical and useful. They are widely and successfully used by parties to litigation in this District and have served as models in federal district courts throughout the United States.

Plaintiffs first shared the Draft Protective Order with Defendants on December 13, 2022, asking that Defendants provide a time to meet and confer. Saveri Decl., Ex. A. On December 14, 2022, per a request from Defendant OpenAI's counsel, Plaintiffs again shared a copy of the Draft Protective Order, including tracked changes from this Court's model order. Saveri Decl., Ex. B.

1

PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS (FRCP 26(c)(1)(G), L.R. 7-1)

In that message, Plaintiffs reiterated their desire to meet and confer regarding the draft stipulated protective order. *Id.* Having received no response to these communications, on January 20, 2023, Plaintiffs sent the Draft Protective Order to Defendants for a third time, asking to meet and confer, and informing Defendants that Plaintiffs would file a motion for entry of the Draft Protective Order today if Defendants did not respond. Saveri Decl., Ex. C. At the time of this filing, Defendants have not responded to that message. Saveri Decl. ¶ 5.

Plaintiffs have made multiple efforts to meet and confer regarding the Draft Protective Order. Those efforts have been rebuffed. *See* Saveri Decl., Exs. A, B, C. Plaintiffs have now given Defendants over five weeks to consider the Draft Protective Order. Further delay in entering the Draft Protective Order may lead to difficulties in production of documents, exchanges of information, and other discovery relevant to this case along with other case inefficiencies and management issues.

Federal Rule of Civil Procedure 26(c)(1)(G) provides the Court may enter a protective order "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." This case involves computer software. In addition to confidential information regarding the named Plaintiffs, discovery in this case may involve source code not available to the public or other information which may require special protection. Plaintiffs anticipate that Defendants will not provide that source code, internal communications about the product, or many other sensitive documents without a confidentiality designation. Plaintiffs anticipate providing sensitive business information to Defendants as well, possibly as soon as March 7, 2023, the last date to serve their Initial Disclosures. Saveri Decl. ¶ 6.

There is a clear need for a framework under which the parties can exchange confidential information.

## CONCLUSION

For the reasons set forth above, Plaintiffs Does 1–4 respectfully request that the Court enter the attached [Proposed] Protective Order for Litigation Involving Patents, Highly Sensitive

Confidential Information and/or Trade Secrets (FRCP 26(c)(1)(G), L.R. 7-1), pursuant to Local Rule 3-12(a).

Dated: January 23, 2023                    By:      *Joseph R. Saveri*
                                                        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*