Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> GITHUB, INC., et al., <br><br> Defendants. | Case Nos.  4:22-cv-06823-JST <br>            4:22-cv-07074-JST <br><br> **DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS (FRCP 26(c)(1)(G), L.R. 7-1)** <br><br> Judge:      Hon. Jon Tigar <br> Date:       March 16, 2023 <br> Time:       2:oo p.m. <br> Courtroom:  6, 2nd Floor |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Does 1–4 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Motion for Entry of a Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (FRCP 26(c)(1)(G), L.R. 7-1).

2. Attached hereto as **Exhibit A** is a true and correct copy of an email message that was sent by my firm to counsel for Defendants in this case, Annette Hurst and Joseph Gratz on December 13, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email message that was sent by my firm to counsel for Defendants in this case, Annette Hurst and Joseph Gratz on December 14, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email message that was sent by my firm to counsel for Defendants in this case, Annette Hurst and Joseph Gratz on January 20, 2023.

5. Plaintiffs have not received any responses to Exhibits A–C as of the date of this filing.

6. The Court has set the Initial Case Management Conference ("CMC") for March 14, 2023. Per Rule 26(f), the parties must confer on certain issues no later than 21 days before the CMC, i.e., February 21, 2023. Per Rule 26(a)(1)(C), Initial Disclosures must be made within fourteen days of the CMC, i.e., March 7, 2023. The last date for Initial Disclosures is March 7, 2023.

7. Plaintiffs' [Proposed] Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, filed concurrently with this motion, is

identical to the Court's model protective order of the same title, except for the addition of case-identifying information and the elimination of certain language denoted as optional.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2023 at San Francisco, California.

*Joseph R. Saveri*
Joseph R. Saveri