# EXHIBIT B

# Travis Manfredi

| | |
|---|---|
| **From:** | Travis Manfredi |
| **Sent:** | Wednesday, December 14, 2022 3:37 PM |
| **To:** | Hurst, Annette L.; Joseph Gratz |
| **Cc:** | Joseph Saveri; Cadio Zirpoli; Matthew Butterick; Amara Getzell; Cariello, Christopher J.; Oxley, William W.; mjacobs@mofo.com |
| **Subject:** | Does v. GitHub, et al: Stipulated Protective Order |
| **Attachments:** | 2022-12-14 Stipulated Protective Order (Changes Tracked from ND Cal Patent Model Order).docx |

Dear Annette & Joe G.:

Will your clients stipulate to a protective order for this case?

If so, please review the attached document, which is a redline version of the draft stipulated protective order we previously proposed showing changes from ND Cal.'s model Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. We are happy to discuss any changes your clients would like to make.

Sincerely,

**Travis Manfredi**
Associate
(they/any)

_____



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x833
**F** 415.395.9940