# EXHIBIT C

# Travis Manfredi

| | |
|---|---|
| **From:** | Travis Manfredi |
| **Sent:** | Friday, January 20, 2023 12:06 PM |
| **To:** | Hurst, Annette L.; Joseph Gratz |
| **Cc:** | Joseph Saveri; Cadio Zirpoli; Matthew Butterick; Amara Getzell; Cariello, Christopher J.; Oxley, William W.; mjacobs@mofo.com |
| **Subject:** | RE: Does v. GitHub, et al: Stipulated Protective Order |
| **Attachments:** | 2022-12-14 Stipulated Protective Order (Changes Tracked from ND Cal Patent Model Order).docx |

Dear Annette & Joe:

We have not received a response to our message below regarding the draft Stipulated Protective Order, which we sent over a month ago, on December 14, 2022. This case will need a protective order, as confidential information will surely be exchanged. As noted below, our draft is based on the Court's model order.

Please let us know whether your clients will agree to our draft Stipulated Protective Order by 10:00 am on Monday, January 23, 2023. Though we would prefer to present this to the Court as a stipulated proposed order, if we do not hear back from you by Monday morning, we will be filing a motion to have our draft protective order entered in this case. Thank you.

Best,
Travis
(they/them)

---

**From:** Travis Manfredi
**Sent:** Wednesday, December 14, 2022 3:37 PM
**To:** Hurst, Annette L. <ahurst@orrick.com>; Joseph Gratz <JGratz@durietangri.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Matthew Butterick <mb@butterickfirm.com>; Amara Getzell <Agetzell@saverilawfirm.com>; Cariello, Christopher J. <ccariello@orrick.com>; Oxley, William W. <woxley@orrick.com>; mjacobs@mofo.com
**Subject:** Does v. GitHub, et al: Stipulated Protective Order

Dear Annette & Joe G.:

Will your clients stipulate to a protective order for this case?

If so, please review the attached document, which is a redline version of the draft stipulated protective order we previously proposed showing changes from ND Cal.'s model Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. We are happy to discuss any changes your clients would like to make.

Sincerely,

**Travis Manfredi**
Associate
(they/any)
_____

1



601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x833
**F** 415.395.9940

2