ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:   +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:  +1 213 629 2020
Facsimile:   +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case No. 4:22-cv-06823-JST<br><br>Consolidated with Case No. 4:22-cv-07074-JST<br><br>**GITHUB, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| AND CONSOLIDATED ACTION | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, GitHub, Inc. states that Microsoft Corporation is its parent company and owns 10% or more of GitHub's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, and GitHub's parent company, Microsoft, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: January 26, 2023

Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Annette L. Hurst*_____
ANNETTE L. HURST
Attorneys for Defendants
GitHub, Inc. and Microsoft Corp.