ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-06823-JST<br><br>Consolidated with Case No. 4:22-cv-07074-JST<br><br>**MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Microsoft Corporation states that no entity owns 10% or more of Microsoft's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities that have (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: January 26, 2023                                  Orrick, Herrington & Sutcliffe LLP


By: _____/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorneys for Defendants
GitHub, Inc. and Microsoft Corp.