# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br>           4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS OPENAI, INC., OPENAI, L.P., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P. AND OPENAI STARTUP FUND MANAGEMENT, LLC'S MOTION TO DISMISS COMPLAINT**<br><br>Date:     May 4, 2023<br>Time:    2:00 p.m.<br>Courtroom: 6 |

1  Having considered the papers submitted and arguments presented in support of and in
2  opposition to Defendants OpenAI, Inc.'s, OpenAI, L.P.'s, OpenAI GP, L.L.C.'s, OpenAI Startup
3  Fund GP I, L.L.C.'s, OpenAI Startup Fund I, L.P.'s, and OpenAI Startup Fund Management,
4  LLC's (hereinafter "OpenAI Entities") Motion to Dismiss, the Court finds that Plaintiffs'
5  complaint fails to state any claim against the OpenAI Entities.  The Court hereby GRANTS
6  OpenAI Entities' Motion to Dismiss and dismisses all claims asserted against the OpenAI
7  Entities, and dismisses Count I with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jon S. Tigar
United States District Court Judge