MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  4:22-cv-06823-JST<br>            4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME** |

| | |
|---|---|
| 1 | ROSE S. LEE (SBN 294658) |
| | RoseLee@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 3 | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| 4 | Facsimile: (213) 892-5454 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
Case No. 4:22-cv-06823-JST

Pursuant to Civil Local Rule 6-2(a), Plaintiffs J. Doe 1-4 ("Plaintiffs") and Defendants GitHub, Inc; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby jointly make the following stipulated request for a two-week extension of the current deadlines related to Plaintiffs' Motion for Entry of Protective Order (ECF No. 49), as set forth below:

WHEREAS, on January 23, 2023, Plaintiffs filed their Motion for Entry of Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (the "Motion") (ECF No. 49);

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants' deadline to oppose Plaintiffs' Motion is February 6, 2023, and Plaintiffs' deadline to reply is February 13, 2023;

WHEREAS, the Parties previously stipulated twice to an extension of the deadline for Defendants to move or otherwise respond to the Complaint as well as Plaintiffs' response and Defendants' replies to any such motion;

WHEREAS, the Parties conferred and agreed to an extension of the deadline for Defendants to respond to the Motion, and good cause exists for the extension to allow the Parties to negotiate a jointly stipulated protective order; and

WHEREAS, an extension of these deadlines related to Plaintiffs' Motion for Entry of Protective Order will not alter the date of any other event or deadline already fixed by Court order.

NOW THEREFORE, the Parties STIPULATE AND AGREE, by and through their counsel, to extend the deadlines related to Plaintiffs' Motion for Entry of Protective Order by two weeks to the following schedule:

- Defendants' deadline to file an opposition will be February 20, 2023;
- Plaintiffs' deadline to file a reply will be February 27, 2023; and
- Hearing on Plaintiffs' Motion for Entry of Protective Order will be March 23, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                            Honorable Jon S. Tigar
                                                            United States District Judge

| | |
|---|---|
| Dated: February 6, 2023 | MORRISON & FOERSTER LLP |
| | By: */s/ Joseph C. Gratz*<br>Joseph C. Gratz |
| | MICHAEL A. JACOBS<br>MJacobs@mofo.com<br>JOSEPH C. GRATZ<br>JGratz@mofo.com<br>TIFFANY CHEUNG<br>TCheung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:   (415) 268-7000<br>Facsimile:   (415) 268-7522 |
| | ROSE S. LEE<br>RoseLee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:   (213) 892-5200<br>Facsimile:   (213) 892-5454 |
| | Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company |

| | |
|---|---|
| Dated: February 6, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By:   */s/ Annette L. Hurst*<br>      Annette L. Hurst |
| | ANNETTE L. HURST<br>ahurst@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone:  (415) 773-5700<br>Facsimile:  (415) 773-5759 |
| | Attorney for Defendants GitHub, Inc. and Microsoft Corporation |
| Dated: February 6, 2023 | JOSEPH SAVERI LAW FIRM, LLP |
| | By:   */s/ Joseph R. Saveri*<br>      Joseph R. Saveri |
| | JOSEPH R. SAVERI<br>jsaveri@saverilawfirm.com<br>CADIO ZIRPOLI<br>czirpoli@saverilawfirm.com<br>STEVEN N. WILLIAMS<br>swilliams@saverilawfirm.com<br>ELISSA A. BUCHANAN<br>eabuchanan@saverilawfirm.com<br>TRAVIS MANFREDI<br>tmanfredi@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone:  (415) 500-6800<br>Facsimile:  (415) 395-9940 |
| | Attorneys for Plaintiffs J. Does 1-4 |

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: February 6, 2023   MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
     Joseph C. Gratz