MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  4:22-cv-06823-JST<br>            4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**DECLARATION OF JOSEPH C. GRATZ IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME** |

1  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
4  Facsimile:  (213) 892-5454

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOSEPH C. GRATZ
Case No. 4:22-cv-06823-JST

I, Joseph C. Gratz, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC in the above-captioned action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration in support of the Parties' Joint Stipulation and Proposed Order Regarding Extension of Time. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

2. On January 23, 2023, Plaintiffs filed their Motion for Entry of Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 49).

3. Pursuant to Civil Local Rule 7-3, Defendants' deadline to oppose Plaintiffs' Motion is February 6, 2023, and Plaintiffs' deadline to reply is February 13, 202

4. The Parties previously stipulated twice to an extension of the deadline for Defendants to move or otherwise respond to the Complaint as well as Plaintiffs' response and Defendants' replies to any such motion.

5. On February 3, 2023, the Parties conferred and agreed they need additional time to negotiate a jointly stipulated protective order and to seek an extension of two weeks for all current deadlines associated with Plaintiffs' Motion for Entry of Protective Order (ECF No. 49) with the Court. The parties have engaged in active negotiations regarding such a stipulation and have exchanged proposed drafts, but have not yet reached agreement.

6. An extension of these deadlines related to Plaintiffs' Motion for Entry of Protective Order will not alter the date of any other event or deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2023 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  */s/ Joseph C. Gratz* |
| 4 | |       Joseph C. Gratz |

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company