UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-06823-JST<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: ECF No. 54 |

Before the Court is the parties' joint stipulation to extend the briefing schedule on the pending motion for entry of protective order. ECF No. 54.

The deadline for opposition on that motion shall be extended to February 21, 2023; the deadline for reply shall be extended to February 28, 2023; and the hearing on the motion shall be continued to April 6, 2023.

**IT IS SO ORDERED.**

Dated: February 8, 2023



_____
JON S. TIGAR
United States District Judge