UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-06823-JST<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER**<br><br>Re: ECF No. 57 |

Before the Court is the parties' stipulated proposed protective order. ECF No. 57. The parties did not comply with Section H of Judge Tigar's Standing Order for All Civil Cases, available at https://cand.uscourts.gov/civil-standing-order-jst-07-28-22/. The stipulation is therefore denied.

**IT IS SO ORDERED.**

Dated: February 23, 2023



JON S. TIGAR
United States District Judge