ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-06823-JST<br><br>Consolidated with Case No. 4:22-cv-07074-JST<br><br>**NOTICE OF APPEARANCE BY DANIEL D. JUSTICE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Daniel D. Justice of Orrick, Herrington & Sutcliffe LLP enters his appearance in the above-captioned matter for Defendants Microsoft Corporation and GitHub, Inc.

Defendants Microsoft Corporation and GitHub, Inc. hereby request that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>  Daniel D. Justice
>  djustice@orrick.com
>  Orrick, Herrington & Sutcliffe LLP
>  405 Howard Street San Francisco, CA 94105-2669
>  Telephone:   +1-415-773-5700
>  Facsimile:    +1-415-773-5759

Dated: February 24, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By:    /s/ Daniel D. Justice
                                                   DANIEL D. JUSTICE
                                                   Attorneys for Defendants
                                                   MICROSOFT CORPORATION and
                                                   GITHUB, INC.