Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     swilliams@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>  Defendants. | Case Nos.  4:22-cv-06823-JST<br>                  4:22-cv-07074-JST<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF ENTRY OF [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS** |

Case No. 4:22-cv-06823-JST

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF ENTRY OF [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Does 1–4 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of entry of the [Proposed] Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("Proposed Stipulated Protective Order"), which is filed concurrently with this declaration.

2. Plaintiffs' Proposed Stipulated Protective Order is identical to the Court's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("Model Order") (available at https://www.cand.uscourts.gov/forms/model-protective-orders/) except as set forth below in Paragraphs 3–4 below and shown in redline in Exhibit 1, which is a tracked-changes version of the Proposed Stipulated Protective Order showing changes from the Model Order.

3. In the Proposed Stipulated Protective Order, the parties have added case-identifying information and included optional language delineated in the Model Order in Sections 2.4, 2.5, 2.9, 2.16, 5.2, 7.3, 7.4, 9(b), and 10(c).

4. The parties met and conferred regarding their preferences for certain language in Section 7.4 (Procedures for Approving or Objecting to Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items to Designated House Counsel or Experts) and ultimately compromised on one change not contemplated by the Model Order. Namely, the parties agreed to shorten the time to object to disclosure of material designated as Highly Confidential—Attorneys' Eyes Only and/or Highly Confidential—Source Code in Section 7.4(b) from fourteen days to seven days.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 3rd day of March, 2023 at San Francisco, California.

                                                   */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri

Case No. 4:22-cv-06823-JST      2

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF ENTRY OF [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS