| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Cadio Zirpoli (State Bar No. 179108) |
| 3 | Elissa A. Buchanan (State Bar No. 249996) |
| 4 | Travis Manfredi (State Bar No. 281779) |
|   | Christopher K.L. Young (State Bar No. 318371) |

**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
             swilliams@saverilawfirm.com
             czirpoli@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             tmanfredi@saverilawfirm.com
             cyoung@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:   mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., | Case No. 4:22-cv-06823-JST |
| Individual and Representative Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF CHRISTOPHER K.L. YOUNG** |
| GITHUB, INC., et al., | |
| Defendants. | |

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Christopher K.L. Young hereby appears as counsel of record for Plaintiffs in this action. Mr. Young is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Young's contact information is as follows:

> Christopher K.L. Young (State Bar No. 318371)
> Joseph Saveri Law Firm, LLP
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> Telephone: 415-500-6800
> Facsimile: 415-395-9940
> Email: cyoung@saverilawfirm.com

Dated: March 6, 2023                    By:      */s/ Christopher K.L. Young*
                                                 Christopher K.L. Young

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                tmanfredi@saverilawfirm.com
                cyoung@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:          mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*