Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:     (415) 395-9940
Email:          mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case Nos.    4:22-cv-06823-JST<br>                 4:22-cv-07074-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR PROTECTIVE ORDER DEADLINES** |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs J. Doe 1-4 ("Plaintiffs") and Defendants GitHub, Inc; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby jointly make the following stipulated request to vacate the current deadlines related to Plaintiffs' Motion for Entry of Protective Order (ECF No. 49) upon entry of the Stipulated Protective Order

filed concurrently herewith, as set forth below:

WHEREAS, on January 23, 2023, Plaintiffs filed their Motion for Entry of Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (the "Motion") (ECF No. 49);

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants' deadline to oppose Plaintiffs' Motion was February 6, 2023, and Plaintiffs' deadline to reply is February 13, 2023;

WHEREAS, on February 8, 2023, pursuant to stipulation by the parties, the Court entered an Order Granting Extension of Time (EFC No. 55) that extended Defendants' deadline to respond to the Motion until February 21, 2023, Plaintiffs' deadline to reply to February 28, 2023, and set the hearing for April 6, 2023;

WHEREAS, the Parties have conferred and agreed to the Proposed Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets filed concurrently herewith ("Proposed Stipulated Protective Order");

WHEREAS, the parties have conferred and agreed that the deadlines related to the Motion should be vacated upon entry of the Proposed Stipulated Protective Order as an order by the Court because it will moot the Motion;

WHEREAS, vacating these deadlines related to Plaintiffs' Motion for Entry of Protective Order will not alter the date of any other event or deadline already fixed by Court order.

NOW THEREFORE, the Parties STIPULATE AND AGREE, by and through their counsel, to vacate the deadlines related to Plaintiffs' Motion for Entry of Protective Order upon entry of the Proposed Stipulated Protective Order as an order by the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 7, 2023

_____
Honorable Jon S. Tigar
United States District Judge

| | | |
|---|---|---|
| Dated: February 21, 2023 | By: | *Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       swilliams@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       tmanfredi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| Dated: February 21, 2023 | By: | *Annette L. Hurst* |
| | | Annette L. Hurst |

                                                Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:     415 773 5700
Facsimile:      415-773-5759
Email:            ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

| | | |
|---|---|---|
| Dated: February 21, 2023 | By: | *Joseph C. Gratz* |
| | | Joseph C. Gratz |

Joseph C. Gratz (State Bar No. 240676)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:     415-268-7000
Facsimile:      415-268-7522
Email:            JGratz@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*