Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> GITHUB, INC., et al., <br><br> Defendants. | Case Nos.   4:22-cv-06823-JST <br>                      4:22-cv-07074-JST <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> Date:           May 4, 2023 <br> Time:          2:00 p.m. <br> Courtroom: 6, 2nd Floor <br> Judge:         Hon. Jon Tigar |

4:22-cv-06823-JST

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court to file under seal portions of Exhibits 1 and 2 to the Omnibus Declaration of Joseph R. Saveri in Support of Plaintiffs' Responses in Opposition to Defendants' Motions to Dismiss ("Saveri Declaration"). Exhibits 1 and 2 are email messages sent to counsel for Plaintiffs in this case that contain the personal identifying information (e.g., names and email addresses) of nonparties to this litigation. Accompanying this Motion is the Declaration of Travis Manfredi in Support of Plaintiffs' Administrative Motion to File Under Seal ("Manfredi Decl.") and a proposed order.

## II. ARGUMENT

On a motion to seal, "[t]he focus . . . is on whether the motion at issue is more than tangentially related to the underlying cause of action." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016) (internal quotation marks omitted); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Motions to dismiss are dispositive motions, so the "compelling reasons" standard applies. *Yelp Inc. v. Datafiniti LLC*, No. C 12-01444-DMR, 2013 WL 12324188, at *2 (N.D. Cal. Jan. 14, 2013). Compelling reasons "outweigh the public's interest in disclosure and justify sealing court records . . . when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets . . . ." *Kamakana*, 447 F.3d at 1179 (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178

Sealing is warranted because Exhibits 1 and 2 contain the personal information of nonparties to this litigation, including names and email addresses. *See* Manfredi Decl. ¶ 2. Courts in this district routinely find that compelling reasons exist to seal information of this type. *See, e.g., Am. Automobile Ass'n of N. Cal., Nev., & Utah v. Gen. Motors LLC*, No. 17-CV-03874-LHK, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (finding compelling reasons to seal "personally identifiable information of third-party individuals, including names, addresses, phone numbers, and email addresses"); *Hunt v. Cont'l Cas. Co.*, No. 13-CV-05966-HSG, 2015

WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015) ("The Court finds that the information sought to be sealed by Defendant implicates important privacy concerns of nonparties—whose names are not relevant to the disposition of this case—that outweigh the public's interest in disclosure of these judicial records.").

### III.   CONCLUSION

For the reasons stated above, the Plaintiffs request the following documents be filed under seal:

| Document | Description of Document | Reason for Sealing |
| --- | --- | --- |
| Exhibit 1 to Saveri Decl. | Email | Contains the personal identifying information including the name and email address of a nonparty not directly involved in this litigation. |
| Exhibit 2 to Saveri Decl. | Email | Contains the personal identifying information including the name and email address of a nonparty not directly involved in this litigation. |

| | | |
|---|---|---|
| Dated: March 9, 2023 | By: | /s/ Travis Manfredi |
| | | Travis Manfredi |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:  jsaveri@saverilawfirm.com
            swilliams@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butterickla w.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS