1  Joseph R. Saveri (State Bar No. 130064)
2  Steven N. Williams (State Bar No. 175489)
   Cadio Zirpoli (State Bar No. 179108)
3  Christopher K.L. Young (State Bar No. 318371)
4  Elissa A. Buchanan (State Bar No. 249996)
   Travis Manfredi (State Bar No. 281779)
5  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
6  San Francisco, California 94108
7  Telephone:     (415) 500-6800
   Facsimile:     (415) 395-9940
8  Email:         jsaveri@saverilawfirm.com
                  swilliams@saverilawfirm.com
9                 czirpoli@saverilawfirm.com
                  cyoung@saverilawfirm.com
10                eabuchanan@saverilawfirm.com
                  tmanfredi@saverilawfirm.com
11

12 *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

13

                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15
                              OAKLAND DIVISION

16 | | |
   |---|---|
17 | J. DOE 1, et al., | Case Nos.  4:22-cv-06823-JST |
   | Individual and Representative Plaintiffs, | 4:22-cv-07074-JST |
18 | v. | |
19 | GITHUB, INC., et al., | **DECLARATION OF TRAVIS MANFREDI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |
20 | Defendants. | |
   | | Date:       May 4, 2023 |
   | | Time:       2:00 p.m. |
   | | Courtroom:  6, 2nd Floor |
   | | Judge:      Hon. Jon Tigar |

4:22-cv-06823-JST

DECLARATION OF TRAVIS MANFREDI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

I, Travis Manfredi, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Does 1–4 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Exhibits 1 and 2 to the Omnibus Declaration of Joseph R. Saveri ISO Plaintiffs' Response in Opposition to Defendants' Motions to Dismiss ("Saveri Declaration").

2. Plaintiffs seek to seal portions of Exhibits 1 and 2 of the Saveri Declaration because Exhibits 1 and 2 contain the personally identifiable information about a nonparty to this litigation, including their names and email addresses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March, 2023 at San Francisco, California.

*/s/ Travis Manfredi*
Travis Manfredi

1

DECLARATION OF TRAVIS MANFREDI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS