1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                    Defendants. | Case Nos.  4:22-cv-06823-JST<br>                 4:22-cv-07074-JST<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:         May 4, 2023<br>Time:        2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge:       Hon. Jon Tigar |

4:22-cv-06823-JST

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1 & 2 TO THE OMNIBUS DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Having considered Plaintiffs' Administrative Motion to File Under Seal Portions of Exhibits 1 and 2 to the Omnibus Declaration of Joseph R. Saveri in Support of Plaintiffs' Responses in Opposition to Defendants' Motions to Dismiss (the "Motion"), and the Declaration of Travis Manfredi submitted in support thereof, the Court finds the following materials are "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil Local Rule 79-5(b), and that compelling reasons exist to seal the following documents and GRANTS the Motion. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–82 (9th Cir. 2006); *Am. Auto. Ass'n of N. Cal., Nev., & Utah v. Gen. Motors LLC*, No. 17-CV-03874-LHK, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019). The identified portions of Exhibits 1 and 2 shall be filed under seal as indicated below:

| Document | Description of Document | Reason for Sealing |
| --- | --- | --- |
| Exhibit 1 to Saveri Decl. | Email | Contains the personal identifying information including the name and email address of a nonparty not directly involved in this litigation. |
| Exhibit 2 to Saveri Decl. | Email | Contains the personal identifying information including the name and email address of a nonparty not directly involved in this litigation. |

The Motion identified above is hereby GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. JON S. TIGAR
United States District Judge