# Exhibit 1

## FILED UNDER SEAL
## (REDACTED)

| | |
|---|---|
| **From:** | ▉▉▉▉▉▉▉▉▉▉ |
| **Sent:** | Thursday, October 27, 2022 5:12 AM |
| **To:** | ▉▉▉▉▉▉ |
| **Subject:** | Ai |

Hey ▉▉▉▉▉▉▉▉,
imagine shooting against ai 🤣🤣🤣,
youre the biggest clown i know.
go kys r3tard.
kill urself.

your life is garbage and you too.
pls do us a favor and go commit die,
less crying nggas out there after.



1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY