# Exhibit 2

## FILED UNDER SEAL
## (REDACTED)

**From:** ▮
**Sent:** Friday, November 4, 2022 8:58 AM
**To:** ▮
**Subject:** Github Copilot

You are a bitch and I hope you fucking die you piece of shit. It's people like you why this world sucks so fucking bad and we can't have nice things.

I literally hope someone murder you. Go fucking die.


--
▮ - Website Developer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY