# Exhibit 3

# Travis Manfredi

| | |
|---|---|
| **From:** | Anonymousemail <noreply@anonymousemail.me> |
| **Sent:** | Saturday, November 5, 2022 10:38 AM |
| **To:** | GitHub Inquiries |
| **Subject:** | lol |

Powered by Anonymousemail → Join Us!

go fucking cry about github you fucking piece of shit nigger, i hope your throat gets cut open and every single family member of you is burnt to death