Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case Nos.  4:22-cv-06823-JST<br>            4:22-cv-07074-JST<br><br>**DECLARATION OF TRAVIS MANFREDI IN SUPPORT OF PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)**<br><br>Date:        May 4, 2023<br>Time:        2:00 p.m.<br>Courtroom:   6, 2nd Floor<br>Judge:       Hon. Jon Tigar |

4:22-cv-06823-JST

DECLARATION OF TRAVIS MANFREDI IN SUPPORT OF PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)

I, Travis Manfredi, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Does 1–4 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names Pursuant to Section 6.3 of the Stipulated Protective Order (ECF No. 63).

2. Defendants Microsoft Corp. and GitHub, Inc. (collectively "Defendants") notified Plaintiffs by letter of their challenge of Plaintiffs' designation of their true names as "HIGHLY CONFIDENTIAL" pursuant to Section 6.2 of the Stipulated Protective Order. Defendants' letter does not include the additional "–ATTORNEYS' EYES ONLY" portion of the designation. The Stipulated Protective Order does not contain a designation of "HIGHLY CONFIDENTIAL" alone.

3. In their letter, Defendants stated the basis for their challenge is "that Rule 10(a) and the Advanced Textile case require extraordinary circumstances for keeping such information a secret, and that no such circumstances are present here."

4. Counsel for the parties met and conferred in voice-to-voice dialogue prior to the filing of this motion regarding the subject of this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, 2023 at San Francisco, California.

> /s/ *Travis Manfredi*
> Travis Manfredi