UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                    Defendants. | Case Nos.  4:22-cv-06823-JST<br>                 4:22-cv-07074-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)**<br><br>Date:         May 4, 2023<br>Time:        2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge:       Hon. Jon Tigar |

4:22-cv-06823-JST

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)

1. Having considered Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names Pursuant to Section 6.3 of the Stipulated Protective Order (ECF No. 63). (the "Motion"), and the Declaration of Travis Manfredi submitted in support thereof, the Court finds the following materials are "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means" and GRANTS the Motion. Plaintiffs' true names shall retain their designation of HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY.

The Motion identified above is hereby GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated: _____, 2023

HON. JON S. TIGAR
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)