# EXHIBIT 1

REDACTED

---------- Forwarded message ---------
From: **Matthew Butterick** <mb@mbtype.com>
Date: Mon, Oct 17, 2022 at 3:29 PM
Subject: I've joined a litigation team that is investigating GitHub Copilot
To: REDACTED

In June, I wrote a piece called This copilot is stupid and wants to kill me. It was about GitHub Copilot, an AI-based programming tool released by Microsoft that in my view was "vigorously violating open-source licenses".

Since then, my view has not changed. Neither has Copilot. Meanwhile, I met some lawyers at the Joseph Saveri Law Firm who agreed. So for the first time in many years, I've put on my serious-lawyer pants, and today I'm releasing a sequel to that piece, announcing our investigation of GitHub Copilot:

**https://githubcopilotinvestigation.com/**

"But I'm not an open-source software programmer or Copilot user. How can I help?"
**Please spread the word!** Friends, even if you don't really understand what open-source software is, know this: open-source software is everywhere, and you depend on it. The core of Mac OS is open source. Linux is open source. Android is open source. Mozilla Firefox is open source. Most programming languages (like Racket) are open source. Key tools for AI, like TensorFlow and PyTorch, are open source. The vast majority of websites

are built on open-source software.

GitHub Copilot is apparently violating huge numbers of open-source licenses simultaneously, taking the benefits of the code while ignoring the legal rights of the authors (most of whom contribute their time and expertise for free). Of the many attacks Microsoft has launched against open source during the last 20+ years — its former CEO called it a "cancer" — this is among the worst.

I've been a member of the open-source community for nearly 25 years. Open source has been very good to me — among other things, I paid for law school with savings from my job at open-source pioneer Red Hat. So really, without open source, there would be no Typography for Lawyers, no Practical Typography, and no Pollen. Gosh, it's hard to even imagine what I'd be doing all day. So it was an easy decision to sign onto this project.

In addition to the serious-lawyer pants, my serious-lawyer email address has also been reactivated: mb@buttericklaw.com. I look forward to hearing from any of you who can contribute to the investigation.

(The usual disclaimer: I am not your lawyer, nor anyone's lawyer, and you should not take anything in this message as legal advice.)

MB XS by Matthew Butterick

1920 Hillhurst Ave #406 Los Angeles, CA 90027 USA

Sent to REDACTED — Unsubscribe

*Delivered by*
