ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br>Consolidated w/ Case No. 4:22-cv-7074-JST<br><br>**DEFENDANTS GITHUB AND MICROSOFT'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:　　　　May 4, 2023<br>Time:　　　　2:00 p.m.<br>Courtroom:　 6, 2d Floor<br>Judge:　　　 Hon. Jon S. Tigar<br><br>Complaint Filed:　　December 7, 2022 |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order (ECF No. 63), GitHub and Microsoft hereby move to file under seal portions of Exhibit 1 to the Hurst Declaration ISO GitHub and Microsoft's Opposition to Plaintiffs' Motion To Maintain Confidentiality Designations For Plaintiffs' True Names ("Hurst Declaration"), because Plaintiffs designated the true names of Plaintiffs listed in that exhibit as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" ("AEO") under § 6.3 of the Stipulated Protective Order.  ECF No. 71.  In support of this request, GitHub and Microsoft submit attached hereto, a copy of Exhibit 1 to the Hurst Declaration with highlighted portions indicating the information subject to this request to seal, as well as a proposed order.

Specifically, GitHub and Microsoft seek an order sealing the following information that Plaintiffs have sought to designate as AEO:

| Portion of Exhibit to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of Exhibit 1 to the Hurst Declaration. | The highlighted portions reflect information that Plaintiffs seek to designate as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under § 6.3 of the Stipulated Protective Order. |

The only purpose for this sealing request is to comply with Defendants' obligations under the Protective Order to observe Plaintiffs' AEO designation of the material until such time as it is lifted by the Court.  Defendants do not agree that this information meets the AEO standard and in fact have objected to it.

Dated: April 13, 2023

Orrick, Herrington & Sutcliffe LLP

By:  /s/ Annette L. Hurst
ANNETTE L. HURST
Attorneys for Defendants
GitHub, Inc. and Microsoft Corp.