# EXHIBIT 1
# PUBLIC VERSION OF EXHIBIT SOUGHT TO BE SEALED



601 CALIFORNIA STREET
SUITE 1000
SAN FRANCISCO CA 94108

TEL  415.500.6800

FAX  415.395.9940

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

March 8, 2023

**Via Electronic Mail**

Michael A. Jacobs                    Annette L. Hurst
Morrison & Foerster LLP              Orrick, Herrington & Sutcliffe LLP
425 Market Street                    405 Howard Street
San Francisco, California 94105      San Francisco, California 94105
MJacobs@mofo.com                     ahurst@orrick.com

Re:     *Doe 1, et al. v. GitHub, Inc., et al.*; Case No 4:22-cv-06823-JST (N.D. Cal.);
        *Doe 3, et al.  v. GitHub, Inc.*, *et al.*; Case No. 4:22-cv-07074-JST (N.D. Cal.)

Dear Mr. Jacobs and Ms. Hurst:

Now that Judge Tigar has entered the Stipulated Protective Order (ECF No. 63), we write to provide you with the true names of the Plaintiffs in *Doe 1, et al. v. GitHub, Inc., et al.*; Case No 4:22-cv-06823-JST (N.D. Cal.) and *Doe 3, et al.  v. GitHub, Inc.*, *et al.*, Case No. 4:22-cv-07074-JST (N.D. Cal.).

In the chart below, we set forth the true name of each Plaintiff and their corresponding pseudonym. As stated in the chart, the names are all produced as Highly Confidential—Attorneys' Eyes Only. We expect you understand these names may not be revealed publicly absent a court order.

| Pseudonym | True Name | Confidentiality Designation for True Name |
|-----------|-----------|-------------------------------------------|
| J. Doe 1  | ████████  | Highly Confidential—Attorneys' Eyes Only  |
| J. Doe 2  | ██████    | Highly Confidential—Attorneys' Eyes Only  |
| J. Doe 3  | ████████  | Highly Confidential—Attorneys' Eyes Only  |
| J. Doe 4  | ██████    | Highly Confidential—Attorneys' Eyes Only  |

Sincerely,

*/s/ Joseph R. Saveri*

Joseph R. Saveri

cc:     Joseph Charles Gratz