Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case Nos. 4:22-cv-06823-JST<br>           4:22-cv-07074-JST<br><br>**REPLY DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)**<br><br>Date:      May 4, 2023<br>Time:     12:30 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge:    Hon. Jon Tigar |

4:22-cv-06823-JST

REPLY DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs Does 1–4 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names Pursuant to Section 6.3 of the Stipulated Protective Order (ECF No. 63).

2. At my direction, attorneys at my firm have discussed with Plaintiffs the possibility that the Court may order their true names be revealed to the public. Plaintiffs have also reviewed the threatening messages that have been received by Plaintiffs' counsel.

3. Doe 1 and Doe 2 have indicated they will withdraw as named plaintiffs rather than vindicate their rights in court. Does 1 and 2 have stated that they fear reprisal and physical harms to their persons if their real identities are revealed. Does 1 and 2 have stated that the threats received by their Counsel cause them to feel threatened and concerned for their physical safety. They find the fact that some of the threatening emails were sent using real-names and personal email addresses, and were sent to a personal email address for Plaintiffs' counsel particularly disturbing. Does 1 and 2 have indicated that they wish to withdraw as named plaintiffs rather than vindicate their rights if the confidentiality of their true names is removed or even if it is decreased from HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY to CONFIDENTIAL.

4. Upon receipt of the threatening email messages (ECF Nos. 68-1, 68-2, 68-3), Plaintiffs' counsel took appropriate steps to report the threats to the authorities, including reporting them for further investigation to the Federal Bureau of Investigation.

5. The Plaintiffs all further fear reprisal and potential harm from Defendants based upon their prior interactions and knowledge about Defendants. This fear is based on Microsoft's, the parent and controller of GitHub, prior history of reprisal and discriminatory behavior upon adverse parties. Microsoft has a long history of egregious conduct, such as the illegal campaign it waged against Netscape that is common knowledge in the coding community. *See*

1

REPLY DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)

1   https://www.justice.gov/atr/us-v-microsoft-proposed-findings-fact-1. Microsoft also now has a substantial interest in at least one OpenAI entity.

6.  Plaintiffs also fear that if their names are identified, they may be subject to invasions of privacy and harassment by strangers and Defendants'-employees posing as strangers. Defendant Microsoft's employes have engaged in this practice already in connection with this case. Attached hereto as **Exhibit 1** is a true and correct copy of a discussion of this case on an Internet forum is initiated and dominated by an individual called "bluca," who is identified by others as a Microsoft employee. "bluca" is angry about this lawsuit and refutes anyone that speaks against AI or Defendants, all while at first concealing their employment at Microsoft and then downplaying the obvious conflict.

7.  Attached hereto as **Exhibit 2** is a true and correct screenshot of a comment posted on Reddit in November 2022 in response to a link to Matthew Butterick's article announcing the filing of this action, available at https://www.reddit.com/r/webdev/comments/ylfu70/comment/iuyyir7/?utm_source=share&utm_medium=web2x&context=3

8.  Attached hereto as **Exhibit 3** is a true and correct screenshot of a comment posted on Reddit in November 2022 in response to a link to Mr. Butterick's article announcing the filing of this action, available at https://www.reddit.com/r/webdev/comments/ylfu70/comment/iv0gckn/?utm_source=share&utm_medium=web2x&context=3

9.  Attached hereto as **Exhibit 4** is a true and correct screenshot of a comment posted on Reddit in November 2022 in response to a link to Mr. Butterick's article announcing the filing of this action, available at https://www.reddit.com/r/webdev/comments/ylfu70/comment/iv11x8o/?utm_source=share&utm_medium=web2x&context=3

10. Attached hereto as **Exhibit 5** is a true and correct screenshot of a comment posted on Reddit in November 2022 in response to a link to Mr. Butterick's article announcing the filing

of this action, available at
https://www.reddit.com/r/technology/comments/ylfd6n/comment/iuyo342/?utm_source=share&utm_medium=web2x&context=3

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of April, 2023.

/s/ <i>Joseph R. Saveri</i><br>Joseph R. Saveri

3

REPLY DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS FOR PLAINTIFFS' TRUE NAMES PURSUANT TO SECTION 6.3 OF THE STIPULATED PROTECTIVE ORDER (ECF NO. 63)