# EXHIBIT 2



vinegarnutsack · 5 mo. ago

I just want to say from the bottom of my heart, fuck you people.

-3   Reply   Share