# EXHIBIT 3

 _throwingit_awaaayyy 🦎 +1 · 5 mo. ago

The lawyers and idiots behind this effort are only trying to enrich themselves. Microsoft is an easy target but this is a harebrained idea. They're virtue signaling even tho they are only in this to make a buck. Get fucked

➕➕ -1 ➖➖   💬 Reply   Share   ···