# EXHIBIT 4

 SpookyTron 🥵 · 5 mo. ago

Holy hell they've created a once in a generation ai tool with the code that they store for you for FREE and you fucking losers are suing them for it

+ + ·3 − −   💬 Reply   Share   ···