UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-06823-JST<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 74 |

Defendants GitHub, Inc. and Microsoft Corporation seek to file under seal material that has been designated as confidential by Plaintiffs. ECF No. 74. The designating party has failed to file the responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). The Court provides an additional seven days for the designating party to file the required documents. If no statement or declaration is filed within seven days of the date of this order, the Court will deny the motion to seal the designated material.

**IT IS SO ORDERED.**

Dated: April 21, 2023

                _____
                JON S. TIGAR
                United States District Judge