ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
Orrick, Herrington & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br><br>Consolidated with Case No. 4:22-cv-7074-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GITHUB AND MICROSOFT'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: May 4, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6, 2d Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: December 7, 2022 |

1  Before the Court is GitHub and Microsoft's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to file under seal portions of Defendants GitHub and Microsoft's Reply In Support of Their Motions to Dismiss Operative Complaint in Consolidated Actions (filed at ECF No. 72), the Hurst Declaration in Support of Defendants GitHub and Microsoft's Motions to Dismiss Operative Complaint in Consolidated Actions (filed at ECF No. 72-1), and Defendants GitHub and Microsoft's Opposition to Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names Pursuant to Section 6.3 of the Stipulated Protective Order (ECF No. 63) (filed at ECF No. 75), because Plaintiffs have asserted that such information should be under seal. ECF No. 77 at 3-4. Accordingly, GitHub and Microsoft may file such material under seal pursuant to Local Rule 79-5(f) until such time as the propriety of the designation is fully adjudicated, and the Administrative Motion is GRANTED.

**IT IS HEREBY ORDERED** that counsel for GitHub and Microsoft may file under seal the following information that Plaintiffs have sought to maintain under seal:

| Portion of Exhibit to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of Defendants GitHub and Microsoft's Reply In Support of Their Motions to Dismiss Operative Complaint in Consolidated Actions (filed at ECF No. 72) | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |
| Hurst Declaration in Support of Defendants GitHub and Microsoft's Motions to Dismiss Operative Complaint in Consolidated Actions (filed at ECF No. 72-1) | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |
| Defendants GitHub and Microsoft's Opposition to Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names Pursuant to Section 6.3 of the Stipulated Protective Order (ECF No. 63) (filed at ECF No. 75) | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |

**IT IS SO ORDERED.**

DATED: _____

_____
JON S. TIGAR
United States District Judge