ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:   +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-06823-JST<br>Consolidated with Case No. 4:22-cv-07074-JST<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF DEFENDANTS GITHUB AND MICROSOFT'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:         May 4, 2023<br>Time:         2:00 p.m.<br>Courtroom:  6, 2d Floor<br>Judge:        Hon. Jon S. Tigar<br><br>Complaint Filed:   December 7, 2022 |

I, Annette L. Hurst, hereby declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants GitHub, Inc. and Microsoft Corporation in this action. I am a member of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration unless otherwise stated, and if called to testify to those facts, I could and would competently do so.

2. On Thursday, April 20, Plaintiffs filed their reply in support of their motion to retain the AEO designation on Plaintiffs' names. In that reply, Plaintiffs asserted that the identity of the recipient of certain emails was confidential. We had not previously understood that Plaintiffs intended for the identity of the recipient to be confidential information because Plaintiffs' motion to seal referenced only the identity of the senders as nonpublic information. In particular, attached as **Exhibit 1** is a summary chart of Plaintiffs' prior public disclosures concerning the emails at issue. Nevertheless, we are taking Plaintiffs' April 20 filing as a designation of the recipient of the emails as CONFIDENTIAL information subject to protective order, and accordingly we are taking steps to supply a redacted version of our public filings and to seal the unredacted version of our prior filings containing the e-mail recipient identity information.

3. Attached as **Exhibit 2** is a true and correct copy of Defendants GitHub and Microsoft's Reply In Support of Their Motions to Dismiss Operative Complaint in Consolidated Actions, with redactions of the information Plaintiffs assert should be under seal.

4. Attached as **Exhibit 3** is a true and correct copy of the Hurst Declaration in Support of Defendants GitHub and Microsoft's Motions to Dismiss Operative Complaint in Consolidated Actions, with redactions of the information Plaintiffs assert should be under seal.

5. Attached as **Exhibit 4** is a true and correct copy of Defendants GitHub and Microsoft's Opposition to Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True names, with redactions of the information Plaintiffs assert should be under seal.

6. The first time Plaintiffs' counsel notified me that they considered the identity of the recipient of emails to be confidential information was in their public reply brief filed in

1

Hurst Decl. ISO
GitHub and Microsoft's Motion to Seal
4:22-cv-06823-JST

1  support of their Motion to Maintain Confidentiality Designations for Plaintiffs' True Names
2  Pursuant to Section 6.3 of the Stipulated Protective Order, filed on April 20. *See* ECF No. 75.
3  Plaintiffs did not raise the issue with me in correspondence or meet and confer prior to that filing,
4  even though Defendants GitHub and Microsoft's Reply in Support of Their Motions to Dismiss
5  filed two weeks prior on April 6 includes the same information. Additionally, in their brief,
6  Plaintiffs repeatedly state the name of the recipient of the emails. ECF No. 75 at 3-5. Plaintiffs
7  also submitted a declaration from Plaintiffs' counsel, further naming the recipient of the emails.
8  ECF No. 75-1. This would certainly seem to be a waiver of any confidentiality information they
9  once claimed they had. Nonetheless, in an abundance of caution given the allegations of
10  improper handling of confidential information, GitHub and Microsoft offer this Administrative
11  Motion to Seal.
12      I declare under penalty of perjury under the laws of the United States that the foregoing is
13  true and correct. Executed on this 24th day of April, 2023 in San Francisco, California.

By:  */s/ Annette L. Hurst*
ANNETTE L. HURST