# EXHIBIT 1

**Plaintiffs' Prior Public Disclosures Concerning The Emails At Issue**

| Filing | Date | Docket number | Public disclosures about the emails |
|---|---|---|---|
| Plaintiffs' Administrative Motion to Seal Portions of Exhibits 1 & 2 | Mar. 9, 2023 | ECF No. 65 at 1-2 | • "Exhibits 1 and 2 are email messages sent to counsel for Plaintiffs in this case"<br>• "Sealing is warranted because Exhibits 1 and 2 contain the personal information of nonparties to this litigation, including names and email addresses."<br>• "Contains the personal identifying information including the name and email address of a nonparty not directly involved in this litigation." |
| Plaintiffs' Opposition to GitHub and Microsoft's Motion to Dismiss | Mar. 9, 2023 | ECF No. 66 at 6 | • "Plaintiffs, through their counsel, have received actual legitimate threats of violence." |
| Plaintiffs' Opposition to OpenAI's Motion to Dismiss | Mar. 9, 2023 | ECF No. 67 at 10 | • "Plaintiffs, though their counsel, have received legitimate and credible threats of physical violence."<br>• "They were specific threats sent directly to Plaintiffs' counsel." |
| Saveri Declaration ISO Oppositions to Defendants' Motions to Dismiss | Mar. 9, 2023 | ECF No. 68 ¶¶ 3-5 | • "Attached hereto as Exhibit 1 is a true and correct copy of a threatening and disturbing message sent to counsel for Plaintiffs on October 27, 2022, prior to the filing of the initial complaint in this action."<br>• "Attached hereto as Exhibit 2 is a true and correct copy of another threatening and disturbing message sent to counsel for Plaintiffs on November 4, 2022."<br>• "Attached hereto as Exhibit 3 is a true and correct copy of a threatening and disturbing message sent to the email address counsel for Plaintiffs set up for inquiries regarding this case on November 5, 2022." |
| Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names | Mar. 30, 2023 | ECF No. 71 at 2 | • "Plaintiffs, though their counsel, have received legitimate and credible threats of physical violence."<br>• "They were specific threats sent directly to Plaintiffs' counsel." |