# EXHIBIT 3: PUBLIC VERSION OF HURST DECLARATION IN SUPPORT OF MOTION TO DISMISS REPLY (ECF NO. 72-1)

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-06823-JST<br>Consolidated with Case No. 4:22-cv-07074-JST<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF DEFENDANTS GITHUB AND MICROSOFT'S MOTIONS TO DISMISS OPERATIVE COMPLAINT IN CONSOLIDATED ACTIONS**<br><br>Date: May 4, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6, 2d Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: December 7, 2022 |

I, Annette L. Hurst, hereby declare:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants GitHub, Inc. and Microsoft Corporation in this action. I am a member of the California State Bar and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration unless otherwise stated, and if called to testify to those facts, I could and would competently do so.

2. Attached as **Exhibit 1** is a true and correct copy of a newsletter dated October 17, 2022, that I am informed and believe was authored by Plaintiffs' counsel Matthew Butterick and sent on that date. David Fuad, one of my colleagues at Orrick, is a subscriber in his personal capacity to Mr. Butterick's newsletter regarding typefaces and in that capacity he received this communication announcing Mr. Butterick's investigation regarding Copilot.

3. Attached as **Exhibit 2** is a true and correct copy of a printout of Mr. Butterick's website, titled "GitHub Copilot Investigation," available at https://githubcopilotinvestigation.com, printed on March 29, 2023 at 4:25 PM. As indicated on page 1 of Exhibit 1, described above, Mr. Butterick published this website on October 17, 2022.

4. I am informed and believe and thereupon state that the document attached as **Exhibit 3** is a true and correct copy of Mr. Butterick's newsletter dated November 3, 2022, also provided by my colleague David Fuad.

5. Attached as **Exhibit 4** is a true and correct copy of a printout of another website authored by Mr. Butterick, titled "GitHub Copilot litigation," available at https://githubcopilotlitigation.com, printed on March 29, 2023 at 4:32 PM. As shown on the first page, the first article published to this website is dated November 3, 2022.

6. Attached as **Exhibit 5** is a true and correct copy of a letter from Annette Hurst to Joseph Saveri, dated January 18, 2023.

7. Beginning in November and early December when we first started communicating with Plaintiffs' counsel, I raised the issue of the anonymity of the Plaintiffs and asked what was the basis for them to proceed anonymously. When we were negotiating the stipulation to consolidate

1

Hurst Decl. ISO
GitHub and Microsoft's MTD
4:22-cv-06823-JST

1  the actions, I proposed a stipulation that the proceedings be consolidated and that Plaintiffs would
2  file an amended and consolidated operative complaint in which they would also name themselves.
3  After we reached an agreement to consolidate the actions but could not reach an agreement that
4  Plaintiffs would amend either of their complaints, we continued to negotiate over the anonymity
5  issue.  Over the entire course of these negotiations, we met on video conference with Travis
6  Manfredi at least twice in which we discussed the issue.  We asked *why*, and they offered no
7  explanation.  Throughout numerous communications over several months in the form of e-mails,
8  letters, and video calls, Plaintiffs' counsel never disclosed the existence or contents of the three
9  nasty emails sent to ▬▬▬▬ as the basis for Plaintiffs' request to proceed anonymously.  The
10 first time Plaintiffs' counsel disclosed these three emails to us was in connection with the filing and
11 service of Plaintiffs' Oppositions to the Motions to Dismiss.  *See* ECF No. 68.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 6th day of April, 2023 in San Francisco, California.

By:    */s/ Annette L. Hurst*
        ANNETTE L. HURST

- 2 -

Hurst Decl. ISO
GitHub and Microsoft's MTD
4:22-cv-06823-JST