| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | JOSEPH C. GRATZ (SBN 240676) |
|   | JGratz@mofo.com |
| 3 | TIFFANY CHEUNG (SBN 211497) |
|   | TCheung@mofo.com |
| 4 | MELODY E. WONG (SBN 341494) |
|   | MelodyWong@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone:     (415) 268-7000 |
| 7 | Facsimile:      (415) 268-7522 |

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST |
| Plaintiffs, | Hon. Jon S. Tigar |
| v. | **CLASS ACTION** |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | **NOTICE OF APPEARANCE BY MELODY E. WONG** |
| Defendants. | |

1 | ALLYSON R. BENNETT (SBN 302090)
  | ABennett@mofo.com
2 | ROSE S. LEE (SBN 294658)
  | RoseLee@mofo.com
3 | ALEXANDRA M. WARD (SBN 318042)
  | AlexandraWard@mofo.com
4 | MORRISON & FOERSTER LLP
  | 707 Wilshire Boulevard
5 | Los Angeles, California 90017-3543
  | Telephone:   (213) 892-5200
6 | Facsimile:   (213) 892-5454

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD |
| 2 | PLEASE TAKE NOTICE of the appearance of Melody E. Wong of the law offices of |
| 3 | Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., |
| 4 | OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., |
| 5 | and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of |
| 6 | receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to |
| 7 | the above-entitled action not otherwise filed through the Court's electronic filing system should |
| 8 | be forwarded to counsel at the following address |

>   Melody E. Wong
>   MORRISON & FOERSTER LLP
>   425 Market Street
>   San Francisco, CA  94105
>
>   Telephone:   (415) 268-700
>   Facsimile:   (415) 268-7522
>   E-mail:      MelodyWong@mofo.com

| | | |
|---|---|---|
| 1 | Dated: May 2, 2023 | MORRISON & FOERSTER LLP |

By:   */s/ Melody E. Wong*
      Melody E. Wong

MICHAEL A. JACOBS
MJacobs@mofo.com
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company