MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE BY ALEXANDRA M. WARD** |

| | |
|---|---|
| 1 | ALLYSON R. BENNETT (SBN 302090) |
| | ABennett@mofo.com |
| 2 | ROSE S. LEE (SBN 294658) |
| | RoseLee@mofo.com |
| 3 | ALEXANDRA M. WARD (SBN 318042) |
| | AlexandraWard@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD |
| 2 | PLEASE TAKE NOTICE of the appearance of Alexandra M. Ward of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address |

Alexandra M. Ward
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017

Telephone:   (213) 892-5200
Facsimile:    (213) 892-5454
E-mail:        AlexandraWard@mofo.com

| | | |
|---|---|---|
| 1 | Dated: May 2, 2023 | MORRISON & FOERSTER LLP |

By:   */s/ Alexandra M. Ward*
       Alexandra M. Ward

MICHAEL A. JACOBS
MJacobs@mofo.com
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company