```
1                    UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                           OAKLAND DIVISION

4     J. DOE 1 AND J. DOE 2,
      INDIVIDUALLY AND ON BEHALF OF    CASE NO.  CV-22-06823 JST
5     ALL OTHERS SIMILARLY SITUATED,
                                       OAKLAND, CALIFORNIA
6            PLAINTIFFS,
                                       MAY 4, 2023
7        V.
                                       PAGES 1 - 53
8     GITHUB, INC., A DELAWARE
      CORPORATION; MICROSOFT
9     CORPORATION, A WASHINGTON
      CORPORATION; OPENAI, INC., A
10    DELAWARE NONPROFIT CORPORATION;
      OPENAI, L.P., A DELAWARE
11    LIMITED PARTNERSHIP; OPENAI GP,
      L.L.C., A DELAWARE LIMITED
12    LIABILITY COMPANY; OPENAI
      STARTUP FUND GP I, L.L.C., A
13    DELAWARE LIMITED LIABILITY
      COMPANY; OPENAI STARTUP
14    FUND I, L.P., A DELAWARE
      LIMITED PARTNERSHIP;
15    OPENAI STARTUP FUND MANAGEMENT,
      LLC, A DELAWARE LIMITED
16    LIABILITY COMPANY,

17           DEFENDANTS.

18

19                TRANSCRIPT OF ZOOM PROCEEDINGS
                BEFORE THE HONORABLE JON S. TIGAR
20                UNITED STATES DISTRICT JUDGE

21

           (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22

23    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                  CERTIFICATE NUMBER 8074
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
      TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
1    A P P E A R A N C E S: (CONT'D)

2    FOR THE PLAINTIFFS:          MATTHEW BUTTERICK
                                  BY:  MATTHEW BUTTERICK
3                                 1920 HILLHURST AVENUE #406
                                  LOS ANGELES, CALIFORNIA
4                                 90027

5                                 JOSEPH SAVERI LAW FIRM, LLP
                                  BY:   JOSEPH R. SAVERI
6                                       CHRISTOPHER KAR-LUN YOUNG
                                        TRAVIS L. MANFREDI
7                                 601 CALIFORNIA STREET, SUITE 1000
                                  SAN FRANCISCO, CALIFORNIA 94108
8

9    FOR DEFENDANT GITHUB
     AND MICROSOFT:               ORRICK, HERRINGTON & SUTCLIFFE
10                                BY:  ANNETTE L. HURST
                                  405 HOWARD STREET
11                                SAN FRANCISCO, CALIFORNIA 94105

12

13   FOR DEFENDANT OPENAI:        MORRISON & FOERSTER LLP
                                  BY:   JOSEPH C. GRATZ
14                                425 MARKET STREET
                                  SAN FRANCISCO, CALIFORNIA 94105
15

16

17

18

19

20

21

22

23

24

25
```

|       |                                                              |
|-------|--------------------------------------------------------------|
| 1     | OAKLAND, CALIFORNIA                    MAY 4, 2023            |
| 2     | P R O C E E D I N G S                                        |
| 3     | (COURT CONVENED AT 2:06 P.M.)                                |
| 4     | THE CLERK:  YOUR HONOR, NOW CALLING CIVIL MATTER             |
| 5     | 22-6823, DOE 1, ET AL., V. GITHUB, INC., ET AL.             |
| 6     | IF COUNSEL COULD PLEASE STATE THEIR APPEARANCES FOR THE     |
| 7     | RECORD STARTING WITH COUNSEL FOR PLAINTIFF.                 |
| 8     | MR. SAVERI:  GOOD AFTERNOON, YOUR HONOR.                    |
| 9     | JOSEPH SAVERI ON BEHALF OF THE PLAINTIFFS.                  |
| 10    | MR. BUTTERICK:  GOOD AFTERNOON, YOUR HONOR.                 |
| 11    | MATTHEW BUTTERICK ON BEHALF OF THE PLAINTIFFS.             |
| 12    | MR. YOUNG:  GOOD AFTERNOON, YOUR HONOR.                     |
| 13    | CHRIS YOUNG ON BEHALF OF THE PLAINTIFFS.                    |
| 14    | MR. GRATZ:  GOOD AFTERNOON, YOUR HONOR.                     |
| 15    | THIS IS JOE GRATZ ON BEHALF OF DEFENDANT OPENAI.           |
| 16    | MS. HURST:  GOOD AFTERNOON, YOUR HONOR.                     |
| 17    | ANNETTE HURST ON BEHALF OF DEFENDANTS GITHUB AND           |
| 18    | MICROSOFT.                                                   |
| 19    | THE COURT:  I SEE AN ADDITIONAL SQUARE ON MY SCREEN         |
| 20    | FOR SOMEONE NAMED TRAVIS MANFREDI IF I SEE THAT CORRECTLY.  |
| 21    | THE CLERK:  YOUR HONOR, MY APOLOGIES FOR NOT                |
| 22    | INCLUDING THIS ON OUR APPEARANCE LIST.  THAT'S THE TECH PERSON |
| 23    | FOR THE PLAINTIFF.                                          |
| 24    | THE COURT:  VERY GOOD.                                      |
| 25    | MR. SAVERI:  YES, YOUR HONOR.  MR. MANFREDI WILL           |

02:07PM  1      HELP US OUT IF WE NEED TO PUT SOMETHING ON THE SCREEN.

02:07PM  2           THE COURT:  OKAY.  WELL, THEN LET'S GET GOING.  THIS

02:07PM  3      IS AN INTERESTING CASE.  YOU HAVE MORE PEOPLE IN THE ATTENDEES

02:07PM  4      BOX OF THE ZOOM THAN I CUSTOMARILY SEE, SO THE CASE HAS

02:07PM  5      ATTRACTED SOME INTEREST BEYOND THE PARTIES THEMSELVES.

02:07PM  6           IT'S ALWAYS A LITTLE HARD TO KNOW WHAT TO DO IN TERMS OF

02:08PM  7      TIME SETTING WHEN I HAVE A SINGLE PLAINTIFF RESPONDING TO

02:08PM  8      MULTIPLE MOTIONS.  IT DOESN'T USUALLY MAKE SENSE TO JUST HEAR

02:08PM  9      FROM ONE SIDE, YOU KNOW, ONE DEFENDANT AND HAVE THE PLAINTIFF

02:08PM  10     RESPOND AND THEN THE OTHER DEFENDANT AND PLAINTIFF RESPOND

02:08PM  11     BECAUSE AS IS OFTEN THE CASE AND AS THE CASE IS HERE, THERE ARE

02:08PM  12     OVERLAPPING ARGUMENTS BEING MADE BY THE DEFENDANTS.  IT WON'T

02:08PM  13     HELP YOU TO REPEAT YOURSELVES.  HONESTLY, IT PROBABLY WON'T

02:08PM  14     HURT YOU THAT MUCH, BUT IF I'VE HEARD IT ONCE, IT'S A LITTLE

02:08PM  15     HARDER TO PAY ATTENTION TO IT AGAIN.

02:08PM  16          SO I'M ASSUMING THERE'S GOING TO BE SOME OVERLAP.

02:08PM  17          SO FOR ALL OF THOSE REASONS, WHAT I WANT TO DO IS GIVE THE

02:08PM  18     DEFENDANTS 34 MINUTES TO SPLIT UP, AND I WANT TO GIVE

02:08PM  19     MR. SAVERI 26 MINUTES BECAUSE I THINK THAT'S THE WAY THAT IT

02:08PM  20     SORT OF ACCOMMODATES ALL OF HIS PROBLEMS.  THAT ADDS UP TO AN

02:08PM  21     HOUR.

02:08PM  22          WHY DO I CHOOSE AN HOUR?  BECAUSE THAT'S ABOUT AS LONG AS

02:08PM  23     MOST HUMAN BEINGS, INCLUDING ME, CAN JUST LISTEN TO HARD STUFF

02:08PM  24     WITHOUT INTERRUPTION.

02:08PM  25          OBVIOUSLY I COULD HAVE GIVEN YOU 20 MINUTES, WHICH IF YOU

02:08PM   1    WERE AT THE NINTH CIRCUIT IS PROBABLY THE MOST YOU COULD HAVE

02:09PM   2    GOT.  I COULD HAVE GIVEN YOU 3 HOURS, BUT I JUST PICKED AN

02:09PM   3    HOUR.  THAT'S WHAT WE'RE GOING TO DO.

02:09PM   4        I WILL NOT, UNLESS YOU TELL ME I NEED TO, DIVIDE THE TIME

02:09PM   5    BETWEEN MS. HURST AND MR. GRATZ.  I'LL LET YOU HANDLE THAT.

02:09PM   6    SIMILARLY, THESE ARE YOUR MOTIONS.  SO I THINK YOU'RE ENTITLED

02:09PM   7    TO SAVE SOME OF YOUR TIME FOR REBUTTAL, IF THAT'S WHAT YOU

02:09PM   8    WANT, YOU CAN SPEAK FIRST AND LAST.  WE'RE NOT GOING TO DO

02:09PM   9    THAT.  WE'LL JUST MEASURE THAT 34 MINUTES.  IF BOTH OF YOU ARE

02:09PM  10    DONE TALKING AND THERE'S TIME LEFT, THEN YOU CAN USE SOME OF

02:09PM  11    THAT FOR REBUTTAL.

02:09PM  12        DOES THAT ALL MAKE SENSE TO EVERYBODY?

02:09PM  13            MR. GRATZ:  YES, YOUR HONOR.

02:09PM  14            MR. SAVERI:  YOUR HONOR, JOSEPH SAVERI.

02:09PM  15        WE, ON THE PLAINTIFFS' SIDE, HAVE KIND OF ALLOCATED

02:09PM  16    RESPONSIBILITY FOR SOME OF THE ARGUMENTS, SO WE'VE DIVIDED IT.

02:09PM  17    SO THAT'S HOW WE WOULD BE INTERESTED IN PROCEEDING.

02:10PM  18            THE COURT:  I'LL TELL YOU WHAT THEN, YOU CAN, WHEN

02:10PM  19    IT GETS TO BE THE PLAINTIFFS' TURN, YOU CAN ADDRESS WHATEVER

02:10PM  20    YOU WANT TO ADDRESS AND SOMEONE ELSE CAN COME ON THE SCREEN AND

02:10PM  21    ADDRESS WHAT THEY WANT TO ADDRESS.

02:10PM  22        WHAT I DON'T WANT TO DO IS -- THERE ARE SO MANY DIFFERENT

02:10PM  23    ISSUES ACROSS THESE MOTIONS.  A, I ASSUME WE'RE NOT GOING TO

02:10PM  24    GET TO ALL OF THEM.  I WOULD HOPE WE'RE NOT GOING TO GET TO ALL

02:10PM  25    OF THEM BECAUSE IT WOULD MEAN THAT NONE OF THEM WOULD BE

02:10PM 1    ADEQUATELY ADDRESSED.  SO I DON'T REALLY WANT TO GO ISSUE BY

02:10PM 2    ISSUE BY ISSUE.  I JUST WANT TO HEAR FROM ONE SIDE KIND OF IN

02:10PM 3    ONE FAIL SWOOP.  YOU CAN PUT UP IN THE BATTER'S BOX WHOEVER YOU

02:10PM 4    WANT AT ANY GIVEN TIME.

02:10PM 5            MR. SAVERI:  THAT WORKS FOR US, YOUR HONOR.  THANK

02:10PM 6    YOU.

02:10PM 7            THE COURT:  THERE WERE A COUPLE OF INSTANCES IN

02:10PM 8    WHICH IT APPEARED TO ME THAT, FIRST OF ALL, IT APPEARED TO ME

02:10PM 9    THAT THERE WERE A COUPLE OF INSTANCES WHERE THE PLAINTIFFS DID

02:11PM 10   NOT RESPOND TO A PARTICULAR ARGUMENT, AND IF THERE ARE

02:11PM 11   ARGUMENTS AS TO WHICH YOU SIMPLY WANT THE COURT TO GIVE YOU

02:11PM 12   LEAVE TO AMEND AND YOU'RE NOT INTERESTED IN HAVING AN ARGUMENT

02:11PM 13   TODAY, YOU CAN SAY THAT.  THAT'S FINE.

02:11PM 14       I MAY HAVE QUESTIONS AS THE PARTIES GO ALONG.  I DON'T

02:11PM 15   WANT TO LARD UP THE HEARING WITH A WHOLE BUNCH OF QUESTIONS AT

02:11PM 16   THE GET-GO.  I WILL GIVE YOU A COUPLE.

02:11PM 17       SO TO THE DEFENDANTS I WOULD SAY WITH REGARD TO WHETHER

02:11PM 18   THERE'S BEEN A SUFFICIENTLY CONCRETE PARTICULARIZED INJURY, YOU

02:11PM 19   PROBABLY HAVE THE BETTER OF THE QUESTION OF WHETHER DAMAGES ARE

02:11PM 20   AVAILABLE.  OKAY?

02:11PM 21       TODAY AT LEAST, YOU'RE LIKELY TO WIN THAT QUESTION.  BUT

02:11PM 22   GIVEN THE ALLEGATIONS IN THE COMPLAINT THAT IT IS A

02:11PM 23   MATHEMATICAL NEAR CERTAINTY THAT THIS PRODUCT WILL EVENTUALLY

02:11PM 24   USE THE COPYRIGHTED MATERIAL OF CLASS MEMBERS, WHY IS THAT NOT

02:12PM 25   ENOUGH FOR INJUNCTIVE RELIEVE?  I MEAN, I KNOW YOU'RE GOING

02:12PM  1    TO -- YOU HAVE A RESPONSE TO THAT.  AND PARENTHETICALLY, WHAT

02:12PM  2    IS YOUR BEST CASE?  AND DON'T SAY, YOUR HONOR, THAT'S

02:12PM  3    INTERESTING YOU ASK ME THAT, HERE ARE SIX CASES.  THE BEST CASE

02:12PM  4    IS IN THE SINGULAR.  WHAT IS THE CASE THAT WHEN I READ IT AND I

02:12PM  5    PUT DOWN THAT CASE AND I SAY "THE DEFENDANTS WIN ON THAT

02:12PM  6    INJUNCTIVE RELIEF POINT"?

02:12PM  7         MR. SAVERI, THE QUESTION I HAVE FOR YOU IS YOU HAVE CLAIMS

02:12PM  8    INVOLVING THE ALLEGED MISUSE OF YOUR CLIENT'S AND PUTATIVE

02:12PM  9    CLASS MEMBER'S PERSONAL IDENTIFYING INFORMATION.  MY QUESTION

02:12PM  10   FOR YOU IS WHAT IS IT?  WHERE IS THE PII?

02:12PM  11        AS I UNDERSTAND IT, AS YOU HAVE EXPLAINED IT TO ME IN YOUR

02:12PM  12   COMPLAINT, WHEN SOFTWARE DEVELOPERS PUT THEIR MATERIALS INTO

02:12PM  13   GITHUB, THEY'RE SHARING THEM WITH EVERYBODY.  AND I DON'T SEE

02:13PM  14   IN THE COMPLAINT WHERE IS THE INFORMATION THAT THEY ARE KEEPING

02:13PM  15   PERSONAL THAT GITHUB IS SOMEHOW MISUSING?  SO WHEN IT GETS TO

02:13PM  16   BE YOUR TURN, IF YOU COULD IDENTIFY THAT FOR ME, THAT WOULD BE

02:13PM  17   HELPFUL.

02:13PM  18        MS. HURST, WOULD YOU OR MR. GRATZ LIKE TO GO FIRST?

02:13PM  19             MR. GRATZ:  I WILL GO FIRST, YOUR HONOR.

02:13PM  20             THE COURT:  ALL RIGHT.

02:13PM  21             MR. GRATZ:  THANK YOU, YOUR HONOR.

02:13PM  22             THE COURT:  YOU HAVE THE FLOOR.

02:13PM  23             MR. GRATZ:  THANK YOU, YOUR HONOR.

02:13PM  24        JOE GRATZ FROM MORRISON & FORRESTER REPRESENTING OPENAI.

02:13PM  25        GENERALLY AI TECHNOLOGY IS CAPTIVATING AND EXCITING.  AND

02:13PM  1    AS YOUR HONOR RECOGNIZED, THERE ARE A NUMBER OF ATTENDEES HERE

02:13PM  2    AT THE HEARING.  IT RAISES ALL MANNER OF INTERESTING QUESTIONS,

02:13PM  3    BUT I AM HERE TO TELL YOU WHY THIS CASE AS PLEADED IN THIS

02:13PM  4    COMPLAINT DOES NOT.  AND I WANT TO START WITH THE ISSUE

02:13PM  5    YOUR HONOR RAISED REGARDING INJURY IN FACT.  AND I WANT TO

02:13PM  6    BEGIN BY SAYING THE CHARACTERIZATION -- THE QUESTION YOUR HONOR

02:13PM  7    ASKED WAS, WELL, LOOK, IF THE COMPLAINT PLEADS THAT IT'S A

02:13PM  8    STATISTICAL CERTAINTY THAT THE PLAINTIFFS' CODE WILL EVENTUALLY

02:14PM  9    COME OUT OF COPILOT, WHY ISN'T THAT SUFFICIENT INJURY FOR

02:14PM  10   INJUNCTIVE RELIEVE?

02:14PM  11       AND I THINK MY FIRST ANSWER TO THAT, YOUR HONOR, IS THAT'S

02:14PM  12   NOT WHAT THE COMPLAINT SAYS.  IN FACT, THE COMPLAINT SAYS

02:14PM  13   SOMETHING TOTALLY INCONSISTENT WITH THAT AND IMPORTANTLY

02:14PM  14   CONSISTENT WITH THAT.

02:14PM  15       IN PARAGRAPH 79 OF THE COMPLAINT, AND WE CITE THIS IN OUR

02:14PM  16   PAPERS, IT SAYS ESSENTIALLY COPILOT RETURNS THE SOLUTION THAT

02:14PM  17   IT HAS FOUND IN THE MOST PROJECTS WHEN THOSE PROJECTS ARE

02:14PM  18   WEIGHTED AND SO ON.

02:14PM  19       ELSEWHERE THEY SAY THAT IT RETURNS SORT OF THE MOST COMMON

02:14PM  20   SOLUTION TO A PARTICULAR ISSUE.  THAT'S WHAT THEY PLEAD IN THE

02:14PM  21   COMPLAINT.

02:14PM  22       AND THE PROBLEM FOR THEM IS THEY HAVE NOT IDENTIFIED ANY

02:14PM  23   CIRCUMSTANCE IN WHICH THERE'S ANY REASON TO THINK THAT ANYTHING

02:14PM  24   THAT THEY EVER WROTE IN WHICH THEY OWN A COPYRIGHT IS THAT SORT

02:14PM  25   OF SOLUTION, IS THAT SORT OF CODE THAT WOULD EVER BE LIKELY TO

02:15PM 1   BE OUTPUTTED BY COPILOT.

02:15PM 2       THAT IS THE DIFFERENCE BETWEEN THE I THINK HARD QUESTION

02:15PM 3   YOUR HONOR ASKED AND WHAT WE SEE AS THE EASIER QUESTION THAT IS

02:15PM 4   PRESENTED BY THIS COMPLAINT AND THAT APPEARS IN THIS MOTION.

02:15PM 5       AND THE BEST CASE, YOUR HONOR, ON THIS I THINK AS WE CITED

02:15PM 6   IN OUR PAPERS IS THE BIRDSONG AGAINST APPLE CASE IN THE

02:15PM 7   NINTH CIRCUIT.  AND THAT'S A CASE WHERE SOME PLAINTIFFS, NAMED

02:15PM 8   PLAINTIFFS FILED A LAWSUIT AND THEY SAID THERE'S A PROBLEM WITH

02:15PM 9   THE IPOD, AND IT PLAYS TOO LOUD.  IT CAUSES HEARING LOSS.

02:15PM 10      BUT THOSE NAMED PLAINTIFFS HAD NOT PLAYED THEIR IPODS TOO

02:15PM 11  LOUD AND EXPERIENCED HEARING LOSS.  THEY WERE NOT AMONG THE

02:15PM 12  PEOPLE WITHIN THE IDENTIFIED CLASS WHO HAD EXPERIENCED THAT

02:15PM 13  INJURY IN FACT AND WHO HAD BEEN AFFECTED BY THAT ALLEGED

02:16PM 14  PROBLEM, AND SO THEY DIDN'T HAVE STANDING EVEN IF SOMEONE ELSE

02:16PM 15  IN THE PUTATIVE CLASS MIGHT HAVE.

02:16PM 16      SO THAT, YOUR HONOR, IS WHY WE THINK THESE PLAINTIFFS

02:16PM 17  HAVEN'T IDENTIFIED AN INJURY IN FACT THAT THEY HAVE SUFFERED.

02:16PM 18          THE COURT:  CAN I ASK YOU -- CAN I REFRAME THAT A

02:16PM 19  LITTLE BIT --

02:16PM 20          MR. GRATZ:  PLEASE.

02:16PM 21          THE COURT:  -- AND ASK YOU IF WHAT YOU'RE SAYING TO

02:16PM 22  ME -- BECAUSE I UNDERSTAND WHY BIRDSONG IS A GOOD CASE, WHY YOU

02:16PM 23  THINK IT'S A GOOD CASE FOR YOU, BUT BIRDSONG IS NOT A CASE

02:16PM 24  ABOUT PROBABILITIES BECAUSE IN ORDER TO MAKE BIRDSONG TRACK THE

02:16PM 25  FACTS OF OUR CASE, I THINK IT WOULD HAVE HAD TO HAVE BEEN THE

02:16PM 1     CASE THAT THE IPOD, WHETHER OR NOT YOU RAISE THE VOLUME, AT

02:16PM 2     SOME POINT WOULD PLAY TOO LOUD, BUT IT JUST DIDN'T HAPPEN TO

02:16PM 3     THESE TWO PEOPLE YET, THEN IT WOULD BE CLOSER TO BEING ON ALL

02:16PM 4     FOUR'S.

02:16PM 5          SO WHAT I HEAR YOU SAYING IS THAT AN IMPORTANT DISTINCTION

02:17PM 6     IS THAT IT'S NOT RANDOM.  SO COPILOT IS NOT RANDOMLY SELECTING

02:17PM 7     FROM EVERYBODY'S CODE, IT'S NOT LIKE THOSE OLD CD, YOU KNOW,

02:17PM 8     MULTIPLE CD PLAYERS THAT WOULD PICK ONE TRACK FROM CD2 AND ONE

02:17PM 9     FROM CD3.  THE CODE HAS TO HAVE CERTAIN CHARACTERISTICS --

02:17PM 10    PREVALENCE IS NOT THE RIGHT WORD, BUT YOU KNOW WHAT I MEAN --

02:17PM 11    AND IF IT DOESN'T HAVE THOSE, COPILOT IS JUST NOT GOING TO PICK

02:17PM 12    IT.

02:17PM 13          MR. GRATZ:  THAT'S RIGHT, YOUR HONOR.  AND I GUESS

02:17PM 14    TO STATE IT SLIGHTLY DIFFERENTLY, IF THERE WAS AN ALLEGATION

02:17PM 15    THAT ALL CODE IS EQUALLY LIKELY TO BE REPRODUCED IN THAT WAY,

02:17PM 16    RIGHT, THAT WOULD BE DIFFERENT.  BUT THEY HAVEN'T ALLEGED THAT

02:17PM 17    AND THEY CAN'T ALLEGE THAT BECAUSE THEY HAVE ALLEGED SOMETHING

02:17PM 18    THAT IS VERY DIFFERENT FROM THAT, THAT IS, THAT THE CODE THAT

02:17PM 19    IS SUGGESTED IS CODE THAT IS A SOLUTION THAT IS COMMON TO A

02:18PM 20    PARTICULAR ISSUE, THAT THE MODEL IN TRAINING HAS SEEN MANY

02:18PM 21    TIMES WHEN THE THING THAT IT RETURNS OR PROVIDES IS SIMILAR TO

02:18PM 22    ANYTHING THAT IT HAS EVER SEEN BEFORE.  IT HAS SEEN THAT THING

02:18PM 23    MANY TIMES.

02:18PM 24          THE COURT:  OKAY.  I DON'T WANT YOU TO USE TOO MUCH

02:18PM 25    OF YOUR TIME.  I THINK -- BUT YOU'VE MADE A GOOD POINT AND I

02:18PM  1    THINK I HAVE THE POINT.

02:18PM  2            MR. GRATZ:  SO THAT IS THE POINT WITH RESPECT,

02:18PM  3    YOUR HONOR, TO THE INJURY IN FACT POINT.  WE THINK THERE'S A

02:18PM  4    ANONYMOUS PLEADING ISSUE, BUT I THINK WE WILL ALL ADDRESS THAT

02:18PM  5    WHEN WE TALK ABOUT CONFIDENTIALITY AND THE NAMES OF THE

02:18PM  6    PLAINTIFFS.

02:18PM  7            THE COURT:  I'VE GOT TO TELL YOU, I DON'T THINK

02:18PM  8    ANONYMOUS PLEADING IS A WINNER FOR YOU.  SO IF IT'S IMPORTANT

02:18PM  9    TO YOU, YOU KNOW, MAKE THE ARGUMENT.  BUT IN TERMS OF A

02:18PM  10   TENTATIVE RULING, I THINK THE PLAINTIFFS ARE GOING TO WIN THAT

02:18PM  11   ONE.

02:18PM  12           MR. GRATZ:  FOR MY PURPOSES AT LEAST, YOUR HONOR, I

02:18PM  13   WILL MOVE ON, AND WE CAN ADDRESS THAT IN THE CONTEXT OF A

02:19PM  14   PROTECTIVE ORDER ISSUE.

02:19PM  15           THE COURT:  AND JUST FOR THE SAKE OF ANYONE WHO IS

02:19PM  16   WATCHING THE HEARING, I THINK IT'S IMPORTANT TO JUST NOTE THAT

02:19PM  17   THE DEFENDANTS IN THIS CASE HAVE THE IDENTITIES OF THE

02:19PM  18   INDIVIDUAL PLAINTIFFS.  SO IT'S NOT A QUESTION OF A DEFENDANT

02:19PM  19   DUE PROCESS ISSUE.  THERE ARE OTHER ISSUES IMPLICATED FOR THIS

02:19PM  20   PLAINTIFF ANONYMITY.  ANYWAY, GO AHEAD.

02:19PM  21           MR. GRATZ:  I WANT TO MOVE YOUR HONOR TO THE 1202(B)

02:19PM  22   CLAIM.  THERE'S A 1202(A) CLAIM WHICH WAS ABANDONED FOR FALSE

02:19PM  23   COPYRIGHT MANAGEMENT INFORMATION.  THERE'S A 1202(B) CLAIM FOR

02:19PM  24   REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION.

02:19PM  25           THIS IS, OF COURSE, A CURIOUS CASE IN THAT IT SEEMS TO

02:19PM 1    SOUND IN COPYRIGHT, BUT THERE'S NO COPYRIGHT INFRINGEMENT

02:19PM 2    CLAIM.  IT'S ONLY BECAUSE THE PLAINTIFFS DON'T HOLD ANY

02:19PM 3    COPYRIGHT REGISTRATIONS.

02:19PM 4        THEY BROUGHT THIS 1202(B) CLAIM.  THERE'S A NUMBER OF

02:19PM 5    PROBLEMS, AND LET ME START, YOUR HONOR, WITH THE ONE I THINK

02:19PM 6    THEY CAN'T FIX.

02:19PM 7        COURTS IN THE NINTH CIRCUIT REQUIRE THAT INFORMATION BE

02:19PM 8    REMOVED IN ORDER TO SUPPORT A 1202(B) CLAIM NOT JUST FROM

02:20PM 9    SOMETHING THAT CONTAINED SOME OF THE PLAINTIFFS' WORK OR IT

02:20PM 10   LOOKS KIND OF LIKE THE PLAINTIFFS' WORK BUT FROM SOMETHING THAT

02:20PM 11   IS THE PLAINTIFFS' WORK, THAT THE WORDS THAT COURT USE IS

02:20PM 12   IDENTICAL TO THE PLAINTIFFS' WORK.

02:20PM 13       AND IN THE FROST-TSUJI CASE FROM THE DISTRICT OF HAWAII IS

02:20PM 14   OUR BEST CASE ON THIS, IT WAS AFFIRMED, AS WELL AS THE

02:20PM 15   KIRK KARA CASE FROM THE CENTRAL DISTRICT OF CALIFORNIA.  THEY

02:20PM 16   HOLD THAT WHERE IT IS JUST SIMILAR BUT NOT THE WORK THAT IS

02:20PM 17   FAILING TO ALSO COPY THE INFORMATION DOESN'T VIOLATE THE

02:20PM 18   STATUTE.

02:20PM 19       AND ANYTHING ELSE WOULD TAKE THE CONCEPT OF REMOVAL TOO

02:20PM 20   FAR.  IF I LOOK AT A PHOTO IN A MAGAZINE AND MAKE A PAINTING

02:20PM 21   THAT IS SUBSTANTIALLY SIMILAR TO AND INFRINGES THE PHOTO, AND

02:20PM 22   THE PHOTO HAPPENED TO HAVE A CREDIT LINE UNDER IT, I'M NOT

02:20PM 23   REMOVING THAT CREDIT LINE IF I DON'T PAINT IT IN MY PAINTING.

02:20PM 24   I MIGHT BE INFRINGING THE COPYRIGHT, BUT I'M NOT REMOVING THE

02:20PM 25   CREDIT LINE IN ANY SENSE.  IT'S MY PAINTING, NOT JUST A DIRECT

02:21PM 1      IDENTICAL COPY OF THE WHOLE PHOTO.

02:21PM 2           AND THAT'S A PROBLEM FOR THEM BECAUSE THEY AFFIRMATIVELY

02:21PM 3      PLEAD THAT IT IS NOT IDENTICAL.  NOT JUST THAT IT'S NOT

02:21PM 4      IDENTICAL TO THE ENTIRETY, WHICH IS WHAT THEY WOULD NEED TO

02:21PM 5      PLEAD, BUT THAT EVEN THE PORTIONS THAT APPEAR IN THE OUTPUT ARE

02:21PM 6      NOT IDENTICAL.  THEY SAY THEY'RE NEAR IDENTICAL OR ALMOST

02:21PM 7      VERBATIM OR NEARLY A VERBATIM COPY.  THOSE ARE PARAGRAPHS 46

02:21PM 8      AND 60 AND 74 IN THE COMPLAINT.

02:21PM 9           AND THAT'S THE FIRST PROBLEM ON 1202.  IT'S ONE THAT WE

02:21PM 10     THINK THEY CAN'T FIX.  AND WE THINK IT IS ONE THAT IS SORT OF

02:21PM 11     FATAL TO THEIR CLAIM BECAUSE THEY HAVE SORT OF PLEADED THE

02:21PM 12     OPPOSITE OF WHAT THEY WOULD NEED TO PLEAD.

02:21PM 13          WE THINK THERE ARE A NUMBER OF OTHER PROBLEMS WITH THE

02:21PM 14     1202(B) CLAIM.  THEY DON'T IDENTIFY WHAT IT WAS REMOVED FROM,

02:21PM 15     THEY DON'T IDENTIFY WHAT WAS REMOVED, AND THEY DON'T SAY WHY IT

02:22PM 16     WAS CMI IN THAT HOW IT WOULD SORT OF AFFECT ANYTHING.

02:22PM 17          BUT THE THRESHOLD PROBLEM IS THAT IT WASN'T REMOVED FROM

02:22PM 18     AN IDENTICAL COPY AS THE FROST-TSUGI CASE REQUIRES.

02:22PM 19          WE ALSO THINK THAT THEY HAVEN'T PLEADED WHAT THEY NEED TO

02:22PM 20     PLEAD WITH RESPECT TO THE MENTAL STATE ELEMENT, AND WE

02:22PM 21     RECOGNIZE THAT AT THE PLEADING STAGE MENTAL STATE IS IN

02:22PM 22     SOMETHING OF A CATEGORY OF ITS OWN.

02:22PM 23          BUT HERE THE MENTAL STATE THAT THEY NEED TO MAKE PLAUSIBLE

02:22PM 24     IS THAT THERE WAS REASON TO KNOW THAT REMOVING CERTAIN

02:22PM 25     INFORMATION WOULD INDUCE, ENABLE, FACILITATE OR CONCEAL

02:22PM 1 COPYRIGHT INFRINGEMENT, ACTUAL COPYRIGHT INFRINGEMENT, NOT FAIR

02:22PM 2 USE, NOT SOMETHING THAT IS FALSELY KNOWN AS AN ACCEPTABLE

02:22PM 3 LIMITATION COPYRIGHT INFRINGEMENT. AND IN ORDER TO MAKE THAT

02:22PM 4 PLAUSIBLE, THEY NEED TO GIVE US SOME FACTS THAT WOULD ENABLE --

02:22PM 5 THAT WOULD SHOW THAT THERE WERE -- YOU KNOW, WE HAD THOSE

02:23PM 6 GROUNDS TO KNOW THAT. WHAT WERE THOSE GROUNDS, THAT IF THEY

02:23PM 7 WERE ALL TRUE, WOULD PLAUSIBLY ADD UP TO US HAVING REASON TO

02:23PM 8 KNOW, REASONABLE GROUNDS TO KNOW THAT IT WOULD INDUCE, ENABLE,

02:23PM 9 FACILITATE OR CONCEAL COPYRIGHT INFRINGEMENT AS OPPOSED TO FAIR

02:23PM 10 USE.

02:23PM 11 WE THINK IT IS IMPORTANT, YOUR HONOR, THAT A BELIEF THAT

02:23PM 12 SOMETHING IS FAIR USE IS THE OPPOSITE OF REASONABLE GROUNDS TO

02:23PM 13 KNOW THAT IT IS COPYRIGHT INFRINGEMENT, AND THAT'S A PLACE

02:23PM 14 WHERE THE PARTIES ARE AT ODDS ON A LEGAL ISSUE AND THAT LEGAL

02:23PM 15 ISSUE IS NOT ONE THAT THE COURT NEEDS TO REACH.

02:23PM 16 THE COURT: WELL, LET ME ASK YOU, THOUGH. LET'S SAY

02:23PM 17 I WERE TO ACCEPT THAT ARGUMENT AS YOU HAVE, AND I DON'T KNOW TO

02:23PM 18 WHAT EXTENT IT EXACTLY TRACKS WHAT IS IN THE BRIEF, BUT LET'S

02:23PM 19 SAY I ACCEPT THE ARGUMENT THAT YOU MADE AT THE HEARING EXACTLY

02:23PM 20 AS YOU'VE SAID IT, WOULDN'T EVERY DEFENDANT JUST SAY, WELL, I

02:23PM 21 THOUGHT IT WAS FAIR USE?

02:23PM 22 MR. GRATZ: EVERY DEFENDANT MIGHT WELL SAY THEY

02:23PM 23 THOUGHT IT WAS FAIR USE, AND THE QUESTION WOULD BE WHETHER THEY

02:24PM 24 HAD REASONABLE GROUNDS TO KNOW IT WASN'T.

02:24PM 25 THERE ARE MANY CASES IN WHICH THAT IS NOT A -- THAT

02:24PM 1    DOESN'T REQUIRE ANYTHING OR ALMOST ANYTHING TO PLEAD IT, RIGHT?

02:24PM 2    BUT THIS IS A CASE INVOLVING PARTIAL COPYING OF FUNCTIONAL

02:24PM 3    COMPUTER CODE --

02:24PM 4         THE COURT:  RIGHT.

02:24PM 5         MR. GRATZ:  -- EVEN IN THE SORT OF -- EVEN IF ALL OF

02:24PM 6    THE FACTUAL ALLEGATIONS ARE TRUE, AND IN ORDER TO GET THERE,

02:24PM 7    THERE WE NEED MORE THAN, YOU KNOW, SOMEWHAT -- SOME AMOUNT OF

02:24PM 8    SOMEWHAT SIMILAR CODE CAME OVER, AND THAT'S PARTICULARLY TRUE

02:24PM 9    IN LIGHT I THINK OF WHAT THE SUPREME COURT SAID ABOUT WHAT WE

02:24PM 10   THINK IS A SIMILAR SITUATION IN ORACLE/GOOGLE ABOUT HOW FAIR

02:24PM 11   USE WORKS IN THIS SITUATION WHERE THE PURPOSE FOR WHICH THE

02:24PM 12   COPYING IS OCCURRING IS FOR THE CREATION OF A NEW WORK BY OTHER

02:24PM 13   PROGRAMMERS THAT BUILDS ON TOP OF WHAT ALREADY EXISTS.

02:24PM 14        SO WE THINK THEY'VE GOT TO GO BEYOND SAYING, WELL, LOOK,

02:25PM 15   THIS WAS OVER THERE, THEREFORE, THEY HAD REASONABLE GROUNDS TO

02:25PM 16   KNOW THAT THEY WERE INDUCING, ENABLING, FACILITATING OR

02:25PM 17   CONCEALING INFRINGEMENT BUT TO SAY WHY THAT COULD BE IN THESE

02:25PM 18   CIRCUMSTANCES.

02:25PM 19        AND SO I WANT TO MOVE ON FROM THE 1202 CLAIM TO VERY

02:25PM 20   QUICKLY TOUCH ON A FEW OTHER ISSUES IN OUR REMAINING TIME.  I

02:25PM 21   WILL GO IN ORDER THAT THE COMPLAINT GOES ON A BIT OF A

02:25PM 22   ROLLICKING MOVE THROUGH ALL OF THE CLAIMS.

02:25PM 23        THERE'S A BREACH OF CONTRACT CLAIM THAT INCLUDES OPENAI AS

02:25PM 24   COUNT TWO.  THEY DON'T SAY WHAT CONTRACT, THEY DON'T SAY WHAT

02:25PM 25   PROVISION WE'VE BREACHED, THEY DON'T SAY WHAT WE DID TO BREACH

02:25PM 1   IT.  THIS IS THE <u>MCAFEE</u> CASE ON PAGE 10 OF OUR REPLY BRIEF.

02:25PM 2   THEY NEED TO SAY WHAT THE TERMS OF THE CONTRACT ARE AND SOME

02:25PM 3   SPECIFICITY ABOUT WHAT WE DID TO BREACH IT.

02:25PM 4       THEY'VE ABANDONED COUNT THREE, TORTUOUS INTERFERENCE;

02:26PM 5   THEY'VE ABANDONED COUNT FOUR, FRAUD; THEY'VE ABANDONED

02:26PM 6   COUNT FIVE, FALSE DESIGNATION OF ORIGIN.

02:26PM 7       AS TO UNJUST ENRICHMENT, COUNT SIX, THIS IS A CLAIM THAT

02:26PM 8   DOESN'T, FOR MOST PURPOSES IN MOST OF ITS FORMS, EXIST AS A

02:26PM 9   SEPARATE CLAIM.  IT COULD EXIST AS A QUASI CONTRACT CLAIM FOR

02:26PM 10  RESTITUTION, BUT THEY DON'T SAY FOR WHAT A RESTITUTION CLAIM

02:26PM 11  THEY GAVE US THAT WE COULD GIVE THEM BACK OR WHAT THE BENEFIT

02:26PM 12  THEY -- THAT WAS CONFERRED TO BE OTHER THAN SOMETHING THAT

02:26PM 13  WOULD WALK THEM DIRECTLY INTO PREEMPTION.

02:26PM 14      AS TO COUNT SEVEN, UNFAIR COMPETITION LAW, LARGELY THE

02:26PM 15  SAME IS TRUE.  IT'S HARD TO FIND ANYTHING UNDERLYING THAT

02:26PM 16  WOULDN'T WALK DIRECTLY INTO A PREEMPTION ARGUMENT.  THERE IS AN

02:26PM 17  INDEPENDENT PROBLEM THAT THEY ONLY GET THIS IF THERE'S ANY

02:26PM 18  ADEQUATE REMEDY AT LAW, AND THEY DON'T SAY WHAT THAT MIGHT BE,

02:26PM 19  AND THAT'S THE <u>SILVERCREST</u> CASE ON PAGE 12 OF OUR BRIEF.

02:26PM 20      COUNT EIGHT IS JUST AGAINST GITHUB, SO I WON'T ADDRESS IT.

02:27PM 21       COUNT NINE WAS ABANDONED, THE CCPA.

02:27PM 22      COUNT TEN IS A NEGLIGENCE CLAIM.  I WANT TO ADDRESS THAT

02:27PM 23  BRIEFLY.  THEY SAY THERE'S A DUTY OF CARE THAT WAS BREACHED.

02:27PM 24  AND THE PROBLEM IS THAT THERE IS NO DUTY OF CARE IN THE

02:27PM 25  HANDLING OF PUBLIC INFORMATION AS YOUR HONOR'S QUESTION TO THE

02:27PM 1    PLAINTIFFS THAT I'M VERY INTERESTED IN THEIR ANSWER TO ADDRESS.

02:27PM 2    THE INFORMATION HERE THEY AFFIRMATIVELY PLEAD THAT THIS IS

02:27PM 3    INFORMATION THAT WAS PUBLICALLY POSTED BY THE PLAINTIFFS ON

02:27PM 4    GITHUB AND SO -- AND THAT'S AT PARAGRAPH 82 OF THE COMPLAINT.

02:27PM 5         AND SO THEIR BIGGEST PROBLEM, THE PROBLEM THAT WE THINK

02:27PM 6    THEY CAN'T FIX IS THAT THERE'S NO PRIVACY RELATED HARM BECAUSE

02:27PM 7    THE MATERIAL HAD BEEN POSTED BY THEM PUBLICALLY AND THAT THERE

02:27PM 8    ISN'T ANY SORT OF NON-PRIVACY RELATED HARM, SOME SORT OF

02:27PM 9    COPYING RELATED HARM BECAUSE THAT WOULD LEAVE THE CLAIM TO BE

02:27PM 10   PREEMPTED BECAUSE THERE WOULDN'T BE EX REL.  AND THAT THERE'S

02:28PM 11   NOTHING HERE THAT CREATES A SPECIAL RELATIONSHIP.  THERE'S NO

02:28PM 12   SPECIAL RELATIONSHIP BETWEEN SOMEONE WHO USES PUBLICALLY POSTED

02:28PM 13   INFORMATION ON THE INTERNET AND THE PERSON WHO POSTED IT.

02:28PM 14        THE LAST TWO CLAIMS ARE CIVIL CONSPIRACY, WHICH IS NOT AN

02:28PM 15   INDEPENDENT CAUSE OF ACTION OR AT LEAST THEY HAVEN'T ALLEGED

02:28PM 16   ANY SPECIFIC --

02:28PM 17             THE COURT:  YOU'RE GOING TO WIN THAT ONE.

02:28PM 18             MR. GRATZ:  GREAT.  AND THEY'VE ABANDONED COUNT

02:28PM 19   TWELVE, DEC RELIEVE.

02:28PM 20        SO UNLESS THE COURT HAS FURTHER QUESTIONS, I WILL PAUSE

02:28PM 21   THERE.

02:28PM 22             THE COURT:  VERY GOOD.

02:28PM 23        MR. GRATZ, YOU USED ABOUT 14 MINUTES.

02:28PM 24        MS. HURST.

02:28PM 25             MS. HURST:  THANK YOU, YOUR HONOR.

02:28PM 1     THE DEFENDANTS AGREED TO SPLIT THE TIME, SO I WILL NOT

02:28PM 2   TAKE MORE THAN 17 MINUTES.  BUT I DO INTEND TO SAVE SOME TIME

02:28PM 3   FOR REBUTTAL.

02:28PM 4          THE COURT:  ALL RIGHT.

02:28PM 5          MS. HURST:  YOUR HONOR, GITHUB WAS FOUNDED WITH THE

02:28PM 6   GOAL TO SUPPORT THE DEVELOPMENT COMMUNITY AND TO MAKE LIFE

02:28PM 7   BETTER FOR SOFTWARE DEVELOPERS.  ITS MOST RECENT INITIATIVE TO

02:28PM 8   DO THAT IS THE COPILOT TOOL.  TAKING THE ACCUMULATED KNOWLEDGE

02:29PM 9   ABOUT CODING, STUDYING THAT KNOWLEDGE AND PROVIDING IT TO THE

02:29PM 10  DEVELOPER COMMUNITY AT THE PRICE OF $100 A YEAR, GITHUB IS

02:29PM 11  MAKING LIFE BETTER FOR SOFTWARE DEVELOPERS.

02:29PM 12     PLAINTIFFS HAVE MADE WHAT THEY CALL A $9 BILLION BRAVE NEW

02:29PM 13  WORLD OF SOFTWARE PIRACY CASE, BUT THEY'VE DONE THAT,

02:29PM 14  YOUR HONOR, WITHOUT A COPYRIGHT INFRINGEMENT CLAIM.  AND THE

02:29PM 15  SIGNIFICANCE OF THAT OMISSION IS GREAT.  IT EXPLAINS THE

02:29PM 16  DEFECTS IN SUBSTANTIAL PORTIONS OF THE COMPLAINT.

02:29PM 17     YOUR HONOR, WITH RESPECT TO THE 1202(B) CLAIM, AND I WILL

02:29PM 18  DO MY BEST NOT TO BE DUPLICATIVE OF MR. GRATZ HERE, I JUST WANT

02:29PM 19  TO FOCUS ON STEVENS VERSUS CORELOGIC AND THE CONCEPT OF DUAL

02:29PM 20  USE TECHNOLOGIES.  YOUR HONOR, IT'S CLEAR THAT A MACHINE

02:30PM 21  LEARNING MODEL OF THE TYPE HERE HAS A GREAT NUMBER OF

02:30PM 22  NON-INFRINGING USES.

02:30PM 23     ACCORDING TO THE PLAINTIFFS' COMPLAINT, IT MAY IN VERY

02:30PM 24  LIMITED INSTANCES OUTPUT MATCHING CODE, BUT THEY'VE GIVEN NO

02:30PM 25  FACTS TO SUGGEST THAT THAT EVEN WOULD BE AN INFRINGEMENT.

02:30PM   1        BUT EVEN ASSUMING THAT THERE WERE SOME INFRINGING USES,

02:30PM   2    YOUR HONOR, COPYRIGHT LAW HAS LONG HAD A RULE EVER SINCE SONY

02:30PM   3    VERSUS BETAMAX THAT WHEN YOU HAVE TECHNOLOGY THAT ADVANCES THE

02:30PM   4    WORLD THE WAY THIS TECHNOLOGY DOES, THAT IS CAPABLE OF SO MANY

02:30PM   5    NON-INFRINGING USES, ONE CANNOT JUST ASSUME THAT IT IS PUT OUT

02:30PM   6    INTO THE WORLD WITH THE OBJECTIVE OF INFRINGEMENT.

02:30PM   7        YOUR HONOR ASKED FOR OUR BEST CASES, AND I BET THE COURT

02:30PM   8    HEARS ABOUT TWOMBLY AND RULE 8 CONTEXTS ALL OF THE TIME.  BUT

02:31PM   9    TWOMBLY ON THE FACTS IS ACTUALLY QUITE APPOSITE HERE BECAUSE IN

02:31PM  10    THAT CASE YOU HAD CONDUCT, PARALLEL CONDUCT THAT WAS ALLEGED IN

02:31PM  11    A CONCLUSORY FASHION TO BE THE ULTIMATE OBJECT OF THE STATUTE,

02:31PM  12    AN AGREEMENT TO RESTRAIN TRADE.

02:31PM  13        BUT THE COURT SAID WE HAVE TO -- WE HAVE CONDUCT HERE THAT

02:31PM  14    IS EQUALLY CONSISTENT WITH LAWFUL AND UNLAWFUL BEHAVIOR.

02:31PM  15        AND SO WHAT WE NEED ARE SOME FACTS TO TIP IT OVER INTO

02:31PM  16    PLAUSIBILITY THAT THE UNLAWFUL OBJECTIVE IS THE ONE THAT IS

02:31PM  17    INTENDED.

02:31PM  18        YOUR HONOR, THAT RATIONALE APPLIES EQUALLY HERE, AND YOU

02:31PM  19    CAN SEE THAT THAT ANIMATES THIS IDEA OF SUBSTANTIAL

02:31PM  20    NON-INFRINGING USES, ANIMATES THE DISCUSSION IN STEVENS VERSUS

02:31PM  21    CORELOGIC WHERE THE COURT HELD THAT THE CONCEPT OF RESULTING

02:31PM  22    LIKELY INFRINGEMENT IS A CRITICAL CONCEPT IN FINDING THAT THE

02:31PM  23    STATUTE CAN BE VIOLATED.

02:31PM  24        YOUR HONOR, I WOULD ALSO REFER THE COURT TO THE HARRISON

02:32PM  25    VERSUS PINTEREST CASE WHICH APPLIED STEVENS IN THE 12(B)(6)

02:32PM 1    CONTEXT.  THE COURT SAID PINTEREST WITH THE PHOTO BOARDS IS A

02:32PM 2    TECHNOLOGY THAT CAN BE USED FOR BOTH INFRINGING AND

02:32PM 3    NON-INFRINGING PURPOSES.

02:32PM 4        AND AT THE PLEADING STAGE THE COURT SAID THERE WERE

02:32PM 5    INSUFFICIENT FACTS ALLEGED TO DRAW A REASONABLE INFERENCE THAT

02:32PM 6    THE INTENDED OUTCOME WAS THE INFRINGING ONE, AND THAT IS

02:32PM 7    CERTAINLY THE CASE HERE, YOUR HONOR.

02:32PM 8        ONE OF THE ARGUMENTS THAT PLAINTIFF HAS MADE IS THAT UNDER

02:32PM 9    THE DMCA, INFRINGEMENT IS NOT REQUIRED.  YOUR HONOR, PLAINTIFFS

02:32PM 10   HAVE CONFLATED SECTION 1201 AND SECTION 1202 IN MAKING THAT

02:32PM 11   ARGUMENT.

02:32PM 12       SECTION 1201 AND 1202 ARE VERY DIFFERENT.  1201 IS THE

02:32PM 13   ANTI-CIRCUMVENTION PROVISION.  IT CONCERNS ITSELF WITH ACCESS

02:32PM 14   AND COPY CONTROLS, AND IT'S TRUE, THAT STATUTE HAS NO REFERENCE

02:32PM 15   TO THE CONCEPT OF INFRINGEMENT.

02:33PM 16       1202, HOWEVER, DOES.  IT INCORPORATES INFRINGEMENT BY

02:33PM 17   REFERENCE AND STEVENS SAYS THERE HAVE TO BE THESE OBJECTIVE

02:33PM 18   MANIFESTATIONS OF LIKELY RESULTING INFRINGEMENT FROM THE

02:33PM 19   ALLEGED REMOVAL OF CMI.

02:33PM 20       AND, YOUR HONOR, THAT'S WHERE THE CONCEPT OF FAIR USE ALSO

02:33PM 21   BECOMES VERY IMPORTANT BECAUSE THE STRUCTURE OF THE COPYRIGHT

02:33PM 22   ACT IS SUCH THAT IF WE LOOK AT SECTION 107 AND 106, WHAT THEY

02:33PM 23   SAY IS THAT IF IT'S A FAIR USE, IT'S NOT AN INFRINGEMENT.  IT

02:33PM 24   BECOMES NOT AN INFRINGEMENT IF IT'S A FAIR USE.

02:33PM 25       AND SO THE PLAINTIFFS' PLEADING HAS TO TAKE THAT

02:33PM 1    POSSIBILITY INTO ACCOUNT IN ORDER TO MEET THE REQUIREMENT OF

02:33PM 2    PLEADING THE REMOVAL OF CMI IS INTENDED TO RESULT IN

02:33PM 3    INFRINGEMENT.  AND, YOUR HONOR, THOSE FACTS ARE SIMPLY NOT

02:33PM 4    PRESENT IN THE PLEADING.

02:33PM 5        YOUR HONOR, IN LARGE PART THEY'RE NOT PRESENT BECAUSE

02:34PM 6    PLAINTIFFS HAVE NOT PLED THAT THEIR CODE WILL BE OUTPUT.  AND

02:34PM 7    TO GIVE EXAMPLES OF THE KIND OF FACTS THAT THEY COULD PLEAD,

02:34PM 8    THEY COULD PLEAD, FOR EXAMPLE, THAT THEIR PUBLIC REPOSITORIES

02:34PM 9    OF CODE WERE EXTREMELY POPULAR, THAT THEY HAD BEEN FORKED MANY

02:34PM 10   TIMES, THAT THEIR CODE PERFORMS FUNCTIONS THAT ARE WIDELY

02:34PM 11   NEEDED OR THAT THEY PROVIDE UNIQUE SOLUTIONS THAT MANY OTHERS

02:34PM 12   HAVEN'T LOOKED TO.

02:34PM 13       THERE ARE MANY FACTS THAT ARE EXCLUSIVELY WITHIN THEIR

02:34PM 14   CONTROL ABOUT THE VIRTUES OF THEIR OWN CODE THAT ARE FACTS THAT

02:34PM 15   COULD HAVE BEEN SUPPLIED IN THE COMPLAINT TO GIVE RISE TO SOME

02:34PM 16   INFERENCE THAT THEIR CODE WAS EVER LIKELY TO BE OUTPUT, BUT NO

02:34PM 17   SUCH FACTS ARE PRESENT, YOUR HONOR, SHOWING NOT ONLY THAT THEY

02:34PM 18   LACK THE KIND OF INJURY THAT IS REQUIRED FOR ARTICLE III

02:34PM 19   PURPOSES BUT ALSO THAT THEY SIMPLY HAVEN'T PLED A 1202(B)

02:34PM 20   CLAIM.

02:35PM 21       YOUR HONOR, I'D ALSO LIKE TO POINT OUT THAT THE LACK --

02:35PM 22   THE OMITTED COPYRIGHT INFRINGEMENT CLAIM EXPLAINS DEFECTS IN A

02:35PM 23   NUMBER OF THE STATE LAW TORT CLAIMS.  NOW, THEY'VE ABANDONED

02:35PM 24   QUITE A FEW OF THESE CLAIMS, AND I WON'T ADDRESS THEM.  BUT

02:35PM 25   THEY APPEAR TO CONTINUE TO PRESS THE UNJUST ENRICHMENT AND

02:35PM 1    UNFAIR COMPETITION CLAIM.

02:35PM 2        WELL, YOUR HONOR, THOSE ARE JUST IMPROPER SUBSTITUTES FOR

02:35PM 3    A COPYRIGHT INFRINGEMENT CLAIM BECAUSE THE ACT THAT THEY ALLEGE

02:35PM 4    THAT HARMS THEM IN THOSE CLAIMS IS EITHER THE CREATION OF A

02:35PM 5    DERIVATIVE WORK OR THE REPRODUCTION OF THEIR ALLEGED

02:35PM 6    COPYRIGHTED MATERIALS.

02:35PM 7        THOSE ARE BOTH CLEAR INVASIONS OF THE SECTION 106 RIGHT,

02:35PM 8    YOUR HONOR, AND WITHOUT AN EXTRA ELEMENT, THEY CANNOT GET

02:35PM 9    AROUND THE COPYRIGHT INFRINGEMENT PREEMPTION PROBLEM.  AND THEY

02:35PM 10   HAVE NOT ALLEGED THAT EXTRA ELEMENT WITH RESPECT TO THEIR TORT

02:36PM 11   CLAIMS.

02:36PM 12       NOW, IN THE OPPOSITION BRIEF THEY ARGUED AT SOME LENGTH, I

02:36PM 13   BELIEVE FOUR OR FIVE PAGES, YOUR HONOR, THAT THE BREACH OF

02:36PM 14   CONTRACT CLAIMS WERE NOT PREEMPTED.  WELL, THAT'S A RED

02:36PM 15   HERRING.  WE HAVE NOT ALLEGED AT THIS STAGE OF THE PROCEEDINGS

02:36PM 16   THAT THE BREACH OF CONTRACT CLAIMS ARE PREEMPTED BY COPYRIGHT,

02:36PM 17   AND THEY FAILED TO ADDRESS THE TORT CLAIMS.

02:36PM 18       IT COULD BE, YOUR HONOR, THAT AT SOME LATER STAGE IN THE

02:36PM 19   PROCEEDING WE MIGHT RAISE THAT ARGUMENT, BUT WE ARE NOT RAISING

02:36PM 20   IT NOW.

02:36PM 21       YOUR HONOR, THAT LEAVES ONLY THE BREACH OF CONTRACT CLAIM.

02:36PM 22       YOUR HONOR, YOUNG VERSUS FACEBOOK, THE OTHER CASES WE'VE

02:36PM 23   CITED, A NUMBER OF THEM IN OUR REPLY BRIEF SAY YOU HAVE TO

02:36PM 24   CONJOIN THE ACT OR OMISSION WITH THE PROVISION THAT YOU SAY IT

02:36PM 25   VIOLATES.  IT'S A PRETTY STRAIGHTFORWARD REQUIREMENT,

02:36PM 1    YOUR HONOR.  IT IS NOT MET HERE, AND THAT'S REALLY SIGNIFICANT

02:37PM 2    BECAUSE IF WE LOOK AT THESE OPEN SOURCE LICENSES, THERE'S

02:37PM 3    NOTHING IN THE OPEN SOURCE LICENSES PROHIBITING SOMEONE FROM

02:37PM 4    TRAINING A MACHINE LEARNING MODEL ON THE BASIS OF THIS CODE,

02:37PM 5    AND THERE'S NOTHING --

02:37PM 6         THE COURT:  WELL, YOU KNOW, I HAVE TO SAY, THAT

02:37PM 7    PHRASE THAT YOU JUST USED PERMEATES THESE BRIEFS, AND I DON'T

02:37PM 8    THINK -- AND YOU CAN KEEP DOING THAT IF YOU WANT, BUT THIS CASE

02:37PM 9    IS NOT JUST ABOUT TRAINING.

02:37PM 10        IF THE TRAINING HAD OCCURRED AND THEN NOTHING ELSE, THIS

02:37PM 11   CASE WOULD NOT BE HERE.  SO THEMATICALLY AS A WAY OF SORT OF

02:37PM 12   HANGING THE MEAT ON THE BONES, I JUST CAN'T -- I HAVE TROUBLE

02:37PM 13   GETTING THERE.

02:37PM 14        MS. HURST:  YOUR HONOR, I THINK THAT'S AN EXCELLENT

02:37PM 15   POINT.  I THINK ACTUALLY ONE OF THE PROBLEMS HERE IS THAT WE

02:37PM 16   DON'T UNDERSTAND WHETHER THE CASE IS ABOUT TRAINING AT ALL,

02:37PM 17   WHETHER IT'S ABOUT TRAINING AND OUTPUT BOTH OR IT'S ONLY ABOUT

02:37PM 18   OUTPUT.

02:37PM 19        AND I THINK THAT'S A VERY SIGNIFICANT ISSUE, YOUR HONOR,

02:38PM 20   FOR US TO UNDERSTAND TO WHICH ACTIVITY TRAINING OR OUTPUT EACH

02:38PM 21   OF THESE CLAIMS IS ADDRESSED.

02:38PM 22        YOUR HONOR, JUST FOR EXAMPLE, IN COUNT ONE PLAINTIFFS

02:38PM 23   ALLEGE THAT THE CREATION OF DERIVATIVE WORKS BASED UPON

02:38PM 24   LICENSED MATERIAL IS THE MODEL ITSELF, NOT JUST THE OUTPUT.

02:38PM 25        AND THAT -- THOSE ALLEGATIONS ARE REPEATED THROUGHOUT

02:38PM 1    OTHER CLAIMS.

02:38PM 2        SO THERE'S A LACK OF CLARITY HERE, YOUR HONOR, ABOUT WHAT

02:38PM 3    IS THE ULTIMATE THEORY.  IS IT TRAINING?  IS IT OUTPUT?  IS IT

02:38PM 4    BOTH?

02:38PM 5        YOUR HONOR, THAT ALSO POINTS OUT THE SIGNIFICANCE OF NOT

02:38PM 6    ONLY THE LACK OF ALLEGATION THAT THEIR CODE IS LIKELY TO BE

02:38PM 7    OUTPUT, BUT THE SEEMINGLY CONTRARY ALLEGATION THAT THERE ARE

02:39PM 8    1 PERCENT OF THE TIME MATCHES IN EXCESS OF 150 CHARACTERS.

02:39PM 9        YOUR HONOR, LET'S JUST LOOK AT HOW THOSE COME ABOUT.  IN

02:39PM 10   THE STORY OF THE COMPLAINT A SOFTWARE DEVELOPER INSTALLS

02:39PM 11   COPILOT IN THEIR CODE EDITOR.  THEY'RE TYPING ALONG, AND

02:39PM 12   THEY'RE USING THEIR OWN CODING AS A PROMPT, THAT'S PARAGRAPH

02:39PM 13   46.  YOUR HONOR, THE EDITOR IS IN PARAGRAPH 47.

02:39PM 14       AND AS A RESULT OF STATISTICAL PATTERNS THAT COPILOT HAS

02:39PM 15   DISCERNED, IT WILL MAKE SUGGESTIONS THAT ARE THE MOST LIKELY

02:39PM 16   COMPLETION.  YOUR HONOR, THAT'S IN PARAGRAPHS 53 AND 79.

02:39PM 17       SO WHAT WE HAVE, YOUR HONOR, IS A TOOL THAT BY PLAINTIFFS'

02:40PM 18   OWN THEORY OUTPUTS ONLY THE MOST LIKELY SUGGESTIONS BASED ON

02:40PM 19   THE USER'S INTENDED OBJECTIVES FOR THEIR CODING.  AND THERE ARE

02:40PM 20   NO FACTS IN THE COMPLAINT, YOUR HONOR, TO SUGGEST WHY THAT

02:40PM 21   WOULD EVER RESULT IN THE PLAINTIFFS' CODE BEING OUTPUT AS A

02:40PM 22   SUGGESTION.

02:40PM 23       YOUR HONOR, THAT'S EVEN ASSUMING THAT A SHORT MATCH WOULD

02:40PM 24   BE INFRINGING WHICH OF COURSE IS A DUBIOUS ASSUMPTION IN LIGHT

02:40PM 25   OF THE THIN COPYRIGHT THAT IS CORDED TO SOFTWARE AND THE

02:40PM 1    SIGNIFICANT FAIR USE ISSUES OF GOOGLE VERSUS ORACLE.

02:40PM 2        SO, YOUR HONOR, THIS OMITTED COPYRIGHT CLAIM AND THE LACK

02:40PM 3    OF CLARITY ABOUT WHETHER PLAINTIFFS ARE PLEADING TRAINING,

02:40PM 4    OUTPUT OR BOTH LEAVES DEFENDANTS GITHUB AND MICROSOFT WITHOUT A

02:41PM 5    CLEAR UNDERSTANDING OF WHAT THE THEORY IS EXACTLY OF

02:41PM 6    WRONGDOING.

02:41PM 7        AND, YOUR HONOR, ONE FINAL NOTE TO EMPHASIZE THE

02:41PM 8    DIFFERENCE THAT -- THAT THERE IS A DIFFERENCE BETWEEN THE

02:41PM 9    DEFENDANTS HERE.  YOUR HONOR, MICROSOFT IS NOT ALLEGED TO HAVE

02:41PM 10   DONE ANYTHING HERE OTHER THAN TO BE A CORPORATE INVESTOR OR

02:41PM 11   PARENT AND A SUPPLIER OF THE AZURE PLATFORM.  SINCE

02:41PM 12   JUDGE WHYTE DECIDED THE NETCOM CASE BACK IN THE '90'S, IT'S NOT

02:41PM 13   BEEN SUFFICIENT TO NAME SOMEBODY AS A DEFENDANT SIMPLY BECAUSE

02:41PM 14   THEY WERE AN ISP, YOUR HONOR, NOR CAN THERE BE DISREGARD OF THE

02:41PM 15   CORPORATE FORMALITIES WITHOUT SOME ALLEGATIONS TO SUGGEST THAT

02:41PM 16   MICROSOFT ITSELF IS INVOLVED IN THE ACTS THAT ARE ALLEGED TO BE

02:41PM 17   UNLAWFUL.  SO FOR THAT REASON AS WELL, YOUR HONOR, MICROSOFT

02:41PM 18   AND GITHUB SHOULD BE DISMISSED BASED ON THE CURRENT PLEADING.

02:41PM 19       AND UNLESS THE COURT HAS QUESTIONS, I'LL RESERVE

02:41PM 20   ADDITIONAL TIME FOR REBUTTAL.

02:42PM 21          THE COURT:  I DON'T HAVE QUESTIONS.  THANKS.

02:42PM 22       THE DEFENDANTS HAVE 6 MINUTES AND 30 SECONDS REMAINING.

02:42PM 23       MR. SAVERI, THERE YOU ARE.  I'M GOING TO TAKE YOU UP TO

02:42PM 24   30 MINUTES FROM 26.  THERE WASN'T REALLY HARDLY ANY OVERLAP

02:42PM 25   BETWEEN WHAT THE DEFENDANTS DID, AND I WANT YOU TO HAVE ENOUGH

02:42PM   1    TIME TO REBUT EVERYTHING YOU'VE HEARD SO FAR BEFORE THEY STAND

02:42PM   2    UP AGAIN.

02:42PM   3         SO WHENEVER YOU AND YOUR TEAM ARE READY, YOU CAN BEGIN.

02:42PM   4              MR. SAVERI:  CAN WE HAVE ONE MINUTE JUST TO

02:42PM   5    ORGANIZE?

02:42PM   6              THE COURT:  YES.  I WILL SAY TYPICALLY PEOPLE DO

02:42PM   7    THAT WHILE THE OTHER SIDE IS TALKING, BUT YOU CAN PROCEED

02:42PM   8    WHENEVER YOU'RE READY.

02:42PM   9              MR. SAVERI:  YOUR HONOR, THANK YOU.

02:42PM   10        JUST TO GIVE YOU BY WAY OF A PREVIEW THE WAY THAT I THINK

02:43PM   11   WE'RE GOING TO RESPOND IS FIRST TO ADDRESS THE STANDING ISSUE,

02:43PM   12   AND THEN THE 1202(B) ISSUE, AND THEN THE UNFAIR COMPETITION

02:43PM   13   PREEMPTION ISSUE, AND THEN NEGLIGENCE, AND THEN BREACH OF

02:43PM   14   CONTRACT, AND THAT'S WHAT WE'RE GOING TO FOCUS ON BY WAY OF A

02:43PM   15   ROAD MAP.

02:43PM   16             THE COURT:  OKAY.

02:43PM   17             MR. SAVERI:  THE FIRST THING I'D LIKE TO DO IS YOU

02:43PM   18   ASKED ME A QUESTION ABOUT THE PII INFORMATION.

02:43PM   19             THE COURT:  I DID.

02:43PM   20             MR. SAVERI:  WE WOULD LIKE TO REPLEAD THAT AND FOCUS

02:43PM   21   ON THAT, SO THAT'S OUR POSITION.

02:43PM   22             THE COURT:  SUCH LEAVE WILL BE GRANTED.

02:43PM   23             MR. SAVERI:  THANK YOU, YOUR HONOR.

02:43PM   24        SO LET ME FIRST ADDRESS THE ISSUE I THINK WHICH IS A

02:43PM   25   STANDING ISSUE.

02:43PM  1          THE DEFENDANTS CITED BIRDSONG AS THEIR BEST CASE.

02:43PM  2     BIRDSONG REALLY DOESN'T WORK, YOUR HONOR, IN FACT, SOME OF THE

02:44PM  3     ALLEGATIONS THAT MS. HURST JUST CITED.

02:44PM  4          WHEN THE SOFTWARE OPERATES, WHAT IT NEEDS TO DO IS THAT IT

02:44PM  5     NEEDS TO LOOK AT ALL THE TRAINING DATA IN ORDER TO FUNCTION.

02:44PM  6     AND WHEN IT DOES THAT, IT IDENTIFIES, AS WE SAY IN

02:44PM  7     PARAGRAPH 53, IT IDENTIFIES THE MOST STATICALLY LIKELY

02:44PM  8     COMPLETION BASED ON THE EXAMPLES IT REVIEWED IN TRAINING.

02:44PM  9          EVERY INSTANCE OF OUTPUT FROM CODEX IS DERIVED FROM

02:44PM 10     MATERIAL IN THE TRAINING DATA.

02:44PM 11          SO IN ORDER FOR THE PRODUCT TO WORK AND THE WAY IT WAS

02:44PM 12     DESIGNED TO WORK, IT LOOKS AT ALL OF THE DATA.

02:44PM 13               THE COURT:  OKAY.  SO LET'S FOCUS JUST ON THAT FOR A

02:44PM 14     MOMENT, THE TRAINING ASPECT.

02:44PM 15          I HAVE A HARD TIME SEEING HOW THE TRAINING -- ALL OF THIS

02:44PM 16     STUFF IS PUBLICALLY AVAILABLE, RIGHT?  ALL OF THE -- IF I WERE

02:45PM 17     TO REGISTER WITH GITHUB AND ESTABLISH AN ACCOUNT --

02:45PM 18               MR. SAVERI:  YES.

02:45PM 19               THE COURT:  -- COULD I LOOK AT ALL OF THE MATERIAL

02:45PM 20     THAT IS AT PLAY IN YOUR COMPLAINT?

02:45PM 21               MR. SAVERI:  YES, SUBJECT TO THE LICENSE AGREEMENTS.

02:45PM 22               THE COURT:  RIGHT.  OKAY.  BUT THE LICENSE

02:45PM 23     AGREEMENTS DON'T RESTRICT MY LOOKING AT IT.  I HAVE SOME

02:45PM 24     DIFFICULTY IN UNDERSTANDING HOW THE TRAINING ASPECT OF THIS

02:45PM 25     PRODUCT INJURES ANYBODY'S RIGHTS, BECAUSE IF JON TIGAR CAN GET

02:45PM 1   A GITHUB ACCOUNT AND GO ON AND READ ALL OF IT UNTIL HIS HEART'S

02:45PM 2   CONTENT, WHY CAN'T A SOFTWARE PROGRAM DO THE SAME THING?  WHY

02:45PM 3   DOES THAT VIOLATE ANY RIGHT?

02:45PM 4        MR. SAVERI:  AND, YOUR HONOR, WHAT WE ARE FOCUSSING

02:45PM 5   IS ON THE USE.

02:45PM 6        THE COURT:  RIGHT.  GOOD.  OKAY.  GOOD.

02:45PM 7        MR. SAVERI:  AND THAT'S, THAT'S -- AND IT'S THE USE

02:46PM 8   OF IT IN DEROGATION OF THE LICENSES WHICH IS AT THE CORE OF OUR

02:46PM 9   CLAIM.

02:46PM 10        THE COURT:  THE REASON I JUMPED IN IS BECAUSE YOU

02:46PM 11   STARTED BY SAYING, WELL, IT'S GOING TO TRAIN ON ALL OF THEM.

02:46PM 12        BUT THEN I ASSUMED THAT YOU WERE GOING TO SAY, YES, THE

02:46PM 13   OUTPUT MAY BE ONLY SOME OF IT, BUT THE TRAINING IS ON ALL OF

02:46PM 14   IT.

02:46PM 15        BUT IF THE TRAINING IS NOT WRONGFUL, I JUST WONDER WHAT

02:46PM 16   DOES IT MATTER THAT IT'S TRAINING ON ALL OF IT?

02:46PM 17        LET'S SAY THAT YOU CAME TO ME AND YOU SAID, HEY, I NEED

02:46PM 18   HELP IN LEARNING HOW TO FIX A CAR, AND I TURN TO MY BOOKSHELF

02:46PM 19   AND I HAVE THREE BOOKS UP THERE.  I HAVE ONE ON HOW TO BUILD

02:46PM 20   YOUR OWN BARBECUE, OKAY?  I HAVE GOT ONE ON HOW TO FLY A

02:46PM 21   GLIDER, AND I HAVE ONE ON HOW TO FIX A CAR.  I'VE READ ALL OF

02:46PM 22   THEM, BUT I GIVE YOU THE ONE THAT IS ABOUT HOW TO FIX A CAR.

02:46PM 23   AND YOU'RE LIKE, COOL, I'M GOING TO WRITE MY OWN MANUAL NOW.

02:47PM 24   WHATEVER JUST HAPPENED, IT DOESN'T HAVE ANYTHING TO DO -- MAYBE

02:47PM 25   I LET YOU READ ALL THREE OF THEM.  THIS IS A HORRIBLE ANALOGY,

02:47PM  1    WE CAN JUST START WITH THAT.  BUT IT'S ONLY THE OUTPUT THAT IS

02:47PM  2    GOING TO MATTER.  NO INJURY IS DONE TO WHOEVER CREATED THESE

02:47PM  3    OTHER WORKS THAT IS ABOUT SOMETHING ELSE.  I'LL STOP BUT

02:47PM  4    HOPEFULLY I'M MAKING MYSELF MODERATELY CLEAR.

02:47PM  5                MR. SAVERI:  YOU ARE, YOUR HONOR, AND THIS TOUCHES

02:47PM  6    ON SOME OF THE CONTRACT POINTS.

02:47PM  7                MR. BUTTERICK:  YES, YOUR HONOR, AND IT ALSO TOUCHES

02:47PM  8    ON SOME OF THE --

02:47PM  9                THE COURT:  COUNSEL, YOU NEED TO START BY SAYING

02:47PM  10   YOUR NAME.

02:47PM  11                MR. BUTTERICK:  EXCUSE ME.  THIS IS

02:47PM  12   MATTHEW BUTTERICK, COCOUNSEL FOR THE PLAINTIFFS HERE.

02:47PM  13        I'M A LONG, LONG TERM MEMBER OF THE OPEN SOURCE COMMUNITY

02:47PM  14   AND AN OPEN SOURCE PROGRAMMER IN ADDITION TO BEING A LAWYER.

02:47PM  15        I THINK THE ANSWER TO YOUR QUESTION HERE IS THAT WHEN AN

02:47PM  16   AI TRAINS, IT'S NOT MERELY LOOKING, IT'S NOT MERELY READING,

02:47PM  17   IT'S COPYING.  AND THERE'S A LONG HISTORY IN THE LITERATURE OF

02:47PM  18   CHARACTERIZING AI TRAINING AS A FORM OF COMPRESSION, COMPRESSED

02:47PM  19   COPYING AND THAT IS FED INTO THIS TRAINING AND INTO THE NEURAL

02:48PM  20   NETWORK.  SO REALLY WHAT IS IMPRINTED INTO THE NEURAL NETWORK

02:48PM  21   IS A SORT OF COPY, AND WE REALLY HAVE TO SEE IT THAT WAY.  SO

02:48PM  22   IT'S QUITE DIFFERENT FROM READING.

02:48PM  23        AND AS TO YOUR POINT ABOUT ASKING FOR JUST ONE BOOK OUT OF

02:48PM  24   MANY, I REALLY THINK THAT'S A -- I MEAN, I CAN SEE WHY THAT

02:48PM  25   MIGHT BE THE INTUITIVE URGE, BUT I DON'T THINK THAT'S HOW

02:48PM 1    COPILOT WORKS.  COPILOT IS A NEURAL NETWORK.  IT'S ONE BIG MASS

02:48PM 2    OF TRAINING DATA THAT HAS BEEN IMPRINTED ON THIS SOFTWARE

02:48PM 3    ARTIFACT THAT IS THE RESULT, AGAIN, OF HAVING COPIED ALL OF

02:48PM 4    THIS TRAINING DATA.

02:48PM 5         AND WHEN YOU AS A USER STEP UP TO COPILOT AND QUERY IT, IT

02:48PM 6    NEEDS TO ACTUALLY GO THROUGH ALL OF THAT DATA RIGHT IN THAT

02:48PM 7    MOMENT, AND THAT'S WHY THESE SYSTEMS ARE SO EXPENSIVE AND

02:48PM 8    DIFFICULT TO RUN TO FIGURE OUT WHAT IT IS THAT WOULD BE

02:48PM 9    RESPONSIVE IN THAT MOMENT.

02:48PM 10        SO AGAIN WHAT COPILOT --

02:48PM 11             THE COURT:  DOES THE ACT OF COPYING -- DOES THE ACT

02:48PM 12   OF COPYING ITSELF INTO THE NEURAL NETWORK BY ITSELF VIOLATIVE

02:49PM 13   OF ANY OF THE GITHUB LICENSES?

02:49PM 14             MR. BUTTERICK:  WELL, I THINK, YOUR HONOR, WE HEAR

02:49PM 15   ABOUT THIS FROM --

02:49PM 16             THE COURT:  I'M GOING TO STOP YOU.  I CAN'T WAIT FOR

02:49PM 17   THE EXPLANATION, BUT THE QUESTION ITSELF WAS A YES OR NO

02:49PM 18   QUESTION.

02:49PM 19             MR. BUTTERICK:  I THINK THE ANSWER IS YES AS LONG AS

02:49PM 20   YOU FOLLOW THE TERMS OF THE LICENSES.

02:49PM 21             THE COURT:  WHAT TERM OF A LICENSE?  WHAT TERM OF

02:49PM 22   ANY LICENSE ATTACHED TO THE COMPLAINT?  WHAT PLACES ANY

02:49PM 23   OBLIGATIONS ON THE TRAINING PORTION?

02:49PM 24             MR. BUTTERICK:  WELL, WE, WE -- WHAT WE'RE POINTING

02:49PM 25   OUT HERE IS THAT THE SUGGESTED LICENSES WE TALK ABOUT ALL

02:49PM  1    CONTAIN ATTRIBUTION REQUIREMENTS.  SO WE CAN'T TAKE A VERY,

02:49PM  2    VERY DETAILED POSITION ON THE OPERATION INTERNALLY OF COPILOT

02:49PM  3    BECAUSE WE DON'T HAVE ACCESS TO THAT.  BUT OUR VIEW IS, AS THE

02:49PM  4    DEFENDANTS NOTED, THE COPILOT MODEL ITSELF IS AN ARTIFACT IN

02:49PM  5    PART DERIVED FROM COPYING THIS MATERIAL AND OBVIOUSLY EVERY

02:49PM  6    OUTPUT, AS WE PLEAD, IS DERIVED FROM THE MATERIAL.

02:50PM  7            THE COURT:  WELL, I'M GOING TO STICK WITH MY

02:50PM  8    QUESTION, BECAUSE THAT'S WHAT I LIKE TO DO.

02:50PM  9            MR. BUTTERICK:  ALL RIGHT.

02:50PM  10           THE COURT:  SO WE'RE FOCUSSING ON TRAINING.  I ASKED

02:50PM  11   YOU DOES IT VIOLATE ANY OF THE TERMS OF THESE LICENSES AND YOU

02:50PM  12   SAID THE LICENSES HAVE AN ATTRIBUTION REQUIREMENT WHICH IS

02:50PM  13   FEATURED PROMINENTLY IN THE COMPLAINT.

02:50PM  14       DOES THE -- HOW DOES IT VIOLATE THE ATTRIBUTION

02:50PM  15   REQUIREMENT IF THE -- IF AS YOU ALLEGE COPILOT COPIES

02:50PM  16   EVERYTHING IT FINDS AND THEN PUTS IT ON THE NEURAL NETWORK?

02:50PM  17   I'LL STICK WITH THAT QUESTION, HOW DOES IT VIOLATE THE

02:50PM  18   ATTRIBUTION REQUIREMENT?

02:50PM  19           MR. BUTTERICK:  HOW DOES THAT ACT ALONE VIOLATE THE

02:50PM  20   ATTRIBUTION REQUIREMENT ONCE IT'S UP IN THE MODEL LIFE?

02:50PM  21   PERHAPS IT DOESN'T.

02:50PM  22           THE COURT:  RIGHT.  I THINK THE PARTY IN THIS CASE,

02:50PM  23   CERTAINLY YOU KNOW A LOT MORE ABOUT THIS THAN I DO, AND THAT'S

02:50PM  24   GOING TO BE TRUE AS LONG AS WE HAVE THIS CASE TODAY.  I'M NOT A

02:50PM  25   DATA SCIENTIST, AND I'M NOT A SOFTWARE DEVELOPER.  BUT I

02:51PM   1    JUST -- I THINK THE PARTY IN THIS CASE -- AND WHERE IS THE

02:51PM   2    PARTY?  THE PARTY IS IN THE DISTRIBUTION OR REDISTRIBUTION PART

02:51PM   3    OF THE CASE.  I'M JUST HAVING TROUBLE SEEING HOW THIS IS GOOD

02:51PM   4    FOR YOU, BUT I'LL STOP THERE BECAUSE I DON'T WANT TO BURN MORE

02:51PM   5    OF YOUR TIME.

02:51PM   6              MR. SAVERI:  SO I -- THANK YOU, YOUR HONOR.

02:51PM   7         ANSWERING THE QUESTION YOU ASKED TO THE DEFENDANTS ABOUT

02:51PM   8    WHAT THE BEST CASE IS, ON THE STANDING WE WOULD POINT YOU TO

02:51PM   9    THE GOOGLE RTB CASE WHICH IS JUDGE GONZALEZ ROGERS' CASE.

02:51PM  10         HERE WE BELIEVE THAT THE COMPLAINT DOES ALLEGE SUFFICIENT

02:51PM  11    FUTURE INJURY TO SATISFY THE INJURY IN FACT REQUIREMENT.  THE

02:51PM  12    THREAT OF FUTURE HARM IS REAL.  WE KNOW THAT FROM THE

02:52PM  13    ALLEGATIONS THAT WE'VE BEEN DISCUSSING.

02:52PM  14         WE KNOW THAT THE FACT THAT THE SCRAPING HAS OCCURRED SHOWS

02:52PM  15    THAT THE HARM IS LIKELY AND IT IS REAL, AND THAT IS SUFFICIENT

02:52PM  16    UNDER ARTICLE III AND UNDER THE CASES IN THE NINTH CIRCUIT

02:52PM  17    INCLUDING KROTTNER THAT INTERPRET IT.

02:52PM  18              THE COURT:  I'LL SAY THAT I DON'T THINK MR. GRATZ

02:52PM  19    DENIED -- HE'S KEEPING HIS POWDER DRY, BUT HE CHOSE TODAY NOT

02:52PM  20    TO DENY THAT YOUR COMPLAINT SAYS THAT THE HARM IS VERY, VERY

02:52PM  21    LIKELY TO OCCUR TO SOMEBODY.  THAT'S NOT THE FIGHT HE WANTS TO

02:52PM  22    HAVE TODAY.

02:52PM  23         THE FIGHT HE WANTS TO HAVE IS WHY IS IT LIKELY TO HAPPEN

02:52PM  24    TO YOUR NAMED PLAINTIFFS?  I COULD COME UP WITH ANOTHER

02:52PM  25    TERRIBLE ANALOGY.  I'LL TRY TO KEEP IT BRIEF.

02:52PM 1        LET'S SAY THAT I'VE WRITTEN SOFTWARE AND I PUT IT ON

02:52PM 2    GITHUB.  IT DOESN'T WORK, FIRST OF ALL, AND IT'S DIRECTED AT A

02:53PM 3    FIELD OR APPLICATION THAT NO ONE CARES ABOUT.

02:53PM 4        SO IT'S JUST INCREDIBLY UNLIKELY THAT ANYONE IS GOING TO

02:53PM 5    COME ON GITHUB AND THAT ANYONE IS GOING TO -- EXCUSE ME, GOING

02:53PM 6    TO INSTALL THIS PRODUCT AND THAT COPILOT IS GOING TO SUGGEST MY

02:53PM 7    SOFTWARE TO ANYBODY BECAUSE IT'S TERRIBLE SOFTWARE THAT NO ONE

02:53PM 8    WANTS.  THAT'S HIS ARGUMENT.

02:53PM 9        WHAT IS YOUR RESPONSE TO IT?

02:53PM 10            MR. SAVERI:  WELL, YOUR HONOR, WE SAY THAT'S

02:53PM 11   INCONSISTENT WITH THE ALLEGATIONS IN OUR COMPLAINT, THE

02:53PM 12   WELL-PLED ALLEGATIONS THAT IT IS IN FACT -- WE KNOW THAT NONE

02:53PM 13   OF THE OUTPUT CONTAINS THE ATTRIBUTION THAT IS REQUIRED UNDER

02:53PM 14   THE LICENSE.  THERE'S REAL ECONOMIC HARM FROM THAT, AND WE KNOW

02:53PM 15   THAT HAPPENS FROM EVERY CASE, AND THAT'S SUFFICIENT UNDER

02:53PM 16   ARTICLE III AT THIS POINT, AT THIS POINT IN THE PROCEEDINGS AS

02:54PM 17   OPPOSED TO A CASE LIKE TRANSUNION, FOR EXAMPLE, WHERE THERE WAS

02:54PM 18   A TRIAL AND THERE WAS A DISCOVERY AND EXPLICATION OF THESE

02:54PM 19   ISSUES.

02:54PM 20       SO GIVEN WHERE WE ARE IN THE PROCEEDING AND THE

02:54PM 21   SUFFICIENCY OF THE ALLEGATIONS AND I THINK THE LIKELIHOOD ON

02:54PM 22   THE CERTAINTY THAT THE ATTRIBUTION, THE LICENSED MATERIAL, THE

02:54PM 23   ATTRIBUTION AND OTHER COPYRIGHTED INFORMATION IS NOT ATTACHED,

02:54PM 24   THAT'S SUFFICIENT AT THIS JUNCTURE.

02:54PM 25       SO I'D LIKE TO PASS THE BATON, AND I WOULD LIKE TALK ABOUT

02:54PM 1    1202(B).

02:54PM 2                    THE COURT:  SURE.

02:54PM 3                    MR. YOUNG:  GOOD AFTERNOON, YOUR HONOR.

02:54PM 4        CHRISTOPHER YOUNG ON BEHALF OF THE PLAINTIFFS.

02:54PM 5        SO I WANT TO TALK ABOUT SECTION 1202(B) AND JUST DIRECTLY

02:54PM 6    RESPOND TO THE POINTS THAT DEFENDANTS MADE STARTING WITH THE

02:54PM 7    IDENTICALITY POINT.  THERE ARE A COUPLE OF POINTS I WANT TO

02:54PM 8    MAKE HERE.

02:54PM 9        FIRST, I THINK SOFTWARE CODE IS DIFFERENT.  THERE ARE

02:54PM 10   CASES THAT HAVE RECOGNIZED THAT SOFTWARE CODE ITSELF CAN BE

02:55PM 11   CMI.  THERE'S THIS CASE CALLED BOUNCE EXCHANGE CASE CITED IN

02:55PM 12   OUR BRIEF THAT EXPLAINS THAT HOW FOR PROGRAMMERS EMBEDDING CMI

02:55PM 13   WITHIN THE CODE ITSELF CAN BE DONE.  SO IF THERE'S A VIOLATION

02:55PM 14   OF THE DMCA, BY DEFINITION IF THAT CMI IS REMOVED, PART OF THE

02:55PM 15   CODE ITSELF IS REMOVED, THAT COPY WILL NOT BE IDENTICAL BY

02:55PM 16   DEFINITION.

02:55PM 17       I ALSO THINK THAT DEFENDANTS ARE TRYING TO READ INTO THE

02:55PM 18   DMCA AN IDENTICALITY REQUIREMENT THAT IS NOT PRESENT IN THE

02:55PM 19   DMCA.  WE CAN LOOK AT FROST-TSUJI, THE LINE VIRTUALLY IDENTICAL

02:55PM 20   POINT -- I APOLOGIZE.  I WILL TRY TO SLOW IT DOWN.

02:55PM 21       SO READING FROST-TSUJI ITSELF, THE PORTION THAT DEFENDANTS

02:55PM 22   DRAW YOUR ATTENTION TO, VIRTUAL IDENTICAL PLANS AT ISSUE IN

02:55PM 23   FROST-TSUJI WERE ARCHITECTURAL DRAWINGS.  SO THIS IS QUOTING

02:55PM 24   WHAT THE COURT SAID IN FROST-TSUJI, "VIRTUALLY IDENTICAL PLANS

02:56PM 25   COULD HAVE BEEN CREATED BY RECREATING FROST-TSUJI'S PLANS AND

02:56PM 1    NOT INCLUDING FROST-TSUJI'S COPYRIGHT MANAGEMENT INFORMATION."

02:56PM 2         SIMILARLY, IN DOLLS KILL, ANOTHER CASE CITED BY THE

02:56PM 3    DEFENSE, THAT CASE WAS TALKING ABOUT A REASONABLE INFERENCE

02:56PM 4    THAT COULD NOT BE DRAWN BECAUSE OF THE TWO SIMILAR -- I BELIEVE

02:56PM 5    IT WAS BRACELETS IN THAT CASE.

02:56PM 6         IN THIS CASE WE KNOW THAT THE AI'S INGESTED EXACT COPIES,

02:56PM 7    THAT'S AN ALLEGATION THAT WHEN THE AI -- WHEN THE MODELS

02:56PM 8    INGESTED ALL OF THE CODE, THEY MADE EXACT COPIES, INCLUDING THE

02:56PM 9    LICENSES.

02:56PM 10        NOW, WE KNOW THIS IS WHAT THEY HAVE DONE BECAUSE AS WE

02:56PM 11   HAVE ALLEGED IN THE COMPLAINT, EARLIER VERSIONS OF BOTH CODEX

02:56PM 12   AND COPILOT WERE SPITTING OUT OUTPUT WITH THE ASSOCIATED

02:56PM 13   LICENSES ATTACHED.  THAT MEANS AT SOME POINT IT WAS WITHIN THE

02:56PM 14   BLOCK BOX OF THE MODEL AND THE OUTPUT, THE LICENSES WERE BEING

02:56PM 15   SPIT OUT WITH THE OUTFIT THAT THEY WERE ASSOCIATED WITH AND AT

02:56PM 16   SOME POINT SOMEONE MADE THE DECISION TO ALTER THAT.

02:56PM 17        NOW, THAT GOES INTO MY NEXT POINT, YOUR HONOR, THE

02:56PM 18   KNOWLEDGE REQUIREMENT AND THE SCIENTER REQUIREMENT.

02:57PM 19        SO WE AGREE THAT STEVENS IS CONTROLLING IN THIS CASE, BUT

02:57PM 20   WE DO, WITH THE GLOSS THAT AT A MOTION TO DISMISS, ALL WE HAVE

02:57PM 21   TO DO IS PLAUSIBLY ALLEGE KNOWLEDGE.  I THINK COUNSEL HAS

02:57PM 22   ACKNOWLEDGED THAT, AND WE CERTAINLY AGREE.

02:57PM 23        THE COURT:  COUNSEL, I HAVE A FEELING I'M NOT -- I

02:57PM 24   CAN'T PREDICT THE FUTURE, BUT I THINK IT'S LIKELY THE COURT

02:57PM 25   REPORTER IS GOING TO ASK YOU TO SLOW DOWN AGAIN.

02:57PM  1          MR. YOUNG:  I APOLOGIZE, YOUR HONOR.

02:57PM  2          THE COURT:  AND I ALSO WANT TO SAY, IT'S VERY COMMON

02:57PM  3   FOR LAWYERS TO SAY "I'LL TRY TO DO BETTER," BUT ONCE IT'S BEEN

02:57PM  4   BROUGHT TO YOUR ATTENTION TWICE, "TRY" IS USUALLY NOT GOOD

02:57PM  5   ENOUGH.

02:57PM  6          MR. YOUNG:  YES, YOUR HONOR.

02:57PM  7          THE COURT:  YES.

02:57PM  8          MR. YOUNG:  I WILL TRY TO CALM MY URGES.

02:57PM  9      I WANT TO JUST FOCUS IN ON THE SCIENTER REQUIREMENT.  SO

02:57PM  10  WE HEARD COUNSEL SAY TODAY THAT GITHUB SUPPORTS SCOPE AND

02:57PM  11  SOURCE.  I THINK THEREIN LIES THE PROBLEM.  AS WE ALLEGE IN OUR

02:57PM  12  COMPLAINT, AND THIS IS PARAGRAPH 34, FOOTNOTE 4.  GITHUB

02:57PM  13  PROVIDES USERS, PROGRAMMERS THE OPPORTUNITY TO JUST SELECT

02:58PM  14  WHICH LICENSES TO UPLOAD.  NOW, 11 OF THESE LICENSES, WHICH WE

02:58PM  15  REFER TO AS THE SUGGESTED LICENSES, CARRY WITH THEM THE

02:58PM  16  RESTRICTIONS THAT ARE AT ISSUE IN THIS CASE.

02:58PM  17      WE HAVE ALLEGED WE HAVE -- GITHUB PROVIDES LICENSES THAT

02:58PM  18  DO NOT CARRY THESE RESTRICTIONS, SO GITHUB KNOWS WHAT IT HAS TO

02:58PM  19  DO TO RESPECT THESE OPEN SOURCE LICENSES.  SO WHEN IT INGESTS

02:58PM  20  THESE CODES, AND WHEN CODEX AND COPILOT INGESTS THESE LICENSES

02:58PM  21  AND THEN SPITS OUT THE OUTPUT WITHOUT THE ATTRIBUTION, WITHOUT

02:58PM  22  RESETTING THE COPYRIGHT NOTICES, WITHOUT REPRODUCING THE

02:58PM  23  LICENSED TEXT IN VIOLATION OF THOSE OPEN SOURCE LICENSES, THEY

02:58PM  24  KNOW WHAT THEY'RE DOING, YOUR HONOR.

02:58PM  25      NOW, HOW ELSE DO WE KNOW THAT -- OR HOW ELSE HAVE WE

02:58PM 1    ALLEGED THE REQUISITE KNOWLEDGE IN THIS CASE?

02:58PM 2         NOW, IT'S IMPORTANT TO REMEMBER THAT THESE AI'S, THESE

02:58PM 3    MODELS ARE NOT WRITING THEIR OWN CODE.  THEY ARE MERELY

02:58PM 4    COPYING, AND THEY ARE MERELY COPYING AND PARROTING WHAT THEY

02:59PM 5    HAVE SEEN.  WE KNOW THAT 1 PERCENT OF THE TIME BY THE

02:59PM 6    DEFENDANTS' OWN ADMISSION THEY ARE REPRODUCING EXACT COPIES OF

02:59PM 7    CODE THAT THEY HAVE INGESTED AND SEEN.  THAT IS NOT AN

02:59PM 8    ALLEGATION.  THAT IS SOMETHING THAT THEY HAVE THEMSELVES HAVE

02:59PM 9    PUT INTO THE WILD.

02:59PM 10        SO THIS IS ALSO NOT A CASE LIKE STEVENS VERSUS CORELOGIC.

02:59PM 11   WE REALLY INTERROGATE WHAT THE PROGRAM IN STEVENS WAS DOING.

02:59PM 12   THAT PROGRAM IN STEVENS WAS DOWNSIZING THE IMAGES.  BY ALL

02:59PM 13   PARTIES' AGREEMENT IN THAT CASE, THE PROGRAM AT ISSUE IN

02:59PM 14   STEVENS COULD NOT READ THE META DATA AT ISSUE IN THAT CASE.  IN

02:59PM 15   THIS CASE, AS WE ALLEGE, THE COPILOT KNOWS THAT IT IS INGESTING

02:59PM 16   LICENSES AND IT KNOWS NOT TO SPIT THAT OUT.

02:59PM 17        SOME PROGRAMMER MADE THE DECISION TO ALTER IT.  WE KNOW

02:59PM 18   THIS BECAUSE EARLIER VERSIONS OF COPILOT WAS SPITTING OUT THE

02:59PM 19   ASSOCIATED LICENSES WITH THE CODE.

03:00PM 20        NOW, I WANT TO BRIEFLY TOUCH ON THIS INFRINGEMENT POINT.

03:00PM 21        SO I THINK THAT -- SO THERE IS AMPLE CASE LAW THAT SAYS

03:00PM 22   THAT COPYRIGHT INFRINGEMENT IS NOT AN ELEMENT OF THE DMCA.

03:00PM 23   THERE'S A COURT FROM THE -- THERE'S A DIAMONDBACK INDUSTRY

03:00PM 24   DECISION THAT RECOGNIZES THAT VIOLATIONS OF THE DMCA ARE NOT

03:00PM 25   PREDICATED ON AN INFRINGEMENT CLAIM.  THESE ARE ALL 1202 CASES,

03:00PM 1    YOUR HONOR.

03:00PM 2        THERE'S ALSO THIS MEDICAL BROADCAST CASE OUT OF THE

03:00PM 3    EASTERN DISTRICT OF PENNSYLVANIA IN 2003 WHICH SAYS QUOTE,

03:00PM 4    "NOTHING IN SECTION 1202 OF THE DMCA SUGGESTS THAT REGISTRATION

03:00PM 5    IS A PRECONDITION TO A LOSS.  WHILE COPYRIGHT REGISTRATION IS A

03:00PM 6    PREREQUISITE UNDER 17 U.S.C. SECTION 411(A) FOR AN ACTION OF

03:00PM 7    COPYRIGHT INFRINGEMENT, CLAIMS UNDER THE DMCA, HOWEVER, ARE

03:00PM 8    SIMPLY NOT COPYRIGHT INFRINGEMENT CLAIMS AND ARE SEPARATE AND

03:00PM 9    DISTINCT FROM THE LETTER."

03:00PM 10       SO I DO NOT THINK THAT WE NEED TO PROVE OR ALLEGE

03:00PM 11   UNDERLYING INFRINGEMENT IN ORDER TO PLAUSIBLY ALLEGE A DMCA

03:00PM 12   CLAIM.

03:01PM 13       NOW, YOUR HONOR, I DO WANT TO TOUCH BRIEFLY ON THIS SECOND

03:01PM 14   LEVEL SCIENTER.  WE RECOGNIZE THAT STEVENS HAS TWO LEVELS OF

03:01PM 15   KNOWLEDGE THAT ARE REQUIRED.

03:01PM 16       SO THIS CASE IS SIMILAR TO OTHER CASES INVOLVING SOFTWARE

03:01PM 17   IN WHICH A PARTY STRIPS A LICENSE FROM A SOURCE CODE.  THERE'S

03:01PM 18   A CASE OUT OF THIS DISTRICT, A 2020 CASE, THIS NEO4J CASE

03:01PM 19   VERSUS GRAPH FOUNDATION CASE CITED IN OUR BRIEF WHICH INVOLVED

03:01PM 20   A PIECE OF CODE WHICH HAD ITS LICENSE REPLACED WITH AN OPEN

03:01PM 21   SOURCE LICENSE AND THEN PUBLISHED ONTO GITHUB.  THAT WAS

03:01PM 22   SUFFICIENT FOR A DMCA CLAIM, SUFFICIENT TO SHOW THAT A

03:01PM 23   LIKELIHOOD OF DISTRIBUTION AND KNOWLEDGE OF DISTRIBUTION.

03:01PM 24   THERE WAS SIMILARLY A CASE ON A MOTION TO DISMISS.  AND WE

03:01PM 25   BELIEVE OUR ALLEGATIONS ARE HERE.  WE KNOW THAT CODEX AND

03:01PM  1      COPILOT HAVE INGESTED ALL OF OUR PLAINTIFF'S AND CLASS MEMBER'S

03:01PM  2      CODE AND IT IS -- CODEX AND COPILOT, THE ENTIRE POINT OF CODEX

03:01PM  3      AND COPILOT IS TO DISTRIBUTE THE CODE THAT IT -- UPON WHICH OUR

03:02PM  4      PLAINTIFF'S AND CLASS MEMBER'S CODE IS BASED.

03:02PM  5           NOW, YOUR HONOR, UNLESS YOU HAVE ANY QUESTIONS ABOUT THE

03:02PM  6      DMCA CLAIM, I WOULD LIKE TO TOUCH BRIEFLY ON THE PREEMPTION

03:02PM  7      ARGUMENTS?

03:02PM  8                THE COURT:  NO.  PLEASE GO AHEAD.

03:02PM  9                MR. YOUNG:  OKAY.  SO BRIEFLY, I THINK I HEARD

03:02PM  10     COUNSEL HAS -- IS NO LONGER CHALLENGING THE PREEMPTION FOR THE

03:02PM  11     BREACH OF CONTRACT CLAIM, SO I WILL NOT TALK ABOUT THAT.

03:02PM  12          SO I THINK WE -- WITH RESPECT TO THE OTHER COMMON LAW

03:02PM  13     STATE LAW CLAIMS, THE EXTRA ELEMENT THAT I THINK WE CONTEND ALL

03:02PM  14     FLOW FROM THE OPEN SOURCE LICENSES.  SO THERE ARE -- THERE'S

03:02PM  15     AMPLE CASE LAW RECOGNIZING THAT OPEN SOURCE LICENSES ARE UNIQUE

03:02PM  16     IN THAT THEY IMPOSE EXTRA OBLIGATIONS THAT ARE NOT COEXTENSIVE

03:02PM  17     WITH COPYRIGHT CLAIMS.  AND I THINK JACOBSON VERSUS KATZER,

03:02PM  18     BOTH A DISTRICT COURT CASE AND THE FEDERAL CIRCUIT CASE

03:02PM  19     APPLYING NINTH CIRCUIT LAW, FULLY EXPLAIN HOW THE INJURIES ARE

03:03PM  20     DIFFERENT.

03:03PM  21          YOUR HONOR, I BELIEVE I AM RUNNING OUT OF TIME SO I'LL

03:03PM  22     BRIEFLY PASS IT ON TO CO-COUNSEL FOR BREACH OF CONTRACT CLAIMS.

03:03PM  23                THE COURT:  I THINK YOU ARE -- AS I TOLD MR. SAVERI,

03:03PM  24     I'M GOING TO GIVE PLAINTIFFS 30 MINUTES, AND I THINK YOU HAVE

03:03PM  25     ALMOST 10 MINUTES REMAINING.

03:03PM 1          MR. BUTTERICK:  EXCELLENT.  I WILL PASS ON UNLESS

03:03PM 2     YOUR HONOR HAS ANY QUESTIONS ABOUT THE PREEMPTION ARGUMENT?

03:03PM 3          THE COURT:  I DON'T.

03:03PM 4          MR. YOUNG:  THANK YOU, YOUR HONOR.

03:03PM 5          MR. BUTTERICK:  HELLO, YOUR HONOR.

03:03PM 6        MATTHEW BUTTERICK AGAIN.

03:03PM 7        QUICKLY, I JUST WANTED TO GIVE YOU A BETTER ANSWER TO YOUR

03:03PM 8     QUESTION BEFORE THAT I FUMBLED A LITTLE BIT.

03:03PM 9        ONE OF OUR PLAINTIFFS, IT'S DOE 3 ALLEGED AND MENTIONED IN

03:03PM 10    PARAGRAPH 19 USES GNU AFFERO LICENSE.  AND IF YOU LOOK AT THAT

03:03PM 11    DOCUMENT 11 ON ECF PAGE 26, IT HAS A -- THIS IS TO YOUR

03:03PM 12    QUESTION ABOUT DO ANY OF THE LICENSES PROHIBIT TRAINING?  AND I

03:03PM 13    WOULD SAY THAT THE AFFERO LICENSE ARGUABLY DOES PROHIBIT

03:03PM 14    TRAINING BECAUSE IT HAS A PROVISION ABOUT REMOTE NETWORK

03:04PM 15    INTERACTION THAT SAYS IF YOU MAKE SOMETHING THAT IS A MODIFIED

03:04PM 16    VERSION OF THE SOURCE, FOR INSTANCE, WE COULD ARGUE AN AI

03:04PM 17    MODEL, AND YOU PUT IT -- AND YOU LET OTHER USERS INTERACT WITH

03:04PM 18    IT REMOTELY THROUGH A COMPUTER NETWORK, YOU NEED TO LET THOSE

03:04PM 19    USERS RECEIVE THE CORRESPONDING SOURCE CODE.

03:04PM 20        SO, AGAIN, THAT IS AN OBLIGATION THAT ATTACHES --

03:04PM 21          THE COURT:  BUT DOESN'T THE REMOTE NETWORK CONTACT

03:04PM 22    THAT YOU JUST IDENTIFIED OCCUR DURING THE DISTRIBUTION PART OF

03:04PM 23    THE PROGRAM, NOT THE TRAINING PART?

03:04PM 24        THE TRAINING PART OCCURS, I'M ASSUMING, WITHIN WHAT IS

03:04PM 25    ESSENTIALLY A SEALED ENVELOPE METAPHORICALLY.

03:04PM 1          MR. BUTTERICK:  WELL, THAT MAY BE SO.  I THINK WHAT

03:04PM 2    THE AFFERO LICENSE IS SAYING IS THAT ONCE YOU PUSH THAT MODEL

03:04PM 3    UP ONTO SOMETHING LIKE MICROSOFT AS YOUR SERVERS, EVEN BEFORE

03:04PM 4    IT OUTPUTS A SINGLE BIT OF CODE, ATTRIBUTION AND SOURCE CODE,

03:04PM 5    THE OBLIGATIONS HAVE ATTACHED.

03:04PM 6          I DON'T WANT TO SPEND TOO MUCH TIME WITH THAT.  I JUST

03:04PM 7    WANT TO BRING THAT TO YOUR ATTENTION BECAUSE THAT'S A LICENSE

03:04PM 8    THAT IS AT ISSUE TODAY.

03:05PM 9          AS FOR THE BREACH OF CONTRACT -- ARE WE STILL HERE?  ALL

03:05PM 10   RIGHT.  THANK YOU.

03:05PM 11         WE HEARD A LOT FROM THE DEFENDANTS ABOUT COPYRIGHT

03:05PM 12   INFRINGEMENT AND FAIR USE, WHICH IS INTERESTING TO ME BECAUSE

03:05PM 13   OF COURSE AS THEY ALSO NOTED, THERE IS NO COPYRIGHT

03:05PM 14   INFRINGEMENT CLAIM HERE.  THIS IS -- I THINK PART OF THAT IS

03:05PM 15   BECAUSE, AGAIN AS A LONG-TIME OPEN SOURCE PROGRAMMER, THESE

03:05PM 16   LICENSES ARE ACTUALLY VERY SPECIFIC AND IN WAYS VERY LIMITED

03:05PM 17   BECAUSE EVEN THOUGH THEY SEEM TO BE VERY PERMISSIVE, AGAIN,

03:05PM 18   IT'S ONLY IF YOU ADHERE TO THE OBLIGATION, SO THEY'RE JUST AS

03:05PM 19   LEGAL, JUST AS BINDING, AND JUST AS CONSEQUENTIAL AS, YOU KNOW,

03:05PM 20   MICROSOFT'S LICENSE FOR WINDOWS.

03:05PM 21         SO AS TO THE PROVISIONS HERE, BOTH DEFENDANTS SAY THAT WE

03:05PM 22   NEVER ALLEGE WHICH LICENSE, IF ANY, WAS BREACHED.  THIS ISN'T

03:05PM 23   TRUE.  AND IN PARAGRAPHS 1 AND 4 WE SAY THAT THE MATERIALS OF

03:05PM 24   THE PLAINTIFFS WERE MADE AVAILABLE ON GITHUB SUBJECT TO

03:05PM 25   LICENSES.

03:05PM 1      IN PARAGRAPH 34 WE TALK ABOUT THESE SET OF 11 LICENSES

03:06PM 2  CALLED THE SUGGESTED LICENSES, AND WE ATTACH THEM TO EXHIBIT A.

03:06PM 3  SO, THEREFORE, THE DEFENDANTS ARE ON NOTICE OF ALL OF THE TERMS

03:06PM 4  UNDER RULE OF CIVIL PROCEDURE 10(C) AND THE KNEVELBOARD VERSUS

03:06PM 5  ESPN CASE.

03:06PM 6      NOW, IF THE COURT WISHES, WE CAN GO THROUGH AND, YOU KNOW,

03:06PM 7  APPLY PIN CITES AND SHOW EXACTLY WHERE THE ATTRIBUTION

03:06PM 8  REQUIREMENTS IN EACH OF THOSE 11 ARE, AT THE SAME TIME THE

03:06PM 9  DEFENDANTS IN THIS CASE ARE ALL EXPERIENCED OPEN SOURCE

03:06PM 10 DEVELOPERS AND PUBLISHERS IN THEIR OWN RIGHT, THEY USE MANY OF

03:06PM 11 THESE LICENSES FOR THEIR OWN WORK, SO IT WOULD SEEM THAT THEY

03:06PM 12 WOULD KNOW ALL OF THIS AS WELL.

03:06PM 13     AS TO THE ISSUES OF WHETHER THE LICENSES PROHIBIT ANY

03:06PM 14 TRAINING, AGAIN, I JUST WANT TO EMPHASIZE THAT THE LICENSE, ALL

03:06PM 15 OF THE BENEFITS UNDER THESE LICENSES ARE CONTINGENT ON THE

03:06PM 16 PERFORMANCE OF THE OBLIGATIONS, AND IF YOU DON'T PLAN TO

03:07PM 17 PERFORM THOSE OBLIGATIONS, YOU DON'T GET ANY RIGHTS AT ALL, AND

03:07PM 18 THEN IT'S SOFTWARE PIRACY JUST LIKE ANYTHING ELSE.

03:07PM 19     YOU KNOW, AS FAR AS THE MICROSOFT AND GITHUB'S CONTENTION

03:07PM 20 THAT THIS PRODUCT COPILOT MAKES LIFE BETTER FOR SOFTWARE

03:07PM 21 DEVELOPERS, IT REALLY DOESN'T.

03:07PM 22         THE COURT:  YOU DON'T NEED TO WORRY ABOUT THAT.

03:07PM 23 THAT'S NOT AN ELEMENT OF A CLAIM OR A DEFENSE.  I'M NOT EVEN

03:07PM 24 SURE THAT THAT WAS INTENDED FOR ME.  I MEAN, IT MAY HAVE BEEN.

03:07PM 25 IT IS JUST A SORT OF SET THE TABLE KIND OF DEAL.  I THINK

03:07PM 1      COMMENTS LIKE THAT WERE INTENDED FOR THE WIDER AUDIENCE.

03:07PM 2              MR. BUTTERICK:  ALL RIGHT.  FAIR ENOUGH.

03:07PM 3          IF YOU HAVE NO OTHER QUESTIONS ON THE BREACH OF CONTRACT,

03:07PM 4      I'LL JUST TOUCH ON THE TORTUOUS INTERFERENCE, YOUR HONOR.

03:07PM 5              THE COURT:  ALL RIGHT.

03:07PM 6              MR. BUTTERICK:  I MEAN, I THINK THAT WE CAN

03:07PM 7      DEFINITELY IMPROVE THE PLEADING HERE AND WE WOULD LIKE TO ASK

03:07PM 8      LEAVE TO AMEND THAT CLAIM WITH MORE FACTS.

03:07PM 9              THE COURT:  I THINK YOU'RE LIKELY TO RECEIVE SUCH

03:07PM 10     LEAVE.

03:07PM 11             MR. BUTTERICK:  ALL RIGHT.  THANK YOU.  THAT'S ALL

03:08PM 12     I'LL SAY THEN.

03:08PM 13             MR. SAVERI:  YOUR HONOR, JOSEPH SAVERI AGAIN ON

03:08PM 14     BEHALF OF THE PLAINTIFFS.

03:08PM 15         THE NEXT I GUESS CAUSE OF ACTION I'D LIKE TO TALK ABOUT IS

03:08PM 16     THE NEGLIGENCE CAUSE OF ACTION.

03:08PM 17         WE'VE ALLEGED SUFFICIENTLY THE EXISTENCE OF THE DUTY THAT

03:08PM 18     GIVES RISE TO OUR NEGLIGENCE CLAIM.  IN PARTICULAR, WE'VE

03:08PM 19     ALLEGED THE FACTS SUPPORTING A SPECIAL RELATIONSHIP, IN

03:08PM 20     PARTICULAR HANDLING THE CONFIDENTIAL DATA.  WE'VE ALLEGED THAT.

03:08PM 21         WE'VE ALSO ALLEGED THE FORESEEABLE HARM THAT IS A

03:08PM 22     CONSEQUENTIAL, AND, IN FACT, INTENTIONAL RESULT OF THE BREACH

03:08PM 23     OF THAT DUTY.

03:08PM 24             THE COURT:  THE TOUGH ONE FOR YOU HERE IS SHOWING AN

03:08PM 25     INJURY IN FACT.  SO WE'VE ABOUT SOME DEBATE IN THIS HEARING

03:08PM 1    ABOUT FUTURE INJURY AND WHETHER I MIGHT FIND THAT THERE WAS A

03:09PM 2    SUFFICIENT ALLEGATION OF FUTURE INJURY OR LIKELIHOOD OF FUTURE

03:09PM 3    INJURY SUFFICIENT TO GIVE RISE TO STANDING TO SEEK INJUNCTIVE

03:09PM 4    RELIEF.  BUT IF WE'RE GOING TO TALK ABOUT NEGLIGENCE, FOR

03:09PM 5    EXAMPLE, THAT DOESN'T HAVE TO DO WITH FUTURE INJURY.  AND

03:09PM 6    THAT'S DEPENDENT, AS MANY OF THE CLAIMS ARE, ON WHETHER YOUR

03:09PM 7    PARTICULAR NAMED PLAINTIFFS HAVE SUFFERED A CONCRETE INJURY IN

03:09PM 8    FACT AND AS TO THAT I SORT OF HAVE MY DOUBTS.  SO THAT MIGHT BE

03:09PM 9    WHAT YOU -- YOU MIGHT WANT TO ADDRESS THAT POINT.

03:09PM 10           MR. SAVERI:  WELL, WHAT I WOULD DIRECT THE COURT'S

03:09PM 11   ATTENTION TO IS THE JACOBSON CASE WHICH TALKS ABOUT THE DAMAGE

03:09PM 12   THAT COMES FROM THE BREACH OF A LICENSE, AND WE THINK THAT

03:09PM 13   BASED ON THAT THAT WE SUFFICIENTLY ALLEGED THE INJURY IN FACT.

03:09PM 14           THE COURT:  I'M NOT SURE THE QUESTION IS BEFORE ME

03:10PM 15   TODAY, BUT I WILL NONETHELESS GO OUT ON A LIMB AND SAY IF YOU

03:10PM 16   COULD SHOW THE FACT OF A BREACH, THEN I THINK I COULD PROBABLY

03:10PM 17   AT THE 12(B)(6) STAGE PRESUME ENOUGH HARM TO YOUR CLIENTS TO

03:10PM 18   SHOW THAT THERE'S BEEN AN INJURY IN FACT.

03:10PM 19       THE ISSUE IS WHAT THE DEFENDANTS SAY IS THAT YOU HAVE NOT

03:10PM 20   SHOWN THAT THERE HAS BEEN SUCH A BREACH, THAT AT BEST, AND

03:10PM 21   AGAIN, I'M JUST TELLING YOU WHAT THE PLAINTIFFS' ARGUMENT IS,

03:10PM 22   EXCUSE ME, THE DEFENDANTS' ARGUMENT IS, WHAT THEY'RE SAYING IS

03:10PM 23   THAT YOU HAVEN'T ALLEGED EVEN THE LIKELIHOOD OF AN ACTUAL

03:10PM 24   BREACH THAT OCCURRED SOME TIME IN THE PAST.

03:10PM 25       AND SO WE'VE BEEN HAVING A FIGHT TODAY, SO FAR, IS THERE A

03:10PM 1    SUFFICIENT ALLEGATION OF LIKELIHOOD OF INJURY IN THE FUTURE?

03:10PM 2         BUT WHAT THEY'RE SAYING IS THAT THESE NAMED PLAINTIFFS,

03:10PM 3    WHERE IS IT IN THERE THAT THEY CAN SAY, YES, THEY TOOK OUR CODE

03:10PM 4    AND USED IT WITHOUT OUR PERMISSION?

03:10PM 5         AND MR. GRATZ HOPEFULLY IS NODDING OCCASIONALLY SO THAT

03:10PM 6    TELLS ME THAT I AM --

03:10PM 7              MR. SAVERI:  SO, YOUR HONOR, A COUPLE OF RESPONSES.

03:11PM 8         I DO THINK JACOBSON SAYS THAT DAMAGE TO THE CREATION AND

03:11PM 9    DISTRIBUTION OF COPYRIGHTED WORKS UNDER PUBLIC LICENSES COULD

03:11PM 10   INCLUDE INJURY TO REPUTATION AND THE PROGRAMMERS RECOGNITION IN

03:11PM 11   ITS PROFESSION AS WELL AS THE IMPACT ON THE LIKELIHOOD THAT THE

03:11PM 12   PRODUCT WILL BE FURTHER IMPROVED.

03:11PM 13             THE COURT:  MR. SAVERI, YOU HAVE ABOUT A MINUTE AND

03:11PM 14   A HALF.

03:11PM 15             MR. SAVERI:  THANK YOU.

03:11PM 16        JUST ON THAT NOTE, YOUR HONOR, IF THE COURT BELIEVES OR

03:11PM 17   CONCLUDES THAT WE HAVE NOT SUFFICIENTLY ALLEGED THAT DUTY AND

03:11PM 18   PARTICULARLY ADDRESSED THAT ISSUE, WE WOULD LIKE LEAVE TO AMEND

03:11PM 19   CERTAINLY TO DO THAT, SO WE WOULD LIKE THAT OPPORTUNITY.

03:11PM 20             THE COURT:  YOU'RE LIKELY TO RECEIVE SUCH AN

03:11PM 21   OPPORTUNITY.

03:11PM 22             MR. SAVERI:  THANK YOU, YOUR HONOR.

03:11PM 23        WITH THAT, I DON'T HAVE ANYTHING ELSE.  LET ME JUST CHECK.

03:12PM 24        (PAUSE IN PROCEEDINGS.)

03:12PM 25             MR. SAVERI:  YOUR HONOR, AT THIS POINT WE'RE IN AN

03:12PM 1    INTERESTING SITUATION BECAUSE WE BELIEVE THAT WE COULD PLEAD

03:12PM 2    THESE FACTS SPECIFICALLY WITH RESPECT TO THE UNNAMED OR PSEUDO

03:12PM 3    ANONYMOUS PLAINTIFFS.  WE WERE RELUCTANT TO DO THAT BECAUSE

03:12PM 4    WERE WE TO DO THAT, THAT WOULD DISCLOSE THE IDENTITY.  SO AMONG

03:12PM 5    THE THINGS THAT WE WOULD AMEND TO ADD IS SPECIFIC ALLEGATIONS

03:12PM 6    REGARDING OUR PLAINTIFFS WITH RESPECT TO THIS ISSUE.

03:12PM 7          THE COURT:  I SEE.  ALL RIGHT.  WELL, YOU'RE THE

03:12PM 8    CAPTAIN OF THAT SHIP.  THOSE I THINK ARE DECISIONS TO MADE

03:12PM 9    ENTIRELY ON COUNSEL'S SIDE OF THE BENCH.

03:13PM 10          MR. SAVERI:  YOUR HONOR, IT WAS A LITTLE BIT OF A

03:13PM 11    CHICKEN AND EGG THING BECAUSE WE HAVEN'T HAD THE OPPORTUNITY TO

03:13PM 12    VENTILATE THIS ISSUE.

03:13PM 13          WITH THAT, I DO THINK I BUMPED UP AGAINST MY 30 MINUTES,

03:13PM 14    AND SO I WILL SIT DOWN UNLESS THE COURT HAS ANY ADDITIONAL

03:13PM 15    QUESTIONS.

03:13PM 16          THE COURT:  I DON'T.  THANK YOU, MR. SAVERI.

03:13PM 17          MR. GRATZ, I'LL COME BACK TO YOU.  YOU AND MS. HURST HAVE

03:13PM 18    SIX AND A HALF MINUTES TOGETHER IF WANT TO USE ANY PORTION OF

03:13PM 19    THAT.

03:13PM 20          I JUST WILL NOTE THAT THERE WERE SOME POINTS THAT YOU AND

03:13PM 21    MS. HURST MADE THAT WERE NOT ADDRESSED, SO I DON'T KNOW THAT

03:13PM 22    YOU NEED REBUTTAL FOR ANY OF THOSE.  BUT IF YOU WANT SOME

03:13PM 23    REBUTTAL TIME, YOU HAVE IT.

03:13PM 24          MR. GRATZ:  THANK YOU, YOUR HONOR.  I WILL TURN IT

03:13PM 25    OVER TO MS. HURST.

03:13PM 1          THE COURT:  VERY GOOD.  MS. HURST.

03:13PM 2          MS. HURST:  THANK YOU, YOUR HONOR.

03:13PM 3      WITH REGARD TO THE LAST POINT, THE DISCUSSION OF THE

03:13PM 4  NEGLIGENCE CLAIM, YOUR HONOR, THE WAY THAT CLAIM IS PLED IS

03:13PM 5  THAT IT'S ABOUT PERSONAL DATA OR PERSONAL INFORMATION.  IT

03:13PM 6  APPEARS TO BE ONE OF THE PRIVACY BASED CLAIMS, AND SO IT

03:14PM 7  SUFFERS FROM THE DEFECT THAT THE COURT NOTED EARLIER OF NOT

03:14PM 8  HAVING IDENTIFIED ANY TYPE OF PERSONALLY IDENTIFYING

03:14PM 9  INFORMATION OR PERSONAL DATA.

03:14PM 10     SINCE WE'RE TALKING ADMITTEDLY ON THE FACE OF THE

03:14PM 11 COMPLAINT ABOUT GITHUB PUBLIC REPOSITORIES HERE, THAT'S PRETTY

03:14PM 12 SIGNIFICANT.  SO I BELIEVE PLAINTIFFS HAVE ALREADY REQUESTED

03:14PM 13 LEAVE TO REPLEAD IT, BUT IN ANY EVENT IF THAT IS GOING TO

03:14PM 14 CONTINUE TO BE A QUASI PRIVACY CLAIM THEN WE NEED TO UNDERSTAND

03:14PM 15 THE ALLEGED PRIVACY INTEREST.

03:14PM 16     I WOULD ALSO SAY THAT WITH RESPECT TO CONTRACTUAL COUNTER

03:14PM 17 PARTIES, YOUR HONOR, THERE IS LONGSTANDING CALIFORNIA LAW SINCE

03:14PM 18 FOLEY VERSUS INTERACTIVE DATA OVERRULED SIEMENS DIRECT THAT YOU

03:14PM 19 CAN'T TURN A BREACH OF CONTRACT CLAIM INTO A TORT CLAIM, SO

03:14PM 20 THAT'S ANOTHER REASON WHY WE NEED TO UNDERSTAND WHAT THE THEORY

03:14PM 21 OF THE CLAIM IS, WHAT IS THE DATA THAT IS AT ISSUE, WHAT IS THE

03:14PM 22 ALLEGED NATURE OF THE RELATIONSHIP THAT IS SPECIAL, AND WHAT IS

03:15PM 23 THE ACT OR OMISSION WITH RESPECT TO THAT INFORMATION.  I'LL

03:15PM 24 LEAVE IT AT THAT ON THE NEGLIGENCE CLAIM.

03:15PM 25     YOUR HONOR, THERE WAS A POINT THAT MR. YOUNG MADE WHEN HE

03:15PM 1    ARGUED THAT AN INFERENCE OF SCIENTER COULD ARISE FROM SOME

03:15PM 2    ALLEGATIONS IN THE COMPLAINT ABOUT EARLIER ITERATIONS OF

03:15PM 3    COPILOT REPRODUCING LICENSED TEXT.  THAT'S IN PARAGRAPH 94,

03:15PM 4    YOUR HONOR.  AND IT'S CLEAR FROM THE ALLEGATION THAT COPILOT

03:15PM 5    WAS SUGGESTING LICENSED TEXT AS A CODE COMPLETION.

03:15PM 6        WELL, OBVIOUSLY THAT DOESN'T MAKE ANY SENSE.  SO THERE'S

03:15PM 7    NOTHING THERE TO GIVE RISE TO AN INFERENCE THAT SOMEHOW

03:15PM 8    SOMEBODY WHO IS DELIBERATELY STRIPPING LICENSE INFORMATION FOR

03:15PM 9    SCIENTER PURPOSES.

03:16PM 10       IN THE PARLANCE OF THE COMPLAINT COPILOT SUGGESTED

03:16PM 11   SOMETHING THAT HAD SEEN 700,000 DIFFERENT TIMES DURING

03:16PM 12   TRAINING.  INDEED, YOUR HONOR, THAT ALLEGATION SIMPLY

03:16PM 13   REINFORCES THE OTHER ALLEGATIONS OF THE COMPLAINT THAT WHAT THE

03:16PM 14   MODEL DOES IS INFER STATISTICAL PATTERNS AND IT SUGGESTS THE

03:16PM 15   STATISTICALLY MOST LIKELY OUTCOMES AS COMPLETIONS.

03:16PM 16       AND TO THE HARM POINT, YOUR HONOR, THERE JUST AREN'T FACTS

03:16PM 17   AND WE'VE HEARD NONE, WE'VE HEARD NONE IN ARGUMENT TODAY THAT

03:16PM 18   WOULD SUGGEST THAT THESE PLAINTIFFS' CODE WOULD BE OUTPUT BY

03:16PM 19   THE MODEL.

03:16PM 20       FINALLY, YOUR HONOR, I WOULD SAY THAT MR. BUTTERICK'S

03:16PM 21   COMMENTS ABOUT HOW THE MODEL WORKED AND THE VARIOUS LICENSES

03:16PM 22   UNDERSCORE THE REASON WHY WE NEED CLARITY WITH RESPECT TO ALL

03:16PM 23   OF THE CLAIMS AS TO WHETHER TRAINING, OUTPUT OR BOTH ARE THE

03:16PM 24   SUBJECT OF THEIR LEGAL THEORIES.

03:17PM 25       MR. BUTTERICK SEEMED TO SUGGEST ON SEVERAL OCCASIONS THAT

03:17PM 1    TRAINING IS THE BASIS FOR THEIR LEGAL THEORIES.  AND IF THAT'S

03:17PM 2    THE CASE, THEN IT SHOULD BE CLEARLY PRESENTED SO THAT WE CAN --

03:17PM 3              THE COURT:  I DON'T THINK YOU NEED TO TALK ABOUT

03:17PM 4    THAT ANYMORE.

03:17PM 5              MS. HURST:  ALL RIGHT.  THANK YOU, YOUR HONOR.

03:17PM 6              THE COURT:  I CONTINUE TO THINK THAT -- MISDIRECTION

03:17PM 7    IS A STRONG WORD SO I WON'T USE IT, BUT THE DEFENDANT SPENT

03:17PM 8    SOME TIME TRYING TO FOCUS ME ON TRAINING.  THIS COMPLAINT IS

03:17PM 9    NOT ABOUT TRAINING.  IT JUST ISN'T, I DON'T THINK.  I MEAN,

03:17PM 10   MAYBE I'M JUST SAYING THIS TOO STRONGLY.  I'LL PUT IT THIS WAY,

03:17PM 11   IT'S NOT GOING TO BE THE SUBJECT OF A LOT OF WRITING BY THE

03:17PM 12   COURT.

03:17PM 13             MS. HURST:  ALL RIGHT.  WELL, CERTAINLY, YOUR HONOR,

03:17PM 14   WE WOULD AGREE IT SHOULD NOT BE ABOUT TRAINING.

03:17PM 15       YOUR HONOR, UNLESS THE COURT HAS OTHER QUESTIONS FOR

03:17PM 16   MR. GRATZ OR ME, I THINK WE WOULD STOP THERE.  I WOULD NOTE,

03:17PM 17   YOUR HONOR, THAT THERE'S A HOUSEKEEPING ISSUE WITH RESPECT TO

03:17PM 18   THE UPCOMING CASE MANAGEMENT CONFERENCE AS MR. GRATZ IS

03:18PM 19   UNAVAILABLE ON THE 23RD AND THE PARTIES WOULD LIKE TO REQUEST

03:18PM 20   THAT THAT BE MOVED TO ANOTHER DATE.

03:18PM 21             THE COURT:  THAT'S FINE.  HAVE YOU TALKED ABOUT THAT

03:18PM 22   WITH MR. SAVERI ALREADY OR IS HE HEARING?

03:18PM 23             MR. SAVERI:  YOUR HONOR, IF I MAY?  JOSEPH SAVERI.

03:18PM 24       FROM OUR PERSPECTIVE THERE ARE TWO THINGS THAT ARE GOING

03:18PM 25   ON WITH RESPECT TO THE CMC.  WE'RE HAPPY TO MOVE THE CMC TO

| | |
|---|---|
| 03:18PM | 1 |

ACCOMMODATE COUNSEL'S SCHEDULE, BUT WE THINK IT'S IMPORTANT

THAT WE HAVE THE CMC.  IT WAS ORIGINALLY SCHEDULED SOME TIME

AGO AND IT'S SLIPPED SUBSTANTIALLY.  WE THINK IN A CASE LIKE

THIS, CASE MANAGEMENT IS IMPORTANT, AND IT IS IMPORTANT TO --

THE COURT:  MR. SAVERI.

MR. SAVERI:  YES.

THE COURT:  MR. SAVERI, I HAVE LIKE 400 CASES AND WE

HAVE ALREADY SPENT ENOUGH TIME TALKING ABOUT WHETHER WE'RE

GOING TO HAVE A CMC.  I HEAR WHAT YOU'RE SAYING, BUT THIS IS

HEARING TIME.

SO I'M HAPPY TO MOVE THE CMC.  I DO WONDER WHETHER IT

MAKES SENSE TO HAVE IT IF WE'RE ABOUT TO HAVE ANOTHER ROUND OF

PLEADING AND MOTIONS, BUT I HEAR MR. SAVERI SAYING HE WANTS TO

HAVE IT ANYWAY SO WE'LL HAVE IT.

WHAT'S A GOOD DATE?

MR. GRATZ:  YOUR HONOR?

THE COURT:  YES.

MR. GRATZ:  LET ME BEGIN BY ANSWERING -- LET ME

BEGIN --

THE COURT:  ARE YOU GOING TO GIVE ME -- I REALLY

DON'T WANT TO COME ACROSS AS BRUSK, BUT IF YOU'RE GOING TO DO

SOMETHING OTHER THAN GIVE ME A GOOD DATE, I'M NOT SURE IT'S THE

BEST USE OF EVERYONE'S TIME.

MR. GRATZ:  THERE'S BEEN CORRESPONDENCE AMONGST

COUNSEL, AND OF COURSE.  WE HAVE DONE THIS WITH YOUR HONOR'S

03:19PM  1      AVAILABILITY AS WELL, AND IT LOOKS LIKE JUNE 20TH, 27TH OR

03:19PM  2      JULY 11TH ARE THE DATES WHEN THE PARTIES ARE AVAILABLE.

03:19PM  3          I WOULD LIKE TO NOTE, WE THINK IN LIGHT OF THE AMENDMENT,

03:19PM  4      WE DON'T THINK THE PARTIES SHOULD HAVE A 26(F) CONFERENCE AND

03:19PM  5      OPEN DISCOVERY WHEN WE DON'T KNOW WHAT IS IN THE CASE.

03:19PM  6              THE COURT:  WELL, THAT'S A VERY TYPICAL FIGHT TO

03:20PM  7      HAVE.  I THANK YOU FOR WAITING FOR ONE ROUND OF BRIEFING TO BE

03:20PM  8      COMPLETED BEFORE HAVING THE FIGHT, BUT WE HAVE THIS FIGHT IN

03:20PM  9      MANY CASES ALL OF THE TIME WHERE THE PLAINTIFFS WANT TO TRY TO

03:20PM  10     GET SOME DISCOVERY AND THE DEFENDANTS SAY WE SHOULDN'T HAVE

03:20PM  11     THAT.  SOMETIMES WE WIND UP TALKING ABOUT THAT AND JUST

03:20PM  12     RESOLVING IT AT THE CASE MANAGEMENT CONFERENCE.  SOMETIMES I

03:20PM  13     ASK PEOPLE FOR BRIEFS.  I CAN'T SAY THAT MY OWN RULINGS ON THE

03:20PM  14     SUBJECT ARE A MODEL OF CONSISTENCY.  THERE'S SOME GUT INSTINCT

03:20PM  15     THAT GOES INTO IT, BUT WE CAN -- IN THE LIKELY EVENT THAT YOU

03:20PM  16     STILL ARE HAVING DISAGREEMENTS WITH THE PLAINTIFFS ABOUT THIS

03:20PM  17     TOPIC, WE'LL JUST TALK ABOUT IT AT THE CONFERENCE.

03:20PM  18              MR. GRATZ:  THANK YOU, YOUR HONOR.

03:20PM  19              MR. SAVERI:  YOUR HONOR, EXCUSE ME.

03:20PM  20              THE COURT:  YES.

03:20PM  21              MR. SAVERI:  EXCUSE ME.  WILL THE CMC BE DONE IN

03:20PM  22     PERSON OR VIA ZOOM?

03:20PM  23              THE COURT:  I HAVE NOT DONE A CMC -- WITH ONE

03:20PM  24     EXCEPTION, WHICH OCCURRED YESTERDAY.  IT'S A BIG INSTITUTIONAL

03:21PM  25     REFORM CASE.  I HAVE NOT DONE A CMC IN PERSON SINCE THE

03:21PM  1    PANDEMIC, BUT I WOULD CONSIDER IF THE PARTIES JOINTLY SENT A

03:21PM  2    NOTE TO MS. LEE SAYING WE WOULD LIKE THE COURT TO HAVE IT IN

03:21PM  3    PERSON AND IF THAT WERE A JOINT REQUEST, I WOULD CONSIDER THE

03:21PM  4    REQUEST.  BUT THAT'S SOMETHING THAT YOU SHOULD DO OFFLINE

03:21PM  5    BECAUSE AS I AM TRYING TO SIGNAL TO YOU, I'M TRYING TO WRAP

03:21PM  6    THIS UP.  I WAS JUST TRYING TO FIND A DATE.

03:21PM  7            MS. HURST:  YOUR HONOR, IF JULY 11TH IS AVAILABLE,

03:21PM  8    THAT WAS A DATE THAT ALL PARTIES SAID WAS AVAILABLE.

03:21PM  9            MR. SAVERI:  YOUR HONOR, WE WOULD LIKE JUNE 20TH.

03:21PM  10   WE WOULD LIKE THE FIRST AVAILABLE DATE.

03:21PM  11           THE COURT:  HERE'S WHAT WE'RE GOING TO DO RIGHT NOW.

03:21PM  12   I'M GOING TO GO IN ORDER OF PRESENTATION TODAY.  I'M GOING TO

03:21PM  13   ASK MR. GRATZ ALL OF THE DATES THAT HE CAN LIVE WITH.  I'M

03:21PM  14   GOING TO ASK -- AND WHICH ONE IS HIS FAVORITE.  AND MS. LEE IS

03:21PM  15   GOING TO WRITE ALL OF THE DATES DOWN.  AND NEXT TO HIS FAVORITE

03:22PM  16   SHE'S GOING TO PUT THE INITIALS JG.  I'M GOING TO REPEAT THE

03:22PM  17   PROCESS WITH MS. HURST AND MR. SAVERI AND THEN AT THAT POINT

03:22PM  18   THE HEARING WILL CONCLUDE AND THE MOTIONS WILL GO UNDER

03:22PM  19   SUBMISSION.

03:22PM  20       MR. GRATZ, YOU HAVE THE FLOOR.

03:22PM  21           MR. GRATZ:  THE DATES I'M AVAILABLE IN THE NEAR

03:22PM  22   FUTURE THAT YOUR HONOR APPEARS TO BE AVAILABLE ARE JUNE 20TH,

03:22PM  23   JUNE 27TH, JULY 11TH, AND JULY 18TH.

03:22PM  24           THE COURT:  WHAT'S YOUR FAVORITE?

03:22PM  25           MR. GRATZ:  I THINK THAT MY FAVORITE AMONG THOSE IS

03:22PM  1    JULY 18TH WITH THE SECOND PLACE BEING JULY 11TH.

03:22PM  2              THE COURT:  WE DON'T HAVE SECOND PLACE.

03:22PM  3              MR. GRATZ:  THEN MY FAVORITE IS JULY 11TH.

03:22PM  4              THE COURT:  IT'S NOT HORSE SHOES.

03:22PM  5         MS. HURST, WHAT DATES ARE YOU AVAILABLE AND WHICH IS YOUR

03:22PM  6    FAVORITE?

03:22PM  7              MS. HURST:  YOUR HONOR, I'M AVAILABLE ON JUNE 20TH,

03:22PM  8    27TH, AND JULY 11TH.  I'M NOT AVAILABLE ON JULY 18TH.  I WOULD

03:22PM  9    PREFER JULY 11TH.

03:22PM 10              THE COURT:  SAME QUESTION, MR. SAVERI.

03:22PM 11              MR. SAVERI:  THANK YOU, YOUR HONOR.

03:23PM 12         I'M AVAILABLE ON EVERY DAY MR. GRATZ SUGGESTED, AND MY

03:23PM 13    FAVORITE IS THE FIRST, I BELIEVE, WHICH WAS JUNE 20TH.

03:23PM 14              THE COURT:  THANK YOU, COUNSEL.  THESE MOTIONS ARE

03:23PM 15    UNDER SUBMISSION.

03:23PM 16              MR. GRATZ:  THANK YOU, YOUR HONOR.

03:23PM 17              MR. SAVERI:  THANK YOU, YOUR HONOR.

03:23PM 18         (COURT CONCLUDED AT 3:23 P.M.)

        19

        20

        21

        22

        23

        24

        25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074

17

18         DATED:  MAY 6, 2023

19

20

21

22

23

24

25