Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., <br><br>  Individual and Representative Plaintiffs, <br><br> v. <br><br> GITHUB, INC., et al., <br><br>  Defendants. | Case Nos.  4:22-cv-06823-JST <br> 4:22-cv-07074-JST <br><br> **NOTICE OF APPEARANCE OF LOUIS KESSLER** |

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        Please take notice that Louis Kessler of Joseph Saveri Law Firm, LLP hereby appears as

3 counsel of record for Plaintiffs in this action. Mr. Kessler is registered with the Court's CM/ECF

4 system and may be served notice through that system. Mr. Kessler's contact information is as

5 follows:

Louis A. Kessler (SBN 243703)<br>
Joseph Saveri Law Firm, LLP<br>
601 California Street, Suite 1000<br>
San Francisco, CA 94108<br>
Telephone: 415-500-6800<br>
Facsimile: 415-395-9940<br>
Email: lkessler@saverilawfirm.com

Dated: June 8, 2023                      By:      */s/ Louis Kessler*
                                                                          Louis Kessler

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:       (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                 swilliams@saverilawfirm.com
                 czirpoli@saverilawfirm.com
                 cyoung@saverilawfirm.com
                 lkessler@saverilawfirm.com
                 eabuchanan@saverilawfirm.com
                 tmanfredi@saverilawfirm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:             mb@butpericklaw.com

*Counsel for Plaintiffs and the Proposed Class*