Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           czirpoli@saverilawfirm.com
           cyoung@saverilawfirm.com
           lkessler@saverilawfirm.com
           eabuchanan@saverilawfirm.com
           tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>     Individual and Representative Plaintiffs,<br><br>     v.<br><br>GITHUB, INC., et al.,<br><br>                    Defendants. | Case Nos.  4:22-cv-06823-JST<br>           4:22-cv-07074-JST<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On June 8, 2023, I served the following documents by email upon all persons appearing on the attached Service List:

- **FIRST AMENDED COMPLAINT FILED UNDER SEAL**
- **REDLINE OF FIRST AMENDED COMPLAINT FILED UNDER SEAL**

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2023, at San Francisco, California.

*/s/ Amara Getzell*
Amara Getzell

**SERVICE LIST**

| | |
|---|---|
| Alyssa M. Caridis<br>William Wayne Oxley<br>Orrick, Herrington & Sutcliffe LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA 90071<br>Email: acaridis@orrick.com<br>Email: woxley@orrick.com<br><br>Annette L. Hurst<br>Daniel Denny Justice<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Email: ahurst@orrick.com<br>Email: djustice@orrick.com<br><br>*Attorneys for GitHub, Inc. and Microsoft Corporation* | Michael A. Jacobs<br>Tiffany Cheung<br>Joseph Charles Gratz<br>Melody Ellen Wong<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Email: mjacobs@mofo.com<br>Email: tcheung@mofo.com<br>Email: JGratz@mofo.com<br>Email: melodywong@mofo.com<br><br>Rose S. Lee<br>Allyson Roz Bennett<br>Alexandra Marie Ward<br>Morrison and Foerster LLP<br>707 Wilshire Boulevard, Ste. 6000<br>Los Angeles, CA 90017-3543<br>Email: roselee@mofo.com<br>Email: Abennett@mofo.com<br>Email: alexandraward@mofo.com<br><br>*Attorneys for OPENAI, INC.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; and OPENAI STARTUP FUND MANAGEMENT, LLC* |