| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
| 3 | Cadio Zirpoli (State Bar No. 179108) |
|   | Christopher K.L. Young (State Bar No. 318371) |
| 4 | Louis A. Kessler (State Bar No. 243703) |
| 5 | Elissa A. Buchanan (State Bar No. 249996) |
|   | Travis Manfredi (State Bar No. 281779) |

**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                       swilliams@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       lkessler@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., | Case Nos.  4:22-cv-06823-JST |
|                                 Individual and Representative Plaintiffs, |                    4:22-cv-07074-JST |
| v. | |
| GITHUB, INC., et al., | **CERTIFICATE OF SERVICE** |
|                                 Defendants. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On June 12, 2023, I served the following documents by email upon all persons appearing on the attached Service List:

- **[CORRECTED] FIRST AMENDED COMPLAINT FILED UNDER SEAL**
- **[CORRECTED] REDLINE OF FIRST AMENDED COMPLAINT FILED UNDER SEAL**

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2023, at San Francisco, California.

*/s/ Amara Getzell*
Amara Getzell

## SERVICE LIST

| | |
|---|---|
| Alyssa M. Caridis<br>William Wayne Oxley<br>Orrick, Herrington & Sutcliffe LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA 90071<br>Email: acaridis@orrick.com<br>Email: woxley@orrick.com<br><br>Annette L. Hurst<br>Daniel Denny Justice<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Email: ahurst@orrick.com<br>Email: djustice@orrick.com<br><br>*Attorneys for GitHub, Inc. and Microsoft Corporation* | Michael A. Jacobs<br>Tiffany Cheung<br>Joseph Charles Gratz<br>Melody Ellen Wong<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Email: mjacobs@mofo.com<br>Email: tcheung@mofo.com<br>Email: JGratz@mofo.com<br>Email: melodywong@mofo.com<br><br>Rose S. Lee<br>Allyson Roz Bennett<br>Alexandra Marie Ward<br>Morrison and Foerster LLP<br>707 Wilshire Boulevard, Ste. 6000<br>Los Angeles, CA 90017-3543<br>Email: roselee@mofo.com<br>Email: Abennett@mofo.com<br>Email: alexandraward@mofo.com<br><br>*Attorneys for OPENAI, INC.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; and OPENAI STARTUP FUND MANAGEMENT, LLC* |