Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                                  Defendants. | Case Nos.   4:22-cv-06823-JST<br>                  4:22-cv-07074-JST<br><br>**PROOF OF SERVICE OF SUMMONS ON OPENAI OPCO, LLC** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-06823-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPENAI OPCO, L.L.C., a Delaware Limited Liability Company was received by me on *(date)* 06/13/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Intake Clerk, at 2:39 PM, who is designated by law to accept service of process on behalf of *(name of organization)* CSC-Lawyers Inc. Servive, 2710 Gateway Oaks Dr, #150N, Sacramento, CA 95833 on *(date)* 06/13/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/13/2023

_____
Server's signature

Robert J. Mason, Process Server, #03-007 Placer County
*Printed name and title*

Western Attorney Services
75 Columbia Square, San Francisco, CA 94103
(415) 487-4140
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: Issued Summons; FAC Redacted; FAC Appendix A; FAC Exhibit 1; Judge Tigar Standing Order for All Civil Cases; Standing Order for All Judges of ND Cal: Contents of Joint Case Management Statement; ECF Registration Information; Notice of Lawsuit and Request to Wavier Service of A Summons (form AO 398); Waiver of the Service of Summons (AO 399); Notice of Availability of Magistrate Judge