| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>DANIEL D. JUSTICE (SBN 291907)<br>djustice@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:   +1 415 773 5700<br>Facsimile:    +1 415 773 5759<br><br>WILLIAM W. OXLEY (SBN 136793)<br>woxley@orrick.com<br>ALYSSA M. CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:   +1 213 629 2020<br>Facsimile:    +1 213 612 2499<br><br>*Attorneys for GitHub, Inc. and Microsoft Corporation*<br><br>[Additional Counsel Listed on Next Page] | JOSEPH R. SAVERI (SBN 130064)<br>jsaveri@saverilawfirm.com<br>STEVEN N. WILLIAMS (SBN 175489)<br>swilliams@saverilawfirm.com<br>CADIO ZIRPOLI (SBN 179108)<br>czirpoli@saverilawfirm.com<br>ELISSA A. BUCHANAN (SBN 249996)<br>eabuchanan@saverilawfirm.com<br>TRAVIS MANFREDI (SBN 281779)<br>tmanfredi@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA  94108<br>Telephone:   +1 415 500 6800<br>Facsimile:    +1 415 395 9940<br><br>MATTHEW BUTTERICK (SBN 250953)<br>mb@buttericklaw.com<br>1920 Hillcrest Avenue, #406<br>Los Angeles, CA  90027<br>Telephone:   +1 323 968 2632<br>Facsimile:    +1 415 395 9940<br><br>*Attorneys for Individual and Representative Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br><br>Consolidated with Case No. 4:22-cv-7074-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE**<br><br>Courtroom: 6<br>Judge:    Hon. Jon S. Tigar<br>Trial Date: None Set<br><br>**Complaint Filed:** November 3, 2022.<br>**Amended Complaint Filed:** June 8, 2023. |

| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|  | mjacobs@mofo.com |
| 2 | JOSEPH C. GRATZ (SBN 240676) |
|  | jgratz@mofo.com |
| 3 | TIFFANY CHEUNG (SBN 311497) |
|  | tcheung@mofo.com |
| 4 | MELODY E. WONG (SBN 341494) |
|  | melodywong@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 6 | San Francisco, CA  94105-2482 |
|  | Telephone:    +1 415 268 7000 |
| 7 | Facsimile:    +1 415 268 7522 |
| 8 | ALLYSON R. BENNETT (SBN 302090) |
|  | abennett@mofo.com |
| 9 | ROSE S. LEE |
|  | roselee@mofo.com |
| 10 | ALEXANDRA M. WARD (SBN 318042) |
|  | alexandraward@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
|  | 707 Wilshire Boulevard |
| 12 | Los Angeles, California 90017-3543 |
|  | Telephone:    +1 213 892 5200 |
| 13 | Facsimile:    +1 213 892 5454 |

*Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI GP, LLC,  OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C, OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management LLC*

Pursuant to Northern District of California Local Rule 6-1, the parties in the above-captioned action hereby stipulate and agree as follows.

WHEREAS, on June 8, 2023, Plaintiffs Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 (the "Plaintiffs") filed a First Amended Complaint (the "FAC," ECF No. 98) against Defendants GitHub, Inc.; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C., OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C.[1] in the above-captioned consolidated action (the "Action");

WHEREAS, Defendants apart from OpenAI OpCo, L.L.C. were served on June 8, 2023;

WHEREAS, apart from OpenAI OpCo, L.L.C., Defendants' responses to the FAC are due June 22, 2023;

WHEREAS, Defendant OpenAI OpCo, L.L.C. was served on June 13, 2023;

WHEREAS, Defendant OpenAI OpCo, L.L.C.'s response to the FAC is due July 5, 2023;

WHEREAS, Defendants in the Action have not filed any responses to the FAC;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Civil Local Rule 6-1(b) permits the parties to stipulate to enlarge or shorten the deadline for papers, other than an initial response to a complaint, required to be filed with the Court.

WHEREAS, the parties have conferred and agreed to an extension of the deadline for Defendants to move or otherwise respond to the FAC, and to shorten the time for OpenAI OpCo,

---

[1] GitHub, Inc. is referred to as "GitHub."  Microsoft Corporation is referred to as "Microsoft." OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC are referred to collectively herein as "OpenAI."  Collectively, GitHub, Inc., Microsoft Corporation, OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C. are referred to herein as "Defendants."

1 | L.L.C. to respond to the FAC;

2 |     WHEREAS, the parties have conferred and agreed to a briefing schedule in the event

3 | Defendants move to dismiss the FAC;

4 |     WHEREAS, there has not been an extension for the filing of responsive pleadings to the

5 | FAC;

6 |     WHEREAS, an extension of the deadline to respond to the FAC will not alter the date of

7 | any event or deadline already fixed by Court order;

8 |     WHEREAS, the first available date motions to dismiss the FAC can be heard is

9 | September 14, 2023; and,

10 |     WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;

11 |     **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate

12 | and agree pursuant to Local Rule 6-1(a) that Defendants' deadline to respond to the FAC shall be

13 | June 29, 2023.

14 |     **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate

15 | and agree, subject to the approval of the Court:

16 |     1.    Plaintiffs' oppositions to any motion(s) filed by Defendants in response to the

17 | FAC shall be due July 27, 2023.

18 |     2.    Defendants' replies to any such motions shall be due August 10, 2023.

19 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21 | DATED: June 22, 2023      _____

22 |     JON S. TIGAR
    United States District Judge

| | |
|---|---|
| Dated: June 21, 2023 | Orrick, Herrington & Sutcliffe LLP |
| | By: _____*/s/Annette L. Hurst*_____<br>ANNETTE L. HURST<br>Attorneys for GitHub, Inc. and<br>Microsoft Corporation |
| Dated: June 21, 2023 | MORRISON & FOERSTER LLP |
| | By: _____*/s/Joseph C. Gratz*_____<br>JOSEPH C. GRATZ<br>Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C, OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management L.L.C. |
| Dated: June 21, 2023 | JOSEPH SAVERI LAW FIRM, LLP |
| | By: _____*/s/Joseph R. Saveri*_____<br>JOSEPH R. SAVERI<br>Attorneys for Individual and<br>Representative Plaintiffs and<br>the Proposed Class |

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  June 21, 2023                                                      */s/Annette L. Hurst*
                                                                                              Annette L. Hurst