ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br>Consolidated w/ Case No. 4:22-cv-7074-JST<br><br>**DEFENDANTS GITHUB AND MICROSOFT'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:         September 14, 2023<br>Time:        2:00 p.m.<br>Courtroom:  6, 2d Floor<br>Judge:        Hon. Jon S. Tigar<br><br>Complaint Filed:    December 7, 2022 |

Pursuant to Civil Local Rules 7-11 and 79-5(f), GitHub and Microsoft hereby move to file under seal portions of Defendants GitHub and Microsoft's Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions, because Plaintiffs have asserted that such information should be under seal. ECF No. 97. In support of this request, GitHub and Microsoft submit attached hereto, a copy of their Motions to Dismiss with highlighted portions indicating the information subject to this request to seal and a proposed order.

Specifically, GitHub and Microsoft seek an order sealing the following information that Plaintiffs assert should be under seal:

| Portion to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of GitHub and Microsoft's Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |

The only purpose for this sealing request is to observe Plaintiffs' request for sealing until such time as the propriety of the designation is fully adjudicated. GitHub and Microsoft object to the designations and to maintaining the redacted portions under seal.

Dated: June 29, 2023

Orrick, Herrington & Sutcliffe LLP

By:       */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for Defendants
GitHub, Inc. and Microsoft Corp.