| | |
|---|---|
| 1 | ANNETTE L. HURST (SBN 148738) |
| | ahurst@orrick.com |
| 2 | DANIEL D. JUSTICE (SBN 291907) |
| | djustice@orrick.com |
| 3 | Orrick, Herrington & SUTCLIFFE LLP |
| | 405 Howard Street |
| 4 | San Francisco, CA  94105-2669 |
| | Telephone:   +1 415 773 5700 |
| 5 | Facsimile:    +1 415 773 5759 |
| 6 | WILLIAM W. OXLEY (SBN 136793) |
| | woxley@orrick.com |
| 7 | ALYSSA CARIDIS (SBN 260103) |
| | acaridis@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 355 S. Grand Avenue |
| 9 | Los Angeles, CA 90071 |
| | Telephone:   +1 213 629 2020 |
| 10 | Facsimile:    +1 213 612 2499 |

*Attorneys for GitHub, Inc. and Microsoft Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., | Case No. 4:22-cv-6823-JST |
| Individual and Representative Plaintiffs, | Consolidated with Case No. 4:22-cv-7074-JST |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS GITHUB AND MICROSOFT'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| GITHUB, INC., et al., | |
| Defendants. | |
| AND CONSOLIDATED ACTION | Date:        September 14, 2023<br>Time:        2:00 p.m.<br>Courtroom:  6, 2d Floor<br>Judge:       Hon. Jon S. Tigar |
| | Complaint Filed:    December 7, 2022 |

Before the Court is GitHub and Microsoft's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to file under seal portions of Defendants GitHub and Microsoft's Brief In Support of Their Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions, because Plaintiffs have asserted that such information should be under seal. ECF No. 97. Accordingly, GitHub and Microsoft may file such material under seal pursuant to Local Rule 79-5(f) until such time as the propriety of the designation is fully adjudicated, and the Administrative Motion is GRANTED.

**IT IS HEREBY ORDERED** that counsel for GitHub and Microsoft may file under seal the following information that Plaintiffs have sought to maintain under seal:

| Portion to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of GitHub and Microsoft's Motions to Dismiss Portions of the First Amended Complaint in Consolidated Actions | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |

**IT IS SO ORDERED.**

DATED: _____                    _____
                                            JON S. TIGAR
                                            United States District Judge