| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
| | MJacobs@mofo.com |
| 2 | JOSEPH C. GRATZ (SBN 240676) |
| | JGratz@mofo.com |
| 3 | TIFFANY CHEUNG (SBN 211497) |
| | TCheung@mofo.com |
| 4 | MELODY E. WONG (SBN 341494) |
| | MelodyWong@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone:    (415) 268-7000 |
| 7 | Facsimile:    (415) 268-7522 |
| | [CAPTION PAGE CONTINUED ON NEXT PAGE] |

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, OPENAI OPCO, L.L.C., a Delaware limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST |
| Plaintiffs, | Hon. Jon S. Tigar |
| v. | **CLASS ACTION** |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, L.L.C., a Delaware limited liability company, | **OPENAI, INC., OPENAI, L.P., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI OPCO, L.L.C. ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| Defendants. | |

1  ALLYSON R. BENNETT (SBN 302090)
   ABennett@mofo.com
2  ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
3  ALEXANDRA M. WARD (SBN 318042)
   AlexandraWard@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
5  Los Angeles, California 90017-3543
   Telephone:   (213) 892-5200
6  Facsimile:   (213) 892-5454

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC and OpenAI OpCo, L.L.C. (hereinafter "OpenAI"), hereby move to file under seal certain portions of OpenAI's Motion to Dismiss the First Amended Complaint. In support of this request, OpenAI submits attached hereto, a copy of OpenAI's Motion to Dismiss the First Amended Complaint with highlighted portions indicating the information subject to this request to seal, a declaration from Joseph Gratz ("Gratz Declaration"), and a proposed order.

Specifically, OpenAI files this motion with respect to the following portions of OpenAI's Motion to Dismiss Plaintiffs' First Amended Complaint:

| Portion of Motion to Dismiss First Amended Complaint to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Portions of OpenAI's Motion to Dismiss First Amended Complaint: 4:1-5:16; 7:11-13; 11:21-27; 12:2-5; 13:11-19. | The highlighted portions reflect information that Plaintiffs seek to designate as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under § 6.3 of the Stipulated Protective Order |

| | | |
|---|---|---|
| 1 | Dated: June 29, 2023 | MORRISON & FOERSTER LLP |

By:  /s/ *Joseph C. Gratz*
      Joseph C. Gratz

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:    (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, OPENAI OPCO, L.L.C., a Delaware limited liability company