1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. 4:22-cv-06823-JST<br>　　　　　4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P. AND OPENAI STARTUP FUND MANAGEMENT, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered the papers submitted and arguments presented in support of Defendants OpenAI, Inc.'s, OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C.'s, OpenAI Startup Fund GP I, L.L.C.'s, OpenAI Startup Fund I, L.P.'s, and OpenAI Startup Fund Management, LLC's (hereinafter "OpenAI") Motion to Seal OpenAI's Motion to Dismiss the First Amended Complaint, the Declaration of Joseph C. Gratz in Support of OpenAI' Motion to Seal, and finding compelling reason to be shown, the Court hereby orders the following to be filed under seal.

| Document to be Sealed | Basis for Sealing Documents or Portions Thereof |
|---|---|
| Portions of OpenAI's Motion to Dismiss First Amended Complaint: 4:1-5:16; 7:11-13; 11:21-27; 12:2-5; 13:11-19. | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jon S. Tigar
United States District Court Judge