1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11
12

13    J. DOE 1 and J. DOE 2, individually and on
      behalf of all others similarly situated,

14

15                        Plaintiffs,

16          v.

17    GITHUB, INC., a Delaware corporation;
      MICROSOFT CORPORATION, a Washington
18    corporation; OPENAI, INC., a Delaware nonprofit
      corporation; OPENAI, L.P., a Delaware limited
19    partnership; OPENAI GP, L.L.C., a Delaware
      limited liability company; OPENAI STARTUP
20    FUND GP I, L.L.C., a Delaware limited liability
      company; OPENAI STARTUP FUND I, L.P., a
21    Delaware limited partnership; OPENAI
      STARTUP FUND MANAGEMENT, LLC, a
22    Delaware limited liability company,

23                        Defendants.

24

25

26

27

28

Case No. 4:22-cv-06823-JST
         4:22-cv-07074-JST

Hon. Jon S. Tigar

**CLASS ACTION**

**[PROPOSED] ORDER GRANTING
DEFENDANTS OPENAI, INC.,
OPENAI, L.P., OPENAI OPCO,
L.L.C., OPENAI GP, L.L.C.,
OPENAI STARTUP FUND GP I,
L.L.C., OPENAI STARTUP FUND
I, L.P. AND OPENAI STARTUP
FUND MANAGEMENT, LLC'S
MOTION TO DISMISS FIRST
AMENDED COMPLAINT**

Date:        September 14, 2023
Time:        2:00 p.m.
Courtroom: 6

1    Having considered the papers submitted and arguments presented in support of and in

2  opposition to Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP,

3  L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup

4  Fund Management, LLC's (hereinafter "OpenAI") Motion to Dismiss, the Court finds that

5  Plaintiffs' First Amended Complaint fails to state a claim against OpenAI for violations of the

6  DMCA, intentional interference with prospective economic relations, negligent interference with

7  prospective economic relations, unjust enrichment, unfair competition, and negligence.  The

8  Court hereby GRANTS OpenAI's Motion to Dismiss and dismisses those claims with prejudice.

9

10

11    **IT IS SO ORDERED.**

12

13  Dated: _____

14

15

16                                          _____

     Honorable Jon S. Tigar

     United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28