MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, OPENAI OPCO, L.L.C., a Delaware limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, L.L.C., a Delaware limited liability company,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**OPENAI OPCO, L.L.C. CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| 1 | ALLYSON R. BENNETT (SBN 302090) |
| | ABennett@mofo.com |
| 2 | ROSE S. LEE (SBN 294658) |
| | RoseLee@mofo.com |
| 3 | ALEXANDRA M. WARD (SBN 318042) |
| | AlexandraWard@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone:   (213) 892-5200 |
| 6 | Facsimile:   (213) 892-5454 |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI OpCo, L.L.C.
2  ("OpenAI OpCo") states that OpenAI, L.P. recently changed its name to OpenAI OpCo, L.L.C.
3  OpenAI Op Co further states that OpenAI, Inc. and OpenAI GP, L.L.C. are its parent
4  companies, and Microsoft Corporation has an ownership interest of 10% or more.
5    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other
6  than the named parties, the undersigned is not aware of any persons, associations of persons,
7  firms, partnerships, corporations (including, but not limited to, parent corporations), or other
8  entities that (i) have a financial interest in the subject matter in controversy or in a party to the
9  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
10  substantially affected by the outcome of this proceeding.

| | |
|---|---|
| Dated: June 29, 2023 | MORRISON & FOERSTER LLP |
| | By:   */s/ Joseph C. Gratz*<br>      Joseph C. Gratz |
| | MICHAEL A. JACOBS (SBN 111664)<br>MJacobs@mofo.com<br>JOSEPH C. GRATZ (SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (SBN 211497)<br>TCheung@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| | ALLYSON R. BENNETT (SBN 302090)<br>ABennett@mofo.com<br>ROSE S. LEE (SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454 |
| | Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, OPENAI OPCO, L.L.C., a Delaware limited liability company |