1  MICHAEL A. JACOBS (SBN 111664)
   MJacobs@mofo.com
2  JOSEPH C. GRATZ (SBN 240676)
   JGratz@mofo.com
3  TIFFANY CHEUNG (SBN 211497)
   TCheung@mofo.com
4  MELODY E. WONG (SBN 341494)
   MelodyWong@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:    (415) 268-7000
7  Facsimile:    (415) 268-7522
   [CAPTION PAGE CONTINUED ON NEXT PAGE]
8
   Attorneys for Defendants OPENAI, INC., a Delaware nonprofit
9  corporation, OPENAI, L.P., a Delaware limited partnership,
   OPENAI GP, L.L.C., a Delaware limited liability company,
10 OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited
   liability company, OPENAI STARTUP FUND I, L.P., a
11 Delaware limited partnership, OPENAI STARTUP FUND
   MANAGEMENT, LLC, a Delaware limited liability company,
12 OPENAI OPCO, L.L.C., a Delaware limited liability company

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16

17 J. DOE 1 and J. DOE 2, individually and on        Case No. 4:22-cv-06823-JST
   behalf of all others similarly situated,          Case No. 4:22-cv-07074-JST
18
                      Plaintiffs,                     Hon. Jon S. Tigar
19
          v.                                          **CLASS ACTION**
20
   GITHUB, INC., a Delaware corporation;             **CERTIFICATE OF SERVICE**
21 MICROSOFT CORPORATION, a Washington
   corporation; OPENAI, INC., a Delaware
22 nonprofit corporation; OPENAI, L.P., a Delaware
   limited partnership; OPENAI GP, L.L.C., a
23 Delaware limited liability company; OPENAI
   STARTUP FUND GP I, L.L.C., a Delaware
24 limited liability company; OPENAI STARTUP
   FUND I, L.P., a Delaware limited partnership;
25 OPENAI STARTUP FUND MANAGEMENT,
   LLC, a Delaware limited liability company;
26 OPENAI OPCO, L.L.C., a Delaware limited
   liability company,
27
                      Defendants.
28

1   ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
2   ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
3   ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
4   MORRISON & FOERSTER LLP
707 Wilshire Boulevard
5   Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
6   Facsimile:    (213) 892-5454

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 29, 2023, I served a copy of:

- DEFENDANTS OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [FILED UNDER SEAL]

☒ **BY ELECTRONIC SERVICE [Code Civ. Proc sec. 101.6; CRC 2.251]]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system from ADupree@mofo.com to the e-mail address(es) set forth below, or as stated on the below service list per agreement in accordance with Code of Civil Procedure section 1010.6 and CRC Rule 2.251.

| | |
|---|---|
| Joseph R. Saveri | Annette L. Hurst |
| Steven N. Williams | Daniel D. Justice |
| Cadio Zirpoli | ORRICK, HERRINGTON & SUTCLIFFE |
| Elissa A. Buchanan | LLP |
| Travis Manfredi | 405 Howard Street |
| Christopher Kar-Lun Young | San Francisco, CA 94105-2669 |
| Louis A. Kessler | Email:    ahurst@orrick.com |
| JOSEPH SAVERI LAW FIRM, LLP | djustice@orrick.com |
| 601 California Street, Suite 1000 | |
| San Francisco, California 94108 | William W. Oxley |
| Email:    jsaveri@saverilawfirm.com | Alyssa Cardis |
| swilliams@saverilawfirm.com | ORRICK, HERRINTON & SUTCLIFFE |
| czirpoli@saverilawfirm.com | LLP |
| eabuchanan@saverilawfirm.com | 355 S. Grand Avenue |
| tmanfredi@saverilawfirm.com | Los Angeles, CA 90071 |
| cyoung@saverilawfirm.com | Email:    woxley@orrick.com |
| lkessler@saverilawfirm.com | acaridis@orrick.com |
| | |
| Matthew Butterick | *Attorneys for Defendants* |
| 1920 Hillhurst Avenue, #406 | GitHub, Inc. and Microsoft Corporation |
| Los Angeles, CA 90027 | |
| Email:    mb@butcoricklaw.com | |
| | |
| *Attorneys for Plaintiff* | |
| Individual and Representative Plaintiffs and the | |
| Proposed Class | |

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed at Oakland, California, this 29th day of June, 2023.

3

4           Andréa M. Duprée               */s/ Andréa M. Duprée*
           (typed)                         (signature)