UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-06823-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Sallie Kim for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Kim.

**IT IS SO ORDERED.**

Dated: July 10, 2023

JON S. TIGAR
United States District Judge