UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. DOE 1, et al.,

        Plaintiffs,

    v.

GITHUB, INC., et al.,

        Defendants.

Case No. 22-cv-06823-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Oppositions to pending motions to dismiss due | July 27, 2023 |
| Replies in support of pending motions to dismiss due | August 10, 2023 |
| Deadline to add parties or amend the pleadings[1] | December 22, 2023 |
| Fact discovery cut-off | September 27, 2024 |
| Plaintiffs' expert reports due | November 8, 2024 |
| Defendants' expert reports due | December 13, 2024 |
| Plaintiffs' rebuttal expert reports due | January 24, 2025 |

---

[1] Unless extended by the Court in its ruling on Defendants' pending motions to dismiss. ECF Nos. 108, 110. After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Expert discovery cut-off | February 21, 2025 |
| Class certification and *Daubert* motions due | March 27, 2025 |
| Class certification and *Daubert* oppositions due | April 24, 2025 |
| Class certification and *Daubert* replies due | May 22, 2025 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court sets a further case management conference on September 15, 2023 at 1:30 p.m. (because more than one conference will be set at that time, the conference may not begin precisely at 1:30 p.m.). The conference will proceed by video.

The parties must file a joint case management conference statement by September 8, 2023 at noon. For that statement only, the parties should disregard the local rules concerning the content of case management statements. Instead, the statement should be divided into two sections. The first section will address the status of the parties' discovery. The parties will first list any discovery propounded by the Plaintiffs, the status of that discovery, and any next steps required to complete the discovery or conclude any dispute regarding that discovery. The parties will then provide the same information regarding any discovery propounded by Defendants. The parties' statement must include completed discovery as well as open discovery, and should list any discovery that has been discussed between the parties, even if it has not yet been propounded. The second section of the statement will include a discussion of any other issues requiring the Court's attention or that bear on the progress of the case. All future case management statements shall follow this format unless the Court orders otherwise. At the conclusion of the conference, the Court will set the date and time of the next conference.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and comply with the deadlines set by the Court. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

2

1   Requests for continuance are disfavored.  The Court will not consider any event
2 subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with
3 the above dates as good cause to grant a continuance.  The Court will not consider the pendency of
4 settlement discussions as good cause to grant a continuance.

5   **IT IS SO ORDERED.**

6   Dated: July 11, 2023

_____
JON S. TIGAR
United States District Judge