1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                   Defendants. | Case Nos.  4:22-cv-06823-JST<br>                   4:22-cv-07074-JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FIRST AMENDED COMPLAINT |

The Court has considered Plaintiffs' Administrative Motion to File Under Seal Portions of First Amended Complaint (the "Motion"), and the Declaration of Travis Manfredi submitted in support thereof. The Court finds the identified materials in the marked paragraphs in the chart below are extremely sensitive Confidential Information or Items, disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means and that the highlighted portions of those paragraphs are narrowly tailored to seal only the sealable material.

| FAC Paragraph | Description of Information | Ruling |
| --- | --- | --- |
| 19 | A Plaintiff's name | GRANTED |
| 20 | A Plaintiff's name | GRANTED |
| 21 | A Plaintiff's name | GRANTED |
| 22 | A Plaintiff's name | GRANTED |
| 23 | A Plaintiff's name | GRANTED |
| 101 | Doe 2's code on GitHub. | GRANTED |
| 102 | Doe 2's code on GitHub. | GRANTED |
| 103 | Doe 2's code on GitHub. | GRANTED |
| 106 | Doe 1's code on GitHub. | GRANTED |
| 107 | Doe 1's code on GitHub. | GRANTED |
| 108 | Doe 1's code on GitHub. | GRANTED |
| 109 | Doe 1's code on GitHub. | GRANTED |
| 111 | Doe 1's code on GitHub. | GRANTED |
| 114 | Doe 5's code on GitHub. | GRANTED |
| 115 | Doe 5's code on GitHub. | GRANTED |
| 116 | Doe 5's code on GitHub. | GRANTED |
| 117 | Doe 5's code on GitHub. | GRANTED |
| 118 | Doe 5's code on GitHub. | GRANTED |
| 122 | Doe 5's code on GitHub. | GRANTED |
| 123 | Doe 5's code on GitHub. | GRANTED |
| 124 | Doe 5's code on GitHub. | GRANTED |
| 125 | Doe 5's code on GitHub. | GRANTED |

The Motion is hereby GRANTED with regard to each of the marked paragraphs in the table above. Such information shall be redacted in the public filing and maintained under seal.

**IT IS SO ORDERED.**

Dated: July 21, 2023

_____
HON. JON S. TIGAR
United States District Judge