| | |
|---|---|
| ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>DANIEL D. JUSTICE (SBN 291907)<br>djustice@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>WILLIAM W. OXLEY (SBN 136793)<br>woxley@orrick.com<br>ALYSSA M. CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>*Attorneys for GitHub, Inc. and Microsoft Corporation*<br><br>[Additional Counsel Listed on Next Page] | JOSEPH R. SAVERI (SBN 130064)<br>jsaveri@saverilawfirm.com<br>STEVEN N. WILLIAMS (SBN 175489)<br>swilliams@saverilawfirm.com<br>CADIO ZIRPOLI (SBN 179108)<br>czirpoli@saverilawfirm.com<br>CHRISTOPHER K.L. YOUNG (SBN 318371)<br>cyoung@saverilawfirm,com<br>LOUIS A KESSLER (SBN 243703)<br>lkessler@saverilawfirm.com<br>ELISSA A. BUCHANAN (SBN 249996)<br>eabuchanan@saverilawfirm.com<br>TRAVIS MANFREDI (SBN 281779)<br>tmanfredi@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: +1 415 500 6800<br>Facsimile: +1 415 395 9940<br><br>MATTHEW BUTTERICK (SBN 250953)<br>mb@buttericklaw.com<br>1920 Hillcrest Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: +1 323 968 2632<br>Facsimile: +1 415 395 9940<br><br>*Attorneys for Individual and Representative Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br><br>Consolidated with Case No. 4:22-cv-7074-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RESPONDING TO SECOND CORRECTED FIRST AMENDED COMPLAINT**<br><br>Courtroom: 6<br>Judge: Hon. Jon S. Tigar<br>Trial Date: None Set |

MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@mofo.com
TIFFANY CHEUNG (SBN 311497)
tcheung@mofo.com
MELODY E. WONG (SBN 341494)
melodywong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:     +1 415 268 7000
Facsimile:     +1 415 268 7522

ALLYSON R. BENNETT (SBN 302090)
abennett@mofo.com
ROSE S. LEE
roselee@mofo.com
ALEXANDRA M. WARD (SBN 318042)
alexandraward@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     +1 213 892 5200
Facsimile:     +1 213 892 5454

*Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI GP, LLC,  OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C, OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management LLC*

Pursuant to Northern District of California Local Rule 7-12, the parties in the above-captioned action hereby stipulate and agree as follows.

WHEREAS, on June 08, 2023, Plaintiffs Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 (the "Plaintiffs") filed a First Amended Complaint (the "FAC," ECF No. 98) against Defendants GitHub, Inc.; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C., OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C. (referred to collectively herein as "Defendants") in the above-captioned consolidated action (the "Action");

WHEREAS, on June 21, 2023, Defendants and Plaintiffs stipulated to a briefing schedule for responding to the FAC (ECF No. 105);

WHEREAS, on June 22, 2023, the Court granted the stipulation and set the Defendants' deadline to file motions to dismiss as June 29, 2023, Plaintiffs' deadline to file oppositions thereto as July 27, 2023, and Defendants' deadline to file replies as August 10, 2023 (ECF No. 106);

WHEREAS Defendants filed motions to dismiss on June 29, 2023 (ECF Nos. 107-110);

WHEREAS on July 21, 2023, Plaintiffs filed a Second Corrected FAC (ECF Nos. 134);

WHEREAS, the parties have conferred and agreed that the existing motions to dismiss and briefing schedule are applicable to the Second Corrected First Amended Complaint, and that the current briefing schedule ordered by the Court need not be disturbed;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the pending motions to dismiss the FAC are applicable to the Second Corrected FAC and that the briefing schedule set by ECF No. 106 is still in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 28, 2023

_____
JON S. TIGAR
United States District Judge

| | |
|---|---|
| Dated: July 27, 2023 | Orrick, Herrington & Sutcliffe LLP |
| | By: */s/ Annette L. Hurst* <br> ANNETTE L. HURST <br> Attorneys for GitHub, Inc. and <br> Microsoft Corporation |
| Dated: July 27, 2023 | MORRISON & FOERSTER LLP |
| | By: */s/ Joseph C. Gratz* <br> JOSEPH C. GRATZ <br> Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI GP, L.L.C., OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C, OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management L.L.C. |
| Dated: July 27, 2023 | JOSEPH SAVERI LAW FIRM, LLP |
| | By: */s/ Joseph R. Saveri* <br> JOSEPH R. SAVERI <br> Attorneys for Individual and <br> Representative Plaintiffs and <br> the Proposed Class |