ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>       Individual and<br>       Representative Plaintiffs,<br><br>   v.<br><br>GITHUB, INC., et al.,<br><br>       Defendants. | Case No. 4:22-cv-06823-JST<br><br>Consolidated with Case No. 4:22-cv-07074-JST<br><br>**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF ENTRY OF [PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER** |
| AND CONSOLIDATED ACTION | |

I, Annette L. Hurst, hereby declare:

1.      I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants GitHub, Inc. and Microsoft Corporation in this action.  I am a member of the California State Bar and am admitted to practice before this Court.  I have personal knowledge of the facts stated in this declaration unless otherwise stated, and if called to testify to those facts, I could and would competently do so.

2.      The [Proposed] Amended Stipulated Protective Order the Parties propose is identical to the Stipulated Protective Order entered by this Court in this matter (Dkt. 63), with the exception of the edits set forth below and shown in redline in Exhibit 1 hereto, which the Parties made pursuant to the Court's guidance in its July 26, 2023 discovery order (Dkt. 138).

3.      The definition of "CONFIDENTIAL" information in Paragraph 2.2 is amended to included "Names Information as defined herein."

4.      New Paragraph 2.11 adds "Names Information" as a defined term with the definition, "each of Plaintiffs' names, as well as source code or any other document or materials that could be used to reveal Plaintiffs' names."

5.      Paragraph 7.2(b) is amended to add, "and whose Acknowledgements shall be maintained by counsel for Defendants in the event of a proceeding contemplated by paragraph 12(b) hereof."

6.      New Paragraph 12(b) states, "In the event the identity(ies) of one or more Plaintiff(s) becomes public in a manner that Plaintiffs' counsel believes violates this Order, Plaintiffs' counsel may move the Court for an order, upon good cause shown, requiring Defendants to produce a list of all persons to whom Names Information has been disclosed pursuant to paragraph 7.2(b).  The public revelation of Plaintiff(s) name(s) after July 26, 2023 shall constitute prima facie evidence of good cause."

///

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed on this 2nd day of August, 2023 in San Francisco, California.

3

4

5   By: _____/s/ Annette L. Hurst_____
                    ANNETTE L. HURST

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HURST DECL. ISO [PROPOSED] AMENDED
STIPULATED PROTECTIVE ORDER
4:22-CV-06823-JST