Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:    jsaveri@saverilawfirm.com
    swilliams@saverilawfirm.com
    czirpoli@saverilawfirm.com
    cyoung@saverilawfirm.com
    lkessler@saverilawfirm.com
    eabuchanan@saverilawfirm.com
    tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　　Individual and Representative Plaintiffs,<br><br>　v.<br><br>GITHUB, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case Nos.　4:22-cv-06823-JST<br>　　　　　　　4:22-cv-07074-JST<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

| | |
|---|---|
| 1 | On September 8, 2023, Plaintiffs filed the Joint Case Management Statement (ECF No. 149), which inadvertently omitted redactions of confidential information that should have been redacted at the time of filing. Specifically, the Joint Case Management Statement includes information the Court has already determined should be redacted and maintained under seal. *See* ECF No. 133. Immediately after discovering the inadvertent disclosure, Plaintiffs requested that the ECF Help Desk temporarily "lock" ECF No. 149 while the present motion is pending. |

Plaintiffs are concurrently filing an Administrative Motion to File Under Seal which sets forth applicable authority and factual support for Plaintiffs' request that their information be maintained under seal along with a public redacted version of the Joint Case Management Statement. Plaintiffs now respectfully request that the Court remove the previously filed Joint Case Management Statement (ECF No. 149) permanently from the Court's public docket and ECF system and the later-filed version of the document should be treated as the operative version.

| | |
|---|---|
| Dated: September 12, 2023 | By:     */s/ Travis Manfredi* <br>        Travis Manfredi |

                                        Joseph R. Saveri (State Bar No. 130064)
                                        Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butlericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*