UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>  v.<br><br>GITHUB, INC., et al.,<br><br>                            Defendants. | Case Nos.  4:22-cv-06823-JST<br>                  4:22-cv-07074-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

The Court has considered Plaintiffs' Motion to Remove Incorrectly Filed Document (the "Motion"). The Court hereby orders the previously filed JCMS (ECF No. 149) permanently removed from the Court's public docket and ECF system and that the later-filed redacted copy of the JCMS, ECF No. __, shall be treated as the operative document instead.

**IT IS SO ORDERED.**

Dated: _____, 2023

HON. JON S. TIGAR  
United States District Judge