Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      swilliams@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      lkessler@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　　Individual and Representative Plaintiffs,<br><br>　v.<br><br>GITHUB, INC., et al.,<br><br>　　　　　　　　　　　　　　Defendants. | Case Nos.　4:22-cv-06823-JST<br>　　　　　　　　4:22-cv-07074-JST<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT STATEMENT** |

## I.     INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court to file under seal portions of the Joint Case Management Statement filed on September 8, 2023.[1] The Court previously ordered similar information that would allow members of the public to discern Plaintiffs' identities filed under seal. *See* ECF No. 133. Accompanying this Motion is the Declaration of Travis Manfredi in Support of Plaintiffs' Administrative Motion to File Under Seal ("Manfredi Decl.") and a proposed order.

## II.     ARGUMENT

Courts "recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks omitted). Courts have "carved out an exception" to the compelling reasons standard for "materials attached to a . . . motion unrelated to the merits of the case." *Id.* at 1097–99. "[P]ublic access will turn on whether the motion is more than tangentially related to the merits of a case." *Id.* at 1101. "Under this exception, a party need only satisfy the less exacting 'good cause' standard." *Id.* at 1097. "'The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . .'" *Id.* (quoting Fed. R. Civ. P. 26(c)) (citations omitted).

The filing in question is merely a Joint Case Management Statement apprising this Court of the status of discovery and other matters requiring the Court's attention. No ruling will be made on this statement, as no relief is sought. Further, the confidential information contained therein has already been adjudged by this Court to be redacted and maintained under seal—nothing has changed the necessity of maintaining the seal. ECF No. 133 (granting Plaintiffs' motion to seal similar information); *see also generally* ECF No. 97 (setting forth reasons why sealing is appropriate). Thus, no party will be prejudiced by the Court's decision on this Sealing Motion.

---

[1] ECF No. 149. Plaintiffs are concurrently filing a Motion to Remove Incorrectly Filed Document as Plaintiffs have discovered that the document was inadvertently filed omitting certain redactions of confidential material.

### III. CONCLUSION

For the reasons stated above, the Plaintiffs request the following paragraphs of the FAC be filed under seal:

| Reference | Description of Information | Reason for Sealing |
|---|---|---|
| JCMS page 9, lines 25–27 | Descriptions of Plaintiffs' code projects | This information would allow the public to determine Plaintiffs' true identities. The Court has already determined it is appropriate for portions of Plaintiffs code to be filed under seal to protect their identities from being revealed. ECF No. 133. |

Manfredi Decl. ¶ 4.

Dated: September 12, 2023                By:    /s/ Travis Manfredi
                                                Travis Manfredi

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*