Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              lkessler@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                        Defendants. | Case Nos.   4:22-cv-06823-JST<br>                4:22-cv-07074-JST<br><br>**DECLARATION OF TRAVIS MANFREDI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT STATEMENT** |

4:22-cv-06823-JST

MANFREDI DECLARATION ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT CASE MANAGEMENT STATEMENT

I, Travis Manfredi, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate at the Joseph Saveri Law Firm, LLP and counsel of record for Plaintiffs Does 1–5 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 79-5(c) in support of Plaintiffs' Administrative Motion to File Under Seal Portions of the Joint Case Management Statement ("Sealing Motion").

2. Plaintiffs have reviewed and complied with the Standing Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar.

3. Plaintiffs have reviewed and complied with Civil Local Rule 79-5. Plaintiffs' redactions are narrowly tailored to seal only sealable material.

4. The following chart sets forth detail regarding the information Plaintiffs seek to file under seal and reason for sealing:

| Reference | Description of Information | Reason for Sealing |
| --- | --- | --- |
| JCMS page 9, lines 25–27 | Descriptions of Plaintiffs' code projects | This information would allow the public to determine Plaintiffs' true identities. The Court has already determined it is appropriate for portions of Plaintiffs code to be filed under seal to protect their identities from being revealed. ECF No. 133. |

| | |
|---|---|
| Dated: September 12, 2023 | By:     */s/ Travis Manfredi*<br>Travis Manfredi |

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                       swilliams@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       lkessler@saverilawfirm.com
                       eabuchanan@saverilawfirm.com
                       tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

MANFREDI DECLARATION ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF JOINT CASE MANAGEMENT STATEMENT