Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    swilliams@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                                          Defendants. | Case Nos.  4:22-cv-06823-JST<br>                   4:22-cv-07074-JST<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On September 13, 2023, I served the following documents by email upon all persons appearing on the attached Service List:

- **JOINT CASE MANAGEMENT STATEMENT FILED UNDER SEAL**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2023, at San Francisco, California.

/s/ Rodney Romasanta
Rodney Romasanta

## SERVICE LIST

| | |
|---|---|
| Alyssa M. Caridis<br>William Wayne Oxley<br>Orrick, Herrington & Sutcliffe LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA 90071<br>Email: acaridis@orrick.com<br>Email: woxley@orrick.com<br><br>Annette L. Hurst<br>Daniel Denny Justice<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Email: ahurst@orrick.com<br>Email: djustice@orrick.com<br><br>*Attorneys for GitHub, Inc. and Microsoft Corporation* | Michael A. Jacobs<br>Tiffany Cheung<br>Joseph Charles Gratz<br>Melody Ellen Wong<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Email: mjacobs@mofo.com<br>Email: tcheung@mofo.com<br>Email: JGratz@mofo.com<br>Email: melodywong@mofo.com<br><br>Rose S. Lee<br>Allyson Roz Bennett<br>Alexandra Marie Ward<br>Morrison and Foerster LLP<br>707 Wilshire Boulevard, Ste. 6000<br>Los Angeles, CA 90017-3543<br>Email: roselee@mofo.com<br>Email: Abennett@mofo.com<br>Email: alexandraward@mofo.com<br><br>*Attorneys for OPENAI, INC.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; and OPENAI STARTUP FUND MANAGEMENT, LLC* |