# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                              Defendants. | Case Nos.   4:22-cv-06823-JST<br>                  4:22-cv-07074-JST<br><br>**[**~~PROPOSED~~**] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

The Court has considered Plaintiffs' Motion to Remove Incorrectly Filed Document (the "Motion"). The Court hereby orders the previously filed JCMS (ECF No. 149) permanently removed from the Court's public docket and ECF system and that the later-filed redacted copy of the JCMS, ECF No. 153, shall be treated as the operative document instead.

**IT IS SO ORDERED.**

Dated:  September 19, 2023

_____
HON. JON S. TIGAR
United States District Judge