Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
lkessler@saverilawfirm.com
eabuchanan@saverilawfirm.com
tmanfredi@saverilawfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> GITHUB, INC., et al., <br><br> Defendants. | Lead Case No. 4:22-cv-06823-JST <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs hereby notify the Court of newly issued authority relevant to their Oppositions to Defendants' Motions to Dismiss (ECF Nos. 140, 142). On September 25, 2023, the United States District Court for the District of Delaware issued its decision in *Thomson Reuters Enter. Ctr. GmbH v. Ross Intel. Inc.*, __ F. Supp. 3d __, 2023 WL 6210901 (D. Del. Sept. 25, 2023), explaining, among other things, that "[r]estricting a user's use of copyrighted material" as the basis of a tortious interference claim is not preempted by the Copyright Act. *Id.* at *12. A true and correct copy of the decision is attached hereto as **Exhibit 1**.

Dated: September 27, 2023         By:    /s/ Travis Manfredi
                                                Travis Manfredi

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
             czirpoli@saverilawfirm.com
             cyoung@saverilawfirm.com
             lkessler@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:   mb@butericklaw.com

*Counsel for Plaintiffs and the Proposed Class*