ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA M. CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

JOSEPH R. SAVERI (SBN 130064)
jsaveri@saverilawfirm.com
STEVEN N. WILLIAMS (SBN 175489)
swilliams@saverilawfirm.com
CADIO ZIRPOLI (SBN 179108)
czirpoli@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (SBN 318371)
cyoung@saverilawfirm,com
LOUIS A KESSLER (SBN 243703)
lkessler@saverilawfirm.com
ELISSA A. BUCHANAN (SBN 249996)
eabuchanan@saverilawfirm.com
TRAVIS MANFREDI (SBN 281779)
tmanfredi@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: +1 415 500 6800
Facsimile: +1 415 395 9940

MATTHEW BUTTERICK (SBN 250953)
mb@buttericklaw.com
1920 Hillcrest Avenue, #406
Los Angeles, CA 90027
Telephone: +1 323 968 2632
Facsimile: +1 415 395 9940

*Attorneys for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br>Consolidated with Case No. 4:22-cv-7074-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR JOINT LETTER BRIEF RE: TELEMETRY DATA**<br><br>Courtroom: 6<br>Judge: Hon. Jon S. Tigar<br>Trial Date: None Set |

1  Pursuant to Northern District of California Local Rule 7-12, the parties in the above-captioned action hereby stipulate and agree as follows.

WHEREAS, on September 15, 2023, the parties participated in a Further Case Management Conference with the Court;

WHEREAS, during the Conference, the parties and the Court discussed a September 29, 2023 deadline for a joint discovery letter brief regarding the issue of preserving telemetry data;

WHEREAS, the Court's September 17, 2023 minute order setting various deadlines did not include a deadline for the joint discovery letter brief (ECF No. 155);

WHEREAS, on September 19, 2023, Plaintiffs' counsel served a meet and confer letter on GitHub's counsel regarding the telemetry data issue;

WHEREAS, on September 27, 2023 GitHub's counsel served Plaintiffs' counsel with a letter response and GitHub documents relating to telemetry data;

WHEREAS, the Parties are continuing to meet and confer and more time is needed to fully do so;

WHEREAS, Plaintiffs' counsel and GitHub's counsel have agreed to a one week extension of the discussed deadline to bring a joint discovery letter brief regarding the preservation of telemetry data, if needed, to allow for further conferral on the issue;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline to file a joint discovery letter brief regarding the preservation of telemetry data is October 6, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   10/3/2023

_____
HONORABLE JON S. TIGAR
United States District Judge

Dated: September 29, 2023

Orrick, Herrington & Sutcliffe LLP

By: /s/ *Annette L. Hurst*
ANNETTE L. HURST
Attorneys for GitHub, Inc. and
Microsoft Corporation

Dated: September 29, 2023

JOSEPH SAVERI LAW FIRM, LLP

By: /s/ *Joseph R. Saveri*
JOSEPH R. SAVERI
Attorneys for Individual and
Representative Plaintiffs and
the Proposed Class

L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  September 29, 2023

/s/ *Annette L. Hurst*
Annette L. Hurst