ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA M. CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

JOSEPH R. SAVERI (SBN 130064)
jsaveri@saverilawfirm.com
STEVEN N. WILLIAMS (SBN 175489)
swilliams@saverilawfirm.com
CADIO ZIRPOLI (SBN 179108)
czirpoli@saverilawfirm.com
CHRISTOPHER K.L. YOUNG (SBN 318371)
cyoung@saverilawfirm,com
LOUIS A KESSLER (SBN 243703)
lkessler@saverilawfirm.com
ELISSA A. BUCHANAN (SBN 249996)
eabuchanan@saverilawfirm.com
TRAVIS MANFREDI (SBN 281779)
tmanfredi@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: +1 415 500 6800
Facsimile: +1 415 395 9940

MATTHEW BUTTERICK (SBN 250953)
mb@buttericklaw.com
1920 Hillcrest Avenue, #406
Los Angeles, CA 90027
Telephone: +1 323 968 2632
Facsimile: +1 415 395 9940

*Attorneys for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

J. DOE 1, et al.,

Individual and Representative Plaintiffs,

v.

GITHUB, INC., et al.,

Defendants.

AND CONSOLIDATED ACTION

Case No. 4:22-cv-6823-JST
Consolidated with Case No. 4:22-cv-7074-JST

**STIPULATION AND [PROPOSED] ORDER REGARDING PRESERVATION OF TELEMETRY DATA**

Courtroom: 6
Judge: Hon. Jon S. Tigar
Trial Date: None Set

Pursuant to Federal Rules of Civil Procedure 26(b)(2)(B) and 37(e), and Northern District of California Local Rule 7-12, the parties in the above-captioned action hereby stipulate and agree as follows.

WHEREAS, in the ordinary course of business and for reasons including cost, utility, and privacy of its users, Defendant GitHub, Inc. ("GitHub") has adopted a rolling 18-month retention period for certain Copilot user data referred to as telemetry data;

WHEREAS, on June 1, 2023, GitHub initiated meet and confer with Plaintiffs regarding the preservation of this data, and GitHub archived any data outside of the rolling 18-month period pending the parties' resolution of their discussions;

WHEREAS, on September 15, 2023, the parties participated in a Further Case Management Conference with the Court;

WHEREAS, during the Conference, the Parties and the Court discussed the issue of preserving archived telemetry data;

WHEREAS, Defendant GitHub and Plaintiffs stipulated, and the Court ordered, that the deadline to file a joint discovery letter brief regarding the preservation of telemetry data is October 6, 2023 (ECF No. 160);

WHEREAS, after continuing to meet and confer, GitHub and Plaintiffs came to an agreement regarding telemetry data, and GitHub and Plaintiffs agree that so long as GitHub maintains its telemetry data in accordance with the representations herein that retention is sufficient to satisfy its obligations;

WHEREAS, Plaintiffs reserve all rights to seek further reasonable preservation of telemetry data should the circumstances so require and Defendants reserve all rights to object to any such request for further preservation;

WHEREAS, GitHub and Plaintiffs wish to memorialize their agreement regarding preservation while continuing to meet and confer on other issues, such as the methodology for searching or sampling the telemetry data, the nature and amount of searching that is reasonable and proportional to Plaintiffs' needs given the costs associated with maintaining and searching the telemetry data, and any potential cost shifting regarding the retention and/or searching of the

additional telemetry data GitHub will maintain in an archived state pursuant to this stipulation and order;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order;

**NOW THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that:

1. Until February 21, 2025, GitHub will maintain in an archived state the telemetry data that it would ordinarily have deleted pursuant to its 18-month active retention period;
2. So long as GitHub maintains the additional telemetry data in an archived state through that date, it has satisfied its retention obligations;
3. Absent further order of the Court to the contrary, GitHub may delete the archived data after February 21, 2025 consistent with its retention obligations;
4. All other issues concerning cost-shifting, sampling, analysis, and scope of production of the retained data are reserved.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ________________

____________________________
JON S. TIGAR
United States District Judge

Dated: October 6, 2023

Orrick, Herrington & Sutcliffe LLP

By: *[/s/ Annette L. Hurst]*
ANNETTE L. HURST
Attorneys for GitHub, Inc. and Microsoft Corporation

Dated: October 6, 2023

JOSEPH SAVERI LAW FIRM, LLP

By: */s/ Joseph R. Saveri*
JOSEPH R. SAVERI
Attorneys for Individual and Representative Plaintiffs and the Proposed Class

L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: October 6, 2023

*/s/ Annette L. Hurst*
Annette L. Hurst