1   ANNETTE L. HURST (SBN 148738)          JOSEPH R. SAVERI (SBN 130064)
    ahurst@orrick.com                       jsaveri@saverilawfirm.com
2   DANIEL D. JUSTICE (SBN 291907)          STEVEN N. WILLIAMS (SBN 175489)
    djustice@orrick.com                     swilliams@saverilawfirm.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP      CADIO ZIRPOLI (SBN 179108)
    The Orrick Building                     czirpoli@saverilawfirm.com
4   405 Howard Street                       CHRISTOPHER K.L. YOUNG (SBN 318371)
    San Francisco, CA  94105-2669           cyoung@saverilawfirm,com
5   Telephone:    +1 415 773 5700           LOUIS A KESSLER (SBN 243703)
    Facsimile:    +1 415 773 5759           lkessler@saverilawfirm.com
6                                           ELISSA A. BUCHANAN (SBN 249996)
    WILLIAM W. OXLEY (SBN 136793)           eabuchanan@saverilawfirm.com
7   woxley@orrick.com                       TRAVIS MANFREDI (SBN 281779)
    ALYSSA M. CARIDIS (SBN 260103)          tmanfredi@saverilawfirm.com
8   acaridis@orrick.com                     JOSEPH SAVERI LAW FIRM, LLP
    ORRICK, HERRINGTON & SUTCLIFFE LLP      601 California Street, Suite 1000
9   355 S. Grand Avenue                     San Francisco, CA  94108
    Los Angeles, CA  90071                  Telephone:    +1 415 500 6800
10  Telephone:    +1 213 629 2020           Facsimile:    +1 415 395 9940
    Facsimile:    +1 213 612 2499
11                                          MATTHEW BUTTERICK (SBN 250953)
    Attorneys for GitHub, Inc. and Microsoft    mb@butericklaw.com
12  Corporation                             1920 Hillcrest Avenue, #406
                                            Los Angeles, CA  90027
13                                          Telephone:    +1 323 968 2632
                                            Facsimile:    +1 415 395 9940
14
                                            Attorneys for Individual and Representative
15                                          Plaintiffs and the Proposed Class

16

17                      UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                           OAKLAND DIVISION

20

21   J. DOE 1, et al.,                      Case No. 4:22-cv-6823-JST
                                            Consolidated with Case No. 4:22-cv-7074-
22              Individual and              JST
                Representative Plaintiffs,
23                                          **STIPULATION AND [~~PROPOSED~~]
         v.                                 ORDER REGARDING PRESERVATION
24                                          OF TELEMETRY DATA**
     GITHUB, INC., et al.,
25                                          Courtroom: 6
                           Defendants.      Judge:     Hon. Jon S. Tigar
26                                          Trial Date: None Set

27   AND CONSOLIDATED ACTION

28

Pursuant to Federal Rules of Civil Procedure 26(b)(2)(B) and 37(e), and Northern District of California Local Rule 7-12, the parties in the above-captioned action hereby stipulate and agree as follows.

WHEREAS, in the ordinary course of business and for reasons including cost, utility, and privacy of its users, Defendant GitHub, Inc. ("GitHub") has adopted a rolling 18-month retention period for certain Copilot user data referred to as telemetry data;

WHEREAS, on June 1, 2023, GitHub initiated meet and confer with Plaintiffs regarding the preservation of this data, and GitHub archived any data outside of the rolling 18-month period pending the parties' resolution of their discussions;

WHEREAS, on September 15, 2023, the parties participated in a Further Case Management Conference with the Court;

WHEREAS, during the Conference, the Parties and the Court discussed the issue of preserving archived telemetry data;

WHEREAS, Defendant GitHub and Plaintiffs stipulated, and the Court ordered, that the deadline to file a joint discovery letter brief regarding the preservation of telemetry data is October 6, 2023 (ECF No. 160);

WHEREAS, after continuing to meet and confer, GitHub and Plaintiffs came to an agreement regarding telemetry data, and GitHub and Plaintiffs agree that so long as GitHub maintains its telemetry data in accordance with the representations herein that retention is sufficient to satisfy its obligations;

WHEREAS, Plaintiffs reserve all rights to seek further reasonable preservation of telemetry data should the circumstances so require and Defendants reserve all rights to object to any such request for further preservation;

WHEREAS, GitHub and Plaintiffs wish to memorialize their agreement regarding preservation while continuing to meet and confer on other issues, such as the methodology for searching or sampling the telemetry data, the nature and amount of searching that is reasonable and proportional to Plaintiffs' needs given the costs associated with maintaining and searching the telemetry data, and any potential cost shifting regarding the retention and/or searching of the

1   additional telemetry data GitHub will maintain in an archived state pursuant to this stipulation

2   and order;

3       WHEREAS, this stipulation will not alter the date of any event or deadline already fixed

4   by Court order;

5       **NOW THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate

6   and agree, subject to the approval of the Court, that:

7       1.  Until February 21, 2025, GitHub will maintain in an archived state the telemetry

8           data that it would ordinarily have deleted pursuant to its 18-month active retention

9           period;

10      2.  So long as GitHub maintains the additional telemetry data in an archived state

11          through that date, it has satisfied its retention obligations;

12      3.  Absent further order of the Court to the contrary, GitHub may delete the archived

13          data after February 21, 2025 consistent with its retention obligations;

14      4.  All other issues concerning cost-shifting, sampling, analysis, and scope of

15          production of the retained data are reserved.

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19  DATED:  October 10, 2023

20                                      JON S. TIGAR
                                        United States District Judge

21

22

23
    Dated: October 6, 2023                 Orrick, Herrington & Sutcliffe LLP
24

25
                                        By: _____/s/ Annette L. Hurst_____
26                                          ANNETTE L. HURST
                                            Attorneys for GitHub, Inc. and
27                                          Microsoft Corporation

28

- 3 -