Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butericklaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                         Defendants. | Lead Case No. 4:22-cv-06823-JST<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

1  Plaintiffs hereby notify the Court of newly issued authority relevant to their Oppositions
2 to Defendants' Motions to Dismiss (ECF Nos. 140, 142). On October 13, 2023, the California
3 Superior Court for the County of Los Angeles issued an Order denying Defendants' demurrer on
4 Plaintiffs' common law negligence claim, holding that claims for negligence against social media
5 companies may proceed under traditional common law principles. Order on Def.'s Dem. to
6 Master Compl., *Social Media Cases*, L.A. Super. Ct. (2023) (No. JCCP 5255).  In pertinent part,
7 the Superior Court found, "that Plaintiffs [ ] adequately stated a claim of negligence based on
8 lack of reasonable care in the Defendants' own conduct from which harm might reasonably be
9 anticipated." *Id.* at 44. A true and correct copy of the decision is attached hereto as **Exhibit 1**.

| | | |
|---|---|---|
| Dated: October 16, 2023 | By: | /s/Christopher K.L. Young |
| | | Christopher K.L. Young |

                                        Joseph R. Saveri (State Bar No. 130064)
                                        Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
                   czirpoli@saverilawfirm.com
                   cyoung@saverilawfirm.com
                   lkessler@saverilawfirm.com
                   eabuchanan@saverilawfirm.com
                   tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*