| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | JOSEPH C. GRATZ (SBN 240676) |
|   | JGratz@mofo.com |
| 3 | TIFFANY CHEUNG (SBN 211497) |
|   | TCheung@mofo.com |
| 4 | MELODY E. WONG (SBN 341494) |
|   | MelodyWong@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone:    (415) 268-7000 |
| 7 | Facsimile:    (415) 268-7522 |

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI OPCO, L.L.C., a Delaware limited liability company, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST |
| Plaintiffs, | Hon. Jon S. Tigar |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO DEFENDANT OPENAI'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | |
| Defendants. | |

NOTICE OF SUPPLEMENTAL AUTHORITY
RELEVANT TO DEFENDANT OPENAI'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 3:22-CV-07074-JST

1 | Allyson R. Bennett (SBN 302090)
  | ABennett@mofo.com
2 | ROSE S. LEE (SBN 294658)
  | RoseLee@mofo.com
3 | Alexandra M. Ward (SBN 318042)
  | MORRISON & FOERSTER LLP
4 | 707 Wilshire Boulevard
  | Los Angeles, California 90017-3543
5 | Telephone:   (213) 892-5200
  | Facsimile:   (213) 892-5454

28 | NOTICE OF SUPPLEMENTAL AUTHORITY
   | RELEVANT TO DEFENDANT OPENAI'S MOTION
   | TO DISMISS FIRST AMENDED COMPLAINT
   | CASE NO. 3:22-CV-07074-JST

Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCp, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P. and OpenAI Startup Fund Management, LLC (collectively, "OpenAI") hereby notify the Court of newly issued authority relevant to their Motion to Dismiss First Amended Complaint (ECF Nos. 109 & 110). On October 30, 2023, the United States District Court for the Northern District of California issued an order dismissing a number of related claims, including claims for direct and vicarious copyright infringement, claims under Section 1202 of the Digital Millennium Copyright Act (DMCA), and claims under California's Unfair Competition Law. Order on Def's Motions to Dismiss and Strike, *Andersen et al. v. Stability AI, Inc. et al.*, No. 23-cv-00201, ECF No. 117 (N. D. Cal. Oct. 30, 2023) (Orrick, J.). In pertinent part, the Court found that (a) "it is simply not plausible" that every output of a Generative AI model constitutes a derivative work absent "'substantial similarity' type allegations," *id.* at 12, and (b) "[i]n order to state [a] claim [under Section 1202 of the DMCA], each plaintiff must identify the exact type of CMI included" in their works and "allege plausible facts" regarding how that CMI was allegedly removed or altered, *id.* at 18. A true and correct copy of the order is attached hereto as Exhibit 1.

Dated: November 1, 2023

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
JOSEPH C. GRATZ

MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

Allyson R. Bennett (SBN 302090)
ABennett@mofo.com
ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
Alexandra M. Ward (SBN 318042)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI OPCO, L.L.C., a Delaware limited liability company, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company