Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Lead Case Nos.   4:22-cv-06823-JST<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT LETTER BRIEF REGARDING OPENAI DEFENDANTS' RESPONSES TO PLAINTIFFS' INTERROGATORY Nos. 2, 5, 8, and 9** |

Lead Case No. 4:22-cv-06823-JST

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT LETTER BRIEF REGARDING OPENAI DEFENDANTS' RESPONSES TO PLAINTIFFS' INTERROGATORIES

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs Does 1–4 in this action. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Motion to Maintain Confidentiality Designations for Plaintiffs' True Names Pursuant to Section 6.3 of the Stipulated Protective Order (ECF No. 63).

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC, dated and served on July 19, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund Management, LLC; and OpenAI OpCo, L.L.C.'s Responses to Plaintiff Doe 1's First Set of Interrogatories, dated and served on August 25, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from me, Joseph R. Saveri, to Joseph C. Gratz, counsel for Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC, dated September 20, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from Allyson R. Bennett, counsel for Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC to me, Joseph R. Saveri, dated November 6, 2023.

/ / /

/ / /

/ / /

6. Attached hereto as **Exhibit 5** is a true and correct copy of a letter from me, Joseph R. Saveri, to Allyson R. Bennett, counsel for Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI GP, L.L.C.; OpenAI OpCo, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC, dated November 10, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November, 2023.

*/s/ Joseph R. Saver*
Joseph R. Saveri
