UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| J. DOE 1, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-06823-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |

Discovery disputes in this case are referred to Magistrate Judge Donna M. Ryu.  Judge Ryu will advise the parties of how she intends to proceed.  Judge Ryu may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  Henceforth, all further discovery matters shall be filed pursuant to Judge Ryu's procedures.

**IT IS SO ORDERED**.

Dated:  November 21, 2023



_____
JON S. TIGAR
United States District Judge