ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:   +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br><br>Consolidated w/ Case No. 4:22-cv-7074-JST<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO DEFENDANTS GITHUB AND MICROSOFT'S MOTIONS TO DISMISS PORTIONS OF THE FIRST AMENDED COMPLAINT IN CONSOLIDATED ACTIONS** |

Defendants GitHub, Inc. ("GitHub") and Microsoft Corporation ("Microsoft") hereby notify the Court of newly issued authority relevant to their Motions to Dismiss Portions of the First Amended Complaint. ECF Nos. 107, 108. On November 20, 2023, the United States District Court for the Northern District of California issued an order dismissing a number of related claims, including claims for vicarious copyright infringement, claims under Section 1202 of the Digital Millennium Copyright Act (DMCA), claims under California's Unfair Competition Law, unjust enrichment, and negligence. Order Granting Mot. to Dismiss, *Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417-VC (N.D. Cal. Nov. 20, 2023), ECF No. 56 (Chhabria, J.). In pertinent part, the Court found that "[t]here are no facts to support the allegation that LLaMA [Large Language Model Meta AI] ever distributed the plaintiffs' books, much less did so 'without their CMI[,]'" which "is fatal to the Section 1202(b) claims." *Id.* at 3 (citing *Free Speech Sys., LLC v. Menzel*, 390 F. Supp. 3d 1162, 1175 (N.D. Cal. 2019)). The Court further found that "[t]he allegation that Meta violated Section 1202(a)(1) of the DMCA also fails because the plaintiffs have not plausibly alleged that LLaMA is an infringing derivative work." *Id.*

A true and correct copy of the order is attached hereto as Exhibit 1.

Dated: November 21, 2023

Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Annette L. Hurst_____
ANNETTE L. HURST
Attorneys for Defendants
GitHub, Inc. and Microsoft Corp.