```
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:      415.268.7000
Facsimile:       415.268.7522
```

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, and OPENAI OPCO, L.L.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, L.L.C., a Delaware limited liability company, <br><br> Defendants. | Case No. 4:22-cv-06823-JST <br> Case No. 4:22-cv-07074-JST <br><br> Hon. Jon S. Tigar <br><br> **NOTICE OF APPEARANCE BY JOYCE C. LI** |

| | |
|---|---|
| 1 | ALLYSON R. BENNETT (SBN 302090) |
| | ABennett@mofo.com |
| 2 | ROSE S. LEE (SBN 294658) |
| | RoseLee@mofo.com |
| 3 | ALEXANDRA M. WARD (SBN 318042) |
| | AlexandraWard@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone:   (213) 892-5200 |
| 6 | Facsimile:    (213) 892-5454 |

NOTICE OF APPEARANCE
CASE NO. 4:22-CV-0623-JST

2

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE of the appearance of Joyce C. Li of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Joyce C. Li
> MORRISON & FORESTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
>
> Telephone:   415.268.7000
> Facsimile:   415.268.7522
> Email:       JoyceLi@mofo.com

| | |
|---|---|
| Dated: December 8, 2023 | MORRISON & FOERSTER LLP |

By: /s/ *Joyce C. Li*
    Joyce C. Li

MICHAEL A. JACOBS
MJacobs@mofo.com
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

ALLYSON R. BENNETT
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

Attorneys for Defendants OPENAI, INC., a Delaware nonprofit corporation, OPENAI, L.P., a Delaware limited partnership, OPENAI GP, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company, OPENAI STARTUP FUND I, L.P., a Delaware limited partnership, OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, OPENAI OPCO, L.L.C., a Delaware limited liability company