| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Steven N. Williams (State Bar No. 175489) |
|   | Cadio Zirpoli (State Bar No. 179108) |
| 3 | Christopher K.L. Young (State Bar No. 318371) |
| 4 | Louis A. Kessler (SBN 243703) |
|   | Elissa A. Buchanan (State Bar No. 249996) |
| 5 | Travis Manfredi (State Bar No. 281779) |
|   | Holden Benon (State Bar No. 325847) |

**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
　　　　swilliams@saverilawfirm.com
　　　　czirpoli@saverilawfirm.com
　　　　cyoung@saverilawfirm.com
　　　　lkessler@saverilawfirm.com
　　　　eabuchanan@saverilawfirm.com
　　　　tmanfredi@saverilawfirm.com
　　　　hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　　Individual and Representative Plaintiffs,<br><br>　v.<br><br>GITHUB, INC., et al.,<br><br>　　　　　　　　　　　　　　　Defendants. | Case Nos.   4:22-cv-06823-JST<br>　　　　　　4:22-cv-07074-JST<br><br>**NOTICE OF APPEARANCE OF HOLDEN BENON** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that Holden Benon of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Benon is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Benon's contact information is as follows:

Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: hbenon@saverilawfirm.com

Dated: December 8, 2023     By:     */s/ Holden Benon*
                                     Holden Benon

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              swilliams@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              lkessler@saverilawfirm.com
              eabuchanan@saverilawfirm.com
              tmanfredi@saverilawfirm.com
              hbenon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*