**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>  v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case Nos.   4:22-cv-06823-JST<br>             4:22-cv-07074-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REDACTED PORTIONS OF ORDER GRANTING IN PART DENYING IN PART MOTION TO DISMISS (ECF NO. 189)** |

Plaintiffs Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 ("Plaintiffs"); Defendants GitHub, Inc. ("GitHub"); Microsoft Corporation ("Microsoft"); and Defendants OpenAI, Inc.; OpenAI, LP; OpenAI OpCo, LLC; OpenAI GP, LLC; OpenAI Startup Fund GP I, LLC; OpenAI Startup Fund I, LP; and OpenAI Startup Fund Management, LLC ("OpenAI") (all collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on January 3, 2024, this Court entered its Order Granting in Part Denying in Part Motion to Dismiss (ECF No. 189) ("MTD Order"), which included information previously ordered sealed (*see* ECF Nos. 114, 115, 133, 157);

WHEREAS, on January 3, 2024, this Court entered its Order Re: Order Granting in Part Denying in Part Motion to Dismiss (ECF No. 190), which required the parties to file a stipulated proposed redacted version of the MTD Order;

WHEREAS, the Parties have agreed on which portions of the MTD Order that contain and/or refer to material previously ordered sealed by this Court that Plaintiffs request be sealed ("Sealing Requests");

WHEREAS, the Parties have herewith lodged with the Court a PDF of the MTD Order with the ECF header removed and the Sealing Requests highlighted;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Sealing Requests identified in the MTD Order lodged concurrently with this Stipulation shall be redacted from the publicly available copy of the MTD Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Jon S. Tigar
United States District Judge

Dated: January 10, 2024

By:       /s/ Joseph R. Saveri
           Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               hbenon@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: January 10, 2024

By:       /s/ Annette L. Hurst
           Annette L. Hurst

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415 773 5700
Facsimile:    415-773-5759
Email:        ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

| | |
|---|---|
| Dated: January 10, 2024 | By:     /s/ Joseph C. Gratz     <br>         Joseph C. Gratz |

Joseph C. Gratz (State Bar No. 240676)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:     415-268-7522
Email:          jgratz@mofo.com

*Counsel for OpenAI, Inc., OpenAI, L.P., OpenAI GP, LLC, OpenAI OpCo, L.L.C., OpenAI Startup Fund GP I, L.L.C, OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: January 10, 2024          By:     */s/ Joseph R. Saveri*
                                          Joseph R. Saveri