# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 19, 2024   **Time:** 9:30 - 5:02   **Judge:** SALLIE KIM
(7 Hours, 32 Minutes)

**Case No.**: 22-cv-06823-JST   **Case Name:** DOE 1 v. GitHub, Inc.

**Attorney for Plaintiff:** Does 1-5 (Plaintiffs) and lawyers Joe Saveri, Cadio Zirpoli, Matthew Butterick
**Attorney for Defendant:** For Github: Dan Velton, Director and counsel; Shelley McKinley, Chief Legal Officer; Lucky Vidmor, Associate GC of Microsoft (Head of IP and AI litigation); Annette Hurst, lawyer; Dan Justice, lawyer; Marc Shapiro, lawyer

**Deputy Clerk:** Jenny Galang   **Not Recorded:** 9:30 a.m. – 5:02 p.m.

## PROCEEDINGS

Settlement Conference held.

Case not settled.