| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Cadio Zirpoli (State Bar No. 179108) |
|   | Christopher K.L. Young (State Bar No. 318371) |
| 3 | Louis A. Kessler (SBN 243703) |
| 4 | Elissa A. Buchanan (State Bar No. 249996) |
|   | Travis Manfredi (State Bar No. 281779) |
| 5 | William W. Castillo Guardado (State Bar No. 294159) |
|   | Holden Benon (State Bar No. 325847) |

**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:     jsaveri@saverilawfirm.com
         czirpoli@saverilawfirm.com
         cyoung@saverilawfirm.com
         lkessler@saverilawfirm.com
         eabuchanan@saverilawfirm.com
         tmanfredi@saverilawfirm.com
         wcastillo@saverilawfirm.com
         hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                Defendants. | Case Nos.   4:22-cv-06823-JST<br>              4:22-cv-07074-JST<br><br>**NOTICE OF APPEARANCE OF WILLIAM W. CASTILLO GUARDADO** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that William W. Castillo Guardado of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Castillo Guardado is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Castillo Guardado's contact information is as follows:

William W. Castillo Guardado (State Bar No. 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: wcastillo@saverilawfirm.com

Dated: January 22, 2024                By:      */s/ William W. Castillo Guardado*
                                                William W. Castillo Guardado

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                swilliams@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                lkessler@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                tmanfredi@saverilawfirm.com
                wcastillo@saverilawfirm.com
                hbenon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*