Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      lkessler@saverilawfirm.com
                      eabuchanan@saverilawfirm.com
                      tmanfredi@saverilawfirm.com
                      wcastillo@saverilawfirm.com
                      hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case Nos.  4:22-cv-06823-JST<br>                 4:22-cv-07074-JST<br><br>**PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1    On January 24, 2003, Plaintiffs filed the Second Amended Complaint (ECF No. 198),
2 which inadvertently omitted redactions of confidential information that should have been redacted
3 at the time of filing. Specifically, the Second Amended Complaint includes confidential information
4 the Court has already determined is appropriately redacted and maintained under seal. *See* ECF
5 No. 133. Immediately after discovering the inadvertent disclosure, Plaintiffs requested that the ECF
6 Help Desk temporarily "lock" ECF No. 198 while the present motion is pending.

7    Plaintiffs have filed an Administrative Motion to File Under Seal, which sets forth
8 applicable authority and factual support for Plaintiffs' request that their information be maintained
9 under seal along with a publicly redacted version of the Second Amended Complaint. Plaintiffs now
10 respectfully request that the Court remove the previously the Second Amended Complaint (ECF
11 No. 198) permanently from the Court's public docket and ECF system and the later-filed version of
12 the document should be treated as the operative version. Plaintiffs also respectfully request the
13 Court to order all third party court reporting websites to remove the previous version of the Second
14 Amended Complaint and replace it with the appropriately redacted version, including but not
15 limited to the websites: CourtListener.com; casetext.com; leagle.com; law360.com; unicourt.com;
16 govinfo.gov; uspto.gov; casemine.com; and bloomberglaw.com.

| | | |
|---|---|---|
| Dated: January 25, 2024 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:     jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          lkessler@saverilawfirm.com
          eabuchanan@saverilawfirm.com
          tmanfredi@saverilawfirm.com
          wcastillo@saverilawfirm.com
          hbenon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*