1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                Defendants. | Case Nos.  4:22-cv-06823-JST<br>                 4:22-cv-07074-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1  The Court has considered Plaintiffs' Motion to Remove Incorrectly Filed Document (the
2  "Motion"). The Court hereby orders the previously filed Second Amended Complaint (ECF No. 198)
3  permanently removed from the Court's public docket and ECF system and that the later-filed redacted
4  copy of the Second Amended Complaint, ECF No. __, shall be treated as the operative document instead.
5  The Court further orders all third party docket reporting websites to remove the previous erroneously filed
6  version of the Second Amended Complaint and replace it with the appropriately redacted version,
7  including but not limited to the websites: CourtListener.com; casetext.com; leagle.com; law360.com;
8  unicourt.com; govinfo.gov; uspto.gov; casemine.com; and bloomberglaw.com.

10  **IT IS SO ORDERED.**

12  Dated:

          HON. JON S. TIGAR
13        United States District Judge