1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

10
11
12

J. DOE 1, et al.,

        Individual and Representative Plaintiffs,

    v.

GITHUB, INC., et al.,

                    Defendants.

13
14
15
16

Case Nos.   4:22-cv-06823-JST
                    4:22-cv-07074-JST


**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

17
18
19
20
21
22
23
24
25
26
27
28

The Court has considered Plaintiffs' Motion to Remove Incorrectly Filed Document (the "Motion"). The Court hereby orders the previously filed Second Amended Complaint (ECF No. 198) permanently removed from the Court's public docket and ECF system and that the later-filed redacted copy of the Second Amended Complaint, ECF No. 200, shall be treated as the operative document instead. The Court further orders all third party docket reporting websites to remove the previous erroneously filed version of the Second Amended Complaint and replace it with the appropriately redacted version, including but not limited to the websites: CourtListener.com; casetext.com; leagle.com; law360.com; unicourt.com; govinfo.gov; uspto.gov; casemine.com; and bloomberglaw.com.

**IT IS SO ORDERED.**

Dated: January 30, 2024

_____
HON. JON S. TIGAR
United States District Judge