AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| J. DOE 1, J. DOE 2, J. DOE 3, J. DOE 4, and J. DOE 5, individually and on behalf of all others similarly situated, <br><br>*Plaintiff(s)* <br><br>v. <br><br>See Attachment A <br><br>*Defendant(s)* | Civil Action No. 4:22-cv-06823-JST |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-06823-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

Defendants:

GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability company; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI, L.L.C. , a Delaware limited liability company; OPENAI GLOBAL, LLC , a Delaware limited liability company; OAI CORPORATION, a Delaware corporation; OPENAI HOLDINGS, LLC, a Delaware limited liability company; OPENAI HOLDCO, LLC, a Delaware limited liability company; OPENAI INVESTMENT LLC, a Delaware limited liability company; OPENAI STARTUP FUND SPV I, L.P. , a Delaware limited partnership; and OPENAI STARTUP FUND SPV GP I, L.L.C. , a Delaware limited liability company

**ATTACHMENT B**

1. **OPENAI, L.L.C.**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

2. **OPENAI GLOBAL, LLC**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

3. **OAI CORPORATION**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

4. **OPENAI HOLDINGS, LLC**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

5. **OPENAI HOLDCO, LLC**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

6. **OPENAI INVESTMENT LLC**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

7. **OPENAI STARTUP FUND SPV I, L.P.**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808

8. **OPENAI STARTUP FUND SPV GP I, L.L.C.**
   CORPORATION SERVICE COMPANY
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808