ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA M. CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

[Additional Counsel Listed on Next Page]

JOSEPH R. SAVERI (SBN 130064)
jsaveri@saverilawfirm.com
STEVEN N. WILLIAMS (SBN 175489)
swilliams@saverilawfirm.com
CADIO ZIRPOLI (SBN 179108)
czirpoli@saverilawfirm.com
ELISSA A. BUCHANAN (SBN 249996)
eabuchanan@saverilawfirm.com
TRAVIS MANFREDI (SBN 281779)
tmanfredi@saverilawfirm.com
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: +1 415 500 6800
Facsimile: +1 415 395 9940

MATTHEW BUTTERICK (SBN 250953)
mb@buttericklaw.com
1920 Hillcrest Avenue, #406
Los Angeles, CA 90027
Telephone: +1 323 968 2632
Facsimile: +1 415 395 9940

*Attorneys for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                            Defendants.<br><br>AND CONSOLIDATED ACTION | Case Nos.  4:22-cv-06823-JST<br>                   4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE**<br><br>Date: February 6, 2024 |

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

*Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, L.L.C., OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C.*

Pursuant to Northern District of California Local Rule 6-1, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on January 24, 2024, Plaintiffs Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 (the "Plaintiffs") filed a Second Amended Complaint (the "SAC," ECF No. 198) against Defendants GitHub, Inc.; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund Management, L.L.C.; OpenAI, L.L.C.; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Investment LLC; OpenAI Startup Fund SPV I, L.P.; and OpenAI Startup Fund SPV GP I, L.L.C.[1] in the above-captioned consolidated action (the "Action");

WHEREAS, Defendants apart from OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. were served on January 24, 2024;

WHEREAS, apart from OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C, Defendants' responses to the SAC are currently due February 7, 2024;

WHEREAS, Defendants OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. were served on February 2, 2024;

WHEREAS, the current deadline for Defendants OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC,

---

[1] GitHub, Inc. is referred to as "GitHub." Microsoft Corporation is referred to as "Microsoft." OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund Management, L.L.C.; OpenAI, L.L.C.; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Investment LLC; OpenAI Startup Fund SPV I, L.P.; and OpenAI Startup Fund SPV GP I, L.L.C. are referred to herein as "OpenAI Defendants." GitHub, Microsoft, and OpenAI Defendants are referred to herein as "Defendants."

1 | OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C to respond to the
2 | SAC is February 23, 2023;
3 |   WHEREAS, Defendants in the Action have not filed any responses to the SAC;
4 |   WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a
5 | Court order, to extend the time within which to answer or otherwise respond to the complaint" so
6 | long as "the change will not alter the date of any event or any deadline already fixed by Court
7 | order";
8 |   WHEREAS, Civil Local Rule 6-1(b) permits the parties to stipulate to enlarge or shorten
9 | the deadline for papers, other than an initial response to a complaint, required to be filed with the
10 | Court;
11 |   WHEREAS, the parties have conferred and agreed to an extension of the deadline for
12 | Defendants to move or otherwise respond to the SAC;
13 |   WHEREAS, the parties have conferred and agreed to a briefing schedule in the event
14 | Defendants move to dismiss the SAC;
15 |   WHEREAS, there has not been an extension for the filing of responsive pleadings to the
16 | SAC;
17 |   WHEREAS, an extension of the deadline to respond to the SAC will not alter the date of
18 | any event or deadline already fixed by Court order; and,
19 |   WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;
20 |   NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and
21 | agree pursuant to Local Rule 6-1(a) that Defendants' deadline to respond to the SAC shall be
22 | February 28, 2024.
23 |   NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and
24 | agree, subject to the approval of the Court:
25 |   1. Plaintiffs' oppositions to any motion(s) filed by Defendants in response to the SAC
26 |     shall be due March 27, 2024.
27 |   2. Defendants' replies to any such motions shall be due April 10, 2024.
28 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
JON S. TIGAR
United States District Judge

Dated: February 6, 2024

ORRICK, HERINGTON & STUCLIFFE LLP

By: */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for GitHub, Inc. and Microsoft Corporation

Dated: February 6, 2024

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
JOSEPH C. GRATZ

Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, L.L.C., OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C.

Dated: February 6, 2024

JOSEPH SAVERI LAW FIRM, LLP

By: */s/ Joseph R. Saveri*
JOSEPH R. SAVERI

Attorneys for Individual and Representative Plaintiffs and the Proposed Class

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 6, 2024                                  /s/ *Joseph C. Gratz*
                                                                            Joseph C. Gratz