| | |
|---|---|
| ANNETTE L. HURST (SBN 148738) | JOSEPH R. SAVERI (SBN 130064) |
| ahurst@orrick.com | jsaveri@saverilawfirm.com |
| DANIEL D. JUSTICE (SBN 291907) | STEVEN N. WILLIAMS (SBN 175489) |
| djustice@orrick.com | swilliams@saverilawfirm.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | CADIO ZIRPOLI (SBN 179108) |
| The Orrick Building | czirpoli@saverilawfirm.com |
| 405 Howard Street | ELISSA A. BUCHANAN (SBN 249996) |
| San Francisco, CA 94105-2669 | eabuchanan@saverilawfirm.com |
| Telephone: +1 415 773 5700 | TRAVIS MANFREDI (SBN 281779) |
| Facsimile: +1 415 773 5759 | tmanfredi@saverilawfirm.com |
| | JOSEPH SAVERI LAW FIRM, LLP |
| WILLIAM W. OXLEY (SBN 136793) | 601 California Street, Suite 1000 |
| woxley@orrick.com | San Francisco, CA 94108 |
| ALYSSA M. CARIDIS (SBN 260103) | Telephone: +1 415 500 6800 |
| acaridis@orrick.com | Facsimile: +1 415 395 9940 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 355 S. Grand Avenue | MATTHEW BUTTERICK (SBN 250953) |
| Los Angeles, CA 90071 | mb@butterickllaw.com |
| Telephone: +1 213 629 2020 | 1920 Hillcrest Avenue, #406 |
| Facsimile: +1 213 612 2499 | Los Angeles, CA 90027 |
| | Telephone: +1 323 968 2632 |
| *Attorneys for GitHub, Inc. and Microsoft Corporation* | Facsimile: +1 415 395 9940 |
| | *Attorneys for Individual and Representative Plaintiffs and the Proposed Class* |
| [Additional Counsel Listed on Next Page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                     Defendants.<br><br>AND CONSOLIDATED ACTION | Case Nos.  4:22-cv-06823-JST<br>                     4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE**<br><br>Date: February 6, 2024 |

1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
3  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
4  JOYCE C. LI (CA SBN 323820)
   JoyceLi@mofo.com
5  MELODY E. WONG (CA SBN 341494)
   MelodyWong@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street,
7  San Francisco, California  94105-2482
   Telephone:       415.268.7000
8  Facsimile:       415.268.7522

9  ALLYSON R. BENNETT (SBN 302090)
   ABennett@mofo.com
10 ROSE S. LEE (SBN 294658)
   RoseLee@mofo.com
11 ALEXANDRA M. WARD (SBN 318042)
   AlexandraWard@mofo.com
12 MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
13 Los Angeles, California 90017-3543
   Telephone:       (213) 892-5200
14 Facsimile:       (213) 892-5454

15 *Attorneys for OpenAI, Inc., OpenAI, L.P.,
   OpenAI OpCo, L.L.C., OpenAI GP, L.L.C.,*
16 *OpenAI Startup Fund GP I, L.L.C., OpenAI
   Startup Fund I, L.P., OpenAI Startup Fund*
17 *Management, L.L.C., OpenAI, L.L.C.,
   OpenAI Global, LLC, OAI Corporation,*
18 *OpenAI Holdings, LLC, OpenAI HoldCo,
   LLC, OpenAI Investment LLC, OpenAI*
19 *Startup Fund SPV I, L.P., and OpenAI
   Startup Fund SPV GP I, L.L.C.*

20

21

22

23

24

25

26

27

28

STIP. AND [~~PROPOSED~~] ORDER
FOR BRIEFING SCHEDULE
Nos. 4:22-cv-06823-JST  |  4:22-cv-07074-JST

Pursuant to Northern District of California Local Rule 6-1, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on January 24, 2024, Plaintiffs Doe 1, Doe 2, Doe 3, Doe 4, and Doe 5 (the "Plaintiffs") filed a Second Amended Complaint (the "SAC," ECF No. 198) against Defendants GitHub, Inc.; Microsoft Corporation; OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund Management, L.L.C.; OpenAI, L.L.C.; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Investment LLC; OpenAI Startup Fund SPV I, L.P.; and OpenAI Startup Fund SPV GP I, L.L.C.[1] in the above-captioned consolidated action (the "Action");

WHEREAS, Defendants apart from OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. were served on January 24, 2024;

WHEREAS, apart from OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C, Defendants' responses to the SAC are currently due February 7, 2024;

WHEREAS, Defendants OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. were served on February 2, 2024;

WHEREAS, the current deadline for Defendants OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC,

---

[1] GitHub, Inc. is referred to as "GitHub." Microsoft Corporation is referred to as "Microsoft." OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund Management, L.L.C.; OpenAI, L.L.C.; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Investment LLC; OpenAI Startup Fund SPV I, L.P.; and OpenAI Startup Fund SPV GP I, L.L.C. are referred to herein as "OpenAI Defendants."  GitHub, Microsoft, and OpenAI Defendants are referred to herein as "Defendants."

OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C to respond to the SAC is February 23, 2023;

WHEREAS, Defendants in the Action have not filed any responses to the SAC;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Civil Local Rule 6-1(b) permits the parties to stipulate to enlarge or shorten the deadline for papers, other than an initial response to a complaint, required to be filed with the Court;

WHEREAS, the parties have conferred and agreed to an extension of the deadline for Defendants to move or otherwise respond to the SAC;

WHEREAS, the parties have conferred and agreed to a briefing schedule in the event Defendants move to dismiss the SAC;

WHEREAS, there has not been an extension for the filing of responsive pleadings to the SAC;

WHEREAS, an extension of the deadline to respond to the SAC will not alter the date of any event or deadline already fixed by Court order; and,

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses;

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree pursuant to Local Rule 6-1(a) that Defendants' deadline to respond to the SAC shall be February 28, 2024.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court:

1. Plaintiffs' oppositions to any motion(s) filed by Defendants in response to the SAC shall be due March 27, 2024.

2. Defendants' replies to any such motions shall be due April 10, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | | |
|---|---|---|
| 1 | DATED: February 8, 2024 | [signature] |
| 2 | | JON S. TIGAR |
| | | United States District Judge |

Dated: February 6, 2024

ORRICK, HERINGTON & STUCLIFFE LLP

By: */s/ Annette L. Hurst*
ANNETTE L. HURST
Attorneys for GitHub, Inc. and Microsoft Corporation

Dated: February 6, 2024

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
JOSEPH C. GRATZ

Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, L.L.C., OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C.

Dated: February 6, 2024

JOSEPH SAVERI LAW FIRM, LLP

By:  */s/ Joseph R. Saveri*
JOSEPH R. SAVERI

Attorneys for Individual and Representative Plaintiffs and the Proposed Class

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 6, 2024                                   /s/ *Joseph C. Gratz*
                                                                            Joseph C. Gratz