1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  DANIEL D. JUSTICE (SBN 291907)
   djustice@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
5  Facsimile:    +1 415 773 5759

6  WILLIAM W. OXLEY (SBN 136793)
   woxley@orrick.com
7  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Avenue
9  Los Angeles, CA 90071
   Telephone:    +1 213 629 2020
10 Facsimile:    +1 213 612 2499

11 *Attorneys for GitHub, Inc. and Microsoft Corporation*

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

15

16 J. DOE 1, et al.,                          | Case No. 4:22-cv-6823-JST
                                              | Consolidated w/ Case No. 4:22-cv-7074-JST
17        Individual and
          Representative Plaintiffs,          | **DEFENDANTS GITHUB AND
18                                            | MICROSOFT'S LOCAL RULE 79-5(f)
      v.                                      | ADMINISTRATIVE MOTION TO
19                                            | CONSIDER WHETHER ANOTHER
   GITHUB, INC., et al.,                      | PARTY'S MATERIAL SHOULD BE
20                                            | SEALED**
          Defendants.
21                                            | Date:         May 16, 2024
                                              | Time:         2:00 p.m.
22 ───────────────────────────               | Courtroom:    6, 2d Floor
                                              | Judge:        Hon. Jon S. Tigar
23 AND CONSOLIDATED ACTION
                                              | Second Amended Complaint Filed:  January 25,
24                                            | 2024

25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), GitHub and Microsoft hereby move to file

2  under seal portions of Defendants GitHub and Microsoft's Motion to Dismiss Portions of the

3  Second Amended Complaint in Consolidated Actions, because Plaintiffs have asserted that such

4  information should be under seal.  ECF No. 197.  In support of this request, GitHub and

5  Microsoft submit attached hereto, a copy of their Motion to Dismiss with highlighted portions

6  indicating the information subject to this request to seal and a proposed order.

7    Specifically, GitHub and Microsoft seek an order sealing the following information that

8  Plaintiffs assert should be under seal:

9

| Portion to be Sealed | Basis for Sealing Document or Portions Thereof |
| --- | --- |
| Highlighted portions of GitHub and Microsoft's Motion to Dismiss Portions of the Second Amended Complaint in Consolidated Actions | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |

13    The only purpose for this sealing request is to observe Plaintiffs' request for sealing until

14  such time as the propriety of the designation is fully adjudicated.  GitHub and Microsoft object to

15  the designations and to maintaining the redacted portions under seal.

Dated: February 28, 2024                                    Orrick, Herrington & Sutcliffe LLP


By: _____ */s/ Annette L. Hurst*
                                    ANNETTE L. HURST
                                    Attorneys for Defendants
                                    GitHub, Inc. and Microsoft Corp.