1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al., | Case No. 4:22-cv-06823-JST |
| Plaintiffs, | Case No. 4:22-cv-07074-JST |
| v. | Hon. Jon S. Tigar |
| GITHUB, INC., et al., | **CLASS ACTION** |
| Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., AND OPENAI STARTUP FUND SPV GP I, L.L.C.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting OpenAI's
Motion to Dismiss
Case No. 4:22-cv-0623-JST

1    Having considered the papers submitted and arguments presented in support of and in

2    opposition to Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP,

3    L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI

4    STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI

5    CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI

6    INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND

7    SPV GP I, L.L.C. (hereinafter "OpenAI") Motion to Dismiss, the Court finds that Plaintiffs'

8    Second Amended Complaint fails to state a claim against OpenAI for violations of the DMCA

9    and breach of contract.  The Court hereby GRANTS OpenAI Entities' Motion to Dismiss and

10   dismisses those claims with prejudice.

11

12

13       **IT IS SO ORDERED.**

14

15   Dated: _____

16

17

18                                            _____
                                             Honorable Jon S. Tigar
19                                            United States District Court Judge

20

21

22

23

24

25

26

27

28