UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1 and J. DOE 2, et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Github, Inc., et al, , <br><br> Defendant(s). | Case No. 4:22-cv-06823-JST <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Eric K. Nikolaides, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See attached schedule in the above-entitled action. My local co-counsel in this case is Joseph C. Gratz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 240676.

Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019
MY ADDRESS OF RECORD

Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-336-4061
MY TELEPHONE # OF RECORD

415-268-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

enikolaides@mofo.com
MY EMAIL ADDRESS OF RECORD

JGratz@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6079388.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: 2/29/2024                                         Eric K. Nikolaides
                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eric K. Nikolaides is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

List of parties

OpenAI, Inc., OpenAI L.P., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC