MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522
[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I,
L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP
FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL,
LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI
HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP
FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>       Plaintiffs,<br><br>     v.<br><br>GITHUB, INC., MICROSOFT<br>CORPORATION, OPENAI, INC., et al.,<br><br>       Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**NOTICE OF WITHDRAWAL AS<br>COUNSEL OF RECORD** |

1 | ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
2 | ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
3 | ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
4 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard
5 | Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
6 | Facsimile:      (213) 892-5454

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AS COUNSEL
OF RECORD
CASE NO. 4:22-CV-0623-JST

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that attorney Michael A. Jacobs of the law firm Morrison &

3    Foerster LLP withdraws his appearance as counsel for Defendants OPENAI, INC., OPENAI,

4    L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C.,

5    OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC,

6    OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS,

7    LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND

8    SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C. ("the OpenAI Defendants") in the

9    above-captioned case. Mr. Jacobs is leaving the law firm Morrison & Foerster LLP. I and other

10   attorneys of record at Morrison & Foerster LLP will continue to represent the OpenAI Defendants

11   in this case.

12   OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI

13   STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND

14   MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION,

15   OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC,

16   OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.

17   respectfully requests that Michael A. Jacobs be removed from the Court's service list in this

18   matter. Copies of all pleadings and notices pertaining to the above-entitled matter should continue

19   to be forwarded to all other attorneys of record for OPENAI, INC., OPENAI, L.P., OPENAI

20   OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI

21   STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI,

22   L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI

23   HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., and

24   OPENAI STARTUP FUND SPV GP I, L.L.C.

25

26

27

28

1   Dated: February 29, 2024                MORRISON & FOERSTER LLP

2

3                                           By: /s/ Rose S. Lee
                                                ROSE S. LEE
4
                                            MICHAEL A. JACOBS
5                                           MJacobs@mofo.com
                                            JOSEPH C. GRATZ
6                                           JGratz@mofo.com
                                            TIFFANY CHEUNG
7                                           TCheung@mofo.com
                                            MELODY E. WONG
8                                           MelodyWong@mofo.com
                                            MORRISON & FOERSTER LLP
9                                           425 Market Street
                                            San Francisco, California  94105-2482
10                                          Telephone:   (415) 268-7000
                                            Facsimile:   (415) 268-7522
11
                                            ALLYSON R. BENNETT
12                                          ABennett@mofo.com
                                            ROSE S. LEE
13                                          RoseLee@mofo.com
                                            ALEXANDRA M. WARD
14                                          AlexandraWard@mofo.com
                                            MORRISON & FOERSTER LLP
15                                          707 Wilshire Boulevard
                                            Los Angeles, California 90017-3543
16                                          Telephone:   (213) 892-5200
                                            Facsimile:   (213) 892-5454
17
                                            Attorneys for Defendants OPENAI, INC.,
18                                          OPENAI, L.P., OPENAI OPCO, L.L.C.,
                                            OPENAI GP, L.L.C., OPENAI STARTUP
19                                          FUND GP I, L.L.C., OPENAI STARTUP
                                            FUND I, L.P., OPENAI STARTUP FUND
20                                          MANAGEMENT, LLC, OPENAI, L.L.C.,
                                            OPENAI GLOBAL, LLC, OAI
21                                          CORPORATION, OPENAI HOLDINGS,
                                            LLC, OPENAI HOLDCO, LLC, OPENAI
22                                          INVESTMENT LLC, OPENAI STARTUP
                                            FUND SPV I, L.P., and OPENAI STARTUP
23                                          FUND SPV GP I, L.L.C.

24

25

26

27

28

NOTICE OF WITHDRAWAL AS COUNSEL
OF RECORD
CASE NO. 4:22-CV-0623-JST