JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

[CAPTION PAGE CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI GP, L.L.C.,
OPENAI STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., OPENAI STARTUP
FUND MANAGEMENT, LLC, and OPENAI OPCO,
L.L.C.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1 and J. DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company; OPENAI OPCO, L.L.C., a Delaware limited liability company,<br><br>Defendants. | **Case Nos. 4:22-cv-06823-JST**<br>**4:22-cv-07074-JST**<br><br>Hon. Jon S. Tigar<br><br>**NOTICE OF APPEARANCE BY MAX I. LEVY** |

NOTICE OF APPEARANCE
Case Nos. 4:22-cv-06823-JST
       4:22-cv-07074-JST

ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Max I. Levy of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Max I. Levy
> MORRISON & FORESTER LLP
> 755 Page Mill Road
> Palo Alto, California 94304-1018
>
> Telephone:  650.813.5600
> Facsimile:   650.494.0792
> Email:        MLevy@mofo.com

Dated: March 1, 2024

MORRISON & FOERSTER LLP

By:  */s/ Max I. Levy*
     Max I. Levy

Attorneys for Defendants
OPENAI, INC., OPENAI L.P., OPENAI G.P., L.L.C., OPENAI STARTUP FUND GP I., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

NOTICE OF APPEARANCE
Case Nos. 4:22-cv-06823-JST
                4:22-cv-07074-JST

1