UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-06823-JST<br><br>**ORDER REGARDING MOTION FOR RECONSIDERATION**<br><br>Re: ECF No. 218 |

Plaintiffs have filed a motion for leave to file motion for reconsideration of the Court's prior motion to dismiss order. ECF No. 218. So that the Court can fully consider the motion, the Court hereby orders Defendants to file an opposition to the motion by March 15, 2024.

The motion will be taken under submission without oral argument unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: March 4, 2024



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California