1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  JOYCE C. LI (CA SBN 323820)
   JoyceLi@mofo.com
4  MELODY ELLEN WONG (CA SBN 341494)
   MelodyWong@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street,
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:     415.268.7522
   [CAPTION CONTINUED ON NEXT PAGE]
8
   Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI
9  OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I,
   L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP
10 FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL,
   LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI
11 HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP
   FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| J. DOE 1, et al., | Case No. 4:22-cv-06823-JST |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| GITHUB, INC., MICROSOFT CORPORATION, OPENAI, INC., et al., | |
| Defendants. | |

NOTICE OF APPEARANCE / CASE NO. 4:22-cv-0623-JST
sf-5680457

1  ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
2  ROSE S. LEE (CA SBN 294658)
   RoseLee@mofo.com
3  ALEXANDRA M. WARD (CA SBN 318042)
   AlexandraWard@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:   (213) 892-5454+

7  MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
8  MORRISON & FORESTER LLP
   755 Page Mill Road
9  Palo Alto, CA 94304-1018
   Telephone:  (650) 813-5600
10 Facsimile:   (650) 494-0792

11 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
12 MORRISON & FORESTER LLP
   250 West 55th Street
13 New York, NY 10019-9601
   Telephone:  (212) 468-8000
14 Facsimile:   (212) 468-7900

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Vera Ranieri of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI Holdco, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. in the above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

>   Vera Ranieri (SBN 271594)
>   MORRISON & FORESTER LLP
>   425 Market Street
>   San Francisco, California 94105-2482
>   Telephone: 415.268.7000
>   Facsimile: 415.268.7522
>   Email: vranieri@mofo.com

Dated: March 13, 2024                                   MORRISON & FOERSTER LLP

                                                        By:  /s/ Vera Ranieri
                                                             VERA RANIERI

                                                        *Attorneys for Defendants*
                                                        Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.