| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>*Please use one form per court reporter.*<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Chris Meier | **2a. CONTACT PHONE NUMBER**<br>(415) 268-6052 | **3. CONTACT EMAIL ADDRESS**<br>cmeier@mofo.com |
| **1b. ATTORNEY NAME (if different)**<br>Rose S. Lee | **2b. ATTORNEY PHONE NUMBER**<br>(213) 892-5355 | **3. ATTORNEY EMAIL ADDRESS**<br>roselee@mofo.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543

**5. CASE NAME:** DOE 1, et al. v. GitHub, Inc., et al

**6. CASE NUMBER:** 4:22-cv-06823

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→** ☑ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/22/2024 | JST | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Rose S. Lee

**12. DATE:** 03/27/2024