1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. DOE 1, et al.,

        Plaintiffs,

    v.

GITHUB, INC., et al.,

        Defendants.

Case No. 22-cv-06823-JST

**ORDER DENYING MOTION FOR LEAVE TO APPEAR IN PRO HAC VICE**

Re: ECF No. 236

Margaux Poueymirou has moved to file an application to be admitted pro hac vice. ECF No. 236. The motion is denied because it appears that the applicant resides in California and has not demonstrated that the exceptions apply. *See* Civil L.R. 11-3(b).

**IT IS SO ORDERED.**

Dated: April 2, 2024



_____
JON S. TIGAR
United States District Judge