```
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
```
**JOSEPH SAVERI LAW FIRM, LLP**
```
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
```

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case No. 4:22-cv-06823-JST<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Travis Manfredi is no longer an attorney at the Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Plaintiffs J. Doe 1, et al. and the Proposed Class. Travis Manfredi should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to counsel of record.

Dated: April 5, 2024

Respectfully Submitted,

By:     /s/ Joseph R. Saveri
                Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

Case No. 4:22-cv-06823-JST                                1
NOTICE OF WITHDRAWAL OF COUNSEL