Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:        jsaveri@saverilawfirm.com
                   czirpoli@saverilawfirm.com
                   cyoung@saverilawfirm.com
                   eabuchanan@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>            Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                                          Defendants. | Case No. 4:22-cv-06823-JST<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for J. Doe 1, et al. and the Proposed Class, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

> 601 California Street, Suite 1505
> San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 5, 2024

Respectfully Submitted,

By: */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*