1  ANNETTE L. HURST (SBN 148738)
   ahurst@orrick.com
2  DANIEL D. JUSTICE (SBN 291907)
   djustice@orrick.com
3  Orrick, Herrington & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
5  Facsimile:   +1 415 773 5759

6  WILLIAM W. OXLEY (SBN 136793)
   woxley@orrick.com
7  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Avenue
9  Los Angeles, CA 90071
   Telephone:   +1 213 629 2020
10 Facsimile:   +1 213 612 2499

11 *Attorneys for GitHub, Inc. and Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., et al.,<br><br>　　Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br><br>Consolidated with Case No. 4:22-cv-7074-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GITHUB AND MICROSOFT'S LOCAL RULE 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:　　　April 25, 2024<br>Time:　　　2:00 p.m.<br>Courtroom:　6, 2d Floor<br>Judge:　　　Hon. Jon S. Tigar<br><br>Amended Complaint Filed: January 25, 2024 |

Before the Court is GitHub and Microsoft's Local Rule 79-5(f) Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). The Administrative Motion seeks to file under seal portions of Defendants GitHub and Microsoft's Reply in Support of Their Motion to Dismiss Portions of the Second Amended Complaint in Consolidated Actions, because Plaintiffs have asserted that such information should be under seal. ECF No. 197. Accordingly, GitHub and Microsoft may file such material under seal pursuant to Local Rule 79-5(f) until such time as the propriety of the designation is fully adjudicated, and the Administrative Motion is GRANTED.

**IT IS HEREBY ORDERED** that counsel for GitHub and Microsoft may file under seal the following information that Plaintiffs have sought to maintain under seal:

| Portion to be Sealed | Basis for Sealing Document or Portions Thereof |
|---|---|
| Highlighted portions of GitHub and Microsoft's Reply in Support of Their Motion to Dismiss Portions of the Second Amended Complaint in Consolidated Actions | The highlighted portions reflect information that Plaintiffs have asserted should be under seal. |

**IT IS SO ORDERED.**

DATED: _____              _____
                                       JON S. TIGAR
                                       United States District Judge