ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:  +1 213 629 2020
Facsimile:  +1 213 612 2499

Attorneys for GitHub, Inc. and Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br>Consolidated w/ Case No. 4:22-cv-7074-JST<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:      May 16, 2024<br>Time:     2:00 p.m.<br>Courtroom: 6<br>Judge:    Hon. Jon S. Tigar<br><br>**Second Amended Complaint Filed:**<br>January 25, 2024 |

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, CA 92614.

On April 10, 2024, I served the foregoing documents described as:

**DEFENDANTS GITHUB AND MICROSOFT'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PORTIONS OF THE SECOND AMENDED COMPLAINT IN CONSOLIDATED ACTIONS [UNREDACTED]**

upon the interested parties in this action as follows:

☐ (BY MAIL) I caused copies of the foregoing document(s) to be placed in a sealed envelope addressed as set forth below. Each such envelope was placed for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒ (BY EMAIL) By transmitting a true pdf copy of the foregoing document(s) by e-mail transmission from lsowell@orrick.com to the interested parties at the e-mail address(es) set forth below. Said transmission(s) were completed on the aforesaid date, and there were no errors reported in the transmission process.

☐ (BY OVERNIGHT DELIVERY) I caused to be deposited in a box or other facility regularly maintained by Federal Express, a true copy of the foregoing document(s) in a sealed envelope or package designated by Federal Express, addressed as set forth below, with fees for overnight delivery paid or provided for.

| | |
|---|---|
| Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>Cadio Zirpoli<br>czirpoli@saverilawfirm.com<br>Elissa A. Buchanan<br>eabuchanan@saverilawfirm.com<br>William Castillo Guardado<br>wcastillo@saverilawfirm.com<br>Christopher Kar-Lun Young<br>cyoung@saverilawfirm.com<br>Louis A. Kessler<br>lkessler@saverilawfirm.com<br>Holden Benon<br>hbenon@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br><br>**SERVICE LIST CONTINUED ON NEXT PAGE** | *Attorneys for Individual and Representative Plaintiffs and the Proposed Class* |

| | |
|---|---|
| Matthew Butterick<br>mb@butaricklaw.com<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027 | *Attorney for Individual and Representative Plaintiffs and the Proposed Class* |
| Michael A. Jacobs<br>MJacobs@mofo.com<br>Joseph C. Gratz<br>JGratz@mofo.com<br>Tiffany Cheung<br>TCheung@mofo.com<br>Melody Ellen Wong<br>melodywong@mofo.com<br>Joyce C. Li<br>JoyceLi@mofo.com<br>Vera Ranieri<br>vranieri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | *Attorneys for Defendants OPENAI, Inc.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI OPCO, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; OPENAI STARTUP FUND MANAGEMENT, LLC* |
| Rose S. Lee<br>RoseLee@mofo.com<br>Allyson Roz Bennett<br>Abennett@mofo.com<br>Alexandra Marie Ward<br>alexandraward@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543 | *Attorneys for Defendants OPENAI, Inc.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI OPCO, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; OPENAI STARTUP FUND MANAGEMENT, LLC* |
| Eric K. Nikolaides (admitted pro hac vice)<br>enikolaides@mofo.com<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019 | *Attorneys for Defendants OPENAI, Inc.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI OPCO, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; OPENAI STARTUP FUND MANAGEMENT, LLC* |
| Max I. Levy<br>MLevy@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018 | *Attorneys for Defendants OPENAI, Inc.; OPENAI, L.P.; OPENAI GP, L.L.C.; OPENAI OPCO, L.L.C.; OPENAI STARTUP FUND GP I, L.L.C.; OPENAI STARTUP FUND I, L.P.; OPENAI STARTUP FUND MANAGEMENT, LLC* |

//

//

1 | I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 10, 2024, at Eastvale, California.

*Linda Sowell*
_____
Linda Sowell