JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., MICROSOFT CORPORATION, OPENAI, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO THE JOINT DISCOVERY LETTER (ECF NO. 248)** |

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

Pursuant to Local Rule 7-3(d), Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. ("OpenAI Defendants") hereby notify the Court of newly issued authority relevant to the Parties' joint discovery letter filed on April 18, 2024 (ECF No. 248). On May 7, 2024, the United States District Court for the Northern District of California issued an order granting in part and denying in part Plaintiffs' motion to compel interrogatory responses. *In re OpenAI ChatGPT Litigation*, No. 23-cv-03223-AMO (RMI), ECF No. 138 (N.D. Cal. May 7, 2024). In pertinent part, the Court denied Plaintiffs' request to compel "information about individuals and entities who possess or have possessed stock or ownership interests in OpenAI greater than five percent" after concluding that "this discovery appears to be more in the nature of a fishing expedition based on suspicion and assumption rather than a request for discoverable material premised on concrete facts and assertions." *Id.* at 3-4. Specifically, the Court found that "[t]he asserted basis for compelling this discovery appears to be purely speculative – as does the contention that the identities of these shareholders would help Plaintiffs 'understand the Defendants' corporate relationship and structure of relationship.'" *Id.* at 4. A true and correct copy of the decision is attached as **Exhibit A**.

Dated: May 8, 2024

MORRISON & FOERSTER LLP

*/s/ Allyson R. Bennett*
BY: ALLYSON R. BENNETT

JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

| | |
|---|---|
| 1 | ALLYSON R. BENNETT |
|   | ABennett@mofo.com |
| 2 | ROSE S. LEE |
|   | RoseLee@mofo.com |
| 3 | ALEXANDRA M. WARD |
|   | AlexandraWard@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 707 Wilshire Boulevard |
| 5 | Los Angeles, California 90017-3543 |
|   | Telephone:   (213) 892-5200 |
| 6 | Facsimile:   (213) 892-5454 |
| 7 | MAX I. LEVY |
|   | MLevy@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 9 | Palo Alto, CA 94304-1018 |
|   | Telephone:   (650) 813-5600 |
| 10 | Facsimile:   (650) 494-0792 |
| 11 | ERIC K. NIKOLAIDES (*pro hac vice*) |
|   | ENikolaides@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
|   | 250 West 55th Street |
| 13 | New York, NY 10019-9601 |
|   | Telephone:   (212) 468-8000 |
| 14 | Facsimile:   (212) 468-7900 |
| 15 | Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C. |

sf-5944862