JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI INVESTMENT LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., MICROSOFT CORPORATION, OPENAI, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO THE JOINT DISCOVERY LETTER (ECF NO. 248)** |

1 | ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
2 | ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
3 | ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
4 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard
5 | Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
6 | Facsimile:    (213) 892-5454

7 | MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
8 | MORRISON & FOERSTER LLP
755 Page Mill Road
9 | Palo Alto, CA 94304-1018
Telephone:   (650) 813-5600
10 | Facsimile:    (650) 494-0792

11 | ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
12 | MORRISON & FOERSTER LLP
250 West 55th Street
13 | New York, NY 10019-9601
Telephone:   (212) 468-8000
14 | Facsimile:    (212) 468-7900

DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY  CASE NO.
4:22-CV-0623-JST

Pursuant to Local Rule 7-3(d), Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund Management, LLC, OpenAI, L.L.C., OpenAI Global, LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI HoldCo, LLC, OpenAI Investment LLC, OpenAI Startup Fund SPV I, L.P., and OpenAI Startup Fund SPV GP I, L.L.C. ("OpenAI Defendants") hereby notify the Court of additional authority relevant to the Parties' joint discovery letter filed on April 18, 2024 (ECF No. 248).  On May 14, 2024, the United States District Court for the Northern District of California issued an order denying Plaintiffs' motion to compel production of documents.  *In re OpenAI ChatGPT Litigation*, No. 23-cv-03223-AMO (RMI), ECF No. 140 (N.D. Cal. May 14, 2024).  The Court denied Plaintiffs' request to compel production of "all documents and communications that were produced by the defendants in *Authors Guild et al. v. OpenAI Inc. et al.*, No. 1:23-cv-8292 (S.D.N.Y.)" because "Plaintiffs [had] not even identified or described any documents or communications (or even any categories of documents or communications) that have been produced in *Authors Guild* but not produced in this case – let alone established their relevance and proportionality to the claims and defenses in this case." *Id.* at 1, 3.  The Court found that Plaintiffs' "failure to identify or describe the allegedly missing discovery that Plaintiffs wish to compel is demonstrative of the fact that they have not met their burden of showing relevance and proportionality." *Id.* at 2.  Further, the Court explained that "Rule 37 requires that Plaintiffs identify specific discovery requests at issue in their motion," rather than simply moving to compel "all documents and communications" produced in another matter.  *Id.*  A true and correct copy of the decision is attached as **Exhibit A**.

| | | |
|---|---|---|
| 1 | Dated: June 27, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *Allyson R. Bennett* |
| 4 | | Allyson R. Bennett |

JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ALLYSON R. BENNETT
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

MAX I. LEVY
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS,

1  LLC, OPENAI HOLDCO, LLC, OPENAI
   INVESTMENT LLC, OPENAI STARTUP
2  FUND SPV I, L.P., and OPENAI STARTUP
   FUND SPV GP I, L.L.C.

DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY  Case No.    3
4:22-cv-0623-JST