Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            lkessler@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            wcastillo@saverilawfirm.com
            hbenon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:      mb@butioericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:     415 773 5700
Facsimile:     415-773-5759
Email:      ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

Allyson R. Bennett (CA SBN 302090)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
Email:      ABennett@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.;
OpenAI OpCo., LLC; OpenAI GP, L.L.C.;
OpenAI Startup Fund GP I, L.L.C.; OpenAI
Startup Fund I, L.P.; and OpenAI Startup Fund
Management, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al., <br><br>     Individual and Representative Plaintiffs, <br><br>     v. <br><br> GITHUB, INC., et al., <br><br>                    Defendants. | Case Nos.     4:22-cv-06823-JST <br>               4:22-cv-07074-JST <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING REDACTIONS TO ORDER ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

1    Pursuant to Northern District of California Local Rule 7-12, the parties in the above-captioned

2 action hereby stipulate and agree as follows:

3    WHEREAS, on June 24, 2024, the Court issued its Order (ECF No. 253) granting in part and

4 denying in part motions to dismiss filed by Defendants GitHub, Inc and Microsoft Corporation, and the

5 OpenAI Defendants;

6    WHEREAS, on June 24, 2024, the Court restricted public access to the Order and requested that

7 the parties propose any redactions to the Order;

8    **NOW THEREFORE,** the parties, through their undersigned counsel, hereby stipulate and agree

9 that no redactions are necessary to the Order at ECF No. 253.

10

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13 DATED: _____          _____

14                                                                JON S. TIGAR
                                                                 United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: July 1, 2024

By: _____/s/ Joseph R. Saveri_____
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                lkessler@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                wcastillo@saverilawfirm.com
                hbenon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:          mb@butericklaw.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: July 1, 2024

By:      */s/ Annette L. Hurst*
         Annette L. Hurst

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:    415 773 5700
Facsimile:     415-773-5759
Email:        ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

Dated: July 1, 2024

By:      */s/ Allyson R. Bennett*
         Allyson R. Bennett

Allyson R. Bennett (CA SBN 302090)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:     (213) 892-5454
Email:        ABennett@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: July 1, 2024                    By:    */s/ Joseph R. Saveri*
                                                       Joseph R. Saveri