Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               wcastillo@saverilawfirm.com
               hbenon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:     415 773 5700
Facsimile:     415-773-5759
Email:         ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

Allyson R. Bennett (State Bar No. 302090)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454
Email:         ABennett@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                                    Defendants. | Case Nos.     4:22-cv-06823-JST<br>                 4:22-cv-07074-JST<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT** |

Lead Case No. 4:22-cv-06823-JST

STIPULATION

Pursuant to Northern District of California Local Rule 6-1, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on June 24, 2024 the Court issued its Order (ECF No. 253) granting in part and denying in part motions to dismiss filed by Defendants GitHub, Inc and Microsoft Corporation, and the OpenAI Defendants;

WHEREAS, under Fed. R. Civ. P. 12(4)(A), Defendants' Answers to Plaintiffs' Second Amended Complaint are due on July 8, 2024; and

WHEREAS extending the deadline for Defendants' Answers to July 15, 2024 will not alter the date of any event or any deadline already fixed by Court order;

**NOW THEREFORE,** the parties, through their undersigned counsel, hereby stipulate and agree that Defendants' Answer to Plaintiff's Second Amended Complaint is due on July 15, 2024.

| | | |
|---|---|---|
| Dated: July 3, 2024 | By: | _/s/ Annette L. Hurst_ |
| | | Annette L. Hurst |

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:     415 773 5700
Facsimile:      415-773-5759
Email:            ahurst@orrick.com

_Counsel for GitHub, Inc. and Microsoft Corporation_

| | | |
|---|---|---|
| Dated: July 3, 2024 | By: | _/s/ Allyson R. Bennett_ |
| | | Allyson R. Bennett |

Allyson R. Bennett (State Bar No. 302090)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:      (213) 892-5454
Email:            ABennett@mofo.com

_Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC_

| | |
|---|---|
| Dated: July 3, 2024 | By:    */s/ Joseph R. Saveri*<br>       Joseph R. Saveri |

                                      Joseph R. Saveri (State Bar No. 130064)
                                      Cadio Zirpoli (State Bar No. 179108)
                                      Christopher K.L. Young (State Bar No. 318371)
                                      Louis A. Kessler (State Bar No. 243703)
                                      Elissa A. Buchanan (State Bar No. 249996)
                                      William W. Castillo Guardado (State Bar No. 294159)
                                      Holden Benon (State Bar No. 325847)
                                      **JOSEPH SAVERI LAW FIRM, LLP**
                                      601 California Street, Suite 1505
                                      San Francisco, California 94108
                                      Telephone:    (415) 500-6800
                                      Facsimile:     (415) 395-9940
                                      Email:          jsaveri@saverilawfirm.com
                                                          czirpoli@saverilawfirm.com
                                                          cyoung@saverilawfirm.com
                                                          lkessler@saverilawfirm.com
                                                          eabuchanan@saverilawfirm.com
                                                          wcastillo@saverilawfirm.com
                                                          hbenon@saverilawfirm.com

                                      *Counsel for Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: July 3, 2024                    By:   /s/ Allyson R. Bennett
                                                    Allyson R. Bennett