| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064) | Annette L. Hurst (State Bar No. 148738) |
| Cadio Zirpoli (State Bar No. 179108) | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| Christopher K.L. Young (State Bar No. 318371) | The Orrick Building |
| Louis A. Kessler (State Bar No. 243703) | 405 Howard Street |
| Elissa A. Buchanan (State Bar No. 249996) | San Francisco, CA 94105 |
| William W. Castillo Guardado (State Bar No. 294159) | Telephone:   415 773 5700 |
| Holden Benon (State Bar No. 325847) | Facsimile:   415-773-5759 |
| **JOSEPH SAVERI LAW FIRM, LLP** | Email:   ahurst@orrick.com |
| 601 California Street, Suite 1505 | |
| San Francisco, California 94108 | *Counsel for GitHub, Inc. and Microsoft Corporation* |
| Telephone:   (415) 500-6800 | |
| Facsimile:   (415) 395-9940 | Allyson R. Bennett (CA SBN 302090) |
| Email:   jsaveri@saverilawfirm.com | **MORRISON & FOERSTER LLP** |
|   czirpoli@saverilawfirm.com | 707 Wilshire Boulevard |
|   cyoung@saverilawfirm.com | Los Angeles, California 90017-3543 |
|   lkessler@saverilawfirm.com | Telephone: (213) 892-5200 |
|   eabuchanan@saverilawfirm.com | Facsimile: (213) 892-5454 |
|   wcastillo@saverilawfirm.com | Email:   ABennett@mofo.com |
|   hbenon@saverilawfirm.com | |
| | *Counsel for OpenAI, Inc.; OpenAI, L.P.;* |
| Matthew Butterick (State Bar No. 250953) | *OpenAI OpCo., LLC; OpenAI GP, L.L.C.;* |
| 1920 Hillhurst Avenue, #406 | *OpenAI Startup Fund GP I, L.L.C.; OpenAI* |
| Los Angeles, CA 90027 | *Startup Fund I, L.P.; and OpenAI Startup Fund* |
| Telephone:   (323) 968-2632 | *Management, LLC* |
| Facsimile:   (415) 395-9940 | |
| Email:   mb@butterticklaw.com | |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al., | Case Nos.   4:22-cv-06823-JST |
|   Individual and Representative Plaintiffs, |   4:22-cv-07074-JST |
| v. | |
| GITHUB, INC., et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING REDACTIONS TO ORDER ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
|   Defendants. | |

Lead Case No. 4:22-cv-06823-JST

Pursuant to Northern District of California Local Rule 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on June 24, 2024, the Court issued its Order (ECF No. 253) granting in part and denying in part motions to dismiss filed by Defendants GitHub, Inc and Microsoft Corporation, and the OpenAI Defendants;

WHEREAS, on June 24, 2024, the Court restricted public access to the Order and requested that the parties propose any redactions to the Order;

**NOW THEREFORE,** the parties, through their undersigned counsel, hereby stipulate and agree that no redactions are necessary to the Order at ECF No. 253.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 5, 2024

_____
JON S. TIGAR
United States District Judge

| | |
|---|---|
| Dated: July 1, 2024 | By:    */s/ Joseph R. Saveri*<br>         Joseph R. Saveri |

        Joseph R. Saveri (State Bar No. 130064)
        Cadio Zirpoli (State Bar No. 179108)
        Christopher K.L. Young (State Bar No. 318371)
        Louis A. Kessler (State Bar No. 243703)
        Elissa A. Buchanan (State Bar No. 249996)
        William W. Castillo Guardado (State Bar No. 294159)
        Holden Benon (State Bar No. 325847)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1505
        San Francisco, California 94108
        Telephone:    (415) 500-6800
        Facsimile:    (415) 395-9940
        Email:    jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                lkessler@saverilawfirm.com
                eabuchanan@saverilawfirm.com
                wcastillo@saverilawfirm.com
                hbenon@saverilawfirm.com

        Matthew Butterick (State Bar No. 250953)
        1920 Hillhurst Avenue, #406
        Los Angeles, CA 90027
        Telephone:    (323) 968-2632
        Facsimile:    (415) 395-9940
        Email:    mb@butterickllaw.com

        *Counsel for Plaintiffs and the Proposed Class*

---

Lead Case No. 4:22-cv-06823-JST         2
STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING REDACTIONS TO ORDER ON MOTION TO DISMISS SECOND AMENDED COMPLAINT

| | |
|---|---|
| Dated: July 1, 2024 | By:     /s/ Annette L. Hurst<br>            Annette L. Hurst |

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:     415 773 5700
Facsimile:      415-773-5759
Email:             ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

| | |
|---|---|
| Dated: July 1, 2024 | By:     /s/ Allyson R. Bennett<br>            Allyson R. Bennett |

Allyson R. Bennett (CA SBN 302090)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:      (213) 892-5454
Email:             ABennett@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: July 1, 2024                                By:      */s/ Joseph R. Saveri*
                                                                    Joseph R. Saveri