# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 7/11/2024 | **Time:** 1:12-1:32 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:22-cv-06823-JST | **Case Name:** DOE 1 v. GitHub, Inc., et al | |

**For Plaintiffs:**
Joseph Saveri

**For OpenAI Defendants:**
Allyson Bennett

**Deputy Clerk:** Ivy Lerma Garcia      **Recorded in Zoom:** 1:12-1:32

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Joint Discovery Letter Brief [Docket No. 248] held.

   For the reasons stated at the hearing, the court issued the following order on the parties' Joint Discovery Letter:

   Plaintiffs' motion to compel responses to Requests for Production Nos. 28-33 and Interrogatory No. 3 is denied because the requests are overbroad and Plaintiffs failed to articulate the relevance of the requested information. The court's order is without prejudice to Plaintiffs propounding new discovery requests that are more narrowly tailored to seek relevant information.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            ( )    Court

cc: Chambers