| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Louis A. Kessler (State Bar No. 243703)<br>Elissa A. Buchanan (State Bar No. 249996)<br>William W. Castillo Guardado (State Bar No. 294159)<br>Holden Benon (State Bar No. 325847)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone:   (415) 500-6800<br>Facsimile:   (415) 395-9940<br>Email:   jsaveri@saverilawfirm.com<br>        czirpoli@saverilawfirm.com<br>        cyoung@saverilawfirm.com<br>        lkessler@saverilawfirm.com<br>        eabuchanan@saverilawfirm.com<br>        wcastillo@saverilawfirm.com<br>        hbenon@saverilawfirm.com<br><br>Matthew Butterick (State Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone:   (323) 968-2632<br>Facsimile:   (415) 395-9940<br>Email:   mb@buttericklaw.com<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class* | Annette L. Hurst (State Bar No. 148738)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:   415 773 5700<br>Facsimile:   415-773-5759<br>Email:   ahurst@orrick.com<br><br>*Counsel for GitHub, Inc. and Microsoft Corporation*<br><br>Vera Ranieri (State Bar No. 271594)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:   415-268-7000<br>Facsimile:   415-268-7522<br>Email:   JGratz@mofo.com<br><br>*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>    Defendants. | Case Nos.   4:22-cv-06823-JST<br>            4:22-cv-07074-JST<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE ANSWERS TO SECOND AMENDED COMPLAINT** |

Lead Case No. 4:22-cv-06823-JST

STIPULATION

1  Pursuant to Northern District of California Local Rule 6-1, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on June 24, 2024 the Court issued its Order (ECF No. 253) granting in part and denying in part motions to dismiss filed by Defendants GitHub, Inc and Microsoft Corporation, and the OpenAI Defendants;

WHEREAS, under Fed. R. Civ. P. 12(4)(A), Defendants' Answers to Plaintiffs' Second Amended Complaint were originally due on July 8, 2024; and

WHEREAS the parties stipulated to a one-week extension of the deadline for Defendants' Answers to Plaintiffs' Second Amended Complaint to July 15, 2024 (ECF No. 257);

WHEREAS extending the deadline for Defendants' Answers to July 22, 2024 will not alter the date of any event or any deadline already fixed by Court order;

**NOW THEREFORE,** the parties, through their undersigned counsel, hereby stipulate and agree that Defendants' Answers to Plaintiffs' Second Amended Complaint are due on July 22, 2024.

| | | |
|---|---|---|
| Dated: July 15, 2024 | By: | /s/ Annette L. Hurst |
| | | Annette L. Hurst |

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415 773 5700
Facsimile:  415-773-5759
Email:  ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

| | | |
|---|---|---|
| Dated: July 15, 2024 | By: | /s/ Vera Ranieri |
| | | Vera Ranieri |

Vera Ranieri (State Bar No. 271594)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:  415-268-7000
Facsimile:  415-268-7522
Email:  JGratz@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

| | | |
|---|---|---|
| Dated: July 15, 2024 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    wcastillo@saverilawfirm.com
                    hbenon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: July 15, 2024                         By:      */s/ Annette L. Hurst*
                                                              Annette L. Hurst