Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    wcastillo@saverilawfirm.com
                    hbenon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>                          Defendants. | Case Nos.  4:22-cv-06823-JST<br>                  4:22-cv-07074-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OPENAI INVESTMENT LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Does 1 through 5 and the proposed class ("Plaintiffs"), hereby voluntarily dismiss without prejudice all claims in the above-captioned action as to Defendant OpenAI Investment LLC.

Dated: July 18, 2024  By:  */s/ Joseph R. Saveri*
　　　　　　　　　　　　　　　Joseph R. Saveri

　　　　　　　　　　　Joseph R. Saveri (State Bar No. 130064)
　　　　　　　　　　　Cadio Zirpoli (State Bar No. 179108)
　　　　　　　　　　　Christopher K.L. Young (State Bar No. 318371)
　　　　　　　　　　　Louis A. Kessler (State Bar No. 243703)
　　　　　　　　　　　Elissa A. Buchanan (State Bar No. 249996)
　　　　　　　　　　　William W. Castillo Guardado (State Bar No. 294159)
　　　　　　　　　　　Holden Benon (State Bar No. 325847)
　　　　　　　　　　　**JOSEPH SAVERI LAW FIRM, LLP**
　　　　　　　　　　　601 California Street, Suite 1505
　　　　　　　　　　　San Francisco, California 94108
　　　　　　　　　　　Telephone:　(415) 500-6800
　　　　　　　　　　　Facsimile:　(415) 395-9940
　　　　　　　　　　　Email:　　　jsaveri@saverilawfirm.com
　　　　　　　　　　　　　　　　　czirpoli@saverilawfirm.com
　　　　　　　　　　　　　　　　　cyoung@saverilawfirm.com
　　　　　　　　　　　　　　　　　lkessler@saverilawfirm.com
　　　　　　　　　　　　　　　　　eabuchanan@saverilawfirm.com
　　　　　　　　　　　　　　　　　wcastillo@saverilawfirm.com
　　　　　　　　　　　　　　　　　hbenon@saverilawfirm.com

　　　　　　　　　　　Matthew Butterick (State Bar No. 250953)
　　　　　　　　　　　1920 Hillhurst Avenue, #406
　　　　　　　　　　　Los Angeles, CA 90027
　　　　　　　　　　　Telephone:　(323) 968-2632
　　　　　　　　　　　Facsimile:　(415) 395-9940
　　　　　　　　　　　Email:　　　mb@buttericklaw.com

　　　　　　　　　　　*Counsel for Individual and Representative Plaintiffs and the Proposed Class*