JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I,
L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND
MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC,
OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI
HOLDCO, LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI
STARTUP FUND SPV GP I, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GITHUB, INC., MICROSOFT CORPORATION, OPENAI, INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT** |

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454+

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

1  Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.;

2 OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund

3 Management, LLC; OpenAI, L.L.C.; OpenAI Global, LLC ("OpenAI Global"); OAI Corporation

4 ("OAI"); OpenAI Holdings, LLC ("OpenAI Holdings"); OpenAI Holdco, LLC; OpenAI Startup

5 Fund SPV I, L.P.; and OpenAI Startup Fund SPV GP I, LLC (collectively "Defendants"), by and

6 through the undersigned counsel, submit the following answer to the Complaint filed by Plaintiffs

7 J. Doe 1, J. Doe 2, J. Doe 3, J. Doe 4 and J. Doe 5 ("Plaintiffs").

8  Defendants state that the headings and sub-headings throughout the Complaint do not

9 constitute well-pleaded allegations of fact and, therefore, require no response.  To the extent a

10 response is deemed required, Defendants deny the allegations contained in the Complaint's

11 headings and sub-headings.

12  Defendants deny all allegations in the Complaint that are not explicitly admitted and

13 otherwise answers as follows:

## I.  OVERVIEW: A BRAVE NEW WORLD OF SOFTWARE PIRACY

1.  OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

2.  OpenAI admits that artificial intelligence is a branch of computer science whose goal is to create computing systems that can behave in a way typically associated with human intelligence.  OpenAI admits that machine learning is an approach to artificial intelligence where computer systems can learn to accomplish tasks based on information or experimentation, rather than being programmed step by step. OpenAI denies any remaining allegations in this paragraph.

3.  To the extent the allegations in this paragraph are directed at GitHub, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

4.  OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

5.      To the extent the allegations in this paragraph are directed at Microsoft, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

6.      OpenAI admits that, in 2019, Microsoft committed to invest $1 billion in OpenAI to support building artificial general intelligence with widely distributed economic benefits. To the extent the allegations in this paragraph are directed at Microsoft, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft and on that basis OpenAI denies them.  OpenAI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph related to what was "reported" by unidentified sources. OpenAI denies any remaining allegations in this paragraph.

7.      OpenAI admits that, in 2019, Microsoft committed to invest $1 billion in OpenAI to support building artificial general intelligence with widely distributed economic benefits. OpenAI denies any remaining allegations in this paragraph.

8.      To the extent the allegations in this paragraph are directed at Microsoft, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft and on that basis OpenAI denies them. OpenAI denies the remaining allegations of this paragraph.

9.      OpenAI admits that OpenAI announced Codex in 2021.  OpenAI admits that Codex is an artificial intelligence system that translates natural language to code.  OpenAI lacks knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

10.     Denied.

11.     Denied.

12.     To the extent the allegations in this paragraph are directed at Microsoft, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

13.     Denied.

14.     Denied.

15.     Denied.

## II.     JURISDICTION AND VENUE

16.     OpenAI admits that Plaintiffs purport to bring this case as a class action, and that they seek injunctive relief and damages. OpenAI denies any remaining allegations in this paragraph.

17.     For purposes of this action, OpenAI does not contest jurisdiction and venue. OpenAI denies any remaining allegations of this paragraph.

## III.     INTRADISTRICT ASSIGNMENT

18.     For purposes of this action, OpenAI does not contest assignment of this case to the San Francisco Division of the United States District Court for the Northern District of California. OpenAI denies any remaining allegations of this paragraph.

## IV.     PARTIES

### A.     Plaintiffs

19.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

20.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

21.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

22.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

23.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

### B.     Defendants

24.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

25.     The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

26.     OpenAI admits that OpenAI, Inc. is a Delaware nonprofit corporation with a principal place of business in San Francisco, CA. OpenAI denies any remaining allegations of this paragraph.

27.     OpenAI admits that OpenAI, L.P. was a Delaware limited partnership with a principal place of business in San Francisco, CA and is now known as OpenAI OpCo., L.L.C. OpenAI denies any remaining allegations of this paragraph.

28.     OpenAI admits that OpenAI OpCo, L.L.C. is a Delaware limited liability company with a principal place of business in San Francisco, CA.  OpenAI admits that OpenAI OpCo, L.L.C. is a research and deployment company with a mission to ensure that artificial intelligence benefits all of humanity.  OpenAI denies any remaining allegations of this paragraph.

29.     OpenAI admits that OpenAI GP, L.L.C. is a Delaware limited liability company with a principal place of business in San Francisco, CA.  OpenAI denies any remaining allegations of this paragraph.

30.     OpenAI admits that OpenAI Startup Fund I, L.P. is a Delaware limited partnership with a principal place of business in San Francisco, CA.  OpenAI denies any remaining allegations of this paragraph.

31.     OpenAI admits that OpenAI Startup Fund GP I, L.L.C. is a Delaware limited liability company with a principal place of business in San Francisco, CA. OpenAI admits that OpenAI Startup Fund GP I, L.L.C.is the general partner of OpenAI Startup Fund I, L.P.  OpenAI denies any remaining allegations of this paragraph.

32.     OpenAI admits that OpenAI Startup Fund Management, LLC is a Delaware limited liability company with a principal place of business in San Francisco, CA. OpenAI denies any remaining allegations of this paragraph.

33.     OpenAI admits that OpenAI, L.L.C. is a Delaware limited liability company with a principal place of business in San Francisco, California. OpenAI denies any remaining allegations of this paragraph.

34.     OpenAI admits that OpenAI Global, LLC is a Delaware limited liability company with a principal place in San Francisco, California. OpenAI admits that OpenAI Global, L.L.C.'s only members are Microsoft and OAI Corporation.  OpenAI denies any remaining allegations of this paragraph.

35.     OpenAI admits that OAI Corporation is a Delaware corporation with its principal place of business in San Francisco, California. OpenAI denies any remaining allegations of this paragraph.

36.     OpenAI admits that OpenAI Holdings, LLC is a Delaware limited liability company with a principal place in San Francisco, California. OpenAI admits that OpenAI, Inc. and Aestas, LLC are members of OpenAI Holdings, LLC. OpenAI denies any remaining allegations of this paragraph.

37.     Admitted.

38.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

39.     Admitted.

40.     OpenAI admits that OpenAI Startup Fund SPV GP I, L.L.C. is a Delaware limited liability company with a principal place in San Francisco, California. OpenAI denies any remaining allegations of this paragraph.

## V.     AGENTS AND CO-CONSPIRATORS

41.     Denied.

42.     Denied.

43.     Denied.

1    44.    Denied.

2    45.    Denied.

3                              **VI.    CLASS ALLEGATIONS**

4    **A.    Class Definitions**

5    46.    Denied.

6    **B.    Numerosity**

7    47.    Denied.

8    **C.    Typicality**

9    48.    Denied.

10   **D.    Commonality & Predominance**

11   49.    Denied

12   50.    Denied.

13   **E.    Adequacy**

14   51.    Denied.

15   **F.    Other Class Considerations**

16   52.    Denied.

17   53.    Denied.

18   54.    Denied

19                           **VII.    FACTUAL ALLEGATIONS**

20   **A.    Introduction**

21   55.    OpenAI admits that it has offered a product called Codex. OpenAI denies any

22   remaining allegations in this paragraph.

23   56.    OpenAI admits it began development of Codex after December 2015 and

24   announced that it was releasing Codex through its API in private beta in August 2021.

25   57.    To the extent the allegations in this paragraph are directed at GitHub, OpenAI

26   lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

27   GitHub and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this

28   paragraph.

58.     OpenAI admits that Codex is an artificial intelligence system that translates natural language to code.  OpenAI admits that Codex's training data includes both natural language and billions of lines of source code from publicly available sources.  To the extent the allegations in this paragraph are directed at GitHub, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

59.     OpenAI admits that Codex was made available to GitHub to develop Copilot as part of a partnership between the two companies.  OpenAI admits that the language quoted in the allegation can be found in the August 10, 2021 "OpenAI Codex" blog post on OpenAI's publicly available website.  The blog post speaks for itself.  To the extent the allegations in this paragraph are directed at GitHub, OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub and on that basis OpenAI denies them. OpenAI denies any remaining allegations in this paragraph.

**B.      Codex Outputs Copyrighted Materials Without Following the Terms of the Applicable Licenses**

60.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

61.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

62.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

63.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

64.     OpenAI admits that Codex is an artificial intelligence system that translates natural language to code.  OpenAI admits that Codex's training data includes both natural language and billions of lines of source code from publicly available sources.  OpenAI admits that training a model teaches programming language to a model by showing the model a wide range of natural language and software code. OpenAI denies any remaining allegations in this paragraph.

1      65.    Denied.

2      66.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations

3  of this paragraph, and on that basis denies them.

4      67.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations

5  of this paragraph, and on that basis denies them.

6      68.    Denied.

7      69.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations

8  of this paragraph, and on that basis denies them.

9      70.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations

10  of this paragraph with respect to Haverbeke's purpose, and on that basis denies them.  OpenAI

11  denies any remaining allegations in this paragraph.

12      71.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations

13  of this paragraph, and on that basis denies them.

14      72.    Denied.

15      73.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations

16  of this paragraph, and on that basis denies them.

17      74.    To the extent the allegations in this paragraph purport to quote from portions of the

18  MIT license, the full text of that license speaks for itself.  OpenAI denies any remaining

19  allegations in this paragraph.

20      75.    To the extent the allegations in this paragraph purport to quote from portions of a

21  publicly available research paper, the full text of that research paper speaks for itself. OpenAI

22  denies any remaining allegations of this paragraph.

23      76.    To the extent the allegations in this paragraph purport to refer to the contents of

24  open-source licenses, including the Suggested Licenses, the full texts of those licenses speak for

25  themselves.  OpenAI lacks knowledge or information sufficient to admit or deny any remaining

26  allegations in this paragraph, and on that basis denies them.

27      77.    Denied.

28

**C.      Copilot Outputs Copyrighted Materials Without Following the Terms of the Applicable Licenses**

78.      The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

79.      The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

80.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

81.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

82.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

83.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

84.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

85.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

86.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

87.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

88.      OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

89.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

**D.     Codex and Copilot Were Trained on Copyrighted Materials Offered Under Licenses**

90.     OpenAI admits that Codex is an artificial intelligence system.  OpenAI lacks knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

91.     OpenAI admits that Codex is an artificial intelligence system that translates natural language to code.  OpenAI admits that Codex's training data includes both natural language and billions of lines of source code from publicly available sources.  OpenAI admits that training the Codex model teaches programming language to it by showing the model a wide range of natural language and software code, and, utilizing sophisticated statistical and computational analysis, having it try to predict the snippet of code that comes next in each of a huge range of software code. OpenAI denies any remaining allegations directed to OpenAI in this paragraph.

92.     Denied.

93.     OpenAI admits that models are computer programs that are developed using artificial intelligence and machine learning techniques.  OpenAI admits that training the Codex model teaches programming language to it by showing the model a wide range of natural language and software code, and, utilizing sophisticated statistical and computational analysis, having it try to predict the snippet of code that comes next in each of a huge range of software code. OpenAI denies any remaining allegations directed to OpenAI in this paragraph.

**E.     Copilot Was Launched Despite Its Propensity for Producing Unlawful Outputs**

94.     OpenAI admits that Codex was trained on code in public GitHub repositories. OpenAI denies any remaining allegations in this paragraph.

95.     OpenAI admits that that certain language quoted in the allegation can be found in the August 10, 2021 "OpenAI Codex" blog post on OpenAI's publicly available website.  The blog post speaks for itself.  To the extent the allegations in this paragraph purport to quote from

portions of publicly available websites unaffiliated with OpenAI, the full contents of those websites speak for themselves. OpenAI denies any remaining allegations in this paragraph.

96.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

97.     To the extent the allegations in this paragraph purport to quote from a post on a publicly available website unaffiliated with OpenAI, the full text of that post speaks for itself. OpenAI denies any remaining allegations in this paragraph.

98.     To the extent the allegations in this paragraph purport to quote from a blog post a publicly available website unaffiliated with OpenAI, the full text of that post speaks for itself. OpenAI denies any remaining allegations in this paragraph.

99.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

100.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

101.     To the extent the allegations in this paragraph purport to quote from a post on a publicly available website unaffiliated with OpenAI, the full text of that post speaks for itself. OpenAI denies any remaining allegations in this paragraph.

102.     To the extent the allegations in this paragraph purport to quote from a post on a publicly available website unaffiliated with OpenAI, the full text of that post speaks for itself. OpenAI denies any remaining allegations in this paragraph.

103.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

104.    To the extent the allegations in this paragraph purport to quote from a publicly available study unaffiliated with OpenAI, the full text of that study speaks for itself.  OpenAI denies any remaining allegations in this paragraph.

105.    Denied.

106.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

107.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

108.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

**F.    Copilot Reproduces the Code of the Named Plaintiffs Without Attribution**

109.    Denied.

110.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

111.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

**1.    Example: Copilot Outputs the Code of Doe 2 Essentially Verbatim**

112.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

113.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

114.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

115.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

116.    Denied.

**2.      Example: Copilot Outputs the Code of Doe 1 in Modified Format**

117.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

118.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

119.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

120.    Denied.

121.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

122.    Denied.

123.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

124.    Denied.

**3.      Example: Copilot Outputs the Code of Doe 5 In Modified Format**

125.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

126.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

127.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

128.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

129.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

130.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

131.     Denied.

132.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

### 4.     Example: Copilot Outputs Code of Doe 5 Essentially Verbatim

133.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

134.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

135.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

136.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

137.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

138.     OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

139.     Denied.

140.     OpenAI admits that it developed Codex.  To the extent any allegations in this paragraph are not directed at OpenAI, they are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

G.      **Codex and Copilot Were Designed to Withhold Attribution, Copyright Notices, and License Terms from Their Users**

141.    OpenAI denies the allegations in this paragraph to the extent they refer to Codex. The remaining allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

142.    Certain allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them. OpenAI lacks knowledge or information sufficient to admit or deny the remaining allegations of this paragraph, and on that basis denies them.

143.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

144.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

145.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

146.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

147.    OpenAI denies the allegations in this paragraph to the extent they refer to Codex. The remaining allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

148.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

149.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

150.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

151.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

152.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

153.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

154.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

155.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

156.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

157.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

**H.    Open-Source Licenses Began to Appear in the Early 1990s**

158.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

159.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

160.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

161.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

162.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

163.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

164.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

165.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

**I.    Microsoft Has a History of Flouting Open-Source License Requirements**

166.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

167.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

168.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

169.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

170.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

171.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

172.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

173.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

174.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

175.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

**J.       GitHub Was Designed to Cater to Open-Source Projects**

176.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

177.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

178.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

179.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

180.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

181.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

182.    OpenAI denies the allegations in this paragraph to the extent they refer to Codex. The remaining allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

183.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

184.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

185.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

186.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

187.    The allegations of this paragraph are directed at GitHub and/or Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub and/or Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

## K.    OpenAI Is Intertwined with Microsoft and GitHub

188.    OpenAI admits that OpenAI, Inc. is a nonprofit corporation founded in December 2015 by a group including Greg Brockman, Ilya Sutskever, Elon Musk, and Sam Altman. OpenAI denies that Reid Hoffman is a current board member of OpenAI, Inc.  The allegations that Mr. Hoffman is founder of LinkedIn, that LinkedIn is a Microsoft subsidiary, and that Mr. Hoffman also a member of the Microsoft Board of Directors are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations about Microsoft, and on that basis OpenAI denies them. OpenAI denies any remaining allegations in this paragraph.

189.    OpenAI admits that it partnered with Microsoft in 2016. To the extent the allegation purports to quote from a public statement made by OpenAI, the public statement speaks for itself. OpenAI denies any remaining allegations in this paragraph.

190.    To the extent the allegation purports to quote from a public statement made by OpenAI, the public statement speaks for itself.  OpenAI denies any remaining allegations in this paragraph.

191.    OpenAI lacks knowledge or information about what was "reported[]" by unnamed sources sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

192.    To the extent the allegations in this paragraph purport to quote from portions of a publicly available website unaffiliated with OpenAI, the full content of that website speaks for itself. OpenAI denies any remaining allegations in this paragraph.

193.    OpenAI admits that OpenAI, LP was created to increase OpenAI's ability to raise capital while still serving its mission.  OpenAI denies any remaining allegations in this paragraph.

194.    OpenAI admits that, in 2019, Microsoft committed to invest $1 billion in OpenAI to support building artificial general intelligence with widely distributed economic benefits. OpenAI admits that OpenAI uses the Azure cloud platform for deep learning and AI.  To the extent the allegations in this paragraph purport to quote from a publicly available website, the full content of that website speaks for itself. OpenAI denies the remaining allegations of this paragraph.

195.    The allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

196.    OpenAI admits that Microsoft and OpenAI jointly developed Azure AI supercomputing technologies.  To the extent the allegations in this paragraph purport to quote from portions of publicly available websites unaffiliated with OpenAI, the full contents of those websites speak for themselves. OpenAI denies any remaining allegations in this paragraph.

197.    OpenAI admits that GPT-3 is a large language model.  OpenAI admits that Codex is a descendant of GPT-3 and that its training data contains both natural language and billions of lines of source code from publicly available sources. OpenAI denies any remaining allegations in this paragraph. OpenAI denies any remaining allegations in this paragraph.

198.    OpenAI admits that Codex is the model that powers GitHub Copilot, which OpenAI built and launched in partnership with GitHub.  OpenAI denies any remaining allegations in this paragraph.

199.    OpenAI admits that it released DALL-E 2 as a research preview in 2022. OpenAI denies the remaining allegations of this paragraph.

200.    To the extent the allegations in this paragraph purport to quote from publicly available websites unaffiliated with OpenAI, the full texts of those websites speak for themselves. OpenAI denies any remaining allegations in this paragraph.

1

L.     **Conclusion of Factual Allegations**

201.     Denied.

202.     Denied.

203.     Denied.

## VIII.   CLAIMS FOR RELIEF

**COUNT 1**
**VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**
**17 U.S.C. §§ 1201–1205**
**(For Injunctive Relief)**
**(Against All Defendants)**

204.     OpenAI incorporates by reference its responses to all allegations set forth in paragraphs 1–203 as if fully set forth herein.

205.     Denied.

206.     Denied.

207.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

208.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

209.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

210.     OpenAI denies the allegations in this paragraph to the extent they refer to Codex. The remaining allegations of this paragraph are directed at GitHub and/or Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this

paragraph about GitHub and/or Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

211.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

212.    Denied.

213.    Denied.

214.    Denied.

215.    Denied.

216.    Denied.

217.    Denied.

218.    Denied.

219.    Denied.

220.    Denied.

221.    Denied.

222.    Denied.

223.    Denied.

224.    Denied.

225.    OpenAI denies the allegations in this paragraph to the extent they refer to OpenAI. The remaining allegations of this paragraph are directed at GitHub and/or Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub and/or Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

226.    Denied.

227.    Denied.

228.    Denied.

229.    OpenAI denies the allegations in this paragraph to the extent they are directed at OpenAI.  The remaining allegations of this paragraph are directed at Microsoft, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

GitHub and/or Microsoft, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

230.    OpenAI denies the allegations in this paragraph to the extent they are directed at OpenAI.  The remaining allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

231.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

232.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

233.    Denied.

234.    Denied.

235.    Denied.

**COUNT 2**
**BREACH OF CONTRACT—OPEN-SOURCE LICENSE VIOLATIONS**
**California Common Law**
**(Against All Defendants)**

236.    OpenAI incorporates by reference its responses to all allegations set forth in paragraphs 1–234 as if fully set forth herein.

237.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

238.    OpenAI denies the allegations in this paragraph to the extent they are directed at OpenAI.  The remaining allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about

GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

239.    OpenAI denies the allegations in this paragraph to the extent they are directed at OpenAI.  The remaining allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

240.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

241.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

242.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

243.    OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph, and on that basis denies them.

244.    Denied.

245.    Denied.

246.    Denied.

247.    Denied.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Denied.

**COUNT 3**
**BREACH OF CONTRACT — SELLING LICENSED MATERIALS**
**IN VIOLATION OF GITHUB'S POLICIES**
**California Common Law**
**(Against GitHub)**

252.    OpenAI incorporates by reference its responses to all allegations set forth in paragraphs 1–251 as if fully set forth herein.

253.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

254.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

255.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

256.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

257.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

258.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

259.    The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

260.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

261.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

262.     The allegations of this paragraph are directed at GitHub, and/or OpenAI lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about GitHub, and on that basis OpenAI denies them.  OpenAI denies any remaining allegations in this paragraph.

## IX.     DEMAND FOR JUDGMENT

**WHEREFORE**, Plaintiffs requests that the Court enter judgment on their behalf and on behalf of the Class defined herein, by adjudging and decreeing that:

263.     In response to the Demand for Judgment, OpenAI denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

264.     In response to the Demand for Judgment, OpenAI denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

265.     In response to the Demand for Judgment, OpenAI denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

266.     In response to the Demand for Judgment, OpenAI denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

267.     In response to the Demand for Judgment, OpenAI denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

## X.     JURY TRIAL DEMANDED

With respect to the jury demand contained in Plaintiffs' Complaint, OpenAI states that no response is required. To the extent a response is deemed required, OpenAI denies that all of

1  Plaintiffs' claims are properly triable to a jury.

2  **XI.  AFFIRMATIVE DEFENSES**

3  In further answer to the allegations made by Plaintiffs in the Second Amended Complaint,

4  OpenAI asserts the following affirmative defenses.  OpenAI does not concede that it has the

5  burden of proof on the defenses listed below:

6  **FIRST AFFIRMATIVE DEFENSE**

7  Plaintiffs' and/or putative Class Members' claim for breach of contract is preempted, in

8  whole or in part, by the Copyright Act, 17 U.S.C. § 101 *et seq.*

9  **SECOND AFFIRMATIVE DEFENSE**

10  Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or

11  in part, for failure of performance by Plaintiffs.

12  **THIRD AFFIRMATIVE DEFENSE**

13  Plaintiffs' and/or putative Class Members' claim for breach of contract is barred, in whole

14  or in part, by the doctrine of impracticability.

15  **FOURTH AFFIRMATIVE DEFENSE**

16  Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or

17  in part, for lack or failure of consideration.

18  **FIFTH AFFIRMATIVE DEFENSE**

19  Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or

20  in part, for lack of contract formation.

21  **SIXTH AFFIRMATIVE DEFENSE**

22  Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or

23  in part, for lack of occurrence of a condition precedent.

24  **SEVENTH AFFIRMATIVE DEFENSE**

25  Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or

26  in part, for failure to state a claim.

27  **EIGHTH AFFIRMATIVE DEFENSE**

28  Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or

in part, because there is no breach, including without limitation because there was no use of Plaintiffs' code in a fashion requiring copyright permission, including without limitation because the asserted use of Plaintiffs' code constitutes fair use.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or in part, because Plaintiffs have suffered no damages.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' and/or putative Class Members' claim for breach of contract is barred, in whole or in part, by one or more equitable doctrines, such as estoppel, unclean hands, or waiver.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' and/or putative Class Members' claim for breach of contract fails, in whole or in part, due to Plaintiffs' failure to mitigate damages.

## TWELFTH AFFIRMATIVE DEFENSE

To the extent the alleged contract requires misattribution of ownership, the alleged contract is void as against public policy, because it is in contravention of or violates the spirit of, without limitation, Cal. Civ. Code §§ 1643, 1667, 1709, 1710, and/or 17 U.S.C. § 1202(a).

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' and/or putative Class Members' demand for equitable relief is barred by operation of Cal. Civ. Code § 3390(e).

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs and/or putative Class Members cannot seek equitable relief because they have alleged an adequate remedy at law.  Given Plaintiffs' allegations, Plaintiffs and/or putative Class Members cannot seek equitable relief.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs and/or putative Class Members' claim is barred because Plaintiffs and/or putative Class Members have not suffered any injury from the conduct alleged in the Second Amended Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

1     Plaintiffs' claims and the putative class members' claims fail are barred, in whole or in

2   part, by the doctrine of consent.

3          **SEVENTEETH AFFIRMATIVE DEFENSE**

4     Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because

5   the alleged damages, if any, were the result of one or more intervening or superseding causes or

6   caused by the acts and/or omissions of persons other than OpenAI.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: July 22, 2024                MORRISON & FOERSTER LLP

2

3                                   By: */s/ Joseph C. Gratz*

4                                      JOSEPH C. GRATZ

5                               JOSEPH C. GRATZ
                                  JGratz@mofo.com

6                               TIFFANY CHEUNG
                                  TCheung@mofo.com

7                               MELODY E. WONG
                                  MelodyWong@mofo.com

8                               MORRISON & FOERSTER LLP
                                  425 Market Street

9                               San Francisco, California  94105-2482
                                  Telephone:   (415) 268-7000

10                              Facsimile:   (415) 268-7522

11                              ALLYSON R. BENNETT
                               ABennett@mofo.com

12                              ROSE S. LEE
                               RoseLee@mofo.com

13                              ALEXANDRA M. WARD
                               AlexandraWard@mofo.com

14                              MORRISON & FOERSTER LLP
                                707 Wilshire Boulevard

15                              Los Angeles, California 90017-3543
                               Telephone:   (213) 892-5200

16                              Facsimile:   (213) 892-5454

17                              MAX I. LEVY
                               MLevy@mofo.com

18                              MORRISON & FOERSTER LLP
                                755 Page Mill Road

19                              Palo Alto, CA 94304-1018
                               Telephone:   (650) 813-5600

20                              Facsimile:   (650) 494-0792

21                              ERIC K. NIKOLAIDES (*pro hac vice*)
                               ENikolaides@mofo.com

22                              MORRISON & FOERSTER LLP
                                250 West 55th Street

23                              New York, NY 10019-9601
                               Telephone:   (212) 468-8000

24                              Facsimile:   (212) 468-7900
                              Attorneys for Defendants OPENAI, INC.,

25                            OPENAI, L.P., OPENAI OPCO, L.L.C.,
                            OPENAI GP, L.L.C., OPENAI STARTUP

26                            FUND GP I, L.L.C., OPENAI STARTUP
                            FUND I, L.P., OPENAI STARTUP FUND

27                            MANAGEMENT, LLC, OPENAI, L.L.C.,
                            OPENAI GLOBAL, LLC, OAI

28                            CORPORATION, OPENAI HOLDINGS,
                            LLC, OPENAI HOLDCO, LLC, OPENAI

1

STARTUP FUND SPV I, L.P., and OPENAI
STARTUP FUND SPV GP I, L.L.C.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Answer to Second Amended Complaint
Case No. 4:22-cv-06823-JST

33