ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
DANIEL D. JUSTICE (SBN 291907)
djustice@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

WILLIAM W. OXLEY (SBN 136793)
woxley@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone:    +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for GitHub, Inc. and Microsoft Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br><br>Individual and<br>Representative Plaintiffs,<br><br>v.<br><br>GITHUB, INC., et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 4:22-cv-6823-JST<br><br>Consolidated with Case No. 4:22-cv-7074-JST<br><br>**DEFENDANT GITHUB'S ANSWER TO SECOND AMENDED COMPLAINT IN CONSOLIDATED ACTIONS**<br><br>Date:            May 16, 2024<br>Time:            2:00 p.m.<br>Courtroom:   6, 2d Floor<br>Judge:  Hon. Jon S. Tigar<br><br>SAC Filed: January 24, 2024 |

1      Defendant GitHub, Inc. ("GitHub") submits this Answer to the Second Amended

2  Complaint ("SAC") filed by Plaintiffs on January 24, 2024 in the above-captioned matters.

3  Where the SAC combines allegations about GitHub and Microsoft and/or OpenAI together,

4  GitHub's responses below apply solely to allegations related to GitHub. GitHub omits the

5  headers from the SAC as no response is required.  To the extent a response is required to the

6  headers, GitHub denies any allegations contained therein.  To the extent not expressly admitted

7  below, GitHub denies each and every allegation of the SAC.

8      1.      GitHub admits that Plaintiffs have made code available publicly in repositories on

9  github.com and that they assert the code is subject to various licenses.  The remainder of

10 paragraph 1 states conclusions of law and Plaintiffs' characterization of their claims as to which

11 no response is required.  To the extent a response is nonetheless deemed necessary, GitHub

12 denies the remaining allegations in paragraph 1.

13     2.      GitHub admits Plaintiffs' definitions of "Artificial Intelligence" and "Machine

14 Learning" as "defined for the purposes of [the] Complaint."

15     3.      GitHub admits that it was founded in 2008 to support open-source development

16 and hosts open-source source code on its website.  GitHub admits that over 100 million

17 developers use GitHub's platform.  GitHub otherwise lacks knowledge or information sufficient

18 to form a belief as to the truth of the allegations in paragraph 3 and therefore denies them.

19     4.      GitHub admits that some developers publish material to GitHub pursuant to

20 written licenses.  Otherwise, denied.

21     5.      GitHub admits that Microsoft acquired it for $7.5 billion in stock on October 26,

22 2018. GitHub otherwise lacks knowledge or information sufficient to form a belief as to the truth

23 of the allegations in paragraph 5 and therefore denies them.

24     6.      GitHub admits that Copilot runs on Microsoft's Azure platform.  GitHub lacks

25 knowledge or information sufficient to form a belief as to the truth of the remaining allegations

26 in paragraph 6 and therefore denies them.

27     7.      GitHub lacks knowledge or information sufficient to form a belief as to the truth of

28 the allegations in paragraph 7 and therefore denies them.

8.      GitHub admits that in June 2021, it launched Copilot, which is a product that assists software coders by using a large language model ("LLM") to suggest code. GitHub admits that it charges individual users $10 per month or $100 per year for the use of Copilot. GitHub denies the remaining allegations in paragraph 8.

9.      The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

10.     GitHub admits that OpenAI used data from some publicly accessible repositories on Github.com as part of the training data for at least one of its models.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 10 and therefore denies them.

11.     Denied.

12.     Admitted that Copilot is run on Microsoft's Azure cloud-computing platform.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Paragraph 16 states conclusions of law for which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub admits that Plaintiffs bring this action on their own behalf and purportedly on behalf of unnamed class members and that Plaintiffs seek injunctive relief and damages.  Except as expressly admitted, GitHub denies the allegations of paragraph 16.

17.     Paragraph 17 states conclusions of law for which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub admits that venue is proper in the Northern District of California and that GitHub transacts business in this district.  Except as expressly admitted, GitHub denies the allegations of paragraph 17.

18.     Paragraph 18 states conclusions of law for which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub admits that assignment to the San Francisco Division of the United States District Court of the Northern District of California is

proper, and that GitHub is headquartered within this division.  Except as expressly admitted, GitHub denies the allegations of paragraph 18.

19.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 and therefore denies them.

20.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 and therefore denies them.

21.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies them.

22.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and therefore denies them.

23.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 and therefore denies them.

24.     GitHub admits that GitHub is a Delaware corporation with its principal place of business located at 88 Colin P Kelly Jr Street, San Francisco, CA 94107. GitHub admits that it sells, markets, and distributes Copilot in this District. GitHub admits that it released Copilot on a limited "technical preview" basis on June 29, 2021 and that on June 21, 2022, Copilot was released to the public as a subscription-based service for individual developers. Except as expressly admitted, GitHub denies the allegations of paragraph 24.

25.     GitHub admits that Defendant Microsoft Corporation is a Washington corporation with its principal place of business located at One Microsoft Way, Redmond, Washington 98052. GitHub admits that Microsoft announced its acquisition of Defendant GitHub, Inc. on June 4, 2018, and that the acquisition was finalized on October 26, 2018. GitHub admits that Microsoft sells, markets, and distributes Copilot.  Except as expressly admitted, GitHub denies the allegations of paragraph 25.

26.     GitHub admits that OpenAI provided Codex to GitHub to develop Copilot. GitHub denies that Copilot violates any rights or that it is engaged in any unlawful conduct.  The remaining allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

1   that basis denies them.

2        27.     GitHub denies that Copilot violates any rights or that it is engaged in any unlawful

3   conduct.  GitHub denies that OpenAI jointly offers Copilot with GitHub or derives revenue from

4   Copilot.  The remaining allegations of this paragraph are directed to OpenAI, and/or GitHub

5   lacks knowledge or information sufficient to admit or deny the allegations of this paragraph

6   about OpenAI, and on that basis denies them.

7        28.     GitHub denies that it is engaged in any unlawful conduct.  GitHub denies that

8   OpenAI jointly offers Copilot with GitHub or derives revenue from Copilot.  The remaining

9   allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or

10  information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

11  that basis denies them.

12       29.     GitHub denies that it is engaged in any unlawful conduct.  The remaining

13  allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or

14  information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

15  that basis denies them.

16       30.     GitHub denies that it is engaged in any unlawful conduct.  The remaining

17  allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or

18  information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

19  that basis denies them.

20       31.     GitHub denies that it is engaged in any unlawful conduct.  The remaining

21  allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or

22  information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

23  that basis denies them.

24       32.     GitHub denies that it is engaged in any unlawful conduct.   The remaining

25  allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or

26  information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

27  that basis denies them.

28       33.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

34.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

35.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

36.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

37.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

38.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

39.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

40.     The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on that basis denies them.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.      Paragraph 46 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

47.      Paragraph 47 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

48.      Paragraph 48 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

49.      Paragraph 49 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

50.      Paragraph 50 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

51.      GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore denies them.

52.      Paragraph 52 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

53.      Paragraph 53 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

54.      Paragraph 54 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies that this action is suitable for class treatment under Rule 23.

55.      GitHub admits it offers a product called Copilot and OpenAI offers a product called Codex.  Except as expressly admitted, GitHub denies the allegations in paragraph 55.

1    56.    The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

2    knowledge or information sufficient to admit or deny the allegations of this paragraph about

3    OpenAI, and on that basis denies them.

4    57.    Admitted.

5    58.    GitHub admits that Copilot is an AI-based product that can assist in writing code.

6    GitHub further admits that Copilot receives prompts and emits outputs based on those prompts.

7    GitHub further admits that Copilot does not retain copies of the materials on which the

8    underlying LLMs were trained.  The remaining allegations of this paragraph are directed to

9    OpenAI, and/or GitHub lacks knowledge or information sufficient to admit or deny the

10   allegations of this paragraph about OpenAI, and on that basis denies them.

11   59.    GitHub admits that the GitHub website stated, "GitHub Copilot uses the OpenAI

12   Codex to suggest code and entire functions in real-time, right from your editor."  GitHub admits

13   that OpenAI provided Codex to GitHub to develop Copilot as part of a partnership between the

14   two companies.  The remaining allegations of this paragraph are directed to OpenAI, and/or

15   GitHub lacks knowledge or information sufficient to admit or deny the allegations of this

16   paragraph about OpenAI, and on that basis denies them.

17   60.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of

18   the allegations in paragraph 60 and therefore denies them.

19   61.    GitHub does not know what actions Plaintiffs undertook to allegedly generate the

20   responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information

21   sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore denies

22   them.

23   62.    GitHub does not know what actions Plaintiffs undertook to allegedly generate the

24   responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information

25   sufficient to form a belief as to the truth of the allegations in paragraph 62 and therefore denies

26   them.

27   63.    GitHub does not know what actions Plaintiffs undertook to allegedly generate the

28   responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information

sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore denies them.

64.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 and therefore denies them.

65.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 and therefore denies them.

66.     GitHub admits that Codex does not write code the way a human would because it does not understand the meaning of code. GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 66 and therefore denies them.

67.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 and therefore denies them.

68.     Denied.

69.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 and therefore denies them.

70.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 and therefore denies them.

71.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 and therefore denies them.

72.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 and therefore denies them.

73.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 and therefore denies them.

74.     GitHub admits that the MIT license states, "The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software."  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remining allegations in paragraph 74 or Appendix A and therefore denies them.

75.     GitHub admits that a paper titled "Evaluating Large Language Models Trained on

Codex" was published in 2021.  Except as expressly admitted, GitHub denies the allegations in paragraph 75.

76.      To the extent the allegations in this paragraph purport to refer to the contents of open-source licenses, including the Suggested Licenses, the full texts of those licenses speak for themselves.  GitHub lacks knowledge or information sufficient to admit or deny the remaining allegations in paragraph 76, and on that basis denies them.

77.      Denied.

78.      GitHub admits that Codex was provided to GitHub to develop GitHub Copilot. Except as expressly admitted, GitHub denies the allegations in paragraph 78.

79.      GitHub admits that Copilot can be used in conjunction with Visual Studio and VS Code, that user inputs are treated as prompts in real time, and that the model underlying Copilot runs on Azure servers.  Except as expressly admitted, GitHub denies the allegations in paragraph 79.

80.      GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 and therefore denies them.

81.      GitHub does not know what actions Plaintiffs undertook to allegedly generate the responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 and therefore denies them.

82.      GitHub does not know what actions Plaintiffs undertook to allegedly generate the responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 and therefore denies them.

83.      GitHub admits that Copilot's outputs are in part a result of the semantic relationships learned by the underlying model from code during the training process.  GitHub admits that the online book *Mastering JS* was written by Valeri Karpov.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 83 and therefore denies them.

84.     GitHub does not know what actions Plaintiffs undertook to allegedly generate the responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 and therefore denies them.

85.     GitHub denies that Copilot reproduces the contents of data used to train the underlying model in most circumstances.  GitHub does not know what actions Plaintiffs undertook to allegedly generate the responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 85 and therefore denies them.

86.     GitHub denies that most of Copilot's outputs include verbatim copies of code contained in repositories on github.com.  GitHub admits that the book *Think JavaScript* was written by Matthew X. Curinga and others.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 86 and therefore denies them.

87.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 and therefore denies them.

88.     GitHub admits that a version of the GNU Free Documentation License is available at https://matt.curinga.com/think-js/#gnu-free-documentation-license and contains the quoted language.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 88 and therefore denies them.

89.     Copilot does not output verbatim identical copies of copyrighted works such that attribution would be required.  Paragraph 89 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 89.

90.     GitHub admits that Codex is a model.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 90 and therefore denies them.

91.     GitHub admits that the Codex model was trained using a corpus of material,

GitHub's Answer to Second Amended Compl.
No. 4:22-cv-6823-JST

operates via a complex probabilistic process, and is able to determine likely successful code completions from user prompts.   GitHub denies the remaining allegations in paragraph 91.

92.        Denied.

93.        GitHub admits that "training" and "learning" are terms used in connection with AI to describe algorithmic reasoning.  GitHub admits that outputs generated by AI models derive from algorithmic patterns.   GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 93 and therefore denies them.

94.        GitHub admits that OpenAI used public code from some repositories on github.com in the training of Codex.  GitHub denies the characterization of Copilot as a model that was trained. GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 94 and therefore denies them.

95.        GitHub admits that a blog post titled "GitHub Copilot research recitation," by Albert Ziegler, was published on June 30, 2021 and contains the quoted language.  GitHub admits that a podcast episode titled "Eddie Aftandilian on GitHub Copilot" on Software Engineering Radio Podcast was published on October 11, 2022 and contains the quoted language.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 95 and therefore denies them.

96.        GitHub admits that GitHub sent a customer support message containing the quoted language.  The remaining allegation in paragraph 96 state conclusions of law and Plaintiffs' characterization of their claims with respect to fair use to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 96 regarding illegality.

97.        GitHub admits that Nat Friedman said in a post that "training ML systems on public data is fair use" and "the output belongs to the operator."  Paragraph 97 otherwise states conclusions of law and Plaintiffs' characterization of their claims to which no response is required.  To the extent a response is nonetheless deemed necessary, except as expressly admitted, GitHub denies the allegations in paragraph 97.

98.        GitHub admits that a blog post titled "If Software is My Copilot, Who

Programmed My Software?" by Bradley M. Kuhn was published on February 3, 2022.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 98 and therefore denies them.

99.      GitHub denies that Copilot regularly outputs verbatim copies of code contained in repositories on github.com.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 99 and therefore denies them.

100.      GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 and therefore denies them.

101.      GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 and therefore denies them.

102.      GitHub admits that it has stated, "[t]he vast majority of the code that GitHub Copilot suggests has never been seen before. Our latest internal research shows that about 1% of the time, a suggestion may contain some code snippets longer than ~150 characters that matches the training set. Previous research showed that many of these cases happen when GitHub Copilot is unable to glean sufficient context from the code you are writing, or when there is a common, perhaps even universal, solution to the problem."  Paragraph 102 otherwise states conclusions of law and Plaintiffs' characterization of their claims to which no response is required.  To the extent a response is nonetheless deemed necessary, except as expressly admitted, GitHub denies the allegations in paragraph 102.

103.      GitHub admits that in June 2022, Copilot had approximately 1,200,000 users.  The remainder of paragraph 103 states conclusions of law and Plaintiffs' characterization of their claims to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 103.

104.      GitHub admits that the study *Quantifying Memorization Across Neural Language Models* was authored by Nicholas Carlini and others.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 104 and therefore denies them.

105.      Paragraph 105 states argument to which no response is required.  To the extent a

1    response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 103.

2    106.    GitHub admits that it is committed to Copilot and that Copilot continues to grow.

3    Except as expressly admitted, GitHub denies the allegations in paragraph 106.

4    107.    Admitted.

5    108.    Paragraph 108 states conclusions of law and Plaintiffs' characterization of their

6    claims as to which no response is required.  To the extent a response is nonetheless deemed

7    necessary, GitHub denies the allegations in paragraph 108.

8    109.    Denied.

9    110.    Paragraph 110 states conclusions of law and Plaintiffs' characterization of their

10   claims as to which no response is required.  To the extent a response is nonetheless deemed

11   necessary, GitHub denies the allegations in paragraph 110.

12   111.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of

13   the allegations in paragraph 111 and therefore denies them.

14   112.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of

15   the allegations in paragraph 112 and therefore denies them.

16   113.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of

17   the allegations in paragraph 113 and therefore denies them.

18   114.    GitHub does not know what actions Plaintiffs undertook to allegedly generate the

19   responses identified in this paragraph.  Accordingly, GitHub lacks knowledge or information

20   sufficient to form a belief as to the truth of the allegations in paragraph 114 and therefore denies

21   them.

22   115.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of

23   the allegations in paragraph 115 and therefore denies them.  Whether Doe 2's code is distinctive

24   expression is a conclusion of law to which no response is required.  To the extent a response is

25   nonetheless deemed necessary, GitHub denies the allegations in paragraph 115.

26   116.    Denied.

27   117.    GitHub denies that Copilot suggested a "modified copy of code written by Doe 1."

28   Paragraph 117 states conclusions of law and Plaintiffs' characterization of their claims as to

1  which no response is required.  To the extent a response is nonetheless deemed necessary,

2  GitHub denies the allegations in paragraph 117.

3       118.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

4  the allegations in paragraph 118 and therefore denies them.

5       119.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

6  the allegations in paragraph 119 and therefore denies them.

7       120.       GitHub denies that a Copilot suggestion that differs from Doe 1's code means the

8  suggestion is "necessarily a modification based on a copy of Doe 1's code."  GitHub otherwise

9  lacks knowledge or information sufficient to form a belief as to the truth of the allegations in

10  paragraph 120 and therefore denies them.

11      121.       Paragraph 121 states conclusions of law and Plaintiffs' characterization of their

12  claims as to which no response is required.  To the extent a response is nonetheless deemed

13  necessary, GitHub denies the allegations in paragraph 121.

14      122.       Paragraph 122 states conclusions of law and Plaintiffs' characterization of their

15  claims as to which no response is required.  To the extent a response is nonetheless deemed

16  necessary, GitHub denies the allegations in paragraph 122.

17      123.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations in paragraph 123 and therefore denies them.

19      124.       Paragraph 124 states conclusions of law and Plaintiffs' characterization of their

20  claims as to which no response is required.  To the extent a response is nonetheless deemed

21  necessary, GitHub denies the allegations in paragraph 124.

22      125.       GitHub denies that Copilot suggested "multiple modified copies of code written by

23  Doe 5."  Paragraph 125 states conclusions of law and Plaintiffs' characterization of their claims

24  as to which no response is required.  To the extent a response is nonetheless deemed necessary,

25  GitHub denies the allegations in paragraph 125.

26      126.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

27  the allegations in paragraph 126 and therefore denies them.

28      127.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in paragraph 127 and therefore denies them.

128.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128 and therefore denies them.

129.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129 and therefore denies them.

130.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130 and therefore denies them.

131.    Paragraph 131 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 131.

132.    Paragraph 132 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 132.

133.    GitHub denies that Copilot suggested "multiple modified copies of code written by Doe 5."  Paragraph 133 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 133.

134.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134 and therefore denies them.

135.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135 and therefore denies them.

136.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136 and therefore denies them.

137.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137 and therefore denies them.  Paragraph 137 also states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 137.

138.     Paragraph 138 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 138.

139.     Denied.

140.     Denied that GitHub "control[s] all the information about the training dataset."  The remainder of paragraph 140 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 140.

141.     Denied.

142.     GitHub admits that license text is sometimes included at the top of a source file in a codebase.  GitHub states it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 142 and therefore denies them.

143.     GitHub admits that a blog post titled "GitHub Copilot research recitation" by Albert Ziegler was published on June 30, 2021 and contains the quoted language.  Except as expressly admitted, GitHub denies the allegations in paragraph 143.

144.     Denied.

145.     GitHub admits that it offers a duplicate detection feature that when implemented by the user prevents Copilot from suggesting excerpts of about 150 characters that match code in public repositories on github.com.  Except as expressly admitted, GitHub denies the allegations in paragraph 145.

146.     GitHub admits that a GitHub Doc titled "Managing Copilot policies as an individual subscriber" includes the quoted language and is available at https://docs.github.com/en/copilot/managing-copilot/managing-copilot-as-an-individual-subscriber/managing-copilot-policies-as-an-individual-subscriber#enabling-or-disabling-duplication-detection.  GitHub admits that it offers a duplicate detection feature that when implemented by the user prevents Copilot from suggesting excerpts of about 150 characters that match code in public repositories on github.com.  Except as expressly admitted, GitHub denies the allegations in paragraph 146.

147.     GitHub admits that a GitHub Doc titled "Finding public code that matches GitHub Copilot suggestions" includes the quoted language and is available at https://docs.github.com/en/copilot/using-github-copilot/finding-public-code-that-matches-github-copilot-suggestions.  The remaining allegations in paragraph 147 contain argument for which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 147.

148.     GitHub admits that it offers a code referencing tool as described by GitHub on its webpage available at https://docs.github.com/en/copilot/using-github-copilot/finding-public-code-that-matches-github-copilot-suggestions.  The remaining allegations in paragraph 148 contain argument for which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 148.

149.     Paragraph 149 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 149.

150.     GitHub admits that it offers a code referencing tool as described by GitHub on its webpage available at https://docs.github.com/en/copilot/using-github-copilot/finding-public-code-that-matches-github-copilot-suggestions.  Except as expressly admitted, GitHub denies the allegations in paragraph 150.

151.     GitHub admits that it offers a code referencing tool as described by GitHub on its webpage available at https://docs.github.com/en/copilot/using-github-copilot/finding-public-code-that-matches-github-copilot-suggestions.  Except as expressly admitted, GitHub denies the allegations in paragraph 151.

152.     GitHub admits that it offers a code referencing tool as described by GitHub on its webpage available at https://docs.github.com/en/copilot/using-github-copilot/finding-public-code-that-matches-github-copilot-suggestions.  Except as expressly admitted, GitHub denies the allegations in paragraph 152.

153.     GitHub admits that it offers a code referencing tool as described by GitHub on its webpage available at https://docs.github.com/en/copilot/using-github-copilot/finding-public-

code-that-matches-github-copilot-suggestions.  Except as expressly admitted, GitHub denies the allegations in paragraph 153.

154.     GitHub admits that a GitHub Doc titled "Managing Copilot policies as an individual subscriber" is available at https://docs.github.com/en/copilot/managing-copilot/managing-copilot-as-an-individual-subscriber/managing-copilot-policies-as-an-individual-subscriber#enabling-or-disabling-duplication-detection.  GitHub admits the contents of the document.  Except as expressly admitted, GitHub denies the allegations in paragraph 154.

155.     Paragraph 155 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 155.

156.     Admitted.

157.     Paragraph 157 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 157.

158.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158 and therefore denies them.

159.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159 and therefore denies them.

160.     GitHub admits that the GNU General Public License ("GPL") is a software license.   GitHub lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 160 and therefore denies them.

161.     Paragraph 161 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 161.

162.     GitHub admits that version 1 of the GPL is available at https://www.gnu.org/licenses/old-licenses/gpl-1.0.en.html and includes the quoted language.  Paragraph 162 otherwise states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary,

1    GitHub denies the allegations in paragraph 162.

2        163.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

3    the allegations in paragraph 163 and therefore denies them.

4        164.        GitHub admits that the internet and open-source code fostered developer

5    collaboration.  GitHub otherwise lacks knowledge or information sufficient to form a belief as to

6    the truth of the allegations in paragraph 164 and therefore denies them.

7        165.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

8    the allegations in paragraph 165 and therefore denies them.

9        166.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

10   the allegations in paragraph 166 and therefore denies them.

11       167.        Admitted.

12       168.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

13   the allegations in paragraph 168 and therefore denies them.

14       169.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

15   the allegations in paragraph 169 and therefore denies them.

16       170.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

17   the allegations in paragraph 170 and therefore denies them.

18       171.        GitHub admits that the webpage available at

19   http://www.catb.org/esr/halloween/halloween1.html states "we must target a process rather than

20   a company."  GitHub lacks knowledge or information sufficient to form a belief as to the truth of

21   this webpage or the remaining allegations in paragraph 171 and therefore denies them.

22       172.        GitHub admits that the webpage available at https://lwn.net/2001/0607/a/esr-big-

23   lie.php3, dated June 1, 2001, states "The way the license is written, if you use any open-source

24   software, you have to make the rest of your software open source…. Linux is a cancer that

25   attaches itself in an intellectual property sense to everything it touches."  GitHub lacks knowledge

26   or information sufficient to form a belief as to the truth of this webpage or the remaining

27   allegations in paragraph 172 and therefore denies them.

28       173.        GitHub admits that Microsoft was a defendant in a case brought by the U.S.

19

1   Department of Justice.  GitHub admits that the quoted language is in a 2001 opinion penned by

2   Judge Thomas Penfield Jackson.  GitHub lacks knowledge or information sufficient to form a

3   belief as to the truth of the remaining allegations in paragraph 173 and therefore denies them.

4       174.       GitHub admits that a blog post titled "Open XML – The Vote in Sweden" was

5   published on August 30, 2007 by Jason Matusow.  GitHub otherwise lacks knowledge or

6   information sufficient to form a belief as to the truth of the remaining allegations in paragraph

7   174 and therefore denies them.

8       175.       GitHub admits that Microsoft offers many cloud-based services under the Azure

9   name.  GitHub otherwise lacks knowledge or information sufficient to form a belief as to the

10  truth of the remaining allegations in paragraph 175 and therefore denies them.

11      176.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations in paragraph 176 and therefore denies them.

13      177.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

14  the allegations in paragraph 177 and therefore denies them.

15      178.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations in paragraph 178 and therefore denies them.

17      179.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations in paragraph 179 and therefore denies them.

19      180.       Admitted.

20      181.       Admitted.

21      182.       GitHub admits that it encouraged open-source developers to understand and use

22  open-source licenses for their works and that the GitHub interface allows for the selection of

23  several suggested licenses if a user so chooses.  GitHub denies that many public repositories

24  carry an open-source license.  Most repositories do not.  GitHub lacks knowledge or information

25  sufficient to form a belief as to the truth of the remaining allegations in paragraph 182 and

26  therefore denies them.

27      183.       Admitted.

28      184.       To the extent the allegations in this paragraph purport to refer to the contents of

1   open-source licenses, including the Suggested Licenses, the full texts of those licenses speak for

2   themselves.  GitHub lacks knowledge or information sufficient to admit or deny the remaining

3   allegations in paragraph 184, and on that basis denies them.

4       185.       GitHub admits that there are many public repositories on github.com that do not

5   carry a license.  GitHub admits that it has encouraged awareness of open-source licenses to its

6   users. GitHub admits that it has never imposed a default license on public repositories.

7   Paragraph 185 otherwise states conclusions of law and Plaintiffs' characterization of their claims

8   as to which no response is required.  To the extent a response is nonetheless deemed necessary,

9   except as expressly admitted, GitHub denies the allegations in paragraph 185.

10      186.       Admitted.

11      187.       GitHub admits that Microsoft acquired GitHub in October 2018 for $7.5 billion in

12  stock.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of the

13  remaining allegations in paragraph 187 and therefore denies them.

14      188.       The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

15  knowledge or information sufficient to admit or deny the allegations of this paragraph about

16  OpenAI, and on that basis denies them.

17      189.       GitHub lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations in paragraph 189 and therefore denies them.

19      190.       The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

20  knowledge or information sufficient to admit or deny the allegations of this paragraph about

21  OpenAI, and on that basis denies them.

22      191.       The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

23  knowledge or information sufficient to admit or deny the allegations of this paragraph about

24  OpenAI, and on that basis denies them.

25      192.       GitHub admits that an article titled "Elon Musk's Billion-Dollar AI Plan Is About

26  Far More Than Saving the World" by Cade Metz was published on December 15, 2015.  The

27  remaining allegations of this paragraph are directed to OpenAI, and/or GitHub lacks knowledge

28  or information sufficient to admit or deny the allegations of this paragraph about OpenAI, and on

1    that basis denies them.

2        193.        The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

3    knowledge or information sufficient to admit or deny the allegations of this paragraph about

4    OpenAI, and on that basis denies them.

5        194.        GitHub lacks knowledge or information sufficient to form a belief as to the truth of

6    the allegations in paragraph 194 and therefore denies them.

7        195.        GitHub admits that Microsoft published its Earnings Release FY23 Q1 on October

8    25, 2022.  GitHub lacks knowledge or information sufficient to form a belief as to the truth of

9    the remaining allegations in paragraph 195 and therefore denies them.

10       196.        GitHub admits that an article titled "What to expect from OpenAI's Codex API"

11   by Ben Dickson was published on August 16, 2021.  GitHub lacks knowledge or information

12   sufficient to form a belief as to the truth of the remaining allegations in paragraph 196 and

13   therefore denies them.

14       197.        The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

15   knowledge or information sufficient to admit or deny the allegations of this paragraph about

16   OpenAI, and on that basis denies them.

17       198.        Admitted.

18       199.        The allegations of this paragraph are directed to OpenAI, and/or GitHub lacks

19   knowledge or information sufficient to admit or deny the allegations of this paragraph about

20   OpenAI, and on that basis denies them.

21       200.        GitHub admits that a webpage available at https://azure.microsoft.com/en-

22   us/products/ai-services/openai-service/ identifies a product known as Azure OpenAI Service.

23   GitHub lacks knowledge or information sufficient to form a belief as to the truth of the

24   remaining allegations in paragraph 200 and therefore denies them.

25       201.        Denied.

26       202.        Denied.

27       203.        Denied.

28

GITHUB'S ANSWER TO SECOND AMENDED
COMPL.
NO. 4:22-CV-06823-JST

**COUNT 1**
**VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**
**17 U.S.C. §§ 1201–1205**
**(For Injunctive Relief)**
**(Against All Defendants)**

204.     Microsoft incorporates by reference its responses to all allegations set forth in paragraphs 1–203 as if fully set forth herein.

205.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

206.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

207.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

208.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

209.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

210.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

211.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

212.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

213.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

214.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

215.     No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

1    216.       No response to this paragraph is required because Count 1 of the SAC was

2    dismissed with prejudice.  Dkt. No. 253.

3    217.       No response to this paragraph is required because Count 1 of the SAC was

4    dismissed with prejudice.  Dkt. No. 253.

5    218.       No response to this paragraph is required because Count 1 of the SAC was

6    dismissed with prejudice.  Dkt. No. 253.

7    219.       No response to this paragraph is required because Count 1 of the SAC was

8    dismissed with prejudice.  Dkt. No. 253.

9    220.       No response to this paragraph is required because Count 1 of the SAC was

10   dismissed with prejudice.  Dkt. No. 253.

11   221.       No response to this paragraph is required because Count 1 of the SAC was

12   dismissed with prejudice.  Dkt. No. 253.

13   222.       No response to this paragraph is required because Count 1 of the SAC was

14   dismissed with prejudice.  Dkt. No. 253.

15   223.       No response to this paragraph is required because Count 1 of the SAC was

16   dismissed with prejudice.  Dkt. No. 253.

17   224.       No response to this paragraph is required because Count 1 of the SAC was

18   dismissed with prejudice.  Dkt. No. 253.

19   225.       No response to this paragraph is required because Count 1 of the SAC was

20   dismissed with prejudice.  Dkt. No. 253.

21   226.       No response to this paragraph is required because Count 1 of the SAC was

22   dismissed with prejudice.  Dkt. No. 253.

23   227.       No response to this paragraph is required because Count 1 of the SAC was

24   dismissed with prejudice.  Dkt. No. 253.

25   228.       No response to this paragraph is required because Count 1 of the SAC was

26   dismissed with prejudice.  Dkt. No. 253.

27   229.       No response to this paragraph is required because Count 1 of the SAC was

28   dismissed with prejudice.  Dkt. No. 253.

230.    No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

231.    No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

232.    No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

233.    No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

234.    No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

235.    No response to this paragraph is required because Count 1 of the SAC was dismissed with prejudice.  Dkt. No. 253.

**COUNT 2**
**BREACH OF CONTRACT—OPEN-SOURCE LICENSE VIOLATIONS**
**California Common Law**
**(Against All Defendants)**

236.    GitHub realleges and incorporates by reference its foregoing responses to the preceding paragraphs as if fully set forth herein.

237.    GitHub lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 237 and Appendix A and therefore denies them.  Paragraph 237 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 237.

238.    Paragraph 238 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies the allegations in paragraph 238.

239.    Paragraph 239 states conclusions of law and Plaintiffs' characterization of their claims as to which no response is required.  To the extent a response is nonetheless deemed

1     necessary, GitHub denies the allegations in paragraph 239.

2     240.     Paragraph 240 states conclusions of law and Plaintiffs' characterization of their

3     claims as to which no response is required.  To the extent a response is nonetheless deemed

4     necessary, GitHub denies the allegations in paragraph 240.

5     241.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of

6     the allegations in paragraph 241 and therefore denies them.

7     242.     GitHub lacks knowledge or information sufficient to form a belief as to the truth of

8     the allegations in paragraph 242 and therefore denies them.

9     243.     Denied.

10    244.     Denied.

11    245.     Denied.

12    246.     Denied.

13    247.     Denied.

14    248.     Denied.

15    249.     Denied.

16    250.     Denied.

17    251.     Denied.

18
19    **COUNT 3**
      **BREACH OF CONTRACT — SELLING LICENSED MATERIALS**
      **IN VIOLATION OF GITHUB'S POLICIES**
20    **California Common Law**
      **(Against GitHub)**
21

22    252.     GitHub realleges and incorporates by reference its foregoing responses to the

23    preceding paragraphs as if fully set forth herein.

24    253.     Paragraph 253 states Plaintiffs' characterization of their claims as to which no

25    response is required.  To the extent a response is nonetheless deemed necessary, GitHub denies

26    the allegations in paragraph 253.

27    254.     Paragraph 254 states conclusions of law and Plaintiffs' characterization of their

28    claims as to which no response is required.  To the extent a response is nonetheless deemed

1    necessary, GitHub admits the allegations in paragraph 254.

2        255.    Paragraph 255 states conclusions of law and Plaintiffs' characterization of their

3    claims as to which no response is required.  To the extent a response is nonetheless deemed

4    necessary, GitHub denies the allegations in paragraph 255.

5        256.    GitHub admits the contents of its Privacy Statement and Terms of Service.

6        257.    Denied.

7        258.    GitHub admits that it holds itself out as a good citizen of the global open-source

8    community.  Except as expressly admitted, GitHub denies the allegations in paragraph 258.

9        259.    Denied.

10       260.    Denied.

11       261.    Denied.

12       262.    Denied.

13       263.    GitHub denies that this action may be maintained as a class action under Rule 23

14   of the Federal Rules of Civil Procedure as alleged in the Second Amended Complaint.  GitHub

15   denies that Plaintiffs, each of them, and the proposed Class are entitled to any relief whatsoever,

16   including but not limited to the relief sought in the section of the Second Amended Complaint

17   titled "Demand for Judgment."  Furthermore, no response is required to sub-part (e) because the

18   Court denied that Plaintiffs are entitled to damages related to unjust enrichment or punitive

19   damages.  Dkt. No. 253. To the extent that this section contains any allegations requiring a

20   response, GitHub denies them.

21       264.    Denied.

22       265.    Denied.

23       266.    Denied.

24       267.    Denied.

25                          **JURY TRIAL DEMANDED**

26       GitHub hereby demands a trial by jury on all claims, defenses, and issues in this action so

27   triable.

28                          *       *       *

GITHUB'S ANSWER TO SECOND AMENDED
COMPL.
NO. 4:22-CV-6823-JST

1

**DEFENSES**

2
In addition to the above, GitHub asserts the following defenses.  Each defense is asserted

3
as to all claims for relief against GitHub, unless otherwise noted.  By setting forth these defenses,

4
GitHub does not concede that these are affirmative defenses and does not assume the burden of

5
proving any fact, issue, or element of a claim for relief where such burden properly belongs to

6
Plaintiffs. Further, nothing stated herein is intended or shall be construed as an acknowledgement

7
that any particular issue or subject matter necessarily is relevant to Plaintiffs' allegations. GitHub

8
reserves the right to amend its Answer as additional information becomes available and to assert

9
additional defenses to the extent such defenses are or become applicable.

10

11
**FIRST DEFENSE**
**(Failure to State a Claim)**

12
Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because

13
the Second Amended Complaint, and each purported cause of action therein, fails to state a claim

14
upon which relief may be granted and/or to state facts sufficient to constitute a claim for relief

15
against GitHub.

16
**SECOND DEFENSE**
**(No Contract Between Plaintiffs and GitHub)**

17
Plaintiffs' and the putative class members' claim for breach of open-source license fails,

18
in whole or in part, because the Second Amended Complaint fails to allege a contract formed

19
between Plaintiffs and GitHub.

20
**THIRD DEFENSE**
**(Conduct Permitted by Law)**

21

22
Plaintiffs' claims and the putative class members' claims fail, in whole or in part, to the

extent that GitHub's conduct was permitted by law.

23

24
**FOURTH DEFENSE**
**(No Breach)**

25
Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because

26
GitHub did not breach any license or agreement alleged in the Second Amended Complaint,

27
including without limitation because the asserted use of Plaintiffs' code constitutes fair use.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIFTH DEFENSE**
**(Consent)**

Plaintiffs' claims and the putative class members' claims fail are barred, in whole or in part, by the doctrine of consent.

**SIX DEFENSE**
**(Lack of Injury)**

Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because Plaintiffs and the putative class members have not suffered and are not likely to suffer any injury or damages as a result of the conduct alleged of GitHub in the Second Amended Complaint.

**SEVENTH DEFENSE**
**(Speculative or No Damages)**

Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because GitHub did not cause, directly or indirectly, the alleged damages complained of, and the alleged damages, if any, are speculative and impossible to ascertain.

**EIGHTH DEFENSE**
**(Intervening or Superseding Cause)**

Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because the alleged damages, if any, were the result of one or more intervening or superseding causes or caused by the acts and/or omissions of persons other than GitHub.

**NINTH DEFENSE**
**(Unavailability of Injunctive Relief)**

Plaintiffs' claims and the putative class members' claims fail, in whole or in part, because Plaintiffs are not entitled to injunctive relief (temporarily, preliminarily, or permanently), including because any injury to them is not immediate or irreparable, Plaintiffs would have an adequate remedy at law, the balance of hardships favors no injunction, and the public interest is best served by no injunction.

**TENTH DEFENSE**
**(Preemption)**

Plaintiffs' claims and the putative Class Members' claims are preempted, in whole or in

part, by the Copyright Act, 17 U.S.C. § 101 et seq.

## ELEVENTH DEFENSE
### (Impracticability)

Plaintiffs' claims and the putative Class Members' claims are barred, in whole or in part, by the doctrine of impracticability.

## TWELFTH DEFENSE
### (Lack of Consideration)

Plaintiffs' claims and the putative Class Members' claims fail, in whole or in part, for lack or failure of consideration.

## THIRTEENTH DEFENSE
### (Void Against Public Policy)

To the extent the alleged contract(s) requires misattribution of ownership, the alleged contract is void as against public policy, because it is in contravention of or violates the spirit of, without limitation, Cal. Civ. Code §§ 1643, 1667, 1709, 1710, and/or 17 U.S.C. § 1202(a).

## FOURTEENTH DEFENSE
### (Failure to Meet Condition Precedent)

Plaintiffs' claims and the putative Class Members' claims fail, in whole or in part, for lack of occurrence of a condition precedent.

## FIFTEENTH DEFENSE
### (Estoppel, Unclean Hands, Waiver)

Plaintiffs' claims and the putative Class Members' claims are barred, in whole or in part, by one or more equitable doctrines, such as estoppel, unclean hands, or waiver.

## SIXTEENTH DEFENSE
### (Failure of Performance)

Plaintiffs' claims and the putative Class Members' claims are barred, in whole or in part, for failure of performance by Plaintiffs.

## SEVENTEENTH DEFENSE
### (Failure to Mitigate)

Plaintiffs' claims and the putative Class Members' claims are barred, in whole or in part, due to Plaintiffs' failure to mitigate damages.

## RESERVATION OF ADDITIONAL DEFENSES

GitHub's investigation of the claims and its defenses is continuing.  GitHub reserves the right to assert additional defenses, such as through amendment of its Answer, that may develop through discovery in this action or otherwise.

## REQUEST FOR RELIEF

Therefore, GitHub respectfully requests that this Court:

1.  Enter judgment in GitHub's favor and against Plaintiffs;

2.  Deny certification of any class;

3.  Dismiss all claims by Plaintiffs with prejudice;

4.  Award GitHub its costs of suit;

5.  Award GitHub its attorneys' fees to the extent permitted by law; and

6.  Grant GitHub such other and further relief as this Court deems just and proper.

Dated: July 22, 2024

Orrick, Herrington & Sutcliffe LLP

By:      */s/ Annette L. Hurst*

ANNETTE L. HURST
Attorneys for Defendants
GitHub, Inc. and Microsoft Corp.

GITHUB'S ANSWER TO SECOND AMENDED
COMPL.
NO. 4:22-CV-6823-JST