1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

14
15

16   J. DOE 1, et al.,

17   Individual and Representative Plaintiffs,

18        v.

19   GITHUB, INC., et al.,

20                                    Defendants.

Case Nos.   4:22-cv-06823-JST
            4:22-cv-07074-JST

**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND AND CERTIFY THE COURT'S JUNE 24, 2024 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)**

Hearing Date: September 26, 2024
Time: 2:00 PM
Judge: Hon. Jon S. Tigar
Courtroom 6, 2nd Floor

21
22
23
24
25
26
27
28

1   The Court has considered Plaintiffs' Notice of Motion and Motion to Amend and Certify the

2   Court's June 24, 2024 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) (the "Motion").

3   The Court hereby GRANTS the Motion and ORDERS a stay of discovery pending the resolution of the

4   interlocutory appeal.

5

6   **IT IS SO ORDERED.**

7

8   Dated:

9                                                        Honorable Jon S. Tigar
                                                         United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:22-cv-06823-JST                                1

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND AND CERTIFY
THE COURT'S JUNE 24, 2024 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)