| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Louis A. Kessler (State Bar No. 243703)<br>Elissa A. Buchanan (State Bar No. 249996)<br>William W. Castillo Guardado (State Bar No. 294159)<br>Holden Benon (State Bar No. 325847)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone:  (415) 500-6800<br>Facsimile:   (415) 395-9940<br>Email:         jsaveri@saverilawfirm.com<br>                    czirpoli@saverilawfirm.com<br>                    cyoung@saverilawfirm.com<br>                    lkessler@saverilawfirm.com<br>                    eabuchanan@saverilawfirm.com<br>                    wcastillo@saverilawfirm.com<br>                    hbenon@saverilawfirm.com<br><br>Matthew Butterick (State Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone:  (323) 968-2632<br>Facsimile:   (415) 395-9940<br>Email:         mb@butterricklaw.com<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class* | Annette L. Hurst (State Bar No. 148738)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone:  415 773 5700<br>Facsimile:   415-773-5759<br>Email:         ahurst@orrick.com<br><br>*Counsel for GitHub, Inc. and Microsoft Corporation*<br><br>Vera Ranieri (State Bar No. 271594)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:  415-268-7000<br>Facsimile:   415-268-7522<br>Email:         VRanieri@mofo.com<br><br>*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI, L.L.C.; OpenAI GP, L.L.C.; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Startup Fund SPV I, L.P.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund SP GP I, L.L.C. and OpenAI Startup Fund Management, LLC* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al.,<br>    Individual and Representative Plaintiffs,<br>v.<br>GITHUB, INC., et al.,<br>                          Defendants. | Case Nos.   4:22-cv-06823-JST<br>                      4:22-cv-07074-JST<br><br>**ORDER APPROVING JOINT REQUEST TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO AMEND AND CERTIFY THE COURT'S JUNE 24, 2024 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

Pursuant to Northern District of California Local Rule 6-1(b) and 6-2, the parties in the above-captioned action hereby jointly submit and move the Court for an order modifying the briefing schedule for Plaintiffs' Motion to Amend and Certify the Court's June 24, 2024 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Dkt. No. 268) ("Motion"). The parties stipulate, subject to approval of the Court, as follows:

WHEREAS, on July 24, 2024, Plaintiffs filed their Motion noticing a hearing date of September 26, 2024.

WHEREAS, Defendants' Opposition briefs are currently due August 7, 2024 and Plaintiffs' Reply briefs are currently due August 14, 2024.

WHEREAS, the parties have met and conferred and agreed, subject to the Court's approval, to extend the time to file Opposition briefs and Reply briefs each by two weeks.

WHEREAS, this is the first requested modification regarding Plaintiffs' Motion. Furthermore, this request is not made in bad faith or to cause undue delay.

WHEREAS, the requested extensions do not impact the noticed hearing date or any other deadlines in this case.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree, subject to the Court's approval, to modify the briefing schedule as follows:

1. Defendants' Oppositions to the Motion shall be due on or before August 21, 2024.
2. Plaintiffs' Replies to Defendants' Oppositions to the Motion shall be due on or before September 11, 2024.

| | | |
|---|---|---|
| Dated: July 29, 2024 | By: | /s/ Annette L. Hurst |
| | | Annette L. Hurst |

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:    415 773 5700
Facsimile:    415-773-5759
Email:           ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

| | | |
|---|---|---|
| Dated: July 29, 2024 | By: | /s/ Vera Ranieri |
| | | Vera Ranieri |

Vera Ranieri (State Bar No. 271594)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:    415-268-7000
Facsimile:    415-268-7522
Email:           VRanieri@mofo.com

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo., LLC; OpenAI, L.L.C.; OpenAI GP, L.L.C.; OpenAI Global, LLC; OAI Corporation; OpenAI Holdings, LLC; OpenAI HoldCo, LLC; OpenAI Startup Fund SPV I, L.L.P.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund SP GP I, L.L.C. and OpenAI Startup Fund Management, LLC*

| | |
|---|---|
| Dated: July 29, 2024 | By:     */s/ Joseph R. Saveri*<br>        Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:    jsaveri@saverilawfirm.com
        czirpoli@saverilawfirm.com
        cyoung@saverilawfirm.com
        lkessler@saverilawfirm.com
        eabuchanan@saverilawfirm.com
        wcastillo@saverilawfirm.com
        hbenon@saverilawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: July 29, 2024            By:     */s/ Annette L. Hurst*
                                             Annette L. Hurst

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2      The briefing schedule for Plaintiffs' Motion to Amend and Certify the Court's June 24, 2024 Order
3  for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) is extended as agreed to by the parties.
4  Defendants' Oppositions to the Motion shall be due on or before August 21, 2024. Plaintiffs' Replies to
5  Defendants' Oppositions to the Motion shall be due on or before September 11, 2024.

Dated: July ~~29~~ 31, 2024          By: _____
                                         HON. JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE