Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    eabuchanan@saverilawfirm.com
                    wcastillo@saverilawfirm.com
                    hbenon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@buttericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| J. DOE 1, et al., <br><br> *Individual and Representative Plaintiffs,* <br><br> v. <br><br> GITHUB, INC., et al., <br><br> *Defendants.* | Case Nos.: 4:22-cv-06823-JST <br>                4:22-cv-07074-JST <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs hereby notify the Court of newly issued authority relevant to their Motion to Amend and Certify the Court's June 24, 2024 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (ECF No. 268). On August 12, 2024, the Honorable William H. Orrick issued an order dismissing claims under section 1202(b) of the Digital Millenium Copyright Act ("DMCA"). Order Granting in Part and Denying in Part Motions to Dismiss First Amended Complaint at 33, *Andersen et al v. Stability AI Ltd. et al*, No. 3:23-cv-00201-WHO (N.D. Cal. Aug. 12, 2024), ECF No. 223 (attached hereto as Exhibit 1). In pertinent part, Judge Orrick surveyed cases confronting the question of whether section 1202 claims require an element of identicality, including this Court's decision in *Doe 1 v. GitHub, Inc.*, No. 22-CV-06823-JST, 2024 WL 235217 (N.D. Cal. Jan. 22, 2024) (finding section 1202 claims require "identicality") and *ADR Int'l Ltd. v. Inst. for Supply Mgmt. Inc.*, 667 F. Supp. 3d 411 (S.D. Tex. 2023) (rejecting an "identicality" requirement). *Id.* at 12-13. Judge Orrick dismissed the section 1202 claim while noting that the issue of whether the DMCA contains an identicality requirement "is unsettled." *Id.* at 13.

Dated: August 15, 2024

Respectfully Submitted,

By:    */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             czirpoli@saverilawfirm.com
             cyoung@saverilawfirm.com
             lkessler@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             wcastillo@saverilawfirm.com
             hbenon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:    (415) 395-9940
Email:       mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*