JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
VERA RANIERI (CA SBN 271594)
VRanieri@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY ELLEN WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND MANAGEMENT, LLC, OPENAI, L.L.C., OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI HOLDCO, LLC, OPENAI STARTUP FUND SPV I, L.P., and OPENAI STARTUP FUND SPV GP I, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., a Delaware corporation; MICROSOFT CORPORATION, a Washington corporation; OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability company; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 4:22-cv-06823-JST<br>Case No. 4:22-cv-07074-JST<br><br>Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSEPH C. GRATZ IN SUPPORT OF DEFENDANTS OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE COURT'S JUNE 24, 2024 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)** |

1  In ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
2  ROSE S. LEE (CA SBN 294658)
   RoseLee@mofo.com
3  ALEXANDRA M. WARD (CA SBN 318042)
   AlexandraWard@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
5  Los Angeles, California 90017-3543
   Telephone:   (213) 892-5200
6  Facsimile:   (213) 892-5454

7  MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304-1018
   Telephone:   (650) 813-5600
10 Facsimile:   (650) 494-0792

11 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
12 MORRISON & FOERSTER LLP
   250 West 55th Street
13 New York, New York 10019-9601
   Telephone:   (212) 468-8000
14 Facsimile:   (212) 468-7900

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRATZ DECL. ISO OPENAI'S OPPOSITION TO
MOTION FOR CERTIFICATION
CASE NO. 4:22-CV-0623-JST

1     I, Joseph Gratz, declare as follows:

2     1.     I am a partner in the law firm of Morrison & Foerster LLP and counsel of record for Defendants in this matter. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, I would testify competently to them.

    2.     Attached hereto as **Exhibit A** is a true and correct excerpt of correspondence from William W. Castillo Guardado to Joseph Gratz, dated June 25, 2024.

Executed on August 21, 2024, in San Francisco, California

                                                    */s/ Joseph C. Gratz*
                                                    Joseph C. Gratz