Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden J. Benon (State Bar No. 325847)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               wcastillo@saverilawfirm.com
               hbenon@saverilawfirm.com
               mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>GITHUB, INC., et al.,<br><br>                                  Defendants. | Case Nos.    4:22-cv-06823-JST<br>                   4:22-cv-07074-JST<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES PURSUANT TO LOCAL RULE 6-2** |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs Does 1–5 ("Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 6-2(a) in support of Joint Stipulation and [Proposed] Order to Extend Case Deadlines Pursuant to Local Rule 6-2.

2. Under the current schedule, the close of fact discovery is set for September 27, 2024, and the other current case deadlines for expert discovery and for briefing on any motions for class certification and *Daubert* motions are set thereafter (ECF No. 130).

3. No trial date has been entered (ECF No. 130).

4. At the last Case Management Conference on March 22, 2024, the Court indicated that enlargement of the discovery cutoff deadline was "very likely to be necessary." (ECF No. 240 at 6:18–7:3).

5. The parties have begun fact discovery, but additional work remains to be done: document discovery is ongoing and not complete; the parties are negotiating regarding the scope of custodial discovery; the parties are conferring in good faith regarding several discovery disputes; the parties have not yet agreed upon a training data inspection protocol; Plaintiffs are currently in the process of assessing whether they will pursue sampling and inspection of telemetry (user) data through a 30(b)(6) deposition of GitHub on that topic; and, apart from that deposition, no other depositions (including those of named Plaintiffs) have been scheduled or occurred

6. There have been no previous time modifications in the case, whether by stipulation or Court order.

7. The parties agree and stipulate that there is good cause to extend the current case deadlines by 180 days in order to complete fact discovery and respectfully request that the current case deadlines should be extended as reflected in the following table:

| Case Event | Previous Deadline | New Deadline |
|---|---|---|
| Fact discovery cut-off | September 27, 2024 | March 27, 2025 |
| Plaintiffs' expert reports due | November 08, 2024 | May 6, 2025 |
| Defendants' expert reports due | December 13, 2024 | June 11, 2025 |
| Plaintiffs' rebuttal expert reports due | January 24, 2025 | September 23, 2025 |
| Expert discovery cut-off | February 21, 2025 | October 21, 2025 |
| Class certification and *Daubert* motions due | March 27, 2025 | November 20, 2025 |
| Class certification and *Daubert* oppositions due | April 24, 2025 | December 22, 2025 |
| Class certification and *Daubert* replies due | May 22, 2025 | January 24, 2026 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30 day of August 2024 at San Francisco, California.

By:     */s/ Joseph R. Saveri*
          Joseph R. Saveri