1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>GITHUB, INC., et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case Nos.　　4:22-cv-06823-JST<br>　　　　　　　　4:22-cv-07074-JST<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND CASE DEADLINES PURSUANT TO LOCAL RULE 6-2** |

**JOINT STIPULATION TO EXTEND CASE DEADLINES**

Pursuant to Local Civil Rules 6-2 and 7-12, and Fed. R. Civ. P. 16(b)(4), the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, this Court adopted a Case Management Schedule on July 11, 2023 that covers the close of fact discovery through the deadlines for replies to any motion for class certification and any *Daubert* motions (ECF No. 130);

WHEREAS, under the current schedule, the close of fact discovery is set for September 27, 2024, and the other current case deadlines for expert discovery and for briefing on any motions for class certification and *Daubert* motions are set thereafter (ECF No. 130);

WHEREAS, no trial date has been entered (ECF No. 130);

WHEREAS, in this Court's last Case Management Conference on March 22, 2024, the Court indicated that enlargement of the discovery cutoff deadline was "very likely to be necessary." (ECF No. 240 at 6:18–7:3);

WHEREAS, the parties are conducting fact discovery, but additional work remains to be done: document discovery is ongoing and not complete; the parties are negotiating regarding the scope of custodial discovery; the parties are conferring in good faith regarding several discovery disputes; the parties have not yet agreed upon a training data inspection protocol; Plaintiffs are currently in the process of assessing whether they will pursue sampling and inspection of telemetry (user) data through a 30(b)(6) deposition of GitHub on that topic; and, apart from that deposition, no other depositions (including those of named Plaintiffs) have been scheduled or occurred;

WHEREAS, the parties agree and stipulate that there is good cause to extend the current case deadlines by 180 days in order to complete fact discovery;

WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs will file a declaration in compliance with Local Civil Rule 6-2;

NOW THEREFORE, the parties agree and stipulate and respectfully request that the current case deadlines should be extended by 180 days, as reflected in the following table:

| Case Event | Previous Deadline | New Deadline |
|---|---|---|
| Fact discovery cut-off | September 27, 2024 | March 27, 2025 |
| Plaintiffs' expert reports due | November 08, 2024 | May 6, 2025 |
| Defendants' expert reports due | December 13, 2024 | June 11, 2025 |
| Plaintiffs' rebuttal expert reports due | January 24, 2025 | September 23, 2025 |
| Expert discovery cut-off | February 21, 2025 | October 21, 2025 |
| Class certification and *Daubert* motions due | March 27, 2025 | November 20, 2025 |
| Class certification and *Daubert* oppositions due | April 24, 2025 | December 22, 2025 |
| Class certification and *Daubert* replies due | May 22, 2025 | January 24, 2026 |

| | | |
|---|---|---|
| Dated: August 30, 2024 | By: | /s/ Joseph R. Saveri |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
Holden J. Benon (State Bar No. 325847)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     lkessler@saverilawfirm.com
                     eabuchanan@saverilawfirm.com
                     wcastillo@saverilawfirm.com
                     hbenon@saverilawfirm.com
                     mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

*Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| Dated: August 30, 2024 | By: | /s/ Annette L. Hurst |
| | | Annette L. Hurst |

Annette L. Hurst (State Bar No. 148738)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:      (415) 773-5700
Facsimile:       415-773-5759
Email:             ahurst@orrick.com

*Counsel for GitHub, Inc. and Microsoft Corporation*

Case No.: 4:22-cv-06823-JST
JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CASE DEADLINES PURSUANT TO LOCAL RULE 6-2

3

| | |
|---|---|
| Dated: August 30, 2024 | By:       */s/ Vera Ranieri* <br>           Vera Ranieri |

Vera Ranieri (State Bar No. 271594)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522
Email:   vranieri@mofo.com

*Counsel for OpenAI defendants*

**[PROPOSED] ORDER EXTENDING CASE DEADLINES**

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, IT IS SO ORDERED.

Dated:   September 5, 2024

_____
Honorable Jon S. Tigar
United States District Judge