UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

J. DOE, 1 and J. DOE, 2-5, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

GITHUB, INC., a Delaware corporation; et al.,

Defendants - Appellees.

No. 24-7700

D.C. No.
4:22-cv-06823-JST

Northern District of California, Oakland

MANDATE

FILED

Oct 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

The judgment of this Court, entered September 16, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT